UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

US CAPITAL/FASHION MALL, LLC, et al.,[1]

Case No.: 14-32819-JKO
(Jointly Administered)
Chapter 7

Debtors.
_____/

### STIPULATION ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This Stipulation is entered into this 31st day of October, 2014, by and between: (i) Kenneth A. Welt, as Chapter 7 Trustee (the "Trustee") for the Jointly Administered Bankruptcy Estates of Mapuche, LLC, US Capital Holdings, LLC and US Capital/Fashion Mall, LLC (together, the "Debtors" and the "Bankruptcy Cases" respectively), (ii) Tangshan Ganglu Iron & Steel Company, Ltd., a Chinese Corporation ("Ganglu"), by and through its Chairman and authorized representative, Zhen Zeng Du ("Mr. Du").

WHEREAS, on October 14, 2014, each of the Debtors filed a voluntary petition for relief under Chapter 7 of Title 11, United States Code (the "Bankruptcy Code");

WHEREAS, the Debtors' Chapter 7 bankruptcy proceedings are being jointly administered under Case No. 14-32827-JKO, before the Hon. John K. Olson of the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court");

WHEREAS, the Trustee has been duly appointed the Chapter 7 Trustee for the estate of each of the Debtors;

---

[1] The jointly administered Debtors are: US Capital/Fashion Mall, LLC (14-32819-JKO); US Capital Holdings, LLC (14-32822-JKO); and Mapuche, LLC (14-32827-JKO).

WHEREAS, Ganglu owns the substantial majority of the membership interests in Mapuche, LLC;

WHEREAS, Mapuche, LLC is the sole member of US Capital Holdings, LLC;

WHEREAS, US Capital Holdings, LLC is the sole member of US Capital/Fashion Mall, LLC;

WHEREAS, Ganglu has filed with the Bankruptcy Court a Motion for Relief from the Automatic Stay [ECF No. 10 in Case No. 14-32827-JKO] (the "Stay Relief Motion") for the limited purposes of (i) permitting Ganglu to submit a proposed form of order after evidentiary hearing to the State Court, consistent with findings of fact promulgated by the State Court; (ii) permitting the State Court to enter/approve the proposed form of order, consistent with the State Court's directive as set forth in the Transcript of the Factual Findings; and (iii) permitting the State Court to address and decide the ratification issue (the "Relief Sought");

WHEREAS, Ganglu has agreed that (i) the Bankruptcy Court is the appropriate forum to preserve and to dispose of the Debtors' property and to address transfers of property of the estates, and (ii) the Trustee is an appropriate fiduciary for these purposes;

WHEREAS, Ganglu has agreed not to seek dismissal of the Bankruptcy Cases, including with respect to the Relief Sought in the Stay Relief Motion; and

WHEREAS, the Trustee has reviewed and considered the Relief Sought in the Stay Relief Motion.

NOW, therefore, the Trustee, Ganglu stipulates as follows:

1. The above statements of fact are true and correct.

2.  The Trustee does not object to the Relief Sought in the Stay Relief Motion, and hereby consents to the entry of the proposed Agreed Order granting the Relief Sought therein, which is attached hereto as Exhibit "A".

AGREED this 3rd day of November, 2014.

By: _____ Michael C. Schuster, for:
Kenneth A. Welt, Chapter 7 Trustee

TANGSHAN GANGLU IRON & STEEL COMPANY, LTD.

By: _____ for Jianan Pu
Zhen Zeng Du
Its: Chairman and authorized representative

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:

MAPUCHE, LLC. [1]

Case No.: 14-32827-JKO

Chapter 7

_____/  (Jointly Administered)

## AGREED ORDER GRANTING TANGSHAN GANGLU IRON & STEEL COMPANY, LTD.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001 FOR LIMITED PURPOSE

Tangshan Ganglu Iron & Steel Company, LTD. ("Ganglu") has filed with the Bankruptcy Court a Motion for Relief from the Automatic Stay [ECF No. 10] (the "Stay Relief Motion") for the limited purposes of (i) permitting Ganglu to submit a proposed form of order after evidentiary hearing to the State Court, consistent with findings of fact promulgated by the State Court; (ii) permitting the State Court to enter/approve the proposed form of order, consistent with the State Court's directive as set forth in the Transcript of the Factual Findings; and (iii) permitting the State Court to address and decide the ratification issue. The court having reviewed

---

[1] The jointly administered Debtors are: US Capital/Fashion Mall, LLC (14-32819-JKO); US Capital Holdings, LLC (14-32822-JKO); and Mapuche, LLC (14-32827-JKO).

the Stay Relief Motion and good cause appearing, it is:

**ORDERED** that the Stay Relief Motion is hereby GRANTED.

The automatic stay is hereby lifted solely for the purpose of permitting: (i) Ganglu to submit a proposed form of order after evidentiary hearing to the State Court, consistent with findings of fact promulgated by the State Court; (ii) the State Court to enter/approve the proposed form of order, consistent with the State Court's directive as set forth in the Transcript of the Factual Findings; and (iii) the State Court to address and decide the ratification issue.

###

Submitted by:
Kevin E. Vance, Esquire
**DUANE MORRIS LLP**
200 South Biscayne Boulevard, Suite 3400
Miami, Florida 33131
Telephone: 305.960.2311 / Facsimile: 305.397.2264
kevance@duanemorris.com
*Attorneys for Tangshan Ganglu*
*Iron & Steel Company, Ltd.*

*The party submitting this Agreed Order shall serve a conformed copy of the signed Agreed Order on all parties of interest.*