B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of Florida

In re **Mapuche, LLC** _____ ,
Debtor

Case No. _____14-32827_____

Chapter _____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 2,314,502.16 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 50,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 160,261.04 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 100,989,004.78 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 2,314,502.16 | | |
| Total Liabilities | | | | 151,149,265.82 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Mapuche, LLC**                               ,       Case No. _____

                                   Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6B (Official Form 6B) (12/07)

In re  **Mapuche, LLC**                                                                     Case No.   14-32827
_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America** **Checking Account No. xxxx xxxx 5425** **8181 W Broward Blvd** **Plantation, FL  33324** | - | 37,901.52 |
| | | **Bank of America** **Savings Account No. xxxx xxxx 5412** **8181 W Broward Blvd** **Plantation, FL  33324** | - | 5,699.11 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Rockefeller Group Business Center** **Lease Security Deposit** **45 Rockefeller Plaza, Ste 2000** **New York, NY  10111** | - | 10,530.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       **54,130.63**
(Total of this page)

__4__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      **Mapuche, LLC**
_____,      Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **US Capital Holdings, LLC** <br> **100% Ownership Interest** <br> **375 N University Drive** <br> **Plantation, FL  33324** | **-** | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Receivable from Wei Chen** <br> **Payment for 375 Office 2013 R E Tax** <br> **21200 NE 38 Ave, Ste 2805** <br> **Aventura, FL  33180** | **-** | **11,830.06** |

|  | Sub-Total > | **11,830.06** |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mapuche, LLC**                                                  , Case No. _____

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Receivable on Account of Sheraton Acquisition Payments Related to Plantation Sheraton Suites Acquisition | - | 1,640,694.52 |
| | | Receivable from Jin Zhi Star (US) | - | 605.02 |
| | | Receivable from US Capital Holdings Intercompany 375 N University Drive Plantation, FL 33324 | - | Unknown |
| | | Receivable from 321 North CM Fund Loaned to G C Entity 375 N University Drive Plantation, FL 33324 | - | 28,000.00 |
| | | Receivable from US Silver Seas Holdings Fund Loaned to EB5 Regional Center Entity | - | 133,000.00 |
| | | Receivable from US Prosperity R C Loan Forming EB5 Regional Center Entity | - | 93,660.40 |
| | | Receivable from WCH Synergy I Loan for EB5 Related Entity | - | 49,925.32 |
| | | Receivable from Zhanjiang Chi Loan for Mr. Du's Uncle 21200 NE 38 Ave. Ste 2503 Aventura, FL 33180 | - | 169,515.87 |
| | | Receivable from Gui Lin Ma Loan for Du's Visit Occurred Expenses | - | 9,956.02 |
| | | Receivable from Peng Xu Loan to One USC Employee For His Tuitions | - | 20,395.42 |
| | | Receivable from Xiushan Zhang Loan for Former EB5 Investor | - | 23,778.37 |
| | | Receivable from Xiuhe Sun Loan for Former EB5 Investor | - | 1,803.60 |
| | | Receivable from Haifu Han Loan for Former EB5 Investor | - | 5,983.98 |
| | | Receivable from Lan Jian Ge Loan for Former EB5 Investor | - | 20,000.00 |

Sub-Total >    **2,197,318.52**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mapuche, LLC**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Receivable from Wei Dong Lu Loan at Direction of Mr. Du** | - | **9,680.00** |
| | | **Becker & Poliakoff Retainer Balance as of 9/30/2014 (Prepaid) 1 East Broward Blvd. Ste 1800 Fort Lauderdale, FL 33301** | - | **19,042.95** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Mercedes-Benz SL 550 Roadster** | - | **Unknown** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    **28,722.95**
(Total of this page)

Sheet ___3___ of ___4___ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mapuche, LLC**                                    ,    Case No. _____
                                         Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Maxim Valuations Inc.**<br>**Property Valuation, Retainer (Prepaid)**<br>**2932 Hidden Harbour Ct**<br>**Fort Lauderdale, FL  33312** | - | **10,000.00** |
| | | **Glass Ratner Advisory & Capital**<br>**Advisory Services, Retainer (Prepaid)**<br>**3424 Peachtree Rd, NE, Ste 2150**<br>**Atlanta, GA  30326** | - | **5,000.00** |
| | | **Cherry Bekaert LLP**<br>**Partnership Tax Services, Retainer (Prepaid)**<br>**200 E Broward Blvd, Ste 2000**<br>**Fort Lauderdale, FL  33301** | - | **7,500.00** |

Sub-Total >    **22,500.00**
(Total of this page)

Sheet  __4__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

Total >    **2,314,502.16**

(Report also on Summary of Schedules)

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Mapuche, LLC**                                    ,            Case No. ____14-32827____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| **Bo Rui Investment Pte. Ltd.** **8 Wilkie Road** **#03-01** **Wilkie Edge Singapore** | X | - | | | X | X | X | | |
| | | | | Value $                0.00 | | | | 50,000,000.00 | 50,000,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| __0__ continuation sheets attached | | Subtotal (Total of this page) | 50,000,000.00 | 50,000,000.00 |
| | | Total (Report on Summary of Schedules) | 50,000,000.00 | 50,000,000.00 |

B6E (Official Form 6E) (4/13)

.

In re      **Mapuche, LLC**                                                                      Case No. _14-32827_
_____,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re **Mapuche, LLC** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Hong Huang** 21200 NE 38 Ave, Ste 2805 Miami, FL 33180 | - | | 08/31/2014 - 10/13/2014 | | | | 9,677.42 | 0.00 | 9,677.42 |
| Account No. **Wei Chen** 21200 NE 38 Ave, Ste 2805 Miami, FL 33180 | - | | 8/31/2014 - 10/13/2014 | | | | 30,241.94 | 17,766.94 | 12,475.00 |
| Account No. **Xue Han** 21200 NE 38 Ave, Ste 2503 Aventura, FL 33180 | - | | May to Oct 13, 2014 | | | X | 5,461.55 | 0.00 | 5,461.55 |
| Account No. **Zhanjiang Chi** 21200 NE 38 Ave, Ste 2503 Aventura, FL 33180 | - | | May to Oct 13, 2014 | | | X | 54,615.47 | 42,140.47 | 12,475.00 |
| Account No. **Zhe Jiang** 1852 Aspen Lane Weston, FL 33327 | - | | 08/31/2014 - 10/13/2014 | | | | 5,649.19 | 0.00 | 5,649.19 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 105,645.57 | 59,907.41 |
|---|---|---|---|
|  |  |  | 45,738.16 |

B6E (Official Form 6E) (4/13) - Cont.

