**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                                             Case No. 14-32819-JKO

US CAPITAL/FASHION MALL, LLC                                Chapter 7
et al.[1]
_____/                   (Jointly Administered)

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that JASON Z. JONES, ESQ. of the law firm JONES LAW OFFICE, P.A., hereby gives his notice of appearance as counsel to CADDELL CONSTRUCTION CO. (DE), LLC ("Caddell"), pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and respectfully requests that the Clerk place counsel listed below on the matrix and list of creditors, if not already done, so as to receive all documents, pleadings, exhibits in the jointly administered cases, and that all notices given or required to be served in these cases be served upon:

Jason Z. Jones, Esq.
Jones Law Office, P.A.
9130 S. Dadeland Blvd., Suite 2000
Miami, Florida 33156
Tel: (305) 918-2299
Fax: (305) 938-5040
jjones@joneslawpa.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the undersigned hereby requests and demands that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and when applicable, service of, any and all notices and papers related to the cases, and additionally, includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal,

---

[1] The jointly administered Debtors are: US Capital/Fashion Mall, LLC (14-32819-JKO); US Capital Holdings, LLC (14-32822-JKO); and Mapuche, LLC (14-32827-JKO).

disclosure statement or plan of reorganization in the jointly administered bankruptcy cases, whether transmitted or conveyed by hand delivery, electronic mail, mail, telephone, telecopier, or made in any other manner whatsoever.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a demand and request for service.  By filing this Notice of Appearance, Caddell neither consents to nor waives (as applicable) any of the following: (i) any objection it may have as to the jurisdiction of the Bankruptcy Court to determine any specific adversary proceeding or contested matter; (ii) any objection it may have concerning whether any specific adversary proceeding or contested matter is a core proceeding within the meaning of 28 U.S.C. § 157; (iii) any objection it may have concerning whether the Bankruptcy Court may enter a final order or judgment in any non-core proceeding; (iv) any right to a jury trial to which it may otherwise be entitled pursuant to the United States Constitution or other applicable law; or (v) any objection it may have concerning whether the Bankruptcy Court may conduct any jury trial to which Caddell may otherwise be entitled.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via electronic mail upon each of the parties and counsel identified on the CM/ECF service list created and maintained by the Court for this case on November 13, 2014 as noted on the attached list.

Dated: November 13, 2014

      JONES LAW OFFICE, P.A.
      /s/ Jason Z. Jones
      Jason Z. Jones
      Florida Bar No.186554
      9130 S. Dadeland Boulevard, Suite 2000
      Miami, Florida 33156
      Tel: (305) 918-2299
      Fax: (305) 938-5040
      Email: jjones@joneslawpa.com
      *Counsel for Caddell Construction Co. (DE), LLC*

**Service List via CM/ECF Noticing**

Mark A Levy, Esq on behalf of Interested Party City of Plantation

mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com, brinkleymorganecf@gmail.com

Brett D Lieberman on behalf of the Debtors

blieberman@messana-law.com, thurley@messana-law.com; emair@messana-law.com; nbarrus@messana-law.com; tmessana@messana-law.com; tmessana@bellsouth.net

Thomas M. Messana, Esq. on behalf of the Debtors

tmessana@messana-law.com, emair@messana-law.com; blieberman@messana-law.com; thurley@messana-law.com; tmessana@bellsouth.net; nbarrus@messana-law.com; ekates@bakerlaw.com; jmooremaley@messana-law.com; tzeichman@messana-law.com

Glenn D Moses, Esq on behalf of Trustee Kenneth A Welt

gmoses@gjb-law.com , gjbecf@gjb-law.com

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

Michael L Schuster on behalf of Trustee Kenneth A Welt

mschuster@gjb-law.com, gjbecf@gjb-law.com; mchang@gjb-law.com

Steven J. Solomon, Esq. on behalf of Creditors BCEGI, LLC and GHJ Construction Corp.

steven.solomon@gray-robinson.com, lnegron@gray-robinson.com; lauren.rome@gray-robinson.com; Amador.Ruiz-Baliu@gray-robinson.com

Kevin E. Vance on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.

kevance@duanemorris.com, cmackey@duanemorris.com; pnmendoza@duanemorris.com

Kenneth A Welt

fl10@ecfcbis.com; pacerfilings@gmail.com; kaw@trustesolutions.net; court@trusteeservices.biz

Nicole L Levy on behalf of Interested Party Tangshan Ganglu Iron & Steel Co., Ltd.

nllevy@duanemorris.com, LRTaseff@duanemorris.com, dperez@duanemorris.com YArnavat-Parga@duanemorris.com, shmarder@duanemorris.com, DiMassa@duanemorris.com, LJKotler@duanemorris.com