**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

US CAPITAL/FASHION MALL, LLC, et al.,[1]

                      Case No.: 14-32819-JKO

                      Chapter 7

       Debtors.

_____/     (Jointly Administered)

**CHAPTER 7 TRUSTEE'S MOTION FOR INTERIM AND FINAL ORDERS (A)
AUTHORIZING TRUSTEE TO OBTAIN POST-PETITION FINANCING AND
GRANTING SUPERPRIORITY LIEN POSITION PURSUANT TO 11 U.S.C. 364(d) AND
FED. R. BANKR. P. 4001(c); AND (B) SCHEDULING FINAL HEARING**

**Interim Hearing Requested for November 25, 2014**

    **KENNETH A. WELT**, the Chapter 7 Trustee (the "Trustee") for the estates of US

Capital/Fashion Mall, LLC, US Capital Holdings, LLC, and Mapuche, LLC (collectively, the

"Debtors"), by and through his undersigned counsel, and pursuant to section 364(d) of the

Bankruptcy Code and Rule 4001(c) of the Federal Rules of Bankruptcy Procedure, respectfully

moves this Court for interim and final Orders (a) authorizing the Trustee to obtain post-petition

financing from Sabadell United Bank, N.A. ("Sabadell") and granting Sabadell a superpriority

lien position, and (b) scheduling a final hearing.  In support thereof, the Trustee states as follows:

**BACKGROUND**

    1.      On October 14, 2014 (the "Petition Date"), each of the Debtors filed a voluntary

petition for relief under Chapter 7 of the Bankruptcy Code.  Kenneth A. Welt was thereafter

appointed as the Debtors' Chapter 7 Trustee.

---

[1] The Debtors in these cases are: US Capital/Fashion Mall, LLC (14-32819-JKO); US Capital Holdings, LLC (14-32822-JKO); and Mapuche, LLC (14-32827-JKO).  The Debtors' cases are being jointly administered pursuant to the Court's order dated November 9, 2014 [ECF No. 53].

2.      The Debtor, US Capital/Fashion Mall, LLC is the owner of approximately 32.07 acres of real estate known as the former Plantation Fashion Mall located at 321 North University Drive in Plantation, Florida (the "Fashion Mall" or the "Property"). The Fashion Mall is an existing enclosed, vacated, mall comprising approximately 828,721 square feet of gross leasable area including department store anchor space, retail shop space, a food court, and an attached 7-story office building shell. US Capital/Fashion Mall, LLC is owned by US Capital Holdings, LLC, which in turn is owned by Mapuche, LLC.

3.      The Fashion Mall has been vacant since it was damaged by Hurricane Wilma in 2005. The Debtors, U.S. Capital/Fashion Mall, LLC and US Capital Holdings, LLC, previously filed for relief under Chapter 11 before this Court on February 24, 2012 (Case No. 12-14517-JKO). On September 11, 2012, this Court confirmed the Debtors' Joint Plan of Reorganization.

4.      At the time of this bankruptcy filing, the Debtors were in the midst of a renovation of its on-site office complex. The Debtors also sought to redevelop the Fashion Mall into a project to be known as "321 North," which was intended to be a major retail office and residential project. The Debtors' business was operated from office space located near the Fashion Mall, at 375 N. University Drive in Plantation, Florida (the "375 Property"). The 375 Property is titled in the name of Wei Chen, a party in interest in these cases.

5.      The Trustee has been authorized to operate the Debtors' business for the purpose of preserving, maintaining and securing the Debtors' property pursuant to this Court's *Interim Order Granting Chapter 7 Trustee's Emergency Motion for Authority to (I) Operate Debtor's Business for a Limited Period of Time and (II) Pay Pre-Petition Wages of Certain Employees Relating to the Foregoing, and Setting Further Hearing* [ECF No. 49] (the "Operational Order").

6.      A CBRE appraisal report of the Fashion Mall, dated July 30, 2014, reflects that an

"as-is" market value of the Property of $44,000,000.[2]  The total 2014 tax assessed value for the property, is approximately $34 million.  *See* Claim No. 1-1 in Case No. 14-32819-JKO.[3]

7.    The liens, claims and encumbrances on the Property include (i) unpaid real property taxes and tangible property taxes which total approximately $3 million based on Claim No. 1-1 filed by the Broward County Records, Taxes & Treasury Division; (ii) a construction mortgage to GHJ Construction, Inc. with an outstanding balance per the Debtors' schedules of approximately $12,100,000, which claim is disputed by the Debtors; and (iii) recorded mechanics' liens related to the office building renovation, which total approximately $700,000.[4]

8.    Accordingly, based on review of available information, the Trustee estimates that the face value of all liens, claims and encumbrances on the Property (without taking to account the disputed nature of these claims) is approximately $15.8 million, leaving an equity cushion of at least approximately $28.2 million, but not less than $4.2 million.

9.    Pending the disposition of the Debtors' Property, the Trustee has an immediate need for cash to fund the expenses of these estates, including insurance, security and related maintenance obligations, which are necessary to preserve and maximize the value of Property. The Trustee has prepared a six-month budget, which is attached hereto as **Exhibit A**, setting forth the Trustee's anticipated expenditures during this time period, each of which being related to and necessary for the preservation and maintenance of the Property.

---

[2] On an expedited sale basis, the appraisal reflects liquidation value of $20 million.  This CBRE appraisal will be made available to the Court and parties in interest upon request.

[3] Similarly, the Debtors' valued the property in the US Capital/Fashion Mall, LLC schedules at $34 million [ECF No. 55].

