UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

US CAPITAL/FASHION MALL, LLC, et al.,[1]

        Debtors.
_____/

Case No. 14-32819-JKO

Chapter 7
(Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the below listed counsel from Holland & Knight LLP hereby file this Notice of Appearance as co-counsel on behalf of **Tangshan Ganglu Iron & Steel Company, Ltd.** Pursuant to Bankruptcy Rule 2002, undersigned counsel requests that all notices and other papers required to be served on creditors, official committees, or other parties-in-interest (whether served by the Court, the debtor, or any other party) be served on the below listed counsel:

    Jose A. Casal, Esq.
    Joaquin J. Alemany, Esq.
    Michael E. Rothenberg, Esq.
    **HOLLAND & KNIGHT LLP**
    701 Brickell Avenue, Suite 3300
    Miami, Florida 33131
    Telephone: (305) 374-8500
    Facsimile: (305) 789-7799
    E-mail: jose.casal@hklaw.com
    E-mail: joaquin.alemany@hklaw.com
    E-mail: michael.rothenberg@hklaw.com

---

[1] The Debtors in these cases are: US Capital/Fashion Mall, LLC (14-32819-JKO); US Capital Holdings, LLC (14-32822-JKO); and Mapuche, LLC (14-32827-JKO). The Debtors' cases are being jointly administered pursuant to the Court's order dated November 9, 2014 [ECF No. 53].

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rule(s) specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (1) any objection it may have to the jurisdiction of the Bankruptcy Court to determine any specific adversary proceeding or contested matter; (2) any objection it may have concerning whether any specific adversary proceeding or contested matter is a core proceeding within the meaning of 28 U.S.C. § 157; (3) any objection it may have concerning whether the Bankruptcy Court may enter a final order or judgment in any non-core proceeding; (4) any right to a jury trial to which it may otherwise be entitled pursuant to the United States Constitution or other applicable law; and (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which creditor is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[Remainder of page left intentionally blank]

Date:   November 24, 2014

**HOLLAND & KNIGHT LLP**
*Attorneys for Tangshan Ganglu Iron & Steel Company, Ltd.*
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone:  (305) 789-7763
Facsimile:   (305) 789-7799
E-mail: jose.casal@hklaw.com
E-mail: joaquin.alemany@hklaw.com
E-mail: michael.rothenberg@hklaw.com

By:  /s/ Joaquin J. Alemany
　　　Jose A. Casal
　　　Florida Bar No. 767522
　　　Joaquin J. Alemany
　　　Florida Bar No. 662380
　　　Michael E. Rothenberg
　　　Florida Bar No. 074411

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of November, 2014, a true and correct copy of the foregoing was served via electronic transmission on all CM/ECF registered users for this case.

By: /s/ Joaquin J. Alemany
　　　Joaquin J. Alemany, Esq.

3