

**ORDERED in the Southern District of Florida on November 26, 2014.**

John K. Olson, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

**US Capital/Fashion Mall, LLC,**
**et al.,**

Debtors.
_____/

Case No.: **14-32819-JKO**

Jointly Administered

Chapter 7

### ORDER TO SHOW CAUSE WHY COUNSEL FOR
### TANGSHAN GANGLU IRON & STEEL COMPANY, LTD.,
### LIDA RODRIGUEZ-TASEFF AND KEVIN E. VANCE,
### SHOULD NOT BE SANCTIONED FOR IMPROPER CONDUCT,
### DUANE MORRIS LLP REMOVED AS COUNSEL FOR GANGLU,
### AND CERTAIN *PRO HAC VICE* ADMISSIONS REVOKED

**THIS MATTER** comes before the Court *sua sponte* upon the Motion (the "Motion") [ECF 10 in jointly administered Case No. 14-32827] of Tangshan Ganglu Iron & Steel Company, Ltd., ("Ganglu") for relief from stay filed October 17, 2014. The Motion was heard by the Court on October

30, 2014.  Ganglu was represented at the hearing by Lida Rodriguez-Taseff, a partner in Duane Morris LLP's ("Duane Morris")  Miami office.  Ms. Rodriguez-Taseff is a member of Duane Morris' governing Partners' Board.  The Court ruled that the Motion would be continued until November 25th and directed that the Debtors' counsel, Brett Lieberman, upload an order to that effect, after circulating the form of order to, among others, Ms. Rodriguez-Taseff.  The Court's standard practice and the Court's Guidelines  for Preparing, Submitting, and Serving Orders pursuant to Local Rule 5001-1(G) require that counsel contact chambers if parties cannot not agree as to the form of order.  On November 3, 2014, Kevin E. Vance, a partner in Duane Morris' Miami and Boca Raton offices, as counsel for Ganglu, submitted an "Agreed Order Granting Motion for Relief from Stay."  Mr. Vance  also filed an "Agreed Stipulation on Motion for Relief from Stay" [ECF 38]. On November 4, 2014, Mr. Lieberman, Debtor's counsel, contacted chambers, via properly noticed email, with a proposed order which was consistent with the Court's ruling on October 30th.

Later on November 4, 2014, Debtor's counsel filed an Objection [ECF 42] to the Agreed Stipulation.  The Objection alleges that counsel for Ganglu: (1) submitted an order expressly contrary to the Court's oral ruling on the record; (2) titled the order as "agreed" when it was absolutely not agreed; and (3) removed Debtor's counsel from the email communication submitting Ganglu's "Agreed Order" to the Court.  All of this conduct appears to violate the provisions of Local Rule 5001-1(G) and the Court's Guidelines for Preparing, Submitting, and Serving Orders.

The Court notes that Holland & Knight partners Joachin J. Alemany and Jose A. Casal have recently entered appearances for Ganglu.  No formal substitution of Holland & Knight for Duane Morris, and no withdrawal from the cases by Duane Morris, have been filed to date.

Accordingly, it is **ORDERED** that:

1. Pursuant to Local Rule 2090-2, Lida Rodriguez-Taseff and Kevin E. Vance of Duane Morris LLP are **DIRECTED** to appear before the Court on January 27, 2015, at 1:30 p.m., in Courtroom 301, United States Courthouse, 299 E. Broward Boulevard, Ft. Lauderdale, Florida 33301, and show cause why they should not be suspended from practice before the court, reprimanded or otherwise disciplined for the conduct described in this Order.

2. Tangshan Ganglu Iron & Steel Company, Ltd., is **DIRECTED** to appear before the Court through counsel on January 27, 2015, at 1:30 p.m., in Courtroom 301, United States Courthouse, 299 E. Broward Boulevard, Ft. Lauderdale, Florida 33301, and show cause why (a) Duane Morris LLP should not be disqualified from acting as its counsel in these cases, and (b) the *pro hac vice* admissions of Rudolph J. DiMassa, Jr., [ECF 40] and Lawrence J. Kotler [ECF 41], both partners in Duane Morris' Philadelphia and New York offices, should not be revoked in these cases, as consequences for the conduct described in this Order.

# # #

I:\ORDERS\14-32819 -Fashion Mall.OSC.DuaneMorris.wpd