UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:

MAPUCHE, LLC,

    Debtor.
_____/

Case No.: 14-32827-JKO

Chapter 7

In Re:

US CAPITAL HOLDINGS, LLC,

    Debtor.
_____/

Case No.: 14-32822-JKO

Chapter 7

In Re:

US CAPITAL/FASHION MALL, LLC,

    Debtor.
_____/

Case No.: 14-32819-JKO

Chapter 7

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that Daniel DeSouza, Esq., of the law firm of DeSouza Law, P.A., hereby files his Notice of Appearance as counsel for creditor DeSouza Law, P.A., and requests that copies of all correspondence, documents, pleadings and other matters be served on the undersigned.

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the court set forth in Local Rule 2090-1(A).

Dated: December 16, 2014.

                                            DESOUZA LAW, P.A.
                                            1515 N. University Drive

Suite 209
Coral Springs, FL 33071
Telephone: (954) 551-5320
DDesouza@desouzalaw.com

By: /s/ Daniel DeSouza, Esq.
    Daniel DeSouza, Esq.
    Florida Bar No.: 19291

## CERTIFICATE OF SERVICE

I hereby certify that, on December 16, 2014, a true copy hereof has been furnished by electronic mail upon each of the parties and counsel identified on the CM/ECF service list created and maintained by the Court for this case.

s/Daniel DeSouza
Daniel DeSouza