In re __Mapuche, LLC_____,     Case No. _____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

__Wages, salaries, and commissions__

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Zhenzeng Du** **21200 NE 38 Ave, Ste 2503** **Aventura, FL 33180** | - | | | | | X | 54,615.47 | 42,140.47 / 12,475.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __2___ of __2___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  |  |  |
|---|---|---|
| Subtotal (Total of this page) | 54,615.47 | 42,140.47 / 12,475.00 |
| Total (Report on Summary of Schedules) | 160,261.04 | 102,047.88 / 58,213.16 |

B6F (Official Form 6F) (12/07)

In re __**Mapuche, LLC**_____,    Case No. __14-32827_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Education & Translation**<br>**8250 SW 116 Street**<br>**Miami, FL 33156** | | - | 05/29/2014 | | | | 10,930.00 |
| Account No. **xxxx xxxx xxxx 5933**<br><br>**Bank of America**<br>**P. O. Box 982238**<br>**El Paso, TX 79998-2238** | | - | 10/10/2014 | | | | 9,862.72 |
| Account No. **xx7207**<br><br>**Becker & Poliakoff PA**<br>**1 East Broward Blvd**<br>**Ste 1800**<br>**Fort Lauderdale, FL 33301** | | - | 8/06/2014 - 10/06/2014 | X | X | X | 42,418.21 |
| Account No.<br><br>**Big Profit Asia Limited** | | - | 05/10/2012 | | | X | 100,000.00 |
| __6__ continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | 163,210.93 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Mapuche, LLC__ _____,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Cheer Force Investments Limited Add** | - | | | 05/10/2012 | | | X | 999,979.00 |
| Account No. **xxxx863.3** <br><br>**Cherry Bekaert LLP**<br>**P O Box 25549**<br>**Richmond, VA 23260-5500** | - | | | 09/30/2014 - 10/13/2014 | | | | 13,000.00 |
| Account No. <br><br>**Du Zhenzeng or MDM Zheng Dongxia**<br>**21200 NE 38 Ave.**<br>**Ste. 2503**<br>**Aventura, FL 33180** | - | | | 10/22/2012 | | | X | 5,000,000.00 |
| Account No. <br><br>**GlassRatner Advisory & Capital**<br>**3424 Peachtree Rd, NE, Ste 2150**<br>**Atlanta, GA 30326** | - | | | 10/08/2014 | | | | 8,151.00 |
| Account No. **x7033** <br><br>**Global Legal Discovery LLC**<br>**1330 Spring Street**<br>**Ste 100**<br>**Atlanta, GA 30309** | - | | | 08/25/2014 | | | | 7,234.26 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,028,364.26

B6F (Official Form 6F) (12/07) - Cont.

In re **Mapuche, LLC**                                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Grand Faith Trading Limited Add.Fla** | - | | 05/11/2012 - 05/14/2012 | | | X | 2,049,958.00 |
| Account No. **xx5069, xx5070** <br><br> **GrayRobinson PA** <br> **301 E Pine Street** <br> **Suite 1400** <br> **PO Box 3068** <br> **Orlando, FL 32802** | - | | | | | | 3,752.50 |
| Account No. <br><br> **Hao Yuan Investment Pte Ltd** <br> **Singapore** | - | | 07/19/2012 | | | X | 4,999,766.83 |
| Account No. <br><br> **Hong Huang** <br> **21200 NE 38 Ave** <br> **Ste 2805** <br> **Aventura, FL 33180** | - | | | | | | 8,000.00 |
| Account No. **xx-xxx0210** <br><br> **Internal Revenue Service** <br> **Ogden, UT 84201-0039** | - | | 10/16/2014 | | | X | 1,950.00 |

Sheet no. __2___ of __6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **7,063,427.33**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mapuche, LLC** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Jin Zhi Star (US) Company** 375 North University Dr Plantation, FL 33324 | - | | | | | | 3,466,280.26 |
| Account No. **LNT Trucking Inc** 3521 Farrington Street #2R Flushing, NY 11354 | - | | | | | | 9,325.00 |
| Account No. **Market Energy Limited** | - | | 03/27/2012 - 08/02/2012 | | | X | 34,000,000.00 |
| Account No. **Max More Company Add. Shop 59 G/F HA** | - | | 05/11/2012 - 05/14/2012 | | | X | 899,958.00 |
| Account No. **Mercedes Benz Financial Service** P O Box 5209 Carol Stream, IL 60197 | - | | | | | | 101,183.63 |

Sheet no. __3__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    38,476,746.89

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mapuche, LLC**                                          ,          Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx00P4** | | 10/13/2014 | | | | | |
| **Milner, Inc.** PO Box 923197 Norcross, GA 30010-3197 | - | | | | | | 18.83 |
| Account No. | | | | | | | |
| **Nation Glory Limited** | - | | | | | X | 47,722.22 |
| Account No. | | | | | | | |
| **Porsche Payment Center** 75 Remittance Drive Suite 1738 Chicago, IL 60675-1738 | - | | | | | | 59,376.29 |
| Account No. | | | | | | | |
| **Tangshan Ganglu Iron & Steel Co Ltd** 198 East Street Hebei Province Zunhua Zhenhai | - | | | | | X | 48,650,000.00 |
| Account No. | | 08/21/2014 | | | | | |
| **Tengshu Wang** 5125 N Rosemead Blvd #1 San Gabriel, CA 91776 | - | | | | | | 1,100.00 |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                48,758,217.34

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mapuche, LLC**                                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | 05/09/2012 | | | | | |
| Trans Wagon Int'l (HK) Co. Limited | - | | | | | | X | |
| | | | | | | | | 99,979.00 |
| Account No. **C240** | | | 08/31/2014 | | | | | |
| Trump National Golf Club 100 Shadow Tree Lane Briarcliff Manor, NY 10510 | - | | | | | | | |
| | | | | | | | | 415.05 |
| Account No. | | | | | | | | |
| Wei Chen 21200 NE 38 Ave Ste 2805 Aventura, FL 33180 | - | | | | | | | |
| | | | | | | | | 84,214.43 |
| Account No. | | | | | | | | |
| Z J 1852 Aspen Lane Weston, FL 33327 | - | | | | | | | |
| | | | | | | | | 4,670.00 |
| Account No. | | | 01/18/2012 | | | | | |
| Zheng Cai Xia | - | | | | | | | |
| | | | | | | | | 300,000.00 |

Sheet no. __5__ of __6__ sheets attached to Schedule of    Subtotal
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)    **489,278.48**

B6F (Official Form 6F) (12/07) - Cont.