[4] One lien and notice of commencement were recorded within the 90-day preference period of Section 547 of the Bankruptcy Code, and seven liens were filed post-petition, and all may otherwise be subject to dispute. The Trustee has ordered a comprehensive title analysis which will provide definitive descriptions of all liens, claims and encumbrances on the Debtors' Property.  The figures set forth herein are estimates based on information obtained from the Debtors' documents and publically recorded information available to the Trustee.

[11361-001/2266617/2]                                         3

10.    As of the Petition Date, there were insufficient funds available for the Trustee to meet the Debtors operational needs beyond an initial 30-day period.

11.    Sabadell is willing to provide the required financing through a revolving line of credit in the amount of $430,000.00, pursuant to the terms set forth on the term sheet which is attached hereto as **Exhibit B**.[5]

12.    Given the Debtors' current financial condition, lack of cash flow, and the timing of the need for funds, the Trustee is unable to obtain financing from any lender on terms more favorable than those provided by Sabadell.

13.    As such, the Trustee seeks authority to obtain financing in the form of a super-priority credit facility from Sabadell in an aggregate amount not to exceed $430,000.00 (the "Financing"), which funds will be used in strict conformity with the budget attached hereto as **Exhibit A** (the "Budget").

## THE PROPOSED POST-PETITION FINANCING

14.    The pertinent terms of the Financing are set forth below for summary and notice purposes as required by Fed. R. Bankr. P. 4001(c) and (d), Local Rules 4001-2 and 9013-1(H), as well as the Court's Guidelines for Motions Seeking Authority to Use Cash Collateral and Motions Seeking Approval of Post-Petition Financing (the "Guidelines"):

- Sabadell will provide post-petition financing through a revolving line of credit in the amount of $430,000.00;

- The Loan Term shall be 10 months;

- The interest rate shall be Prime + 3%, floating;

- Closing costs shall include (A) environmental screening in the amount of $395.00; (B) appraisal fee and review in the amount of $9,000; (C) recording fees,

---

[5] The Trustee intends to file a full set of loan documents under a separate notice of filing.

document stamps and intangible taxes estimated to be $2,942; (D) title premium, searches and related fees in the amount of $3,247.50; (E) Sabadell's outside counsel fees, any other miscellaneous third party fees;

- No minimum monthly payment shall be required, but the full loan balance and accrued interest must be paid at maturity;

- No pre-payment penalty shall be imposed;

- Sabadell requires a superpriority lien on the Debtors' property located at 321 N University Drive, Plantation, FL 33324.

15.     Notwithstanding anything to the contrary set forth in this Motion or any attachments hereto, and as required by the Guidelines, the Financing shall be subject to a carve-out in favor for fees due the clerk of the Court and the United States Trustee pursuant to 28 U.S.C. § 1930.

## RELIEF REQUESTED AND BASIS FOR RELIEF

16.     Through this Motion, the Trustee requests that the Court enter interim and final orders: (A) authorizing the Trustee to obtain post-petition financing from Sabadell in accordance with the terms and conditions set forth in the Motion, and granting Sabadell a super-priority lien on the Debtors' Property, pursuant to 11 U.S.C. § 364(d)) and Fed. R. Bankr. P. 4001(c); and (B) scheduling a final hearing.

17.     Section 364 of the Bankruptcy Code authorizes a trustee to obtain secured or super-priority financing under certain circumstances. Provided that an agreement to obtain secured credit does not run afoul of the provisions of, and policies underlying, the Bankruptcy Code, courts grant a trustee considerable deference in acting in accordance with its reasonable business judgment in obtaining such credit. *See In re YL W. 87th Holdings I LLC*, 423 B.R. 421, 441 (Bankr. S.D.N.Y. 2010); *In re Ames Dep't Stores, Inc.*, 115 B.R. 34, 40 (Bankr. S.D.N.Y. 1990).

18.     Section 364(d)(1) of the Bankruptcy Code permits the Court to authorize postpetition financing under which a trustee grants the post-petition lender a senior lien on property of the estate if the trustee is unable to obtain credit or other unsecured financing under sections 364(a), (b), or (c) of the Bankruptcy Code.  As discussed above, given the Debtors' current financial condition, lack of cash flow, and the timing of the need for funds, the Trustee is currently unable to obtain financing from any lender on terms more favorable than those provided by Sabadell.

19.     After appropriate investigation and analysis, the Trustee concluded that the Financing is in the best interest of the estates.  Without the liquidity provided by the Financing, the Trustee would be unable to ensure that the Property will be insured, preserved and maintained pending its disposition.

20.     Sabadell is extending financing to the Trustee in good faith and, therefore, should be accorded the protections of Sections 364(e) of the Bankruptcy Code.

21.     Insofar as the Financing requires that the Trustee grant Sabadell a super-priority lien, the Trustee respectfully submits that the interests of affected lien holders will be adequately protected.  This Court has stated that "[t]he test of sufficiency of adequate protection" requires that "the prepetition creditor must be provided with the same level of protection it would have had absent the post-petition financing since it is entitled to retain the benefit of its prebankruptcy bargain."  *In re Levitt & Sons, LLC*, 384 B.R. 630, 641 (Bankr. S.D. Fla. 2008) (quoting *In re Stoney Creek Techs, LLC*, 364 B.R. 882, 890 (Bankr. E.D. Pa. 2007)).  In this case, and as set forth in detail hereinabove, there will be an equity cushion in the Property of approximately

64%, but no less than approximately 21%.[6]  *See In re Phoenix Steel Corp.*, 39 B.R. 218, 223-24 (D. Del. 1984 (holding that the existence of a sufficient equity cushion can provide sufficient adequate protection for purposes of Section 364(d)); *see also In re C.B.G. Ltd.*, 150 B.R. 570, 573 (Bankr. M.D. Pa. 1992) ("[C]ase law almost uniformly concludes that . . . an equity cushion of twenty percent (20%) or more constitutes adequate protection. . .")