In re __Mapuche, LLC_____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Zhenzeng Du** **21200 NE 38 Ave** **Ste 2503** **Aventura, FL 33180** | - | | | | | | | **9,759.55** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __6___ of __6___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **9,759.55** |
| | Total (Report on Summary of Schedules) | **100,989,004.78** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re __Mapuche, LLC_____     Case No. _____
                          Debtor(s)                  Chapter      __7_____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Authorized Representative of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __21__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __November 12, 2014_____     Signature _____

                                                  **Qianfei He**
                                                  **Authorized Representative**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Mapuche, LLC**                                                        Case No.    14-32827
                                                    Debtor(s)                   Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**


None

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

---

**2. Income other than from employment or operation of business**

None

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$197.83** | **2014 Interest Income from Savings Account** |
| | **2014 Year to Date** |
| **$3,539.32** | **2013 Interest Income from Savings Account** |
| **$7,288.29** | **2012 Interest Income from Savings Account** |

B7 (Official Form 7) (04/13)
2

**3. Payments to creditors**

None ☒    *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit 3(b)** | | | |

None ☐    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit 3(c)(i)** | | | |

**See Exhibit X Other Transactions**

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Tangshan Ganglu Iron & Steel Company, Ltd. v. Wei Chen and Mapuche, LLC Case No. 0:14-cv-61093-JIC** | **Shareholder Suit** | **U.S. District Court Southern District of Florida (Ft Lauderdale)** | **Dismissed** |
| **US Capital Holdings, LLC v. Theodore F. Veskosky Case No. CACE 14-014654** | | **Circuit Court of the 17th Judicial Circuit Broward County, Florida** | **Pending** |
| **Mapuche, LLC v. Zhen Zeng Du, Tangshan Ganglu Iron & Steel Company, Ltd., Xianquan Meng, and Bo Rui Investment PTE, Ltd. Case No. CACE 14-011447** | | **Circuit Court of the 17th Judicial Circuit Broward County, Florida** | **Pending** |

---

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Tangshan Ganglu Iron & Steel Company, Ltd. v. Mapuche, LLC and Wei Chen Case No. CACE 14-009677** | | **Circuit Court of the 17th Judicial Circuit Broward County, Florida** | **Pending** |

None
☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
☒   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☐   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Charles Lichtman, Receiver** | **Circuit Court of the 17th Judicial Circuit Broward County, Florida Tangshan Ganglu Iron & Steel Company, Ltd. v. Mapuche, LLC and Wei Chen Case No. CACE 14-009677** | **June 24, 2014** | **Temporary Receiver for Review of Proposed Sheridan Suites Deal** |

---

**7. Gifts**

None
☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **See Exhibit X Other Transactions** | | | |

B7 (Official Form 7) (04/13)
4

**8. Losses**

None 

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Messana, P.A.**<br>**401 East Las Olas Boulevard**<br>**Fort Lauderdale, FL 33301** | **06/20/2014**<br>**Mapuche, LLC** | **$5,000.00** |
| **Messana, P.A.**<br>**401 E. Las Olas Blvd., Ste 1400**<br>**Fort Lauderdale, FL 33301** | **10/10/2014**<br>**Wei Chen** | **$25,000.00** |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **See Exhibit X Other Transactions** | | |

None 

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None 

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
5

**12. Safe deposit boxes**

None 

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None 

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None 

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 8181 W Broward Blvd, Ste 38 Plantation, FL  33324 | Mapuche, LLC | 10/23/2007 - 01/31/2014 |

**16. Spouses and Former Spouses**

None 

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None 

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

B7 (Official Form 7) (04/13)
6

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **US Capital Holdings LLC** | **20-0724807** | **375 N University Drive Plantation, FL 33324** | **Real Estate Development & Investment** | **06/23/2006 to Current** |

None
☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

B7 (Official Form 7) (04/13)
7

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **C. Tony Mok, CPA**<br>**1225 NE 162nd Street**<br>**Miami Beach, FL 33162** | **2012, 2013** |
| **Smith CPA & Advisory PA**<br>**11085 NW 20 Drive**<br>**Coral Springs, FL 33071** | **2014** |
| **GlassRatner Advisory & Capital**<br>**3424 Peachtree Rd, NE, Ste 2150**<br>**Atlanta, GA 30326** | **2014** |
| **Cherry Bekaert LLP**<br>**200 E Broward Blvd, Ste 2000**<br>**Fort Lauderdale, FL 33301** | **2014** |
| **Hong Huang**<br>**375 N University Dr**<br>**Plantation, FL 33324** | **Current** |
| **Grace Kuo**<br>**375 N University Dr**<br>**Plantation, FL 33324** | **Current** |
| **Lan Zhang**<br>**375 N University Dr**<br>**Plantation, FL 33324** | **Current** |

None ☐  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **KPMG** | **450 E. Las Olas Blvd., Ste 750**<br>**Fort Lauderdale, FL 33301-2292** | **2014** |
| **Smith CPA & Advisory PA** | **11085 NW 20 Dr**<br>**Coral Springs, FL 33071** | **2014** |
| **GlassRatner Advisory & Capital** | **3424 Peachtree Rd, NE, Ste 2150**<br>**Atlanta, GA 30326** | **2014** |
| **Grace Kuo** | **375 N University Dr**<br>**Plantation, FL 33324** | **Current** |

None ☒  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

**Grace Kuo**                **375 N University Dr.**
                            **Plantation, FL  33324**
NAME                        ADDRESS

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **GHJ Construction, Inc.**<br>**c/o Steven J. Solomon, Esq.**<br>**GrayRobinson, P.A.**<br>**1221 Brickell Ave., Ste 1600**<br>**Miami, FL 33131** | |

B7 (Official Form 7) (04/13)
8

### 20. Inventories

None ☒  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☒  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ☒  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Tangshan Ganglu Iron & Steel Co. Ltd.** **198 East Street** **Hebei Province Zunhua Zhenhai** **064200** | **Member** | **80%** |
| **Wei Chen** **21200 NE 38 Ave., Ste 2805** **Aventura, FL 33180** | **Managing Member** | **20%** |

### 22 . Former partners, officers, directors and shareholders

None ☒  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **See Exhibit for #23** | | |

B7 (Official Form 7) (04/13)

9

### 24. Tax Consolidation Group.

None
☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION

**Mapuche, LLC**

TAXPAYER IDENTIFICATION NUMBER (EIN)