22.    The significant equity cushion, combined with the use of the funding to preserve and maintain the Property, provides adequate protection as required by Section 364(d). The Trustee does not believe that the granting of the superpriority lien contemplated by the Financing will result in a decrease in the value of any entity's interest in the Property.  Creditors will have the same level of protection, if not greater protection, than they would have absent the Financing.

23.    The Trustee further submits that the disputed status of the largest single lien on the Debtors' Property, held by GHJ Construction, Inc., as well as the possible avoidability of mechanic's liens recorded against the Debtors' Property post-petition or within 90 days prior to the Petition Date, further justifies the relief requested herein.

## INTERIM RELIEF REQUESTED

24.    Within the meaning of Fed. R. Bankr. P. 4001(c)(2), the Court may conduct a final hearing on a motion for authority to obtain post-petition financing no earlier than fourteen (14) days following service of the motion, but if requested, and as set forth in the Guidelines, the Court may conduct an interim hearing within such interim period and authorize the obtaining of credit to the extent necessary to avoid imminent and irreparable harm to the estate pending a final hearing.

---

[6] This is without taking into account the disputed status or potential avoidability of certain of the liens against the Property.

25.     Absent interim approval of the Financing, these estates will suffer immediate and irreparable harm because the Trustee will be unable to pay the anticipated expenses necessary to preserve and maintain the Property.

26.     The Trustee respectfully requests that an interim hearing be conducted by the Court on November 25, 2014, followed by a final hearing not less than fourteen (14) days thereafter.

WHEREFORE the Trustee respectfully requires that the Court enter an interim and final order substantially in the form attached hereto as **Exhibit C**: (i) authorizing the Trustee to obtain post-petition financing from Sabadell; (ii) authorizing the funds provided under the Financing to be secured by a superpriority lien on the  Property located at located at 321 N. University Drive, Plantation, FL 33324; and (iii) scheduling a final hearing.

Respectfully submitted this 13th day of November, 2014

GENOVESE JOBLOVE & BATTISTA, P.A.
Attorneys for Chapter 7 Trustee
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

By: /s/ Glenn D. Moses
      Glenn D. Moses
      Florida Bar No. 174556
      gmoses@gjb-law.com
      Allison R. Day
      Florida Bar No. 494097
      aday@gjb-law.com
      Michael L. Schuster
      Florida Bar No. 57119
      mschuster@gjb-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 13th

day of November, 2014, via CM/ECF or U.S. Mail as set forth below.

By: /s/  Glenn D. Moses
Glenn D. Moses

## SERVICE LIST

### VIA CM/ECF

Mark A Levy, Esq on behalf of Interested Party City of Plantation
mark.levy@brinkleymorgan.com,
sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com

Nicole L Levy on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
nllevy@duanemorris.com, LRTaseff@duanemorris.com,dperez@duanemorris.com,YArnavat-
Parga@duanemorris.com,shmarder@duanemorris.com,DiMassa@duanemorris.com,LJKotler@d
uanemorris.com

Brett D Lieberman on behalf of Debtor Mapuche LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-
law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Debtor US Capital Holdings, LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-
law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Debtor US Capital/Fashion Mall, LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-
law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Interested Party Mapuche LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-
law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Interested Party US Capital Holdings, LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-
law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Thomas M. Messana, Esq. on behalf of Debtor Mapuche LLC

tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Debtor US Capital Holdings, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Debtor US Capital/Fashion Mall, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Interested Party Mapuche LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Interested Party US Capital Holdings, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Glenn D Moses, Esq on behalf of Trustee Kenneth A Welt
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Michael L Schuster on behalf of Trustee Kenneth A Welt
mschuster@gjb-law.com, gjbecf@gjb-law.com;mchang@gjb-law.com

Steven J. Solomon, Esq. on behalf of Creditor BCEGI, LLC
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Creditor GHJ Construction Corporation
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Kevin E. Vance on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
kevance@duanemorris.com, cmackey@duanemorris.com;pnmendoza@duanemorris.com

Kevin E. Vance on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.

kevance@duanemorris.com, cmackey@duanemorris.com;pnmendoza@duanemorris.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

**VIA US. MAIL**

Pavement Striping Corp.
1400 West 41 St
Hialeah, FL 33012

Phoenix Painting Co.
6303 N. Powerline Road
Fort Lauderdale, FL

Janpro Demolition, Inc
1600 NE 205th Terrace
Miami, FL 33179

Southeast Mechanical Contractors, LLC
2120 SW 57th Terrace
Hollywood, FL 33023

Right Way Plumbing Co.
1329 Shotgun Road
Sunrise, FL 33326

Shenandoah Construction
1888 NW 22nd Street
Pompano Beach, FL 33069

Supply Network, Inc. dba Viking Supplynet
2333 International Street
Colombus, OH 43228

Hoover Pumping Systems
2801 N Powerline Road
Pompano Beach, FL 33069

All Quality Painting and Pressure Cleaning
320 SW 15 St # 3
Dania, FL 33004

Air Tam Inc
9770 Laso Dr
Boynton Beach, FL 33472

PHF Plantation, LP
One Post Office Square, Suite 3100
Boston, MA 02109

Steel Fabricators LLC
721 NE 44th Street
Ft. Lauderdale, FL 33334

Lotspeich Company of Florida Inc.
6351 NW 28th Way, Ste A
Ft. Lauderdale, FL 33309