**20-1880210**

---

### 25. Pension Funds.

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND

TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **November 12, 2014**          Signature

**Qianfei He**
**Authorized Representative**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**EXHIBIT 3(b)**

**Mapuche LLC**
**90 Days Payments**

| Check | Date | Payee Name | Address | Amount Paid Per Invoice | Amount Still Owed |
|-------|------|-----------|---------|-------------------------|-------------------|
| 2022 | 9/22/2014 | A. Frank Hicks | 17011 Beach Blvd., Suite 565, Hutington Beach, CA 92647 | 10,755.95 | |
| 8800412 | 9/4/2014 | American Express Card | P.O. Box 360001, Fort Lauderdale,  FL  33336-01 | 6,244.55 | |
| 8800409 | 8/1/2014 | American Express Card | P.O. Box 360001, Fort Lauderdale,  FL  33336-01 | 13,113.33 | |
| 8800410 | 8/20/2014 | American Express Card | P.O. Box 360001, Fort Lauderdale,  FL  33336-01 | 14,495.31 | |
| 8800406 | 7/17/2014 | American Express Card | P.O. Box 360001, Fort Lauderdale,  FL  33336-01 | 37,253.35 | |
| 2007 | 8/22/2014 | Business Card | Bank Of America  P O Box 15796  Wilmington  DE  19886-5796 | 7,360.70 | |
| 1997 | 7/25/2014 | Business Card | Bank Of America  P O Box 15796  Wilmington  DE  19886-5796 | 7,366.93 | |
| 2023 | 10/3/2014 | Business Card | Bank Of America  P O Box 15796  Wilmington  DE  19886-5796 | 8,363.70 | 9,862.72 |
| 2016 | 9/10/2014 | Cherry Bekaert LLP | 200 East Broward Blvd  Suite 2000  Fort Lauderdale  FL  33301 | 5,525.00 | |
| 1996 | 7/21/2014 | Cherry Bekaert LLP | 200 East Broward Blvd  Suite 2000  Fort Lauderdale  FL  33301 | 7,500.00 | 13,000.00 |
| 2010 | 8/22/2014 | DeSouza Law, P.A. | 1515 N. University Drive  Suite 209  Coral Springs  FL  33071 | 40,000.00 | |
| 2030 | 10/10/2014 | DeSouza Law, P.A. | 1515 N. University Drive  Suite 209  Coral Springs  FL  33071 | 30,063.80 | |
| 2005 | 8/8/2014 | Mercedes-Benz Financial Servic | P O Box 5209     Carol Stream  IL  60197-5209 | 1,568.22 | |
| 2019 | 9/10/2014 | Mercedes-Benz Financial Servic | P O Box 5209     Carol Stream  IL  60197-5209 | 1,568.22 | |
| 2003 | 8/8/2014 | Mercedes-Benz Financial Servic | P O Box 5209     Carol Stream  IL  60197-5209 | 2,773.65 | |
| 2018 | 9/10/2014 | Mercedes-Benz Financial Servic | P O Box 5209     Carol Stream  IL  60197-5209 | 2,773.65 | |
| 2004 | 8/8/2014 | Xiaoxiao Dong | 9712 63rd Drive, Apt 11D      Queens  NY  11374 | 5,335.31 | |
| 2000 | 8/1/2014 | Xiaoxiao Dong | 9712 63rd Drive, Apt 11D      Queens  NY  11374 | 10,384.90 | |

**Report Totals    212,446.57**

Mapuche LLC

EXHIBIT 3( c)(i)