Rudolph J. Di Massa, Jr. on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
30 S 17 St
Philadelphia, PA 19103

Rudolph J. Di Massa, Jr. on behalf of Interested Party Tangshan Ganglu Iron & Steel Company,
Ltd.
30 S 17 St
Philadelphia, PA 19103

Lawrence J. Kotler on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
30 S 17 St
Philadelphia, PA 19103

Lawrence J. Kotler on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
30 S 17 St
Philadelphia, PA 19103

Sandirose Magder
20125 NE 25 Ave
Miami, FL 33180

Daniel Socek
20125 NE 25 Ave
Miami, FL 33180


**AND ALL CREDITORS AND PARTIES IN INTEREST LISTED ON THE CREDITOR
MAILING ADDRESS MATRICES ATTACHED HERETO AS EXHIBIT D**

**<u>EXHIBIT A</u>**

**US Capital / Fashion Mall, LLC**
**US Capital Holdings, LLC**
**Mapuche LLC**
**Case Nos.: 14-32819-JKO, 14-32822-JKO and 14-32827-JK0, respectively**
**c/o Kenneth A. Welt, Trustee**

**6 Month Operating Budget for the Period from November 13, 2014 to May 12, 2015**

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | 6 Month Total |
|---|---|---|---|---|---|---|---|
| **Expenses** | | | | | | | |
| Payroll[1] | $  7,500 | $  7,500 | $  7,500 | $  7,500 | $  7,500 | $  7,500 | $  45,000 |
| IT/Tech Support | 250 | 250 | 250 | 250 | 250 | 250 | 1,500 |
| Contract Labor | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 6,000 |
| Misc. Office Expense | 500 | 500 | 500 | 500 | 500 | 500 | 3,000 |
| Annual Fire Pump Generator Inspection | 2,098 | - | - | - | - | - | 2,098 |
| Annual Fire Sprinkler System Inspection | 2,200 | - | - | - | - | - | 2,200 |
| Records Storage[2] | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 12,000 |
| Utilities (records storage office): Telephone, Internet, Electricity | 500 | 500 | 500 | 500 | 500 | 500 | 3,000 |
| Insurance | | | | | | | - |
|   Builders Risk (Office Tower)[3] | 17,352 | - | - | - | - | - | 17,352 |
|   Commercial Property (Vacant Mall) | 8,605 | 8,605 | 8,605 | 8,605 | 8,605 | 8,605 | 51,630 |
|   Commercial General Liability[4] | - | 45,000 | - | - | - | - | 45,000 |
|   Commercial Excess Liability[4] | - | 32,500 | - | - | - | - | 32,500 |
|   Flood Insurance (Mall and parking garage)[4] | 700 | - | - | - | - | - | 700 |
|   Flood Insurance (Lord & Taylor)[4] | - | - | - | - | 650 | - | 650 |
| Elevator Inspection/License | - | - | - | - | - | 800 | 800 |
| Fire Alarm Monitoring | 37 | 37 | 37 | 37 | 37 | 37 | 222 |
| Electricity | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 30,000 |
| Water & Sewer | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 7,200 |
| Fence Rental | - | - | 500 | 500 | 500 | 500 | 2,000 |
| Security | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 120,000 |
| Pest Control | 200 | 200 | 200 | 200 | 200 | 200 | 1,200 |
| Landscaping | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 12,000 |
| Waste Management | 350 | 350 | 350 | 350 | 350 | 350 | 2,100 |
| Repairs and Maintenance | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 6,000 |
| **Total Expenses** | $  72,492 | $  127,642 | $  50,642 | $  50,642 | $  51,292 | $  51,442 | $  404,152 |

**Notes:**

1. Includes payroll, employer FICA expense, workers comp insurance and unemployment insurance for maintenance staff

2. Storage for books, records and computers

3. After the December payment, this policy is paid off through 7/1/2015 due to a large down payment when policy was financed. It's an 18 month policy.

4. Policy renewal. Based on an estimate of current rates plus 15%

**<u>EXHIBIT B</u>**



November 10, 2014

Mr. Kenneth A. Welt
The Chapter 7 Trustee for the Bankruptcy Estate of US Capital Holdings, LLC
1776 N Pine Island Rd Ste222
Plantation, FL 33322

Re:    **Proposed financing of expenses associated with the Chapter 7 filing**

Dear Mr. Welt,

On behalf of Sabadell United Bank, N.A. I would like to thank you for the opportunity to consider the financing for the Borrower listed below.  I am pleased to inform you that Sabadell United Bank, N.A. (the "Bank") has an interest in continuing discussions for a loan with a structure and terms as follows:

1.    **BORROWER**:           Kenneth A Welt, The Chapter 7 Trustee for the Bankruptcy Estate of US
                                            Capital Holdings, LLC

2.    **USE OF PROCEEDS**: To fund administrative expenses associated with the Chapter 7
                                            Bankruptcy

3.    **LOAN PROCEEDS**:    A revolving line of credit in the amount of $430,000

4.    **LOAN TERM**:             10 months.