**Payments To Insiders/Benefits of Insiders**
**BOA 5425 & BOA 5412**
**10/14/2013 To 10/14/2014**

| Check | Date | Name | Address | Relationship to Debtor | Amount Paid |
|---|---|---|---|---|---|
| 1750 | 11/4/2013 | Aon Fire Protection Engineerin | 22995 Network Place, Chicago IL 60673-1229 | Sheraton acquisition related | 874.46 |
| 1782 | 12/6/2013 | BMW Financial Services | P O Box 9001065, Louisville,  KY  40290-1065 | FBO Mr. Chen | 3,160.00 |
| 1805 | 12/20/2013 | BMW Financial Services | P O Box 9001065, Louisville,  KY  40290-1065 | FBO Mr. Chen | 1,653.83 |
| 1836 | 1/27/2014 | BMW Financial Services | P O Box 9001065, Louisville,  KY  40290-1065 | FBO Mr. Chen | 1,653.83 |
| 1858 | 2/14/2014 | BMW Financial Services | P O Box 9001065, Louisville,  KY  40290-1065 | FBO Mr. Chen | 1,580.00 |
| 1886 | 3/17/2014 | BMW Financial Services | P O Box 9001065, Louisville,  KY  40290-1065 | FBO Mr. Chen | 1,580.00 |
| 1961 | 5/28/2014 | BMW Financial Services | P O Box 9001065, Louisville,  KY  40290-1065 | FBO Mr. Chen | 1,580.00 |
| 1987 | 7/11/2014 | BMW Financial Services | P O Box 9001065, Louisville,  KY  40290-1065 | FBO Mr. Chen | 6,732.34 |
| 2006 | 8/22/2014 | BMW Financial Services | P O Box 9001065, Louisville,  KY  40290-1065 | FBO Mr. Chen | 1,476.64 |
| 2021 | 9/22/2014 | BMW Financial Services | P O Box 9001065, Louisville,  KY  40290-1065 | FBO Mr. Chen | 1,585.52 |
| 1785 | 12/6/2013 | Broward County Tax Collector | 1800 NW 66th Ave, Ste 100,  Plantation, FL 33313 | FBO Mr. Chen re Nissan | 129.35 |
| 1829 | 1/10/2014 | Chicago Title Insurance Co | 15951 SW 41 Street, Ste 800, Weston  FL 33331 | Sheraton acquisition related;deposit | 300,000.00 |
| 1871 | 2/28/2014 | Chicago Title Insurance Co | 15951 SW 41 Street, Ste 800,  Weston  FL 33331 | Sheraton acquisition related;deposit | 400,000.00 |
| 1751 | 11/4/2013 | City of Plantation Utilities D | 400 N W 73rd Avenue      Plantation  FL  33317 | FBO Mr. Chen as Landlord | 57.94 |
| 1787 | 12/6/2013 | City of Plantation Utilities D | 400 N W 73rd Avenue      Plantation  FL  33317 | FBO Mr. Chen as Landlord | 57.40 |
| 1814 | 12/31/2013 | City of Plantation Utilities D | 400 N W 73rd Avenue      Plantation  FL  33317 | FBO Mr. Chen as Landlord | 59.56 |
| 1920 | 4/14/2014 | Corporate Creations Internatio | 11380 Prosperity Farms Rd, #221E, Palm Beach Gardens, FL 33410 | FBO WCH Hospitality LLC; Register Agent | 125.00 |
| 1917 | 4/8/2014 | EMG Corporate Headquarters | 222 Schilling Circle, Suite 275,  Hunt Valley  MD  21031 | Sheraton acquisition related;Survey Report | 2,428.00 |
| 1921 | 4/14/2014 | EMG Corporate Headquarters | 222 Schilling Circle, Suite 275,  Hunt Valley  MD  21031 | Sheraton acquisition related;Survey Report | 625.00 |
| 1745 | 10/31/2013 | Florida Power & Light Company | General Mail Facility      Miami  FL  33188-0001 | 375 Office Utilities FBO Mr. Chen | 77.03 |
| 1748 | 10/31/2013 | Florida Power & Light Company | General Mail Facility      Miami  FL  33188-0001 | 375 Office Utilities FBO Mr. Chen | 33.73 |
| 1784 | 12/6/2013 | Florida Power & Light Company | General Mail Facility      Miami  FL  33188-0001 | 375 Office Utilities FBO Mr. Chen | 41.56 |
| 1790 | 12/6/2013 | Florida Power & Light Company | General Mail Facility      Miami  FL  33188-0001 | 375 Office Utilities FBO Mr. Chen | 24.66 |
| 1815 | 12/31/2013 | Florida Power & Light Company | General Mail Facility      Miami  FL  33188-0001 | 375 Office Utilities FBO Mr. Chen | 11.36 |
| 1817 | 12/31/2013 | Florida Power & Light Company | General Mail Facility      Miami  FL  33188-0001 | 375 Office Utilities FBO Mr. Chen | 37.83 |
| 1845 | 2/10/2014 | Florida Power & Light Company | General Mail Facility      Miami  FL  33188-0001 | 375 Office Utilities FBO Mr. Chen | 18.27 |
| 1853 | 2/10/2014 | Florida Power & Light Company | General Mail Facility      Miami  FL  33188-0001 | 375 Office Utilities FBO Mr. Chen | 68.13 |
| 1738 | 10/18/2013 | GrayRobinson Attorneys At Law | 301 E. Pine Street  P O Box 3068  Orlando  FL  32802 | Legal services for Sheraton Acquisition | 31.50 |
| 1771 | 11/22/2013 | GrayRobinson Attorneys At Law | 301 E. Pine Street  P O Box 3068  Orlando  FL  32802 | Legal services for Sheraton Acquisition | 3,172.97 |
| 1799 | 12/12/2013 | GrayRobinson Attorneys At Law | 301 E. Pine Street  P O Box 3068  Orlando  FL  32802 | Legal services for Sheraton Acquisition | 5,911.65 |
| 1801 | 12/12/2013 | GrayRobinson Attorneys At Law | 301 E. Pine Street  P O Box 3068  Orlando  FL  32802 | Legal services for Sheraton Acquisition | 141.30 |
| 1889 | 3/17/2014 | GrayRobinson Attorneys At Law | 301 E. Pine Street  P O Box 3068  Orlando  FL  32802 | Legal services for Sheraton Acquisition | 6,261.75 |
| 1890 | 3/17/2014 | GrayRobinson Attorneys At Law | 301 E. Pine Street  P O Box 3068  Orlando  FL  32802 | Legal services for Sheraton Acquisition | 1,212.12 |
| 1940 | 5/8/2014 | GrayRobinson Attorneys At Law | 301 E. Pine Street  P O Box 3068  Orlando  FL  32802 | Legal services for Sheraton Acquisition | 15,493.05 |
| 1945 | 5/8/2014 | GrayRobinson Attorneys At Law | 301 E. Pine Street  P O Box 3068  Orlando  FL  32802 | Legal services for Sheraton Acquisition | 1,165.50 |
| 1966 | 6/4/2014 | GrayRobinson Attorneys At Law | 301 E. Pine Street  P O Box 3068  Orlando  FL  32802 | Legal services for Sheraton Acquisition | 14,748.30 |
| 1969 | 6/4/2014 | GrayRobinson Attorneys At Law | 301 E. Pine Street  P O Box 3068  Orlando  FL  32802 | Legal services for Sheraton Acquisition | 1,003.51 |
| 1978 | 7/1/2014 | GrayRobinson Attorneys At Law | 301 E. Pine Street  P O Box 3068  Orlando  FL  32802 | Legal services for Sheraton Acquisition | 1,372.83 |
| 1980 | 7/1/2014 | GrayRobinson Attorneys At Law | 301 E. Pine Street  P O Box 3068  Orlando  FL  32802 | Legal services for Sheraton Acquisition | 11,807.51 |
| 1908 | 4/3/2014 | PMHS | 2020 K Street NW  Suite 600  Washington  DC  20006 | Sheraton acquisition related;Management Co | 1,628.17 |
| 1950 | 5/9/2014 | PMHS | 2020 K Street NW  Suite 600  Washington  DC  20006 | Sheraton acquisition related;Management Co | 10,500.00 |
| 1893 | 3/18/2014 | Sheraton Suites Plantation | 311 North University Drive      Plantation  FL  33324 | Sheraton acquisition related;Management Co | 2,783.23 |
| 8800384 | 6/2/2014 | Starwood Hotels & Resorts Worl | | Sheraton acquisition related;PIP Application Fee | 3,500.00 |
| 1959 | 5/23/2014 | Teco Peoples Gas | 15779 W Dixie Hwy    North Miami Bch  FL  33162 | Sheraton acquisition related;Account Deposit | 15,128.00 |
| 1865 | 2/21/2014 | Theodore F. Veskosky | 12021 NW 18 Street     Plantation  FL  33323 | Sheraton acquisition related; Consulting | 10,000.00 |
| 8800358 | 1/10/2014 | University of Miami | 111 Allen Hall, 5050 Brunson Drive, Coral Gables, FL 33124 | FBO Mr. Du's Relative Yingqi Li | 21,426.00 |
| 8800373 | 3/28/2014 | WCH Hospitality, LLC | 7580 N.W 5th Street, P.O Box 19148, Plantation, FL 33317 | Sheraton Acquisition Related; Bank account opening deposit | 100.00 |
| 1897 | 3/21/2014 | William Seay, Inc. | 2020 Taylor Street, 2C    Hollywood  FL  33020 | FBO Mr. Du's uncle Zhanjiang Chi's apartment floor remodeling | 9,419.00 |
| 1741 | 10/21/2013 | Zhenzeng Du | 21200 NE 38 Ave, Ste 2503, Aventura, FL 33180 | Officer of Member | 20,000.00 |