5.    **INTEREST RATE**:      Prime + 3%, floating

6.    **CLOSING COST**:       (A) Environmental Screening: $395.00 (see other conditions, E)

                                            (B) Appraisal Fee and Review: $9,000.00

                                            (C) Recording Fee for Bankruptcy Court Order declaring Bank's
                                                  mortgage is a superior lien:  Estimate: $27.00
                                                  Recording Fee for Bank's Mortgage and Security Agreement
                                                  obtained:               $550.00
                                                  Doc Stamps on the Note:    $1,505.00
                                                  Intangible Tax on Mortgage: $ 860.00

                                            (D) Title premium:            $2,225.00
                                                  Title lien & searches:      $600.00
                                                  Other title related fees:   $422.50

                                            (D)    Bank's outside counsel's fees; Trustee's legal fees for this
                                            transaction only; and any other miscellaneous third party fees.

7.  **REPAYMENT/
    AMORTIZATION**:  No minimum monthly payment required.  Full loan balance and accrued interest due at maturity

8.  **PREPAYMENT
    PENALTY:**          No pre-payment penalty

9.  **COLLATERAL**:     Court ordered super priority lien on the property located at 321 North University Drive, Plantation, FL, 33324

10. **OTHER
    CONDITIONS**:       The closing (and the initial funding) of the loan will be subject to satisfaction of the conditions precedent deemed appropriate for transactions of this type including, but not limited to, the following:

    (a) Receipt and review of court order listing Sabadell United Bank as super priority lien holder for the property located at 321 N University Dr, Plantation, FL 33324

    (b) Review and receipt of court order detailing that Sabadell United Bank's priority lien will be ahead of all past due/future property taxes

    (c) Borrower shall be responsible for all costs and expenses incurred in connection with the loan, including without limitation Bank's legal fees, costs of appraisals, property inspections (as needed), and other standard related fees (including title search, courier fees, documentary stamp, intangible taxes paid, etc.).

    (d) Full and Satisfactory review of pending appraisal and environmental screening

    (e) If the Environmental Review reveals an elevated risk, then a Phase I would need to be ordered at an additional cost

By its signature below, Borrower requests the Bank to process this letter as an application for the loan and to present the loan for consideration by the Bank's loan committee.

This letter does not constitute an offer by Bank to make a loan. No such offer exists, and no such offer shall exist unless and until set forth in a commitment letter signed by Bank.  No other oral or written communication shall constitute a loan commitment or other binding obligation of the Bank.  This letter shall in no event constitute a "credit agreement" as defined in Section 687.0304, Florida Statues.

This letter is being submitted to you on a confidential basis, and the terms of the proposed arrangement set forth above are not to be divulged by you to any other lender or third parties, other than to the seller.

Thank you for the opportunity to be considered for the financing of this project.  We look forward to pursing this opportunity with you.

---

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT**

To help the government fight the funding of terrorism and money laundering activities, financial institutions are required by Federal law to obtain, verify, and record information that identifies each individual or entity that opens an account or requests credit.

What this means for individuals: When an individual opens an account or requests credit, we will ask for their name, residence address, date of birth, tax identification number, and other information that allows us to identify them.  We may also ask to see a driver's license, passport or other identifying documents.

What this means for other legal entities:   When a corporation, partnership, trust or other legal entity opens an account or requests credit, we will ask for the entity's name, physical address, tax identification number, and other information that will allow us to identify the entity.  We may also ask to see other identifying documents, such as certified articles of incorporation, partnership agreements or a trust instrument.

---

Sincerely,

SABADELL UNITED BANK

By:
Jeff Ginocchi
Senior Vice President

The above terms and conditions are hereby acknowledged this _____ day of _____, 2014.

_____

By:_____
     Print Name:_____
     Print Title:_____

**<u>EXHIBIT C</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

US CAPITAL/FASHION MALL, LLC, et al.,[1]

                                   Case No.: 14-32819-JKO

                                   Chapter 7

        Debtors.

_____/    (Jointly Administered)

## INTERIM ORDER (A) AUTHORIZING TRUSTEE TO OBTAIN POST-PETITION FINANCING AND GRANTING SUPERPRIORITY LIEN POSITION PURSUANT TO 11 U.S.C. § 364(d) AND FED. R. BANKR. P. 4001(c); AND (B) SCHEDULING FINAL HEARING

**THIS MATTER** came before the Court for hearing on November 25, 2014 upon the

*Trustee's Motion for Interim and Final Orders (a) Authorizing the Trustee to Obtain Post-*

*Petition Financing from Sabadell United Bank, N.A. and Granting Sabadell a Superpriority*

*Lien Position, and (b) Scheduling a Final Hearing* [ECF No. __] (the "Motion") filed by Trustee

Kenneth A. Welt (the "Trustee").

---

[1] The jointly administered Debtors are: US Capital/Fashion Mall, LLC (14-32819-JKO); US Capital Holdings, LLC (14-32822-JKO); and Mapuche, LLC (14-32827-JKO).

[11361-001/2267140/3]

The Court, having reviewed the Motion, having heard the statements of counsel, and being otherwise advised in the premises, herby makes the following **FINDINGS OF FACT**:

A.    On October 14, 2014 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. Kenneth A. Welt was thereafter appointed as the Debtors' Chapter 7 Trustee. The Trustee has been granted authority to operate the Debtors' business pursuant to Section 721 of the Bankruptcy Code. *See* ECF No. 49.

B.    This Court has jurisdiction over these proceedings, and over the property affected hereby, pursuant to 28 U.S.C. §§ 157(b) and 1334. Consideration of the Motion constitutes a core proceeding as defined in and pursuant to 28 U.S.C. § 157(b)(2). Venue for the case and for the proceedings on the Motion is proper in this district pursuant to 28 U.S.C. § 1408. The statutory predicate for the relief sought in the Motion is Section 364 of the Bankruptcy Code.