| | | | | |
|---|---|---|---|---:|
| 1781 | 12/5/2013 | Zhenzeng Du | 21200 NE 38 Ave, Ste 2503, Aventura, FL 33180 | Officer of Member | 10,000.00 |
| 1804 | 12/20/2013 | Zhenzeng Du | 21200 NE 38 Ave, Ste 2503, Aventura, FL 33180 | Officer of Member | 10,000.00 |
| 1862 | 2/14/2014 | Zhenzeng Du | 21200 NE 38 Ave, Ste 2503, Aventura, FL 33180 | Officer of Member | 10,000.00 |
| 1899 | 3/25/2014 | Zhenzeng Du | 21200 NE 38 Ave, Ste 2503, Aventura, FL 33180 | Officer of Member | 10,000.00 |
| 1919 | 4/9/2014 | Zhenzeng Du | 21200 NE 38 Ave, Ste 2503, Aventura, FL 33180 | Officer of Member | 10,000.00 |
| | | | | | |
| 8800341 | 10/17/2013 | American Express Card | | FBO USCH | 49,294.27 |
| 8800349 | 11/17/2013 | American Express Card | | FBO USCH | 39,316.93 |
| 8800352 | 12/15/2013 | American Express Card | | FBO USCH | 58,710.16 |
| 8800362 | 1/17/2014 | American Express Card | | FBO USCH | 66,997.98 |
| 8800366 | 2/4/2014 | American Express Card | | FBO USCH | 58,432.91 |
| 8800371 | 3/10/2014 | American Express Card | | FBO USCH | 49,542.55 |
| 8800377 | 4/17/2014 | American Express Card | | FBO USCH | 34,174.45 |
| 8800388 | 5/19/2014 | American Express Card | | FBO USCH | 47,237.88 |
| 8800395 | 6/17/2014 | American Express Card | | FBO USCH | 25,013.52 |
| 8800406 | 7/17/2014 | American Express Card | | FBO USCH | 37,253.35 |
| 8800410 | 8/20/2014 | American Express Card | | FBO USCH | 14,495.31 |
| 8800342 | 10/30/2013 | American Express Card | | FBO USCH | 10,250.16 |
| 8800350 | 11/29/2013 | American Express Card | | FBO USCH | 60,384.35 |
| 8800354 | 12/18/2013 | American Express Card | | FBO USCH | 271,358.29 |
| 8800363 | 1/29/2014 | American Express Card | | FBO USCH | 18,088.59 |
| 8800367 | 2/25/2014 | American Express Card | | FBO USCH | 6,267.41 |
| 8800374 | 3/30/2014 | American Express Card | | FBO USCH | 18,595.67 |
| 8800379 | 4/29/2014 | American Express Card | | FBO USCH | 25,162.48 |
| 8800387 | 5/30/2014 | American Express Card | | FBO USCH | 18,932.79 |
| 8800396 | 6/27/2014 | American Express Card | | FBO USCH | 4,826.51 |
| 8800409 | 8/1/2014 | American Express Card | | FBO USCH | 13,113.33 |
| 8800412 | 9/4/2014 | American Express Card | | FBO USCH | 6,244.55 |
| | | | | | |
| 1743 | 10/28/2013 | Bank of America Business Card | | | 11,052.91 |
| 1770 | 11/22/2013 | Bank of America Business Card | | | 25,088.92 |
| 1806 | 12/20/2013 | Bank of America Business Card | | | 12,312.51 |
| 1837 | 1/27/2014 | Bank of America Business Card | | | 16,598.30 |
| 1864 | 2/21/2014 | Bank of America Business Card | | | 9,630.20 |
| 1895 | 3/21/2014 | Bank of America Business Card | | | 8,267.89 |
| 1925 | 4/14/2014 | Bank of America Business Card | | | 16,116.85 |
| 1958 | 5/23/2014 | Bank of America Business Card | | | 12,682.89 |
| 1976 | 7/1/2014 | Bank of America Business Card | | | 12,787.83 |
| 1997 | 7/25/2014 | Bank of America Business Card | | | 7,366.93 |
| 2007 | 8/22/2014 | Bank of America Business Card | | | 7,360.70 |
| 2023 | 10/3/2014 | Bank of America Business Card | | | 8,363.70 |