C.    The Trustee has demonstrated his need to obtain postpetition financing pursuant to Section 364 of the Bankruptcy Code. In the absence of the Financing[2] provided by Sabadell, the Trustee will be unable to preserve and maintain the property of the Debtors pending sale, to the detriment of the Debtors, their estates, their creditors, and other parties in interest. The Trustee does not otherwise have sufficient financing available to fund the administration of this case.

D.    Given the Debtors' current financial condition, lack of cash flow, as well as the timing of the need for the Financing, the Trustee is unable to obtain financing from any lender on terms more favorable than those provided by Sabadell. The Trustee has been unable to obtain credit allowable solely as an administrative expense pursuant to Sections 364(b), 364(c) and 503(b) of the Bankruptcy Code. The Trustee has also been unable to obtain credit solely having

2 Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.
[11361-001/2267140/3]

priority over all other administrative expenses specified in Sections 503(b) and 507(a) and (b) of the Bankruptcy Code.

E.      Owing to the urgent need to pay for the preservation and maintenance of the Debtors' Property, immediate and irreparable damage will be caused to the estates if immediate and interim relief is not granted before a final hearing on the Motion (the "Final Hearing").

F.      The proposed financing from Sabadell is fair and reasonable in all respects.  As provided herein, creditors and parties in interests will have an opportunity to raise objections prior to the Final Hearing.

G.      Notice of the Motion and the Interim Hearing was provided by the Trustee to, *inter alia*, the Debtors' secured creditors, all parties that have requested notice in these cases, and the United States Trustee.   The Court finds that this notice was sufficient under the circumstances.

H.      By virtue of the equity cushion in the Debtors' Property, all parties holding security interests or liens which shall become junior to the lien of Sabadell granting hereunder are adequately protected as required by Section 364(d) of the Bankruptcy Code.

The Court, having reviewed the Motion, and being otherwise fully advised in the premises, hereby **ORDERS** that:

1.      The Motion is GRANTED on an interim basis as set forth herein.

2.      The Trustee is authorized, on an interim basis, to obtain postpetition financing from Sabadell on a superpriority basis.

3.      The Trustee is authorized to take any and all actions necessary to effectuate the postpetition financing on an interim basis.

4.      Effective immediately upon the entry of this Order, Sabadell is hereby granted,

[11361-001/2267140/3]

pursuant to Section 364(d) of the Bankruptcy Code a first priority lien and a first priority senior security interest in the Debtors' real property located at 321 N. University Drive, Plantation, Florida 33324.

5.      The liens granted hereunder shall be subject to a carve-out for fees due the clerk of the Court or the United States Trustee pursuant to 28 U.S.C. § 1930.

6.      This Order shall be sufficient and conclusive evidence of the validity, perfection and priority of the liens granted hereunder without the necessity of filing or recording any financing statement, deeds of trust, mortgage or other instrument or document which otherwise may be required under the laws of any jurisdiction or federal or state governmental agency or the taking of any actions necessary to perfect such liens.

7.      Each and every federal, state and local government agency, department or office is hereby directed to accept this Order and any and all documents and instruments necessary and appropriate to consummate the transactions contemplated by this Order.

8.      The liens granted to Sabadell hereunder shall continue in any superseding case or cases for the Debtors under any chapter the Bankruptcy Code, and all such liens shall maintain their priority as provided in this Order until satisfied.

9.      This Order shall constitute findings of fact and conclusions of law pursuant to Fed. R. Bankr. P. 7052, made applicable to this proceeding by Fed. R. Bankr. P. 9014.

10.     The entry of this Order constitutes the granting of temporary and interim relief pursuant to Rules 4001(c) and (d) of the Federal Rules of Bankruptcy Procedure, and a Final Hearing on this matter shall be held on _____ at the United States Bankruptcy Court, 299 E. Broward Blvd., Courtroom 303, Fort Lauderdale, FL 33301.

11.     Any party in interest objecting to the entry of a Final Order or further Order shall

[11361-001/2267140/3]

file written objections no later than 4:30 p.m. five business days prior to the Final Hearing.

###

Submitted by:
Michael L. Schuster, Esq.

100 SE 2nd Street Suite 4400
Miami, FL 33131
Tel: 305-349-2300
Fax: 305-349-2310
Email: MSchuster@gjb-law.com
(Attorney Schuster shall serve a copy of this Order on all parties in interest and file a certificate
of service)

[11361-001/2267140/3]

**<u>EXHIBIT D</u>**

Label Matrix for local noticing
113C-0
Case 14-32819-JKO
Southern District of Florida
Fort Lauderdale
Thu Nov 13 13:30:30 EST 2014

BCEG1, LLC

City of Plantation
Brinkley Morgan
Mark A. Levy
200 E Las Olas Blvd #1900
Ft. Lauderdale, FL 33301-2248

Mapuche LLC
375 North University Drive
Plantation, FL 33324-1915

US Capital Holdings, LLC
375 North University Drive
Fort Lauderdale, FL 33324-1915

US Capital/Fashion Mall, LLC
375 North University Drive
Fort Lauderdale, FL 33324-1915

ADD Inc
311 Summer Street
Boston, MA 02210-1723

AT&T
PO Box 105262
Atlanta, GA 30348-5262

Biller Reinhart Structural Group
3434 Coldwell Ave.
Suite 100
Tampa, FL 33614-8390