EXHIBIT X

**Mapuche LLC**
**Exhibit - Other Transactions**

| Check | Date | Name | Address | Amount Paid | Relationship |
|---|---|---|---|---|---|
| 1947 | 5/8/2014 | Aetna Life Insurance Company | P.O. Box 7247-0213, Philadelphia  PA 19170 | 5,378.10 | Health Premium for Mr. Du & Mr. Chi |
| 1981 | 7/1/2014 | Aetna Life Insurance Company | P.O. Box 7247-0213, Philadelphia  PA 19170 | 3,761.29 | Health Premium for Mr. Du & Mr. Chi |
| 1802 | 12/20/2013 | Bank of America, N.A. | 8181 W Broward Blvd, Plantation  FL  33324 | 300,000.00 | Loan to Mr. Du's Family Member |
| 1880 | 3/7/2014 | Bank of America, N.A. | 8181 W Broward Blvd, Plantation  FL  33324 | 10,000.00 | Loan to Mr. Du's Family Member |
| 1887 | 3/17/2014 | Bank of America, N.A. | 8181 W Broward Blvd, Plantation  FL  33324 | 8,000.00 | Loan to Mr. Du's Family Member |
| 1389 | 10/15/2012 | Jin Zhi Star (US) Company | 375 N University Drive, Plantation, FL 33324 | 342,195.71 | Repayment of Jin Zhi Star (US) Loan |
| 1754 | 11/4/2013 | Mercedes-Benz Financial Servic | P O Box 5209,  Carol Stream  IL  60197-5209 | 2,773.65 | 2012 MB S63 |
| 1791 | 12/6/2013 | Mercedes-Benz Financial Servic | P O Box 5209,  Carol Stream  IL  60197-5209 | 2,773.65 | 2012 MB S63 |
| 1822 | 1/9/2014 | Mercedes-Benz Financial Servic | P O Box 5209,  Carol Stream  IL  60197-5209 | 2,773.65 | 2012 MB S63 |
| 1846 | 2/10/2014 | Mercedes-Benz Financial Servic | P O Box 5209,  Carol Stream  IL  60197-5209 | 2,773.65 | 2012 MB S63 |
| 1873 | 3/6/2014 | Mercedes-Benz Financial Servic | P O Box 5209,  Carol Stream  IL  60197-5209 | 2,773.65 | 2012 MB S63 |
| 1907 | 4/3/2014 | Mercedes-Benz Financial Servic | P O Box 5209,  Carol Stream  IL  60197-5209 | 2,773.65 | 2012 MB S63 |
| 1941 | 5/8/2014 | Mercedes-Benz Financial Servic | P O Box 5209,  Carol Stream  IL  60197-5209 | 2,773.65 | 2012 MB S63 |
| 1967 | 6/4/2014 | Mercedes-Benz Financial Servic | P O Box 5209,  Carol Stream  IL  60197-5209 | 2,773.65 | 2012 MB S63 |
| 1990 | 7/11/2014 | Mercedes-Benz Financial Servic | P O Box 5209,  Carol Stream  IL  60197-5209 | 2,773.65 | 2012 MB S63 |
| 2003 | 8/8/2014 | Mercedes-Benz Financial Servic | P O Box 5209,  Carol Stream  IL  60197-5209 | 2,773.65 | 2012 MB S63 |
| 2018 | 9/10/2014 | Mercedes-Benz Financial Servic | P O Box 5209,  Carol Stream  IL  60197-5209 | 2,773.65 | 2012 MB S63 |
| 1859 | 2/14/2014 | Mercedes-Benz Financial Servic | P O Box 5209,  Carol Stream  IL  60197-5209 | 3,711.08 | FBO Mr. Du's 2014 GL 550 |
| 1915 | 4/7/2014 | Mercedes-Benz Financial Servic | P O Box 5209,  Carol Stream  IL  60197-5209 | 1,905.54 | FBO Mr. Du's 2014 GL 550 |
| 1882 | 3/14/2014 | Philadelphia Insurance Compani | P O Box 70258      Philadelphia  PA  19176-9657 | 2,318.76 | 2013 Bentley auto insurance |
| 1755 | 11/4/2013 | Porsche Payment Center | 75 Remittance Drive Suite 1738     Chicago  IL  6 | 2,082.80 | Mr. Du's 2012 Porsche |
| 1783 | 12/6/2013 | Porsche Payment Center | 75 Remittance Drive Suite 1738     Chicago  IL  6 | 2,082.80 | Mr. Du's 2012 Porsche |
| 1857 | 2/12/2014 | Porsche Payment Center | 75 Remittance Drive Suite 1738     Chicago  IL  6 | 4,269.74 | Mr. Du's 2012 Porsche |
| 1883 | 3/14/2014 | Porsche Payment Center | 75 Remittance Drive Suite 1738     Chicago  IL  6 | 2,082.80 | Mr. Du's 2012 Porsche |
| 1916 | 4/7/2014 | Porsche Payment Center | 75 Remittance Drive Suite 1738     Chicago  IL  6 | 2,285.87 | Mr. Du's 2012 Porsche |
| 1761 | 11/8/2013 | Progressive American Insurance | P O Box 105428      Atlanta   GA  30348-5428 | 2,099.95 | Mr. Du's auto insurance |
| 1765 | 11/8/2013 | Progressive American Insurance | P O Box 105428      Atlanta   GA  30348-5428 | 71.94 | Mr. Du's auto insurance |
| 1735 | 10/18/2013 | TD Auto Finance | P O Box 9001921      Louisville  KY  40290-1921 | 2,603.14 | FBO Mr. Chen 2013 Bentley |
| 1762 | 11/8/2013 | TD Auto Finance | P O Box 9001921      Louisville  KY  40290-1921 | 2,603.14 | FBO Mr. Chen 2013 Bentley |
| 1792 | 12/6/2013 | TD Auto Finance | P O Box 9001921      Louisville  KY  40290-1921 | 2,603.14 | FBO Mr. Chen 2013 Bentley |
| 1824 | 1/9/2014 | TD Auto Finance | P O Box 9001921      Louisville  KY  40290-1921 | 2,603.14 | FBO Mr. Chen 2013 Bentley |
| 1848 | 2/10/2014 | TD Auto Finance | P O Box 9001921      Louisville  KY  40290-1921 | 2,603.14 | FBO Mr. Chen 2013 Bentley |
| 1884 | 3/14/2014 | TD Auto Finance | P O Box 9001921      Louisville  KY  40290-1921 | 2,603.14 | FBO Mr. Chen 2013 Bentley |
| 1922 | 4/14/2014 | TD Auto Finance | P O Box 9001921      Louisville  KY  40290-1921 | 2,603.14 | FBO Mr. Chen 2013 Bentley |
| 1736 | 10/18/2013 | Trump National Golf Club | 100 Shadow Tree Lane     Briarcliff Manor  NY  1 | 1,051.49 | Mr. Chen's account |
| 1793 | 12/6/2013 | Trump National Golf Club | 100 Shadow Tree Lane     Briarcliff Manor  NY  1 | 4,002.07 | Mr. Chen's account |
| 1807 | 12/20/2013 | Trump National Golf Club | 100 Shadow Tree Lane     Briarcliff Manor  NY  1 | 281.32 | Mr. Chen's account |
| 1812 | 12/20/2013 | Trump National Golf Club | 100 Shadow Tree Lane     Briarcliff Manor  NY  1 | 250.00 | Mr. Du's account |
| 1849 | 2/10/2014 | Trump National Golf Club | 100 Shadow Tree Lane     Briarcliff Manor  NY  1 | 18,500.00 | Annual Fees; Mr. Chen's &Mr. Du's account |
| 1885 | 3/14/2014 | Trump National Golf Club | 100 Shadow Tree Lane     Briarcliff Manor  NY  1 | 1,576.00 | Mr. Chen's account |
| 1923 | 4/14/2014 | Trump National Golf Club | 100 Shadow Tree Lane     Briarcliff Manor  NY  1 | 120.80 | Mr. Chen's account |
| 1968 | 6/4/2014 | Trump National Golf Club | 100 Shadow Tree Lane     Briarcliff Manor  NY  1 | 462.20 | Mr. Chen's account |
| 1991 | 7/11/2014 | Trump National Golf Club | 100 Shadow Tree Lane     Briarcliff Manor  NY  1 | 34.36 | Mr. Du's account |
| 1998 | 7/25/2014 | Trump National Golf Club | 100 Shadow Tree Lane     Briarcliff Manor  NY  1 | 721.77 | Mr. Chen's account |
| 2009 | 8/22/2014 | Trump National Golf Club | 100 Shadow Tree Lane     Briarcliff Manor  NY  1 | 3,158.55 | Mr. Chen's account |
| 1746 | 10/31/2013 | United HealthCare Insurance Co | Dept. CH 10151     Palatine  IL  60055-0151 | 1,627.00 | Health Premium fbo Mr. Du & Mr. Chi |
| 1773 | 11/22/2013 | United HealthCare Insurance Co | Dept. CH 10151     Palatine  IL  60055-0151 | 1,627.00 | Health Premium fbo Mr. Du & Mr. Chi |
| 1808 | 12/20/2013 | United HealthCare Insurance Co | Dept. CH 10151     Palatine  IL  60055-0151 | 1,627.00 | Health Premium fbo Mr. Du & Mr. Chi |
| 1839 | 1/27/2014 | United HealthCare Insurance Co | Dept. CH 10151     Palatine  IL  60055-0151 | 1,627.00 | Health Premium fbo Mr. Du & Mr. Chi |
| 1866 | 2/21/2014 | United HealthCare Insurance Co | Dept. CH 10151     Palatine  IL  60055-0151 | 1,627.00 | Health Premium fbo Mr. Du & Mr. Chi |
| 1948 | 5/8/2014 | United HealthCare Insurance Co | Dept. CH 10151     Palatine  IL  60055-0151 | 335.02 | Health Premium fbo Mr. Du & Mr. Chi |
| 1983 | 7/1/2014 | United HealthCare Insurance Co | Dept. CH 10151     Palatine  IL  60055-0151 | 220.12 | Health Premium fbo Mr. Du & Mr. Chi |
| 8354 | 5/30/2013 | Wei Chen | 21200 NE 38 Ave, Ste 2805, Aventura, FL 33180 | 605,562.96 | Loan to Mr. Chen for Flower Shop Repairs, Repaid 07/19/2013 |
| 1776 | 11/26/2013 | Wei Chen | 21200 NE 38 Ave, Ste 2805, Aventura, FL 33180 | 11,830.06 | Loan to Mr. Chen for 375 office 2013 R E Tax |
| 8800353 | 12/19/2013 | Wei Chen | 21200 NE 38 Ave, Ste 2805, Aventura, FL 33180 | 9,000.00 | Loan paid back to Mr. Chen for Loan from Mr. Chen 10/3/2013 |
| 8800361 | 1/13/2014 | Wei Chen | 21200 NE 38 Ave, Ste 2805, Aventura, FL 33180 | 9,500.00 | Loan to Mr. Chen; Mr. Chen paid back on 3/17/14 |
| 8800369 | 3/5/2014 | Wei Chen | 21200 NE 38 Ave, Ste 2805, Aventura, FL 33180 | 20,000.00 | Loan to Mr. Chen; Mr. Chen paid back on 3/17/14 |
| 8800008 | 3/7/2014 | Wei Chen | 21200 NE 38 Ave, Ste 2805, Aventura, FL 33180 | 1,800,000.00 | Paid Back $1,300,000 on 4/23/14; $500,000 To Chicago Title for Sheraton acquisition |