Broward County Records, Taxes & Treasury
Attn: Bankruptcy Section
115 S Andrews Ave A-100
Ft Lauderdale, FL 33301-1888

Broward County Tax Collector
115 S. Andrews Ave
Room #A100
Fort Lauderdale, FL 33301-1888

Doumar Allsworth et al
1177 SE 3rd Ave.
Fort Lauderdale, FL 33316-1109

Fire Alarm Systems & Security
3901 S.W. 47th Ave.
Suite 408
Davie, FL 33314-2815

GFA International
1215 Wallace Drive
Delray Beach, FL 33444-4600

GHJ Construction
21800 Oxnard Street
Suite 220
Woodland Hills, CA 91367-3643

Home Depot Credit Services
DEPT.32 - 2645010277
PO Box 9055
Des Moines, IA 50368-9055

ID & Design International Inc
5100 North Dixie Highway
Fort Lauderdale, FL 33334-4006

J & J Products Unlimited Inc
3071 NW 64th Avenue
Sunrise, FL 33313-1206

Kimley-Horn and Associates Inc
P.O. Box 932520
Atlanta, GA 31193-2520

Landscape Architect Consultant
5215 West Broward Boulevard
Plantation, FL 33317-2635

MJX2 Elevator Service & Repair
2150 Mears Parkway
Margate, FL 33063-3755

Miami Exterminators Inc
P.O. box 133129
Hialeah, FL 33013-0129

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Pavement Striping Corp
140 West 41 Street
Hialeah, FL 33012-4436

Premium Assignment Corporation
PO Box 8000
Tallahassee, FL 32314-8000

Prestige Property Maintenance
3300 SW 46th Avenue
Davie, FL 33314-2215

Shenandoah Construction
1888 NW 22nd Street
Pompano Beach, FL 33069-1318

Steven Feller PE Inc
500 NE 3rd Avenue
Fort Lauderdale, FL 33301-3236

Sunshine Hoist & Steel Erectors
6201 SW 121 St
Miami, FL 33156-5546

TLC Engineering for Architect
255 South Orange Avenue
Suite 1600
Orlando, FL 32801-3463

```
Tewes Design Group              US Capital Holdings              Worldwide Protective Inc
200 South Biscayne Blvd         375 N. University Dr.            3890 W. Commercial Blvd
Ste 1730                        Plantation, FL 33324-1915        Ste. 208
Miami, FL 33131-2333                                             Tamarac, FL 33309-3346


Wright National Flood Insurance Brett D Lieberman                Daniel Socek
P.O. Box 33003                  401 E Las Olas Blvd # 1400       20125 NE 25 Ave
Saint Petersburg, FL 33733-8003 Ft Lauderdale, FL 33301-2218     Miami, FL 33180-1822


Kenneth A Welt                  Sandirose Magder                 Thomas M. Messana Esq.
1776 Pine Island Rd #101        20125 NE 25 Ave                  401 E Las Olas Blvd # 1400
Plantation, FL 33322-5200       Miami, FL 33180-1822             Fort Lauderdale, FL 33301-2218
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)GHJ Construction Corporation        (u)Tangshan Ganglu Iron & Steel Company, Ltd.     End of Label Matrix
                                                                                         Mailable recipients    38
                                                                                         Bypassed recipients     2
                                                                                         Total                  40
```

```
Label Matrix for local noticing        BCBG1, LLC                         City of Plantation
113C-0                                                                    Brinkley Morgan
Case 14-32822-JKO                                                         Mark A. Levy
Southern District of Florida                                              200 E Las Olas Blvd #1900
Fort Lauderdale                                                           Ft. Lauderdale, FL 33301-2248
Thu Nov 13 13:31:09 EST 2014

US Capital Holdings, LLC               321 North Construction Management   Aetna Life Insurance Company
375 North University Drive             375 N. University Drive            P.O. Box 7247-0213
Fort Lauderdale, FL 33324-1915         Plantation, FL 33324-1915          Philadelphia, PA 19170-0001


Avaya Financial Services               C G                                C L
P.O. Box 93000                         920 Jacaranda Court                1110 NW 106th Ave
Chicago, IL 60673-0001                 Plantation, FL 33324-3016          Plantation, FL 33322-7816


CL Peng Construction Management        City of Plantation Utilities D     Comcast
5222 Andrus Avenue                     PO Box 31132                       P O Box 530098
Suite A                                Tampa, FL 33631-3132               Atlanta, GA 30353-0098
Orlando, FL 32810-5456


Culligan                               D C                                Florida Power & Light Company
2180 S Congress Ave                    112-01 Queens Blvd                 General Mail Facility
Palm Springs, FL 33406-7604            Apt 20C                            Miami, FL 33188-0001
                                       Forest Hills, NY 11375-5592


G K                                    George J Coren                     GrayRobinson PA
13027 NW 14th ST                       920 Jacaranda Court                301 E Pine Street Ste 1400
Pembroke Pines, FL 33028-2720          Plantation, FL 33324-3016          PO Box 3068
                                                                          Orlando, FL 32802-3068


H H                                    Home Depot Credit Services         J G
21200 NE 38th Ave                      DEPT.32 - 2645010277               4310 SW 10th ST
Ste 2805                               PO Box 9055                        Plantation, FL 33317-4515
Aventura, FL 33180-3879                Des Moines, IA 50368-9055


J J                                    J M                                L Z
2851 NW 13th Ct                        3031 Venice Way                    9235 Lagoon Pl,
Fort Lauderdale, FL 33311-5233         Miramar, FL 33025-4287             Apt. 217
                                                                          Davie, FL 33324-6724


M S J                                  M T                                Mapuche LLC
1300 SW 67th Way                       13436 NW 5th Pl                    375 N. University Drive
Pemroke Pines, FL 33023-2063           Plantation, FL 33325-6150          Plantation, FL 33324-1915


Milner Document Products               Oasis                              Office of the US Trustee
P O Box 41602                          2054 Vista Parkway, Suite 300      51 S.W. 1st Ave.
Philadelphia, PA 19101-1602            West Palm Beach, FL 33411-6759     Suite 1204
                                                                          Miami, FL 33130-1614
```

```
P X                                Panzarella Waste & Recycling       Q F H
7300 NW 13 CT                      4581 Weston Rd #314                4727 SW 195th Terrance
Plantation, FL 33313-5334          Weston, FL 33331-3141              Miramar, FL 33029-6209



R A                                R D                                S K
2500 W 56th St.                    7998 NW 20th Court                 7420 Dover Ct.
Apt. 1308                          Sunrise, FL 33322-3908             Parkland, FL 33067-1690
Hialeah, FL 33016-4769



S M                                S S                                Staples Advantage
830 NW 210 Street Apt. 101         5025 NW 36th Street                Dept ATL
Miami, FL 33169-7000               Apt. J. 113                        PO Box 405386
                                   Lauderdale Lake, FL 33319-6573     Atlanta, GA 30384-5386



United HealthCare Insurance Co     W C                                W H M
Dept. CH 10151                     21200 NE 38th Ave                  3252 Foxcroft Rd. Apt. 203
Palatine, IL 60055-0151            Ste 2803                           Miramar, FL 33025-4138
                                   Aventura, FL 33180-3879



X X D                              Y Y                                Z J
9712 63RD DRIVE Apt. 11D           10904 SW2nd St                     1852 Aspen Ln
Queens, NY 11374-2247              Apt. 1                             Weston, FL 33327-2356
                                   Miami, FL 33174



Brett D Lieberman                  Kenneth A Welt                     Thomas M. Messana Esq.
401 E Las Olas Blvd # 1400         1776 Pine Island Rd #101           401 E Las Olas Blvd # 1400
Ft Lauderdale, FL 33301-2218       Plantation, FL 33322-5200          Fort Lauderdale, FL 33301-2218
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)GHJ Construction Corporation    (u)Tangshan Ganglu Iron & Steel Company, Ltd.   End of Label Matrix
                                                                                   Mailable recipients   47
                                                                                   Bypassed recipients     2
                                                                                   Total                  49
```

```
Label Matrix for local noticing       BCEG1, LLC                          City of Plantation
113C-0                                                                    Brinkley Morgan
Case 14-32827-JKO                                                         Mark A. Levy
Southern District of Florida                                              200 E Las Olas Blvd #1900
Fort Lauderdale                                                           Ft. Lauderdale, FL 33301-2248
Thu Nov 13 13:32:03 EST 2014

Mapuche LLC                            American Education & Translation    Becker & Poliakoff PA
375 North University Drive             8250 SW 116 Street                  1 East Broward Blvd
Plantation, FL 33324-1915              Miami, FL 33156-4341                Ste 1800
                                                                          Fort Lauderdale, FL 33301-1876


Global Legal Discovery LLC             GrayRobinson PA                     Hong Huang
1330 Spring Street                     301 E Pine Street                   21200 NE 38 Ave
Ste 100                                Suite 1400                          Ste 2805
Atlanta, GA 30309-2810                 PO Box 3068                         Aventura, FL 33180-3879
                                       Orlando, FL 32802-3068


(p)INTERNAL REVENUE SERVICE            Jin Zhi Star (US) Company           LNT Trucking Inc
CENTRALIZED INSOLVENCY OPERATIONS      375 North University Dr             3521 Farrington Street
PO BOX 7346                            Plantation, FL 33324-1915           #2R
PHILADELPHIA PA 19101-7346                                                 Flushing, NY 11354-2803


Mercedes Benz Financial Service        Office of the US Trustee            Porsche Payment Center
P O Box 5209                           51 S.W. 1st Ave.                    75 Remittance Drive
Carol Stream, IL 60197-5209            Suite 1204                          Suite 1738
                                       Miami, FL 33130-1614                Chicago, IL 60675-1738


Trump National Golf Club               W C                                Z J
100 Shadow Tree Lane                   21200 NE 38 Ave                    1852 Aspen Lane
Briarcliff Manor, NY 10510-2259        Ste 2805                           Weston, FL 33327-2356
                                       Aventura, FL 33180-3879


Zhenzeng Du                            Brett D Lieberman                  Kenneth A Welt
21200 NE 38 Ave                        401 E Las Olas Blvd # 1400         1776 Pine Island Rd #101
Ste 2503                               Ft Lauderdale, FL 33301-2218       Plantation, FL 33322-5200
Aventura, FL 33180-3862


Thomas M. Messana Esq.
401 E Las Olas Blvd # 1400
Fort Lauderdale, FL 33301-2218
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
International Revenue Service
Ogden, UT 84201-0039
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)GHJ Construction Corporation          (u)Tangshan Ganglu Iron & Steel Company, Ltd.          (u)Nation Glory Limited

(u)Tangshan Ganglu Iron&steel Co Ltd     (u)Zheng Cai Xia                                        End of Label Matrix
198 East Street                                                                                  Mailable recipients   21
Hebei Province Zunhua Zhenhai                                                                     Bypassed recipients    5
                                                                                                 Total                  26