| 1780 | 12/5/2013 | Zhanjiang Chi | 21200 NE 38 Ave, Ste 2503, Aventura, FL 33180 | 30,000.00 | Mr. Du's family member |
| 1803 | 12/20/2013 | Zhanjiang Chi | 21200 NE 38 Ave, Ste 2503, Aventura, FL 33180 | 10,000.00 | Mr. Du's family member |
| 1861 | 2/14/2014 | Zhanjiang Chi | 21200 NE 38 Ave, Ste 2503, Aventura, FL 33180 | 15,000.00 | Mr. Du's family member |
| 1879 | 3/6/2014 | Zhanjiang Chi | 21200 NE 38 Ave, Ste 2503, Aventura, FL 33180 | 1,412.50 | Mr. Du's family member |
| 1898 | 3/25/2014 | Zhanjiang Chi | 21200 NE 38 Ave, Ste 2503, Aventura, FL 33180 | 30,000.00 | Mr. Du's family member |
| 8800004 | 12/15/2012 | Zhenzeng Du | 21200 NE 38 Ave, Ste 2503, Aventura, FL 33180 | 1,200,000.00 | Officer of member |
| 8800005 | 4/8/2013 | Zhenzeng Du | 21200 NE 38 Ave, Ste 2503, Aventura, FL 33180 | 4,000,000.00 | Officer of member |
| 1777 | 11/27/2013 | ETECH Enterprise Inc. | 297 Grand Street, New York, NY 10002 | 47,616.61 | Per Mr. Chen, the purchased items are for Mr. Du. |

# UNITED STATES BANKRUPTCY COURT
### Southern District of Florida
### www.flsb.uscourts.gov

In Re:
**Mapuche, LLC**

Case Number 14-32827

Chapter 7

_____   Debtor(s)   /

## DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES, FILING FEE APPLICATIONS AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, Application to Pay Filing Fee in Installments, Application for Waiver of the Chapter 7 Filing Fee, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

### Check all documents that apply to this declaration

| | |
|---|---|
| ☐ Application by Individual Debtor to Pay Filing Fee in Installments | ☐ Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments |
| ☐ Voluntary petition signed by me on | ☐ Amended voluntary petition signed by me on _____ |
| ☒ Schedules signed by me on **November 12, 2014** | ☐ Amended schedules signed by me on _____ |
| ☒ Statement of Financial Affairs signed by me on **November 12, 2014** | ☐ Amended Statement of Financial Affairs signed by me on _____ |
| ☐ Statement of Social Security Number(s) signed by me on | ☐ Amended Statement of Social Security Number(s) signed by me on _____ |
| ☐ Statement of *Current Monthly Income (OBF 22)* signed by me on | ☐ Amended Statement of *Current Monthly Income (OBF 22)* signed by me on _____ |

I, ___**Qianfei He**____, the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1.  I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2.  I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3.  I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4.  I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

| | |
|---|---|
| **Signature of Debtor** | **Signature of Joint Debtor (if applicable)** |
| **(If non individual, authorized corporate representative)** | |
| Qianfei He | |
| **Print or Type Name (and title if applicable)** | **Print Name** |
| Thomas M. Messana 991422 | 954-712-7400 |
| **Print or Type Name of Attorney for Debtor** | **Phone:** |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy