# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### Fort Lauderdale Division

In re:

US CAPITAL/FASHION MALL, LLC, et al.,[1]          Case No.: 14-32819-JKO

                                                  Chapter 7

_____ Debtors. _____/          (Jointly Administered)

## CHAPTER 7 TRUSTEE'S MOTION TO RETAIN CBRE, INC.
## AS EXCLUSIVE REAL ESTATE SALES BROKER
### *NUNC PRO TUNC* TO DECEMBER 10, 2014

**KENNETH A. WELT**, the Chapter 7 Trustee (the "Trustee") for US Capital/Fashion Mall, LLC, US Capital Holdings, LLC, and Mapuche, LLC (collectively, the "Debtors"), pursuant to 11 U.S.C. § 327(a), applies for entry of an order approving the retention of CBRE, Inc. ("CBRE") as the Trustee's exclusive real estate sales broker. In support thereof, the Trustee states as follows:

### BACKGROUND

1.     October 14, 2014 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. Kenneth A. Welt was thereafter appointed as the Debtors' Chapter 7 Trustee.

2.     The Debtor, US Capital/Fashion Mall, LLC is the owner of approximately 32.07 acres of real estate known as the former Plantation Fashion Mall located at 321 North University Drive in Plantation, Florida (the "Fashion Mall" or the "Property"). The Fashion Mall is an existing enclosed, vacated, mall comprising approximately 828,721 square feet of gross leasable

---

[1] The Debtors in these cases are: US Capital/Fashion Mall, LLC (14-32819-JKO); US Capital Holdings, LLC (14-32822-JKO); and Mapuche, LLC (14-32827-JKO). The Debtors' cases are being jointly administered pursuant to this Court's order dated November 9, 2014 [ECF No. 53].

area including department store anchor space, retail shop space, a food court, and an attached 7-story office building shell.  US Capital/Fashion Mall, LLC is owned by US Capital Holdings, LLC, which in turn is owned by Mapuche, LLC.

3.      The Fashion Mall is vacant.  The Debtors, U.S. Capital/Fashion Mall, LLC and US Capital Holdings, LLC, previously filed for relief under Chapter 11 before this Court on February 24, 2012 (Case No. 12-14517-JKO).  On September 11, 2012, this Court confirmed those Debtors' Joint Plan of Reorganization.

4.      At the time of this bankruptcy filing, the Debtors were in the midst of a renovation of its on-site office complex.  The Debtors also sought to redevelop the Fashion Mall into a project to be known as "321 North," which was intended to be a major retail office and residential project.  The Debtors' business was operated from office space located near the Fashion Mall, at 375 N. University Drive in Plantation, Florida (the "375 Property").  The 375 Property is titled in the name of Wei Chen, a party in interest in these cases.

5.      The Trustee has been authorized to operate the Debtors' business for the purpose of preserving, maintaining and securing the Debtors' property pursuant to this Court's Interim Orders *Granting Chapter 7 Trustee's Emergency Motion for Authority to (I) Operate Debtor's Business for a Limited Period of Time and (II) Pay Pre-Petition Wages of Certain Employees Relating to the Foregoing, and Setting Further Hearing* [ECF Nos. 49 and 122].

## **RELIEF REQUESTED**

6.      The Trustee believes that the maximum value for these estates can be achieved through an organized and well-marketed process, culminating in the sale of the Property.  In connection therewith, the Trustee seeks to employ CBRE as the estate's exclusive real estate

broker and in accordance with the Exclusive Sales Listing Agreement (the "Listing Agreement"), attached hereto as **Exhibit "A."**

7.      The Trustee submits that the retention of CBRE is in the best interest of the estates.  CBRE was selected after consideration of proposals from other well qualified brokerage firms.

8.      Pursuant to the Listing Agreement, the Trustee seeks authority to establish the terms of compensation to CBRE in the event of a sale of the Property.  In connection therewith, CBRE has agreed to the following fee structure:

- CBRE's sole and exclusive compensation for its services (the "Fee") shall be two percent (2.0%) of the gross sales price.

- In the event that there is a Cooperating Broker (as defined in paragraph 3.6 of the Listing Agreement), the Fee shall be three percent (3.0%) of the gross sales price, of which CBRE shall receive one and three quarter percent (1.75%) of the gross sales price, and the Cooperating Broker shall receive one and one quarter percent (1.25%) of the gross sales price.

- The Trustee has provided CBRE with a written list of the parties he has had discussions with in connection with a possible stalking horse transaction (the "Trustee Buyers" or a "Trustee Buyer").  If a Trustee Buyer serves as the stalking horse, then CBRE will not be paid a Fee in the event that such offer is approved on the same financial terms as originally proposed.  Otherwise, if the stalking horse bidder is not a Trustee Buyer, or if a Trustee Buyer's stalking horse offer is increased, , CBRE will be entitled to the Fee.[2]

---

[2]*Example:* A Trustee Buyer serves as stalking horse. If the Property is sold to that Trustee Buyer without further bidding, then CBRE shall not be entitled to a Fee. If, after competitive bidding there is increase in the initial stalking horse bid, and the Property is sold to that Trustee Buyer, or any other purchaser, then CBRE shall be entitled to its full Fee based on the gross sales price.

If the stalking horse is not a Trustee Buyer, then CBRE shall be entitled to its full Fee regardless of whether a Trustee Buyer is the ultimate successful bidder.

9.      Pursuant to Section 5.9 of the Listing Agreement, CBRE is also entitled to reimbursement of it's out of pocket expenses.  The maximum amount of costs and expenses to be expended by CBRE is expected to be $25,000.00.  In all respects, the payment of the Fee and reimbursement of expenses to CBRE shall be subject to Court approval upon a properly noticed application.

10.     The Trustee believes that CBRE is disinterested as such term is defined in the Bankruptcy Code, for the reasons as set forth in the Affidavit of Kenneth Krasnow (the "Krasnow Affidavit") attached hereto as **Exhibit "B"**.

11.     To the best of the Trustee's knowledge, and except as disclosed in the Krasnow Affidavit, CBRE does not have any connection with the creditors or other parties in interest or their respective attorneys, nor do they represent any interest adverse to the Trustee or the Debtors' estates.

12.     The Trustee seeks retention of CBRE *nunc pro tunc* to December 10, 2014, which is the date that the Trustee and CBRE entered into the Listing Agreement.

WHEREFORE, the Trustee respectfully requests; (i) the entry of an order substantially in the form attached hereto as **Exhibit "C"** authorizing retention of CBRE as exclusive real estate broker as set forth herein, *nunc pro tunc* to December 10, 2014, and (ii) for such other further relief as this Court deems necessary or appropriate.

GENOVESE JOBLOVE & BATTISTA, P.A.
Attorneys to Chapter 7 Trustee
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

By:/s/ Michael L. Schuster
     Glenn D. Moses
     Florida Bar No. 174556

Michael L. Schuster
Florida Bar No. 57119

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all parties registered to receive electronic noticing in these cases through the Court's CM/ECF system or via U.S. Mail was set forth on the below service list on December 23, 2014.

_/s/ Michael L. Schuster, Esq._
Michael L. Schuster, Esq.

**VIA CM/ECF**
**14-32819-JKO Notice will be electronically mailed to:**

Joaquin J Alemany on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Timothy R Bow on behalf of Creditor Wei Chen
tbow@mrthlaw.com,
jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com,ecfnotices@mrthlaw.com

Jason Z. Jones, Esq. on behalf of Creditor Caddell Construction Co. (DE), LLC
jjones@joneslawpa.com

Mark A Levy, Esq on behalf of Interested Party City of Plantation
mark.levy@brinkleymorgan.com,
sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com

Nicole L Levy on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
nllevy@duanemorris.com, LRTaseff@duanemorris.com,dperez@duanemorris.com,YArnavat-Parga@duanemorris.com,shmarder@duanemorris.com,DiMassa@duanemorris.com,LJKotler@duanemorris.com

Brett D Lieberman on behalf of Debtor Mapuche LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Debtor US Capital Holdings, LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Debtor US Capital/Fashion Mall, LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Interested Party Mapuche LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Interested Party US Capital Holdings, LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Jerry M Markowitz on behalf of Creditor Wei Chen
jmarkowitz@mrthlaw.com,
rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Thomas M. Messana, Esq. on behalf of Debtor Mapuche LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Debtor US Capital Holdings, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Debtor US Capital/Fashion Mall, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Interested Party Mapuche LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Interested Party US Capital Holdings, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Glenn D Moses, Esq on behalf of Trustee Kenneth A Welt
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Grace E. Robson, Esq. on behalf of Creditor Wei Chen
grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com,sramirez@mrthlaw.com

Michael L Schuster on behalf of Trustee Kenneth A Welt
mschuster@gjb-law.com, gjbecf@gjb-law.com;mchang@gjb-law.com

Steven J. Solomon, Esq. on behalf of Creditor BCEGI, LLC
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Creditor GHJ Construction Corporation
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com


Kevin E. Vance on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
kevance@duanemorris.com, cmackey@duanemorris.com;pnmendoza@duanemorris.com

Kevin E. Vance on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
kevance@duanemorris.com, cmackey@duanemorris.com;pnmendoza@duanemorris.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

**VIA US. MAIL**
Pavement Striping Corp.
1400 West 41 St
Hialeah, FL 33012

Phoenix Painting Co.
6303 N. Powerline Road
Fort Lauderdale, FL 33309

Janpro Demolition, Inc
1600 NE 205th Terrace
Miami, FL 33179

Southeast Mechanical Contractors, LLC
2120 SW 57th Terrace
Hollywood, FL 33023

Right Way Plumbing Co.
1329 Shotgun Road
Sunrise, FL 33326

Shenandoah Construction
1888 NW 22nd Street
Pompano Beach, FL 33069

Supply Network, Inc. dba Viking Supplynet
2333 International Street
Colombus, OH 43228

Hoover Pumping Systems
2801 N Powerline Road
Pompano Beach, FL 33069

All Quality Painting and Pressure Cleaning
320 SW 15 St # 3
Dania, FL 33004

Air Tam Inc
9770 Laso Dr
Boynton Beach, FL 33472

PHF Plantation, LP
One Post Office Square, Suite 3100
Boston, MA 02109

Steel Fabricators LLC
721 NE 44th Street
Ft. Lauderdale, FL 33334

Lotspeich Company of Florida Inc.
6351 NW 28th Way, Ste A
Ft. Lauderdale, FL 33309

CBRE, Inc.
Brokerage & Mgmt
200 E. Las Olas Blvd., Ste. 1620
Fort Lauderdale, FL 33301

CIT Finance, LLC
Avaya Financial Services
P.O. Box 93000
Chicago, IL 60673-0001

True Realty Corporation
395 West Passaic Street
Rochelle Park, NJ 07662

First American Bank and Trust
c/o Stelis Development, Suite 1108
International Building
2455 E. Sunrise Blvd.
Ft. Lauderdale, FL 33304

City of Plantation
400 NW 73 Avenue
Plantation, Florida 33317

Toys R Us
461 From road
Paramus, NJ 07652
Attn: Senior Vice President-Real Estate

Southern Fire Control, Inc.
599 Sawgrass Corporate Parkway
Sunrise, FL 33325
Attn: Melissa Rentas

Camino Real Group Inc. dba Alpha Wrecking Group
4720 – K Oakes Road
Davie, FL 33314
Attn: Chris Willford

Central Concrete Supermix, Inc.
4300 SW 74th Avenue
Miami, FL 33155
Attn: Manuel Sanchez

Caddell Construction Co. (DE), LLC
2700 Lagoon Park Drive
Montgomery, AL 36109
Attn: Robert W. Nanney

Champion Glass, Inc.
4720 NW 15th Avenue, Unite 4A
Ft. Lauderdale, FL 33309
Attn: Chris Gorman

Meisner Electric, Inc.
220 NE 1st Street
Delray Beach, FL 33444

Labor Finders of Broward County, Inc.
5350 10th Avenue North, Suite 6

Lake Worth, FL 33463
Attn: Joann Doxey, President

Florida Atlantic Ironworks
16936 County Road 450A
Umatilla, FL 32784
Attn: John Matusik Jr.

GHJ Construction Inc.
8751 W. Broward Blvd.
Plantation, FL 33324

321 North Construction
375 N. University Dr.
Plantation, FL 33324

Broward County Water and Wastewater Services
2555 W. Copans Road
Pompano Beach, FL 33069

Bonefish/South Florida-I, Limited Partnership
2202 North Westshore Blvd., 5th Floor, Legal Dept.
Tampa, FL 33607

Cheeseburger-South Florida, Limited Partnership
2202 North Westshore Blvd., 5th Floor, Legal Dept.
Tampa, FL 33607

University Park Condominium Association, Inc.
H&L Property Management
10100 W. Sample Road, Suite 300
Coral Springs, FL 33065

Jin Zhi Star Lt, LLC
8181 W Broward Blvd., Suite 380
Plantation, FL 33324

Old Plantation Water Control District
8800 N. River Canal Rd
Plantation, FL 33324

Joni Armstrong Coffey, County Attorney
115 South Andrews Avenue
Suite 423
Fort Lauderdale, Florida 33301
Fax: 954-359-1292

**<u>VIA U.S. MAIL TO ALL PARTIES ON THE ATTACHED CREDITOR MATRICES</u>**

Label Matrix for local noticing
113C-0
Case 14-32819-JKO
Southern District of Florida
Fort Lauderdale
Tue Dec 23 12:26:44 EST 2014

BCEGLI, LLC

Caddell Construction Co. (DE), LLC
P.O. Box 210099
Montgomery, AL 36121-0099

City of Plantation
Brinkley Morgan
Mark A. Levy
200 E Las Olas Blvd #1900
Ft. Lauderdale, FL 33301-2248

DeSouza Law, P.A.
1515 N. University Drive
Suite 209
Coral Springs, FL 33071-6058

Mapuche LLC
375 North University Drive
Plantation, FL 33324-1915

New Wave Lenders (2014-B) LP
Roetzel & Andress
350 East Las Olas Boulevard
Suite 1150
Fort Lauderdale, FL 33301-4254

US Capital Holdings, LLC
375 North University Drive
Fort Lauderdale, FL 33324-1915

US Capital/Fashion Mall, LLC
375 North University Drive
Fort Lauderdale, FL 33324-1915

ADD Inc
311 Summer Street
Boston, MA 02210-1700

AT&T
PO Box 105262
Atlanta, GA 30348-5262

Akerman Senterfitt & Eidson, PA
P.O. Box 4906
Orlando, FL 32802-4906

BCEGLI, LLC
1221 Brickell Ave #1600
Miami, FL 33131-3247

Becker & Poliakoff, P.A.
P.O. Box 9057
Fort Lauderdale, FL 33310-9057

Biller Reinhart Structural Group
3434 Coldwell Ave.
Suite 100
Tampa, FL 33614-8390

Biller Reinhart Structural Group, Inc.
3434 Colwell Avenue
Suite 100
Tampa, FL 33614-8390

Bonefish/South Florida -I, LP
c/o Christian C. Burden
Quarles & Brady LLP
101 E. Kennedy Blvd., Ste 3400
Tampa, FL 33602-5195

Broward County Records, Taxes & Treasury
Attn:  Bankruptcy Section
115 S Andrews Ave A-100
Ft Lauderdale, FL 33301-1888

Broward County Tax Collector
115 S. Andrews Ave
Room #A100
Fort Lauderdale, FL 33301-1888

Business Valuation Systems
3756 Saratoga Lane
Davie, FL 33328-1308

CBRE, Inc.
200 E. Las Olas Blvd.
Fort Lauderdale, FL 33301-2299

CIT FINANCE, LLC. DBA AVAYA FINANCIAL SERVIC
c/o Weltman, Weinberg & Reis
3705 Marlane Drive
Grove City, OH 43123-8895

CT Corporation
1200 S. Pine Island Rd.
Plantation, FL 33324-4459

Capital Credit, Inc.
P.O. Box 881774
San Francisco, CA 94188-1774

Cheeseburger-South Florida, LP
c/o Philip Martino and Christian Burden
Quarles & Brady LLP
101 E. Kennedy Blvd., Ste 3400
Tampa, FL 33602-5195

Chicago Title Insurance Co.
15951 SW 41st St.
Ste. 800
Weston, FL 33331-1521

Circle Generator Services, Inc.
P.O. Box 21002
Fort Lauderdale, FL 33335-1002

City National Bank
400 N. Roxbury Dr.
Beverly Hills, CA 90210-5000

Doumar Allsworth et al
1177 SE 3rd Ave.
Fort Lauderdale, FL 33316-1109

Farris Waste Services
P.O. Box 1732
Akron, OH 44309-1732

Fashion Mall Managing Member Corp.
c/o Gregory R. Beck
Gregory R. Beck, P.A.
707 SE 3rd Ave.
6th Flr.
Fort Lauderdale, FL 33316-1140

Fire Alarm Systems & Security
3901 S.W. 47th Ave.
Suite 408
Davie, FL 33314-2815

Florida Detroit Diesel-Allison
2277 NW 14 St.
Miami, FL 33125-2101

GFA International
1215 Wallace Drive
Delray Beach, FL 33444-4600

GHJ Construction
c/o Steven J Solomom Esq
1221 Brickell Ave #1600
Miami, FL 33131-3247

GHJ Construction, Inc.
c/o Steven J. Solomon, Esq.
GrayRobinson, P.A.
1221 Brickell Ave.
Ste. 1600
Miami, FL 33131-3247

Gary Appel
4770 Biscayne Blvd.
Ste 1100
Miami, FL 33137-3247

Hartford Insurance Co.
P.O. Box 731178
Dallas, TX 75373-1178

Hill Ward Henderson
101 E. Kennedy Blvd.
Ste. 3700
Tampa, FL 33602-5195

Home Depot Credit Services
DEPT.32 - 2645010277
PO Box 9055
Des Moines, IA 50368-9055

ID & Design International Inc
5100 North Dixie Highway #117
Fort Lauderdale, FL 33334-4006

J & J Products Unlimited Inc
3071 NW 64th Avenue
Sunrise, FL 33313-1206

Jeffrey Golant
1000 W. McNab Rd.
Ste. 150
Pompano Beach, FL 33069-4719

Jones Lang LaSalle
1221 Brickell Ave #200
Miami, FL 33131-3124

Keith & Schnars, P.A.
6500 N. Andrews Ave.
Fort Lauderdale, FL 33309-2126

Kimley-Horn and Associates Inc
P.O. Box 932520
Atlanta, GA 31193-2520

Landscape Architect Consultant
5215 West Broward Boulevard
Plantation, FL 33317-2635

Legacy Protection Group
2991 W. Commercial Blvd.
Fort Lauderdale, FL 33309-3502

MJX2 Elevator Service & Repair
2150 Mears Parkway
Margate, FL 33063-3755

Mainguy Environmental Care, Inc.
dba Mainguy Landscape Services
1855 S. Flamingo Rd.
Davie, FL 33325-5804

Marie G Jerome Saintil
1300 SW 67th Way
Pembroke Pines, FL 33023-2063

Miami Exterminators Inc
P.O. box 133129
Hialeah, FL 33013-0129

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

PHF Plantation, LP
311 N. University Dr.
Plantation, FL 33324-1915

PTE Systems, LLC
1950 W. 8th Ave.
Hialeah, FL 33010-2328

Pavement Striping Corp
140 West 41 Street
Hialeah, FL 33012-4436

Premium Assignment Corporation
PO Box 8000
Tallahassee, FL 32314-8000

Prestige Property Maintenance
3300 SW 46th Avenue
Davie, FL 33314-2215

Property Tax Adjusters, Inc.
4770 Biscayne Blvd.
Ste. 1100
Miami, FL 33137-3247

Republic Services
751 NW 31st Ave.
Fort Lauderdale, FL 33311-6627

Seiler, Sautter, Zaden, Rimes & Welhe
2850 N. Andrews Ave.
Wilton Manors, FL 33311-2514

Shenandoah Construction
1888 NW 22nd Street
Pompano Beach, FL 33069-1318

State of Florida Department of Revenue
5050 West Tennessee St
Tallahassee, FL 32399-6586


Steven Feller PE Inc
500 NE 3rd Avenue
Fort Lauderdale, FL 33301-3236

Steven M. Kelton
7420 Dover Ct.
Parkland, FL 33067-1690

Sunshine Hoist & Steel Erectors
6201 SW 121 St
Miami, FL 33156-5546


TLC Engineering for Architect
255 South Orange Avenue
Suite 1600
Orlando, FL 32801-3463

Tewes Design Group
200 South Biscayne Blvd
Ste 1730
Miami, FL 33131-2333

Tile And Marble By Brastile
110 NE 179 St
Miami, FL 33162-1017


U.S. Legal Support, Inc.
P.O. Box 864407
Orlando, FL 32886-4407

US Alliance Management
dba US Security
c/o Michael Skor
12865 W. Dixie Hwy.
Miami, FL 33161-4800

US Capital Holdings
375 N. University Dr.
Plantation, FL 33324-1915


Weihua Mao
471 N Pine Island Rd, #D402
Plantation, FL 33324-1838

Wilbend Nelson
c/o Tiffany Eisenberg
8151 Peters Rd #3200
Plantation, FL 33324-4013

WorldWide Protective Inc
3890 W. Commercial Blvd
Ste. 208
Tamarac, FL 33309-3346


Wright National Flood Insurance
P.O. Box 33003
Saint Petersburg, FL 33733-8003

mike tang
13436 nw 5th pl
plantation, FL 33325-6150

Brett D Lieberman
401 E Las Olas Blvd # 1400
Ft Lauderdale, FL 33301-2218


Daniel Socek
20125 NE 25 Ave
Miami, FL 33180-1822

James S. Feltman
600 Brickell Ave #2520
Miami, FL 33131-3071

John J. Yanoviak
10211 W Sample Rd #207
Coral Springs, FL 33065-3988


Kenneth A Welt
1776 Pine Island Rd #101
Plantation, FL 33322-5200

Sandirose Magder
20125 NE 25 Ave
Miami, FL 33180-1822

Thomas M. Messana Esq.
401 E Las Olas Blvd # 1400
Fort Lauderdale, FL 33301-2218


Wei Chen
c/o Jerry M. Markowitz
Markowitz, Ringel Trusty & Hartog
9130 S. Dadeland Blvd.
Suite 1800
Miami, FL 33156-7858


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)GHJ Construction Corporation

(u)Tangshan Ganglu Iron & Steel Company, Ltd.

(u)Name,Address1,Address2,Address3,City,State
8181 Associates, J.V.,4901 NW 17 Way, St
ADD, Inc.,311 Summer St,,,Boston,MA,0221
Ally Automotive Financing,P.O. Box 38090
American Express Credit Cards,P.O. Box 6
Berger Singerman, LLP,350 E. Las Olas Bl

(u)Name,Address1,Address2,Address3,City,State
Akerman Senterfitt & Eidson, PA,P.O. Box
Becker & Poliakoff, P.A.,P.O. Box 9057,,
Bonefish/South Florida -I, LP,c/o Christ
Business Valuation Systems,3756 Saratoga
Capital Credit, Inc.,P.O. Box 881774,,,S

(u)Name,Address1,Address2,Address3,City,State
Bank of America,P. O. Box 982238,,,El Pa
Big Profit Asia Limited,Rm. 1708 Fung Sh
Bo Rui Investment Pte. Ltd.,8 Wilkie Roa
Cheer Force Investments Limited Add,,,,,
Cherry Bekaert LLP,P O Box 25549,,,Richm

End of Label Matrix
Mailable recipients        84
Bypassed recipients         5
Total                      89

Label Matrix for local noticing
113C-0
Case 14-32822-JKO
Southern District of Florida
Fort Lauderdale
Tue Dec 23 12:28:30 EST 2014

BCBG1, LLC

City of Plantation
Brinkley Morgan
Mark A. Levy
200 E Las Olas Blvd #1900
Ft. Lauderdale, FL 33301-2248

US Capital Holdings, LLC
375 North University Drive
Fort Lauderdale, FL 33324-1915

321 North Construction Management
c/o Becker & Poliakoff PA
One East Broward Blvd #1800
Fort Lauderdale, FL 33301-1876

8181 Associates, J.V.
4901 NW 17 Way, Ste. 103
Fort Lauderdale, FL 33309-3770

ADD, Inc.
311 Summer St.
Boston, MA 02210-1700

ADD, Inc./Stantec
2 S. Biscayne Blvd.
#1670
Miami, FL 33131-1804

Aetna Life Insurance Company
P.O. Box 7247-0213
Philadelphia, PA 19170-0001

Ally Automotive Financing
P.O. Box 380901
Bloomington, MN 55438-0901

American Express Credit Cards
P. O. Box 650448
Dallas, TX 75265-0448

Avaya Financial Services
P.O. Box 93000
Chicago, IL 60673-0001

Berger Singerman, LLP
350 E. Las Olas Blvd., Ste 1000
Fort Lauderdale, FL 33301-4215

Biller Reinhart Structural Group
3434 Coldwell Ave.
Ste 100
Tampa, FL 33614-8390

Billerreinhart Structural Group, Inc.
4700 Sheridan St.
Ste J
Hollywood, FL 33021-3416

Boardroom Communications
1776 N. Pine Island Rd.
Ste 320
Plantation, FL 33322-5235

Bull Gator Engineering
9619 NW 16 Ct.
Pembroke Pines, FL 33024-4487

CL Peng Construction Management
5222 Andrus Avenue
Suite A
Orlando, FL 32810-5456

Canpartners Realty Holdings co.
c/o Denise D. Dell-Powell
Burr & Forman, LLP
200 S. Orange Ave., Ste 800
Orlando, FL 32801-6404

Capital Credit, Inc.
P.O. Box 881774
San Francisco, CA 94188-1774

Chengong Li
1110 NW 106 Ave.
Plantation, FL 33322-7816

Chun-Li Peng
1177 Oaks Blvd.
Winter Park, FL 32789-2428

City of Plantation Utilities D
PO Box 31132
Tampa, FL 33631-3132

Comcast
P O Box 530098
Atlanta, GA 30353-0098

Culligan
2180 S Congress Ave
Palm Springs, FL 33406-7604

David Cheung
112-01 Queens Blvd.
Apt. 20C
Forest Hills, NY 11375-5592

Doumar, Allsworth et al
1177 SE 3rd Ave.
Fort Lauderdale, FL 33316-1109

Florida Power & Light Company
General Mail Facility
Miami, FL 33188-0001

GFA International, Inc.
1215 Wallace Dr.
Delray Beach, FL 33444-4600

GHJ Construction Corporation
c/o Steven J. Solomon, Esq.
GrayRobinson, P.A.
1221 Brickell Ave.
Ste. 1600
Miami, FL 33131-3247

George J Coren
920 Jacaranda Court
Plantation, FL 33324-3016

Grace He
c/o US Capital Holdings, LLC
8181 W. Broward Blvd., Ste 380
Plantation, FL 33324-2033

Grace Kuo
13027 NW 14th St.
Pembroke Pines, FL 33028-2720

GrayRobinson PA
301 E Pine Street Ste 1400
PO Box 3068
Orlando, FL 32802-3068

GrayRobinson PA
401 E. Las Olas Blvd., Ste 1000
Fort Lauderdale, FL 33301-4210

Haifend Chi
c/o US Capital Holdings, LLC
8181 W. Broward Blvd., Ste 380
Plantation, FL 33324-2033

Haldong Chi
c/o US Capital Holdings, LLC
8181 W. Broward Blvd.
Ste. 380
Plantation, FL 33324-2033

Home Depot Credit Services
DEPT.32 - 2645010277
PO Box 9055
Des Moines, IA 50368-9055

Homeier & Law, P.C.
13400 Riverside Dr.
Ste. 120
Sherman Oaks, CA 91423-2513

Hong Huang
21200 NE 38 Ave.
Ste. 2805
Miami, FL 33180-3879

ID & Design International, Inc.
5100 N. Dixie Hwy.
Fort Lauderdale, FL 33334-4006

J&J Products Unlimited, Inc.
3071 NW 64 Ave.
Fort Lauderdale, FL 33313-1206

Jaime Garcia
4310 SW 10th St.
Plantation, FL 33317-4515

Jennifer Moran
3031 Venice Way
Miramar, FL 33025-4287

Joel Jarrett
2851 NW 13th Ct.
Fort Lauderdale, FL 33311-5233

Kimley Horn and Associates, Inc.
600 N Pine Island RD #450
Plantation, FL 33324-1302

Konica Minolta
21146 Network Plance
Chicago, IL 60673-1211

LNT Trucking, Inc.
3521 Farrington St., #2R
Flushing, NY 11354-2803

Lan Zhang
9235 Lagoon Pl.
Apt. 217
Davie, FL 33324-6724

MIX2 Elevator Service & Repair
2150 Mears Pkwy.
Pompano Beach, FL 33063-3755

Mapuche LLC
375 N. University Drive
Plantation, FL 33324-1915

Marie Saintil Jerome
1300 SW 67th Way
Pembroke Pines, FL 33023-2063

McNamara/Salvia, Inc.
160 Federal St., 6th Flr.
Boston, MA 02110-1700

McNamara/Salvia, Inc.
2 S. Biscayne Blvd.
#3795
Miami, FL 33131-1803

Mercedes Benz Financial Services
P. O. Box 685
Roanoke, TX 76262-0685

Miami Exterminators, Inc.
P.O. Box 133129
Hialeah, FL 33013-0129

Mike Tang
13436 NW 5th Pl.
Plantation, FL 33325-6150

Milner Document Products
P O Box 41602
Philadelphia, PA 19101-1602

Milner, Inc.
700 S. Military Trail
Deerfield Beach, FL 33442-3025

Neighborhood Health
P.O. Box 580046
Charlotte, NC 28258-0046

Ngam Ki
c/o US Capital Holdings, LLC
8181 W. Broward Blvd.
Ste 380
Plantation, FL 33324-2033

Oasis
2054 Vista Parkway, Suite 300
West Palm Beach, FL 33411-6759

Oasis
4511 Woodland Corporate Blvd.
Tampa, FL 33614-2413

Oasis Outsourcing, Inc.
110 SE 6th Street
Floor 15
Attn: Ian Lis, Esq.
fort lauderdale, FL 33301-5004

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Ombu Securities Corporation
372-5th Ave #6F
New York, NY 10018-8109

P.O. Box 93000
Chicago, IL 60673-0001
Coren George
920 Jacaranda Ct.
Plantation, FL 33324-3016

PTE Systems, LLC
1950 W. 8th Ave.
Hialeah, FL 33010-2328

Panzarella Waste & Recycling
4581 Weston Rd #314
Weston, FL 33331-3141

Pavement Striping Corp.
140 W. 41st St.
Hialeah, FL 33012-4436

Peng Xu
641 Oleander Dr.
Plantation, FL 33317-1821

Philip Xiaopeng Guo
P.O. Box 2472
Ewa Beach, HI 96706-0472

Prestige Property Management
3300 SW 46th Ave.
Davie, FL 33314-2215

Qianfei He
4727 SW 195th Ter.
Miramar, FL 33029-6209

Ricardo Abanto
2500 W 56th St.
Apt. #1308
Hialeah, FL 33016-4769

Ricardo Dias
7998 NW 20th Ct.
Sunrise, FL 33322-3908

S K
**Deleted Per DE 64 in main case**

SLS Consulting, Inc.
1825 Ponce de Leon Blvd.
#565
Coral Gables, FL 33134-4418

Saintil Max
830 NW 210 St., Apt. #101
Miami, FL 33169-7000

Saltz Michelson Architects
3501 Griffin Rd.
Fort Lauderdale, FL 33312-5444

Shenandoah Construction
1888 NW 22nd St.
Pompano Beach, FL 33069-1318

Silvatte Simeon
5025 NW 36th St.
Apt. J 113
Lauderdale Lakes, FL 33319-6573

Spencer Campbell
P.O. Box 59
Bentonia, MS 39040-0059

Staples Advantage
Dept ATL
PO Box 405386
Atlanta, GA 30384-5386

Steven Feller P.E. Inc.
500 NE 3rd Ave.
Fort Lauderdale, FL 33301-3236

Steven Kelton
7420 Dover Ct.
Parkland, FL 33067-1690

Sunshine Hoist & Steel Erectors
6201 SW 121 St.
Miami, FL 33156-5546

TLC Engineering
5757 Blue Lagoon Dr.
#400
Miami, FL 33126-2078

TLC Engineering for Architect
255 S. Orange Ave.
Ste. 1600
Orlando, FL 32801-3463

Tewes Design Group
200 S. Biscayne Blvd.
Ste. 1730
Miami, FL 33131-2333

Tile & Marble by Brastile
110 NE 179th St.
Miami, FL 33162-1017

US Alliance Management Corp.
dba US Security
c/o Michael William Skop
12865 W Dixie Hwy.
Fl 2
Miami, FL 33161-4800

United HealthCare Insurance Co
Dept. CH 10151
Palatine, IL 60055-0151

VTX Telecom
P. O. Box 526027
Sacramento, CA 95852-6027

Wei Chen
21200 NE 38th Ave.
Ste. 2805
Aventura, FL 33180-3879

Weihua Mai
471 N. Pine Island Rd.
#D402
Plantation, FL 33324-1838

Worldwide Protective Inc.
3890 W. Commercial Blvd.
Ste. 208
Tamarac, FL 33309-3346

Xiaoxiao Dong
9712 63rd Dr.
Apt. 11D
Queens, NY 11374-2247

Xue Han
c/o US Capital Holdings, LLC
8181 W. Broward Blvd.
Ste 380
Plantation, FL 33324-2033

Yue Yu
10904 SW 2nd St.
Apt. 1
Miami, FL 33174-1287

Zhe Jiang
1852 Aspen Ln.
Weston, FL 33327-2356

Brett D Lieberman
401 E Las Olas Blvd # 1400
Ft Lauderdale, FL 33301-2218

Kenneth A Welt
1776 Pine Island Rd #101
Plantation, FL 33322-5200

Thomas M. Messana Esq.
401 E Las Olas Blvd # 1400
Fort Lauderdale, FL 33301-2218

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)GHJ Construction Corporation

(u)Tangshan Ganglu Iron & Steel Company, Ltd.

(u)C G
**Deleted Per DE 64 in main case**

(u)C L
**Deleted Per DE 64 in main case**

(u)CBRE, Inc.
Brokerage & Mgmt
200 E. Las Olas Blvd.

(u)CIT Finance, LLC
Avaya Financial Services

(u)D C
**Deleted Per DE 64 in main case**

(u)G K
**Deleted Per DE 64 in main case**

(u)H H
**Deleted Per DE 64 in main case**

(u)J G
**Deleted Per DE 64 in main case**

(u)J J
**Deleted Per DE 64 in main case**

(u)J M
**Deleted Per DE 64 in main case**

(u)L Z
**Deleted Per DE 64 in main case**

(u)M S J
**Deleted Per DE 64 in main case**

(u)M T
**Deleted Per DE 64 in main case**

(u)P X
**Deleted Per DE 64 in main case**3

(u)Q F H
**Deleted Per DE 64 in main case**

(u)R A
**Deleted Per DE 64 in main case**

(u)R D
**Deleted Per DE 64 in main case**

(u)S M
**Deleted Per DE 64 in main case**

(u)S S
**Deleted Per DE 64 in main case**

(u)Ste. 1620
Fort Lauderdale, FL 33301

(d)Sunshine Hoist & Steel Erectors, Inc.
6201 SW 121 St
Miami, FL 33156-5546

(u)Tangshan Ganglu Iron & Steel Company, Ltd.
c/o Lida Rodriguez-Taseff, Esq.
Scott H. Marder, Esq.
Nicole L. Levy, Esq.
200 S. Biscayne Blvd.
Ste 3400

(u)W C
**Deleted Per DE 64 in main case**

(u)W H M
**Deleted Per DE 64 in main case**

(u)X X D
**Deleted Per DE 64 in main case**

(u)Y Y
**Deleted Per DE 64 in main case**

(u)Z J
**Deleted Per DE 64 in main case**

End of Label Matrix
Mailable recipients    103
Bypassed recipients     29
Total                  132

```
Label Matrix for local noticing          BCEGI, LLC                               City of Plantation
113C-0                                                                            Brinkley Morgan
Case 14-32827-JKO                                                                 Mark A. Levy
Southern District of Florida                                                      200 E Las Olas Blvd #1900
Fort Lauderdale                                                                   Ft. Lauderdale, FL 33301-2248
Tue Dec 23 12:28:47 EST 2014

Mapuche LLC                              American Education & Translation         BCEGI, LLC
375 North University Drive               8250 SW 116 Street                       c/o Steven J. Solomon, Esq.
Plantation, FL 33324-1915                Miami, FL 33156-4341                     GrayRobinson, P.A.
                                                                                  1221 Brickell Ave.
                                                                                  Ste. 1600
                                                                                  Miami, FL 33131-3247

(p)BANK OF AMERICA                       Becker & Poliakoff PA                    Bo Rui Investment Pte. ltd.
PO BOX 982238                            1 East Broward Blvd                      8 Wilkie Road
EL PASO TX 79998-2238                    Ste 1800                                 #03-01
                                         Fort Lauderdale, FL 33301-1876           Wilkie Edge Singapore 228095

Cherry Bekaert LLP                       Du Zhenzeng or MDM Zheng Dongxia         GHJ Construction Corporation
P.O. Box 25549                           21200 NE 38 Ave.                         c/o Steven J. Solomon, Esq.
Richmond, VA 23260-5500                  Ste 2503                                 GrayRobinson, P.A.
                                         Aventura, FL 33180-3862                  1221 Brickell Ave.
                                                                                  Ste. 1600
                                                                                  Miami, FL 33131-3247

GlassRatner Advisory & Capital           Global Legal Discovery LLC              Grand Faith Trading Limited Add. Fla
3424 Peachtree Rd., NE                    1330 Spring Street                      Room 504, Unit 2 Bldg 17
Ste 2150                                  Ste 100                                 Feng Qi Yuan, Hangzhou City
Atlanta, GA 30326-2869                    Atlanta, GA 30309-2810                  Zhejiang Providence China 310000

GrayRobinson PA                          Hao Yuan Investment Pte Ltd.            Hong Huang
301 E Pine Street                        65 Chulia St #43-04                     21200 NE 38 Ave
Suite 1400                               Singapore 049513                        Ste 2805
PO Box 3068                                                                      Aventura, FL 33180-3879
Orlando, FL 32802-3068

(p)INTERNAL REVENUE SERVICE              Jin Zhi Star (US) Company               LNT Trucking Inc
CENTRALIZED INSOLVENCY OPERATIONS        c/o its Registered Agent                3521 Farrington Street
PO BOX 7346                              Becker and Poliakoff                    #2R
PHILADELPHIA PA 19101-7346               3111 Stirling Rd.                       Flushing, NY 11354-2803
                                         Fort Lauderdale, FL 33312-6566

Mercedes Benz Financial Service          Milner, Inc.                           Office of the US Trustee
P O Box 5209                             P. O. Box 923197                        51 S.W. 1st Ave.
Carol Stream, IL 60197-5209              Norcross, GA 30010-3197                 Suite 1204
                                                                                 Miami, FL 33130-1614

Porsche Payment Center                   Tangshan Ganglu Iron&steel Co Ltd      Tengshu Wang
75 Remittance Drive                      c/o Lida Rodriguez-Taseff, Esq.        5125 N Rosemead Blvd. #1
Suite 1738                               Scott H. Marder, Esq.                  San Gabriel, CA 91776-6219
Chicago, IL 60675-1738                   Nicole L. Levy, Esq.
                                         200 S. Biscayne Blvd., Ste 3400
                                         Miami, FL 33131-5323

Trans Wagon Int'l (HK) Co. Limited       Trump National Golf Club               Wei Chen
Room 1005-1006, 10th Floor Nathan Centre 100 Shadow Tree Lane                   21200 NE 38 Ave., Ste 2805
580G - 580K Nathan Road                  Briarcliff Manor, NY 10510-2259        Aventura, FL 33180-3879
Mongkok, Kowloon, Hong Kong
```

Xue Han
21200 NE 38 Ave., Ste 2503
Aventura, FL 33180-3862

Zhanjiang Chi
21200 NE 38 Ave., Ste 2503
Aventura, FL 33180-3862

Zhe Jiang
1852 Aspen Lane
Weston, FL 33327-2356


Zhenzeng Du
21200 NE 38 Ave
Ste 2503
Aventura, FL 33180-3862

Brett D Lieberman
401 E Las Olas Blvd # 1400
Ft Lauderdale, FL 33301-2218

Kenneth A Welt
1776 Pine Island Rd #101
Plantation, FL 33322-5200


Thomas M. Messana Esq.
401 E Las Olas Blvd # 1400
Fort Lauderdale, FL 33301-2218



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

International Revenue Service
Ogden, UT 84201-0039



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)GHJ Construction Corporation

(u)Tangshan Ganglu Iron & Steel Company, Ltd.

(u)Big Profit Asia Limited
Rm. 1708
Fung Shing Industries
Bld. No. 32
Shan Mei S.
Fotan Shatin, H.K.

(u)Cheer Force Investments Limited Add

(u)Market Energy Limited

(u)Max Moore Company Add. Shop 59 G/F HA


(u)Nation Glory Limited
**No Address Provided**

(u)W C
**Deleted PER DE 61**

(u)Z J
**Deleted PER DE 61**


(u)Zheng Cai Xia
**No Address Provided**

End of Label Matrix
Mailable recipients    36
Bypassed recipients    10
Total                  46

**EXHIBIT "A"**



**EXCLUSIVE SALES LISTING AGREEMENT**

THIS EXCLUSIVE SALES LISTING AGREEMENT ("Agreement") is entered into as of the _10^th_ day of December, 2014 by and between **CBRE Inc.**, a Delaware corporation with an office address at 200 E. Las Olas Boulevard, Fort Lauderdale FL 33301 ("CBRE") and Kenneth A. Welt, as Chapter 7 Trustee (the "Trustee") for US Capital/Fashion Mall, LLC, US Capital Holdings, LLC and Mapuche, LLC (individually, a "Debtor" and collectively, the "Debtors")

**RECITALS**

WHEREAS, The Debtors own certain land, buildings and improvements as more fully described on <u>Exhibit A</u>, attached hereto and incorporated herein by reference (hereinafter the "<u>Property</u>" or the "<u>Properties</u>"), and

WHEREAS, the Trustee desires to engage CBRE as his exclusive broker, and to grant to CBRE the exclusive right to list for sale the Property, and CBRE is agreeable to such engagement on the terms and conditions as set forth in this Agreement.

**AGREEMENT**

NOW, THEREFORE, in consideration of the mutual covenants and agreements of the parties hereinafter expressed, the parties hereto agree as follows:

**ARTICLE ONE**

**APPOINTMENT**

1.1     <u>Exclusive Right to List for Sale</u>.  The Trustee hereby appoints CBRE as its exclusive agent and grants CBRE the exclusive right to solicit and procure prospective purchasers for the Property. Reference to the "Property" or "Properties" shall mean all or any portion thereof. CBRE accepts the appointment and agrees to act in good faith and use diligent efforts to perform the services required by this Agreement.

1.2     <u>Definition of "Sale" or "Purchase"</u>.  As used in this Agreement, the term "sale" or "purchase," in reference to the Property, shall include a sale or exchange of the Property, the granting of an option to purchase the Property, or any other transfer, conveyance, or contribution of a controlling interest in the Property or in the entity which owns the Property, or any other transaction identified in Section 5.2 below.

1.3     <u>Listing Price</u>.  The listing price shall be UNPRICED and shall be on an "all cash" basis, or such other terms and conditions as acceptable to The Trustee in his sole and absolute discretion.

1.4     <u>Bankruptcy Court Approval</u>.  On October 14, 2014, the Debtors filed for bankruptcy relief pursuant to chapter 7 of the Bankruptcy Code (the "Bankruptcy Action"). CBRE acknowledges that the bankruptcy court (the "Court") in the Bankruptcy Action must approve the terms of this Agreement between the Trustee and CBRE. CBRE further acknowledges and agrees that once the Court approves

August 2011

the Agreement and CBRE is notified of said approval, this Agreement shall become immediately effective.

## ARTICLE TWO

## TERM

2.1     Term of Agreement.  The term ("Term") of this Agreement shall commence on the date the Trustee obtains Court approval and shall end at midnight, June 30, 2015 unless sooner terminated or extended in accordance with the provisions of this Agreement.  The Term shall be extended only by an agreement in writing signed by the parties hereto.

## ARTICLE THREE

## CBRE'S REPRESENTATIONS AND DUTIES

3.1     Licensing.  CBRE hereby represents that it and its personnel providing services are, to the extent required by law, duly licensed.  CBRE shall, at its expense, obtain and keep in full force and effect throughout the Term of this Agreement all licenses and permits required to be maintained by CBRE in connection with the rendering of the services.

3.2     Performance of Services.  CBRE shall perform the services through able, qualified and trained personnel of CBRE in sufficient number to properly render the services in the manner appropriate for the Property as required by this Agreement.  CBRE shall have the exclusive right to hire, direct, discipline, compensate and terminate the personnel of CBRE, and shall exercise complete and exclusive control over the conduct of CBRE's personnel.  Such services shall include:

(a)     Inspection, Review and Analysis.  CBRE shall review the Property to determine its relative market appeal, quality of location, market and area trends, and potential for value enhancement prior to entering the market.  CBRE shall be entitled to rely on information provided by the Trustee, the Trustee's agents, and any property manager for the Property, and shall not be responsible for verifying the accuracy or completeness of any such information.

(b)     Marketing Plan.  CBRE shall market the Property for sale per the marketing plan (the "Plan") as outlined in **Exhibit C** attached hereto.

(c)     Offering Materials.  CBRE shall assemble and produce for the Trustee's review and approval an offering brochure and/or other marketing materials of a type that is customary for similar properties.  the Trustee shall provide the information in its possession, custody or control regarding the Property necessary for CBRE to prepare a professional offering brochure. The brochure shall include, as appropriate, property facts, photographs, high-quality graphics, cash flow projections, market competition data, descriptive area and location information, site plan, and other relevant information as available.  The cost of such offering brochure shall be borne by the Debtors' estates, provided that any such costs incurred shall not exceed the sum of twenty five thousand ($25,000.00). The Debtors' estates shall be responsible to reimburse CBRE for its costs and expenses incurred in the preparation of such materials.

(d)     Marketing Efforts and Advertising.  The Trustee has authorized CBRE to advertise the Property for sale.  CBRE shall expose the Property to a wide variety of purchasers via

direct mail, print advertising and on the Internet, as deemed appropriate by CBRE. CBRE shall provide prospective purchasers with additional information and coordinate site visits. CBRE shall not disseminate any offering brochures or other written promotional materials, until approved by the Trustee in writing. Upon completion of the sale of the Property, CBRE may advertise or issue a press release or other public announcement regarding the sale, in form and content reasonably acceptable to the Trustee. The Trustee hereby consents to the use of a "tombstone" type ad and CBRE's internal newsletters and publications.

(e)  Prospective Purchaser Qualification and Inspections. CBRE shall solicit and identify prospective purchasers of the Property, deliver the offering materials to such prospective purchasers and, in connection therewith, assist the Trustee in qualifying prospective purchasers prior to recommending acceptance of an offer, provided, however, that the Trustee shall have the ultimate responsibility for determining the financial condition and capabilities of any prospective purchaser. If requested by the Trustee, CBRE shall require each prospective purchaser to execute and deliver to CBRE the Trustee's form confidentiality agreement. CBRE shall make the necessary arrangements with the Trustee or the Trustee's agent to permit prospective purchasers to physically inspect the Property.

(f)  Inquiries. CBRE shall promptly inform the Trustee of all offers and inquiries received from brokers, prospective purchasers or anyone else with respect to the Property.

(g)  Negotiations and Legal and Tax Advice. All negotiations with prospective purchasers shall be conducted by CBRE in conjunction with the Trustee and the Trustee's counsel. The Trustee and its counsel shall be responsible for determining the legal sufficiency of the purchase and sale agreement and all other documents relating to any transaction contemplated by this Agreement; and the Trustee and its financial advisors shall be solely responsible for determining the tax consequences of any transaction contemplated under this Agreement.

(h)  Closing. At the Trustee's request, CBRE shall assist the Trustee and the Trustee's counsel in the preparation and execution of the closing checklist and provide information necessary to complete closing documentation, and shall coordinate with the property manager for the Property to secure all documents and information required for closing.

3.3  Staffing. CBRE's listing team for purposes of implementing the obligations of CBRE hereunder shall consist of Robert Given, Gerard Yetming and Zachary Sackley (the "Listing Team"). The Listing Team shall assume primary responsibility for the initiation of all discussions and the conduct of all negotiations with prospective purchasers on the part of CBRE. CBRE may replace any member of the Listing Team during the Term in the event a member of the Listing Team dies, becomes incapacitated or terminates his/her employment with CBRE, provided such replacement individual has similar or greater experience than the replaced member and provided that the Trustee consents, which consent shall not be unreasonably withheld. Upon written request by the Trustee, any member of the Listing Team shall be replaced by another qualified salesperson employed by CBRE, subject to the Trustee's approval, which approval shall not be unreasonably withheld. For compensation purposes, Non-Listing Team Agents who represent prospective purchasers shall be treated as Cooperating Brokers under Section 3.6 below and for purposes of this Agreement.

3.4  Reports. CBRE shall submit to the Trustee a bi-weekly report on the marketing of the Property which shall include an updated list of all prospective purchasers and a summary of the status of

any offers or negotiations.

3.5     Confidentiality.

(a)     As used in this Agreement, the term "Confidential Information" means information provided by the Trustee to CBRE pertaining to the Property which the Trustee believes in good faith contains legally protectable and/or otherwise confidential trade secrets, non-public research, development, or commercial information and that the Trustee designates in writing as confidential at the time it is provided to CBRE. Confidential Information does not include information that (i) was known to CBRE at the time it was provided by the Trustee, (ii) was publicly available at the time it was provided by the Trustee or thereafter becomes publicly available without breach by CBRE of its obligations hereunder, (iii) becomes available to CBRE on a non-confidential basis from a source other than the Trustee or his representatives, (iv) can be shown to have been developed independently by CBRE, (v) is required to be disclosed by court order, regulation, or other law or legal process; or (vi) is approved for release by written agreement of the Trustee.

(b)     For a period of one (1) year from the date of disclosure of any Confidential Information to CBRE, CBRE agrees to hold such Confidential Information in trust and confidence for the Trustee, and agrees not to use Confidential Information other than as required in the performance of its obligations under this Agreement, which shall include disclosure to CBRE's personnel who have a need to know.

3.6     Cooperating Brokers.  CBRE and the Listing Team are authorized to solicit and cooperate with other real estate brokers, including Non-Listing Team Agents, who represent prospective purchasers for the Property ("Cooperating Brokers").  CBRE shall be responsible to pay the fee or commission due to any such Cooperating Broker, provided such Cooperating Broker (i) represents the prospective purchaser pursuant to a written agreement, a copy of which is furnished to CBRE, (ii) executes and delivers to CBRE a confidentiality agreement, if required by the Trustee and on the Trustee's form, and (iii) executes and delivers CBRE's standard form Cooperating Brokerage Agreement.

3.7     Nondiscrimination.  The Trustee and CBRE agree that the Property will be offered in compliance with all applicable federal, state and local anti-discrimination laws and regulations.

3.8     Compliance With Laws.  CBRE shall comply with all applicable federal, state and local laws, regulations, codes, ordinances and administrative orders having jurisdiction over the parties, the Property or the subject matter of this Agreement, including, but not limited to, the 1964 Civil Rights Act and all amendments thereto, the Foreign Investment in Real Property Tax Act, the Comprehensive Environmental Response Compensation and Liability Act, and The Americans With Disabilities Act.

## ARTICLE FOUR

## CBRE'S AUTHORITY

4.1     Limitation of CBRE's Authority.  CBRE shall have no right, power or authority to enter into any agreement with any prospective purchaser, real estate broker or any other person in the name of, on behalf of, or otherwise binding upon the Trustee, nor may CBRE create any other obligations or liabilities binding on the Trustee, except as otherwise provided by applicable law.

## ARTICLE FIVE

## FEES AND EXPENSES

5.1.    <u>Calculation of Fee</u>.  CBRE's sole and exclusive compensation for its services hereunder (the "Fee") shall be calculated as provided on the Schedule attached hereto as <u>Exhibit B</u> and Sections 5.5 and 5.7 below.  Gross sales price shall include any and all consideration received or receivable, in whatever form, including but not limited to assumption or release of existing liabilities.

5.2    <u>When Earned</u>.

(a)    The Fee shall be earned for services rendered if, during the Term: (a) the Property is sold to a purchaser procured by CBRE, the Trustee or anyone else; (b) any contract for the sale of the Property is entered into by the Trustee; (c) the Property is transferred due to eminent domain or the threat thereof, foreclosure, or conveyance in lieu of foreclosure; (d) the Trustee contributes or conveys the Property to a partnership, joint venture or other business entity in which the Trustee retains or receives an interest; or (e) the Debtor is a corporation, partnership or other business entity and a controlling interest in such corporation, partnership or other business entity is transferred, whether by merger, outright purchase or otherwise, in lieu of a sale of the Property.

(b)    In the event the sale of the Property (or any other transaction enumerated in Section 5.2) fails to close for any reason whatsoever, including The Trustee's default, CBRE shall not be entitled to any fee, commission or other compensation except for the expenses as set forth in Section 5.9 of this Agreement.

5.3    <u>When Payable</u>.  The Fee shall be payable hereunder at closing of escrow, recordation of deed, or taking of possession by the purchaser, whichever is earlier.  In the event the Trustee fails to make payments within the time limits set forth herein, then from the date due until paid, the delinquent amount shall bear interest at the lesser of twelve percent (12%) per year or the maximum rate permitted in the State of Florida.

5.4    <u>Rights After Term</u>.  The Trustee shall pay CBRE the Fee in accordance with the terms of this Agreement if, within one hundred twenty (120) calendar days after the expiration or earlier termination of the Term, the Property is sold to, or the Trustee enters into a contract of sale of the Property with, or negotiations continue, resume or commence and thereafter continue leading to a sale of the Property to, any person or entity (including his/her/its successors, assigns or affiliates) with whom CBRE has negotiated (either directly or through another broker or agent) or to whom the Property has been submitted prior to the expiration or termination of the Term. CBRE is authorized to continue negotiations with such persons or entities.  CBRE shall submit a list of such persons or entities to the Trustee no later than fifteen (15) calendar days following the expiration or termination of the Term, provided, however, that if a written offer has been submitted, then it shall not be necessary to include the offeror's name on the list.

5.5    <u>Contribution or Sale of the Entity</u>.  In the event the Trustee contributes or conveys the Property or any interest therein to a joint venture, partnership, or other business entity in which the Trustee retains or receives an interest, the Fee shall be calculated on the fair market value of the Property, less the value of the interest in the Property retained by or transferred to the Trustee, as the case may be, and shall be paid at the time of the contribution or transfer. If an interest in the Trustee's business entity is transferred, whether by merger, outright purchase, or otherwise, in lieu of a sale of the Property, the Fee shall be calculated on the fair market value of the Property, rather than the gross sales price, multiplied by the percentage of interest so transferred, and shall be paid at the time of the transfer.

5.6     Intentionally Left Blank.

5.7     Option.  In the event an option to purchase the Property is granted, the Debtors' estates shall pay CBRE the Fee in accordance with the Schedule attached as Exhibit B, on the price paid for the option and for any extensions thereof.  This Fee shall be paid upon receipt by the Trustee of any such payment(s).  In the event that such option is exercised, whether during the Term or thereafter, the Debtors' estates shall also pay CBRE a Fee in accordance with Exhibit B. Notwithstanding the foregoing, to the extent that all or part of the price paid for the option or any extension thereof is applied to the sales price of the Property, then any Fee or commission previously paid by the Trustee to CBRE on account of such option payments shall be credited against the Fee payable to CBRE on account of the exercise of the option.

5.8     Intentionally Left Blank.

5.9     Expenses.  the Debtors' estates shall reimburse CBRE upon request for its direct out-of-pocket expenses reasonably incurred and approved by the Trustee in the preparation of the offering brochures required under Section 3.2 above, for print advertising, for placement of sign(s) on the Property, and for other activities involved in marketing the Property hereunder.  The reimbursement for these expenses shall not exceed the sum of twenty five thousand dollars ($25,000.00).  Except as expressly provided in this paragraph, all expenses incurred by CBRE in the performance of its service shall be borne by CBRE, not the Trustee.

5.10    Intentionally Left Blank.

5.11    Late Fees.  If the Trustee fails to timely pay any amounts due under this Agreement, then the unpaid balance shall, from the time due until paid in full, bear interest at the lesser of twelve percent (12%) per year or the maximum rate permitted by law.

## ARTICLE SIX

### THE TRUSTEE'S RIGHTS AND OBLIGATIONS

6.1     Refer All Inquiries.  The Trustee shall cooperate with CBRE in bringing about a sale of the Property, shall provide all available information to permit CBRE to properly market the Property in accordance with the terms of this Agreement, and shall immediately refer immediately to CBRE all offers and inquiries received from brokers, prospective purchasers or anyone else interested in the Property.

6.2     Rights Reserved By The Trustee.  The Trustee reserves the right, in all events and in the Trustee's sole and unfettered discretion, to approve, modify or disapprove any and all proposals and offers regarding pricing, marketing and terms of sale of the Property, and to approve or reject any prospective purchaser.  The Trustee reserves the right to adjust the terms and conditions of any offer made or received, including, but not limited to, adjustment of the offering price for the Property upward or downward.

6.3     Withdrawal From The Market.  The Trustee may, by written notification to CBRE, at any time in its sole and unfettered discretion, remove the Property from the Market, in which event, the Debtors' estates shall be responsible to pay to CBRE all unpaid expenses due in accordance with Section 5.9 of this Agreement.

6.4     Termination By The Trustee Without Cause.  The Trustee, at any time during the Term of this Agreement, for any or no reason, in its sole and unfettered discretion, may terminate this Agreement by providing CBRE with sixty (60) days' prior written notice, in which event, the Debtors' estates shall be responsible to pay to CBRE all unpaid expenses due in accordance with Section 5.9 of this Agreement.

6.5     Termination By The Trustee For Cause.  The Trustee shall have the right to terminate this Agreement upon not less than sixty (60) days' prior written notice to CBRE in the event of a material breach or default by CBRE of any of its obligations hereunder. The notice shall specify with particularity the material breach or default with respect to which the notice is given and the acts which CBRE must undertake to remedy such failure and, in the event that such material breach or default is not cured by that date which is thirty (30) days from CBRE's receipt of said notice, this Agreement shall terminate upon CBRE's receipt of a second written notice from the Trustee declaring such termination.

6.6     FIRPTA.  The Trustee represents that the Debtors own the property and that, except as may be disclosed in writing to CBRE, no person or entity who has an ownership interest in the property is a foreign person as defined in the Foreign Investment in Real Property Tax Act (commonly known as "FIRPTA").

6.7     Hazardous Materials.

(a)     The Property is being sold in an "as is" condition, without representation or warranty of any kind, expressed or implied, oral or written, concerning the Property or any matter related thereto, including zoning, availability of access or utilities, the presence and location of asbestos, mold, PCB transformers, other toxic, hazardous or contaminated substances, or underground storage tanks ("Hazardous Materials") in, on, or about the Property.  Prospective purchasers shall be advised of this fact and shall be allowed to make independent investigations of the Property made by their own experts, at their own expense.  Language reflecting the above shall be inserted into any purchase and sale agreement entered into by the Trustee, which language shall also disclaim any such representations regarding the condition of the Property by CBRE and any reliance on such representations by the prospective purchaser.

(b)     The Trustee and prospective purchaser are responsible for retaining qualified experts to detect and/or remediate any current, past or potential Hazardous Materials in, on or about the Property. The Debtors' estates hereby release and forever discharge CBRE, its directors, officers, employees, agents, successors and assigns from any and all actions, causes of action, suits, covenants, judgments, claims and demands whatsoever, in law or in equity, for or on account of or in any manner connected with Hazardous Materials in, on or about the Property and the violation of any federal, state or local law, statute, ordinance or regulation, any court or administrative order or decree or private agreement relating to the collection, storage, treatment or disposal of hazardous materials, excluding any such claims arising out of CBRE's gross negligence or intentional wrongful conduct.

6.8     Compliance with Laws.  The Trustee agrees to comply with all applicable federal, state and local laws, regulations, codes, ordinances and administrative orders having jurisdiction over the parties, any Property that is the subject of an acquisition or proposed acquisition or the subject matter of this Agreement, including, but not limited to, the 1964 Civil Rights Act and all amendments thereto, the Foreign Investment in Real Property Tax Act, the Comprehensive Environmental Response Compensation and Liability Act, and The Americans With Disabilities Act.

6.9     OFAC Screening. CBRE and the Trustee represent and warrant to the other that they are currently in compliance with, and shall use commercially reasonable efforts at all times during the term of this Agreement (including any extension thereof) to remain in compliance with, the regulations of the Office of Foreign Asset Control ("OFAC") of the Department of the Treasury, and any statute, executive order or other governmental action relating thereto, including, but not limited to, Executive Order 13224 (dated September 23, 2001) "Blocking Property and Prohibiting Transactions with Persons Who Commit, Threaten to Commit, or Support Terrorism".

## ARTICLE SEVEN

## CONFLICTS OF INTEREST

7.1     Agency. This agreement establishes CBRE as the Trustee's single agent under Florida law. The Trustee acknowledges that CBRE is a national brokerage firm and that in some cases CBRE may represent prospective purchasers.  The Trustee desires that the Property be presented to such prospective purchasers and, in the event that a prospective purchaser is also represented by CBRE, the Trustee either (a) consents to CBRE transitioning from a single agent to a transaction broker, or (b) upon request and consent, authorizes CBRE to appoint designated agents, if permitted by Florida Statute §475.2755, for both the Trustee and such prospective purchaser.  CBRE shall, in such event, make either (i) the transaction broker transition disclosure required by Florida Statute § 475.278(3)(2) and attached hereto as Exhibit C and obtain the Trustee's consent thereto, or (ii) the designated agent disclosure required by Florida Statue § 475.2755 and attached hereto as Exhibit D and obtain the Trustee's consent thereto.

7.2     Other Interests. The Trustee acknowledges that, from time to time, CBRE may provide to other persons or other properties services that are similar to or in conflict with those that are to be provided pursuant to this Agreement, including, for example, listing other properties which may be competitive with the Property and showing prospective purchasers other properties in addition to the Property.  Such other persons and/or properties may be in direct or indirect competition with The Trustee, and The Trustee consents thereto, provided that CBRE shall not disclose the confidential information of The Trustee.

7.3     CBRE Affiliated Entities. The Trustee acknowledges that one or more CBRE Affiliated Entities, including, but not limited to, CBRE Capital Markets, Inc., may assist the Listing Team in structuring a sale or sales of the Property, and may assist prospective purchasers with financing such transactions. The Trustee acknowledges and agrees that CBRE Affiliated Entities may earn fees or other compensation in connection with the financing of a sale or sales of the Property; however, in no circumstance shall the Trustee be liable for compensating such CBRE Affiliated Entities.  The Trustee also acknowledges and agrees that referral fees may be paid by CBRE to CBRE Affiliated Entities, including CBRE Capital Markets, Inc., and that CBRE Affiliated Entities, including CBRE Capital Markets, Inc., may pay referral fees to CBRE.

## ARTICLE EIGHT

## INDEMNIFICATION

8.1     Indemnification By CBRE. CBRE agrees to indemnify and defend the Trustee and the Debtors' estates from and against all liability, damages, losses and expenses resulting from claims or causes of action by a third party (collectively, "Claims") based solely upon CBRE's wrongful act, failure to act, or misrepresentation.  Such obligation to defend and indemnify will not apply, however, if the Claim or cause of action is based upon or arises in any way out of an act, failure to act or representation

of any other person or entity, including, but not limited to, the Trustee providing to CBRE incorrect information or failing to disclose to CBRE information which should have otherwise been disclosed to such claimant or to CBRE.  CBRE will have the sole and absolute right to select and employ an attorney or attorneys to defend against such Claim and the Trustee will cooperate with CBRE and its attorneys in connection with the resolution of any Claims.

8.2     Intentionally Left Blank.

8.3     Procedure.  If either party (an "Indemnified Party") notifies the other party (the "Indemnifying Party") of any Claim for which the Indemnified Party is entitled to indemnification pursuant to his Article, the Indemnifying Party shall, within fifteen (15) days following receipt of such notice, notify the Indemnified Party whether it will assume defense of such Claim, assume defense of such Claim with a reservation of rights, or reject defense of such claim.  If the Indemnifying Party fails or refuses to defend such Claim or fails to timely give the notice required by this section, the Indemnified Party shall then have the right to employ counsel at the expense of the Indemnifying Party.  If an Indemnifying Party assumes the defense with a reservation of rights, the Indemnified Party shall have the right to employ counsel at its expense and participate in the defense with the full cooperation of the Indemnifying Party.  With respect to any Claim for which an Indemnifying Party assumes defense without a reservation of rights, such Indemnifying Party shall have the right to defend such action, employ counsel of its choice, and negotiate and carry out any settlement of such action.  Notwithstanding the foregoing, an Indemnifying Party shall not, without the prior written consent of the Indemnified Party, (i) settle or compromise any Claim or consent to the entry of any judgment in which the Indemnifying Party receives a more comprehensive release or hold harmless than the Indemnified Party, provided that such settlement, compromise or judgment shall not affect the continuing obligation of the Indemnifying Party to indemnify the Indemnified Party hereunder; or (ii) settle or compromise any action, suit, proceeding or claim in any manner that may adversely affect the Indemnified Party or obligate the Indemnified Party to pay any sum or perform any obligation.

## ARTICLE NINE

## NOTICES

9.1     Notices.  All notices or other communications required or permitted under this Agreement shall be in writing and shall be sent by a nationally recognized courier service or personally delivered (including by means of professional messenger service), or sent by registered or certified mail, postage prepaid, return receipt requested, or sent by facsimile or electronic transmission and promptly confirmed in writing, to the addresses set forth below, and shall be deemed received when actually received.

To The Trustee:     Kenneth A. Welt, Trustee
                    1776 North Pine Island Road
                    Suite 101
                    Plantation, FL 33322
                    Telephone:     (954) 889-3403
                    Email:  kaw@trusteeservices.biz

                    with a copy  (which shall not constitute notice) to:

                    Genovese, Joblove & Battista, P.A.
                    100 S.E. 2nd Street, 44th Floor
                    Miami, FL  33131

Attn:  Glenn D. Moses, Esq.
Telephone: 305-372-2522
Email:  gmoses@gjb-law.com

To CBRE:          CBRE, Inc.
                  200 E. Las Olas Blvd Suite 1620
                  Fort Lauderdale, FL 33301
                  Attn:          Robert Given
                  Telephone:     954-331-1760
                  Email:         robert.given@cbre.com

                  with a copy  (which shall not constitute notice) to:

                  CBRE, Inc.
                  200 E. Las Olas Blvd Suite 1620
                  Fort Lauderdale, FL 33301
                  Attn:          Ken Krasnow
                  Telephone:     954-331-1738
                  Email:         ken.krasnow@cbre.com

9.2      Change of Notice.  Notice of a change in address shall be given by notice in the manner set forth in this Article.

## ARTICLE TEN

## GENERAL PROVISIONS

10.1.    Governing Law.  This Agreement shall be governed by and construed and interpreted in accordance with the laws of the State in which the office executing this Agreement is located, without regard to its conflicts of laws principles, except where a dispute relates solely to one or more properties located within a single state, in which instance this Agreement shall be governed by and construed and interpreted in accordance with the laws of the State where that Property is located, without regard to its conflict of laws principles..

10.2     Disputes.

(a)      Any claim, controversy or dispute (a "Dispute"), whether sounding in contract, statute, tort, fraud, misrepresentation or other legal theory, related directly or indirectly to this Agreement, whenever brought and whether between the parties to this Agreement or between one of the parties to this Agreement and the employees, agents or affiliated businesses of the other party, shall be subject to this section.

(b)      The venue of any Dispute shall be in the United States Bankruptcy Court of the Southern District of Florida, Fort Lauderdale Division.

(c)      Neither party shall be entitled to punitive damages, and the parties hereby waive all rights to, and claims for, relief other than for compensatory damages.  The prevailing party in any Dispute shall recover its reasonable attorneys' fees, costs, and disbursements incurred in connection with any Dispute.

(d)      Each party waives its right to a trial by jury with respect to any Dispute.

10.3    Amendment, Modification and Termination.    This Agreement may be amended, modified or terminated only by written agreement of CBRE and the Trustee.

10.4    Assignment.    This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and permitted assigns, but neither this Agreement nor any of the rights, interests or obligations hereunder shall be assigned by any of the parties hereto without the prior written consent of the other party.

10.5    Counterparts.    This Agreement may be executed in counterparts, or facsimile counterparts, each of which shall be deemed an original, and all of which together shall constitute one and the same instrument.

10.6    Headings.    The headings of the Sections and Articles of this Agreement are inserted for convenience only and shall not constitute a part hereof or affect in any way the meaning or interpretation of this Agreement.

10.7    Due Authority.    Each individual signing this Agreement on behalf of a party warrants and represents to the other party that he has the authority to execute this Agreement on such party's behalf and to bind such party to the terms hereof.

10.8    Severability.    In the event any term or provision of this Agreement shall be determined by a court of competent jurisdiction to be illegal, invalid or unenforceable for any reason whatsoever, that provision shall be severed from this Agreement and shall not affect the validity of the remainder of the Agreement.

10.9    Third Parties.    Nothing herein expressed or implied is intended or shall be construed to confer upon or give to any person or entity, other than the parties hereto and their successors or assigns, any rights or remedies under or by reason of this Agreement.

10.10    Entire Agreement.    This Agreement, including the Exhibits hereto, sets forth the entire agreement and understanding of the parties hereto in respect of the subject matter contained herein, and supersedes all prior agreements, promises, covenants, arrangements, communications, representations and warranties, whether oral or written, by any officer, employee or representative of any party hereto.

10.11    Foreclosure.    In the event that the Property becomes the subject of foreclosure proceedings prior to the expiration of this Agreement, then CBRE may, in its sole and absolute discretion (i) suspend this Agreement until such time as CBRE may elect, in its sole and absolute discretion, to reinstate this Agreement, or (ii) terminate this Agreement and be free to enter into a listing agreement with any receiver, the party initiating the foreclosure, the party purchasing the Property at a foreclosure sale, or any other person having an interest in the Property.

10.12    Broker Lien.    The Florida Commercial Real Estate Sales Commission Lien Act provides that when a broker has earned a commission by performing licensed services under a brokerage agreement with you, the broker may claim a lien against your net sales proceeds for the broker's commission.  The broker's lien rights under the Act cannot be waived before the commission is earned.

IN WITNESS WHEREOF, this Agreement has been executed by the Trustee and CBRE, through their duly authorized representatives, as of the day and year first above written.

The undersigned Trustee hereby acknowledges receipt of a copy of this Agreement.

**KENNETH A. WELT, CHAPTER 7 TRUSTEE**

By: _____

Name: Kenneth A. Welt, Chapter 7 Trustee


**CBRE, INC.**

By: _____

Name: _____ Ken Krasnow _____

Title: _____ Managing Director _____

**KENNETH A. WELT, CHAPTER 7 TRUSTEE**

By:_____

Name: Kenneth A. Welt, Chapter 7 Trustee

**CBRE, INC.**

By:_____

Name: _____Ken Krasnow_____

Title: _____Managing Director_____

**EXHIBIT A**

**Legal Description**

## EXHIBIT B

## Fee Schedule

CBRE's sole and exclusive compensation for its services hereunder (the "Fee") shall be two percent (2.0%) of the gross sales price.

In the event that there is a Cooperating Broker as defined in paragraph 3.6, the Fee shall be three percent (3.0%) of the gross sales price, of which CBRE shall receive one and three quarter percent (1.75%) of the gross sales price, and the Cooperating Broker shall receive one and one quarter percent (1.25%) of the gross sales price.

The Trustee has provided CBRE with a written list of parties he has had discussions with in connection with a possible stalking horse transaction (the "Trustee Buyers" or a "Trustee Buyer"). If CBRE does not source the stalking horse bidder for the auction, CBRE will not be paid a Fee in the event that the stalking horse offer of one of the Trustee Buyers is approved with the same terms as indicated in their original offer. In the event the stalking horse bid is sourced by CBRE, or if the stalking horse offer otherwise sourced is increased over one of the Trustee Buyers, or there is a change to business terms of the original offer, CBRE will be paid their full Fee.

*Example*: A Trustee Buyer serves as stalking horse. If the Property is sold to that Trustee Buyer without further bidding, then CBRE shall not be entitled to a Fee. If, after competitive bidding and there is increase in the initial stalking horse bid, the Property is sold to that Trustee Buyer, or any other purchaser, then CBRE shall be entitled to a Fee based on the gross sales price.

If the stalking horse is not a Trustee Buyer, then CBRE shall be entitled to its full Fee regardless of whether a Trustee Buyer is the ultimate successful bidder.

## EXHIBIT C

### The Marketing Plan

The general terms of the proposed Sale are as follows:

(a)     The Trustee will offer the property for sale to prospective buyers commencing on the date that an order is entered approving this agreement and authorizing CBRE to market and sell the Property;

(b)     To permit due diligence to occur through TBD;

(c)     Accept non-refundable deposits with any qualifying bids by TBD;

(d)     To approve qualified bidders no later than TBD;

(e)     To conduct an auction by TBD;

(f)     To conduct a hearing to approve the Sale by TBD; and,

(g)     To complete a closing on the Property on or before TBD, in the context of a final order approving the sale of the Property.

**<u>EXHIBIT "B"</u>**

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### Fort Lauderdale Division

In re:

US CAPITAL/FASHION MALL, LLC, et al.,[1]

                  Case No.: 14-32819-JKO

                  Chapter 7

       Debtors.

_____/    (Jointly Administered)

## AFFIDAVIT IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION TO RETAIN CBRE, INC. AS EXCLUSIVE REAL ESTATE SALES BROKER *NUNC PRO TUNC* TO DECEMBER 10, 2014

STATE OF FLORIDA       )
                    )ss
COUNTY OF BROWARD   )

      Kenneth M. Krasnow, being duly sworn, says:

      1.      I am a Managing Director of CBRE, Inc. ("CBRE"). CBRE and its affiliates are one of the largest commercial real estate companies in the United States. CBRE's Fort Lauderdale offices are located at 200 East Las Olas Boulevard, Suite 1620, Fort Lauderdale, FL 33301.

      2.      I am a real estate broker duly licensed by the Florida Department of Business and Professional Regulation (License Number BK3249404) and will serve as the qualifying broker for this representation.

      3.      I am familiar with the Motion to Employ and Retain CBRE, Inc. as Exclusive Real Estate Sales Broker, *nunc pro tunc* to December 10, 2014, filed by the Chapter 7 Trustee, Kenneth Welt (the "Application").

---

[1] The Debtors in these cases are: US Capital/Fashion Mall, LLC (14-32819-JKO); US Capital Holdings, LLC (14-32822-JKO); and Mapuche, LLC (14-32827-JKO). The Debtors' cases are being jointly administered pursuant to the Court's order dated November 9, 2014 [ECF No. 53].

4.      In support of the Application, I disclose the following:

a.      The facts set forth in this Declaration are based upon my personal knowledge, information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or other employees of CBRE under my supervision and direction.

b.      In preparing this Affidavit, I have reviewed the list of all creditors and equity security holders of the Debtors attached as Exhibit A and provided the list to CBRE's Data Integrity Group ("DIG").  DIG reviewed the list of potential parties-in-interest and the records of CBRE to determine the existence of any interest adverse to the Debtors, their creditors, equity holders, investors or any other party-in-interest, or which would otherwise create a conflict of interest in this matter.  DIG researches conflicts by reviewing the parties-in-interest list against ten internal data bases, including, but not limited to, client lists, records of historic lease and sale transactions, and lists of various types of real estate services contracts.  These databases contain information regarding CBRE's present and past representations of clients to whom CBRE provides real estate brokerage, property management, project management, valuation and advisory, and other related services.  In addition, CBRE's accounting department researches its data bases to determine whether there are any open accounts receivable in connection with the parties-in-interest..  The facts stated in this Affidavit as to the relationship between CBRE and the Debtors, the Debtors' creditors, the United States Trustee, other persons employed by the Office of the United States Trustee, and those persons and entities who are defined as disinterested persons in Section 101(14) of the Bankruptcy Code, are based on the results the above-mentioned conflicts check performed by DIG.

2.    Attached as <u>Exhibit B-1 and B-2</u>[2] are all of the connections to the Debtors and the parties-in-interest that CBRE's conflicts search revealed.  Except as otherwise disclosed therein with respect to services performed by CBRE's Valuation and Advisory Services group, none of services CBRE provided as a result of those connections relate to the Property.  In addition, CBRE served as the Office Leasing Agent for US Capital/Fashion Mall, LLC for approximately two years prior to October 14, 2014.  CBRE is not owed anything from the Debtors in connection with that prior representation, and waives any claim for a commission or other compensation against the Debtors in connection with such prior representation.

    a.    CBRE's searches revealed no conflict of interest with regard to CBRE's anticipated representation of the Debtors.

3.    Based on DIG's review, it is my belief that CBRE: (a) does not have any connection with the Debtors, their creditors, equity interest holders, or any other party-in-interest or their professionals, which would otherwise create a conflict of interest in this matter; (b) does not have any connection with the Office of the U.S. Trustee, the Court, or any person employed by the Office of the U.S. Trustee or the Court; (c) does not hold any claim against the Debtors or their Estate; and (d) does not have an interest adverse to the interests of the Debtors or any relationship, direct or indirect, with the Debtors or any party claiming an interest in the Debtors.

4.    Given the range of CBRE's engagements and the breadth of its client base, however, it is possible that CBRE may, in the future, provide services for certain creditors of the Debtors and other parties-in-interest in matters unrelated to such parties' claims against the Debtors or interests in this Chapter 7 case.  CBRE may, in the future, provide services for

_____

[2] Because many of the transactions at issue may be subject to confidentiality agreements which prohibit CBRE from disclosing information concerning the transaction, the attached list identifies only the names of the parties in interest and the line of business which provided Services and not all of the information generated as a result of the conflicts check (including the address of properties acquired or disposed of) and reviewed in connection with providing this Declaration.

affiliates of the Debtors, but is not presently engaged to do so except as disclosed herein. CBRE will, to the extent necessary, supplement this Declaration if and when any other relationships exist or are modified such that further disclosure is required CBRE will implement appropriate internal procedures to protect the interests of Debtor in connection with the representations and relationships set forth above.CBRE's client and adverse party conflicts check system is comprised of records regularly maintained in the course of business by CBRE, and it is the regular practice of CBRE to make and maintain these records. The system reflects entries that are noted at the time the information becomes known by persons whose regular duties include recording and maintaining this information.

6.      CBRE has received no promises as to compensation in connection with this case other than in accordance with the Listing Agreement signed between CBRE and the Chapter 7 Trustee.   CBRE has no agreement with any other entity to share with such entity any compensation CBRE receives in connection with this Chapter 7 case, except, as is usual and customary in the real estate brokerage industry, CBRE may share its fee with any cooperating broker who represents a buyer of the Property.

7.      CBRE does not hold a direct or indirect equity interest in the Debtors, including stock or stock warrants, or has a right to acquire such an interest.

8.      No person at CBRE has had or presently has any connection with the above-captioned Debtors or the estates on any matters in which CBRE is to be engaged, except that I, and our professionals: (i) may have appeared in the past and may appear in the future in other cases in which one or more of said parties may be involved; and (ii) may represent or may have represented certain of the Debtors' creditors in matters unrelated to these cases.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Kenneth M. Krasnow

The foregoing instrument was sworn to and subscribed before me this 23rd day of December, 2014, by Kenneth M. Krasnow, who did take an oath.

NOTARY PUBLIC

_____
Notary Public, State of Florida

SEAL OF OFFICE:

_____
Type, Stamp or Print Name as Commissioned



☑ Personally known to me, or
☐ Produced identification
   Type of identification _____

**EXHIBIT A TO KRASNOW AFFIDAVIT**

# SERVICE LIST

**VIA CM/ECF**
**14-32819-JKO Notice will be electronically mailed to:**

Joaquin J Alemany on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Timothy R Bow on behalf of Creditor Wei Chen
tbow@mrthlaw.com,
jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com,ecfnotices@mrthlaw.com

Jason Z. Jones, Esq. on behalf of Creditor Caddell Construction Co. (DE), LLC
jjones@joneslawpa.com

Mark A Levy, Esq on behalf of Interested Party City of Plantation
mark.levy@brinkleymorgan.com,
sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com

Nicole L Levy on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
nllevy@duanemorris.com, LRTaseff@duanemorris.com,dperez@duanemorris.com,YArnavat-Parga@duanemorris.com,shmarder@duanemorris.com,DiMassa@duanemorris.com,LJKotler@duanemorris.com

Brett D Lieberman on behalf of Debtor Mapuche LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Debtor US Capital Holdings, LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Debtor US Capital/Fashion Mall, LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Interested Party Mapuche LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Interested Party US Capital Holdings, LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Jerry M Markowitz on behalf of Creditor Wei Chen
jmarkowitz@mrthlaw.com,
rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Thomas M. Messana, Esq. on behalf of Debtor Mapuche LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-
law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-
law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Debtor US Capital Holdings, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-
law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-
law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Debtor US Capital/Fashion Mall, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-
law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-
law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Interested Party Mapuche LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-
law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-
law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Interested Party US Capital Holdings, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-
law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-
law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Glenn D Moses, Esq on behalf of Trustee Kenneth A Welt
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Grace E. Robson, Esq. on behalf of Creditor Wei Chen
grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com,sramirez@mrthlaw.com

Michael L Schuster on behalf of Trustee Kenneth A Welt
mschuster@gjb-law.com, gjbecf@gjb-law.com;mchang@gjb-law.com

Steven J. Solomon, Esq. on behalf of Creditor BCEGI, LLC
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-
robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Creditor GHJ Construction Corporation
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com


Kevin E. Vance on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
kevance@duanemorris.com, cmackey@duanemorris.com;pnmendoza@duanemorris.com

Kevin E. Vance on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
kevance@duanemorris.com, cmackey@duanemorris.com;pnmendoza@duanemorris.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

**<u>VIA US. MAIL</u>**
Pavement Striping Corp.
1400 West 41 St
Hialeah, FL 33012

Phoenix Painting Co.
6303 N. Powerline Road
Fort Lauderdale, FL 33309

Janpro Demolition, Inc
1600 NE 205th Terrace
Miami, FL 33179

Southeast Mechanical Contractors, LLC
2120 SW 57th Terrace
Hollywood, FL 33023

Right Way Plumbing Co.
1329 Shotgun Road
Sunrise, FL 33326

Shenandoah Construction
1888 NW 22nd Street
Pompano Beach, FL 33069

Supply Network, Inc. dba Viking Supplynet
2333 International Street
Colombus, OH 43228

Hoover Pumping Systems
2801 N Powerline Road
Pompano Beach, FL 33069

All Quality Painting and Pressure Cleaning
320 SW 15 St # 3
Dania, FL 33004

Air Tam Inc
9770 Laso Dr
Boynton Beach, FL 33472

PHF Plantation, LP
One Post Office Square, Suite 3100
Boston, MA 02109

Steel Fabricators LLC
721 NE 44th Street
Ft. Lauderdale, FL 33334

Lotspeich Company of Florida Inc.
6351 NW 28th Way, Ste A
Ft. Lauderdale, FL 33309

CBRE, Inc.
Brokerage & Mgmt
200 E. Las Olas Blvd., Ste. 1620
Fort Lauderdale, FL 33301

CIT Finance, LLC
Avaya Financial Services
P.O. Box 93000
Chicago, IL 60673-0001

True Realty Corporation
395 West Passaic Street
Rochelle Park, NJ 07662

First American Bank and Trust
c/o Stelis Development, Suite 1108
International Building
2455 E. Sunrise Blvd.
Ft. Lauderdale, FL 33304

City of Plantation
400 NW 73 Avenue
Plantation, Florida 33317

Toys R Us
461 From road
Paramus, NJ 07652
Attn: Senior Vice President-Real Estate

Southern Fire Control, Inc.
599 Sawgrass Corporate Parkway
Sunrise, FL 33325
Attn: Melissa Rentas

Camino Real Group Inc. dba Alpha Wrecking Group
4720 – K Oakes Road
Davie, FL 33314
Attn: Chris Willford

Central Concrete Supermix, Inc.
4300 SW 74th Avenue
Miami, FL 33155
Attn: Manuel Sanchez

Caddell Construction Co. (DE), LLC
2700 Lagoon Park Drive
Montgomery, AL 36109
Attn: Robert W. Nanney

Champion Glass, Inc.
4720 NW 15th Avenue, Unite 4A
Ft. Lauderdale, FL 33309
Attn: Chris Gorman

Meisner Electric, Inc.
220 NE 1st Street
Delray Beach, FL 33444

Labor Finders of Broward County, Inc.
5350 10th Avenue North, Suite 6
Lake Worth, FL 33463
Attn: Joann Doxey, President

Florida Atlantic Ironworks
16936 County Road 450A
Umatilla, FL 32784
Attn: John Matusik Jr.

GHJ Construction Inc.
8751 W. Broward Blvd.
Plantation, FL 33324

321 North Construction
375 N. University Dr.
Plantation, FL 33324

Broward County Water and Wastewater Services
2555 W. Copans Road
Pompano Beach, FL 33069

Bonefish/South Florida-I, Limited Partnership
2202 North Westshore Blvd., 5th Floor, Legal Dept.
Tampa, FL 33607

Cheeseburger-South Florida, Limited Partnership
2202 North Westshore Blvd., 5th Floor, Legal Dept.
Tampa, FL 33607

University Park Condominium Association, Inc.
H&L Property Management
10100 W. Sample Road, Suite 300
Coral Springs, FL 33065

Jin Zhi Star Lt, LLC
8181 W Broward Blvd., Suite 380
Plantation, FL 33324

Old Plantation Water Control District
8800 N. River Canal Rd
Plantation, FL 33324
**VIA U.S. MAIL & FACSIMILE**
Joni Armstrong Coffey, County Attorney
115 South Andrews Avenue
Suite 423
Fort Lauderdale, Florida 33301
Fax: 954-359-1292
**VIA U.S. MAIL TO ALL PARTIES ON THE ATTACHED CREDITOR MATRICES**

Label Matrix for local noticing
113C-0
Case 14-32819-JKO
Southern District of Florida
Fort Lauderdale
Mon Dec  8 11:06:01 EST 2014

BCEGLI, LLC

Caddell Construction Co. (DE), LLC
P.O. Box 210099
Montgomery, AL 36121-0099

City of Plantation
Brinkley Morgan
Mark A. Levy
200 E Las Olas Blvd #1900
Ft. Lauderdale, FL 33301-2248

Mapuche LLC
375 North University Drive
Plantation, FL 33324-1915

US Capital Holdings, LLC
375 North University Drive
Fort Lauderdale, FL 33324-1915

US Capital/Fashion Mall, LLC
375 North University Drive
Fort Lauderdale, FL 33324-1915

ADD Inc
311 Summer Street
Boston, MA 02210-1723

AT&T
PO Box 105262
Atlanta, GA 30348-5262

Akerman Senterfitt & Eidson, PA
P.O. Box 4906
Orlando, FL 32802-4906

BCEGLI, LLC
1221 Brickell Ave #1600
Miami, FL 33131-3247

Becker & Poliakoff, P.A.
P.O. Box 9057
Fort Lauderdale, FL 33310-9057

Biller Reinhart Structural Group
3434 Coldwell Ave.
Suite 100
Tampa, FL 33614-8390

Biller Reinhart Structural Group, Inc.
3434 Colwell Avenue
Suite 100
Tampa, FL 33614-8390

Bonefish/South Florida -I, LP
c/o Christian C. Burden
Quarles & Brady LLP
101 E. Kennedy Blvd., Ste 3400
Tampa, FL 33602-5195

Broward County Records, Taxes & Treasury
Attn:  Bankruptcy Section
115 S Andrews Ave A-100
Ft Lauderdale, FL 33301-1888

Broward County Tax Collector
115 S. Andrews Ave
Room #A100
Fort Lauderdale, FL 33301-1888

Business Valuation Systems
3756 Saratoga Lane
Davie, FL 33328-1308

CBRE, Inc.
200 E. Las Olas Blvd.
Fort Lauderdale, FL 33301-2299

CT Corporation
1200 S. Pine Island Rd.
Plantation, FL 33324-4459

Capital Credit, Inc.
P.O. Box 881774
San Francisco, CA 94188-1774

Cheeseburger-South Florida, LP
c/o Philip Martino and Christian Burden
Quarles & Brady LLP
101 E. Kennedy Blvd., Ste 3400
Tampa, FL 33602-5195

Chicago Title Insurance Co.
15951 SW 41st St.
Ste. 800
Weston, FL 33331-1521

Circle Generator Services, Inc.
P.O. Box 21002
Fort Lauderdale, FL 33335-1002

City National Bank
400 N. Roxbury Dr.
Beverly Hills, CA 90210-5000

Doumar Allsworth et al
1177 SE 3rd Ave.
Fort Lauderdale, FL 33316-1109

Farris Waste Services
P.O. Box 1732
Akron, OH 44309-1732

Fashion Mall Managing Member Corp.
c/o Gregory R. Beck
Gregory R. Beck, P.A.
707 SE 3rd Ave.
6th Flr.
Fort Lauderdale, FL 33316-1140

Fire Alarm Systems & Security
3901 S.W. 47th Ave.
Suite 408
Davie, FL 33314-2815

Florida Detroit Diesel-Allison
2277 NW 14 St.
Miami, FL 33125-2101

GFA International
1215 Wallace Drive
Delray Beach, FL 33444-4600

GHJ Construction
c/o Steven J Solomon Esq
1221 Brickell Ave #1600
Miami, FL 33131-3247

GHJ Construction, Inc.
c/o Steven J. Solomon, Esq.
GrayRobinson, P.A.
1221 Brickell Ave.
Ste. 1600
Miami, FL 33131-3247

Gary Appel
4770 Biscayne Blvd.
Ste 1100
Miami, FL 33137-3247

Hartford Insurance Co.
P.O. Box 731178
Dallas, TX 75373-1178

Hill Ward Henderson
101 E. Kennedy Blvd.
Ste. 3700
Tampa, FL 33602-5195

Home Depot Credit Services
DEPT.32 - 2645010277
PO Box 9055
Des Moines, IA 50368-9055

ID & Design International Inc
5100 North Dixie Highway #117
Fort Lauderdale, FL 33334-4006

J & J Products Unlimited Inc
3071 NW 64th Avenue
Sunrise, FL 33313-1206

Jeffrey Golant
1000 W. McNab Rd.
Ste. 150
Pompano Beach, FL 33069-4719

Jones Lang LaSalle
1001 Brickell Bay Dr.
Ste. 2210
Miami, FL 33131-4940

Keith & Schnars, P.A.
6500 N. Andrews Ave.
Fort Lauderdale, FL 33309-2126

Kimley-Horn and Associates Inc
P.O. Box 932520
Atlanta, GA 31193-2520

Landscape Architect Consultant
5215 West Broward Boulevard
Plantation, FL 33317-2635

Legacy Protection Group
2991 W. Commercial Blvd.
Fort Lauderdale, FL 33309-3502

MJX2 Elevator Service & Repair
2150 Mears Parkway
Margate, FL 33063-3755

Mainguy Environmental Care, Inc.
dba Mainguy Landscape Services
1855 S. Flamingo Rd.
Davie, FL 33325-5804

Miami Exterminators Inc
P.O. box 133129
Hialeah, FL 33013-0129

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

PHF Plantation, LP
311 N. University Dr.
Plantation, FL 33324-1915

PTE Systems, LLC
1950 W. 8th Ave.
Hialeah, FL 33010-2328

Pavement Striping Corp
140 West 41 Street
Hialeah, FL 33012-4436

Premium Assignment Corporation
PO Box 8000
Tallahassee, FL 32314-8000

Prestige Property Maintenance
3300 SW 46th Avenue
Davie, FL 33314-2215

Property Tax Adjusters, Inc.
4770 Biscayne Blvd.
Ste. 1100
Miami, FL 33137-3247

Republic Services
751 NW 31st Ave.
Fort Lauderdale, FL 33311-6627

Seiler, Sautter, Zaden, Rimes & Weihe
2850 N. Andrews Ave.
Wilton Manors, FL 33311-2514

Shenandoah Construction
1888 NW 22nd Street
Pompano Beach, FL 33069-1318

State of Florida Department of Revenue
6565 Taft St.
Ste. 300
Hollywood, FL 33024-4044

Steven Feller PE Inc
500 NE 3rd Avenue
Fort Lauderdale, FL 33301-3236

Sunshine Hoist & Steel Erectors
6201 SW 121 St
Miami, FL 33156-5546

TLC Engineering for Architect
255 South Orange Avenue
Suite 1600
Orlando, FL 32801-3463

Tewes Design Group
200 South Biscayne Blvd
Ste 1730
Miami, FL 33131-2333

Tile And Marble By Brastile
110 NE 179 St
Miami, FL 33162-1017

U.S. Legal Support, Inc.
P.O. Box 864407
Orlando, FL 32886-4407

US Alliance Management
dba US Security
c/o Michael Skor
12865 W. Dixie Hwy.
Miami, FL 33161-4800

US Capital Holdings
375 N. University Dr.
Plantation, FL 33324-1915

Weihua Mao
471 N Pine Island Rd, #D402
Plantation, FL 33324-1838

Wilbend Nelson
c/o Tiffany Eisenberg
101 NE 3rd Ave.
Ste. 1410
Fort Lauderdale, FL 33301-1147

WorldWide Protective Inc
3890 W. Commercial Blvd
Ste. 208
Tamarac, FL 33309-3346

Wright National Flood Insurance
P.O. Box 33003
Saint Petersburg, FL 33733-8003

mike tang
13436 nw 5th pl
plantation, FL 33325-6150

Brett D Lieberman
401 E Las Olas Blvd # 1400
Ft Lauderdale, FL 33301-2218

Daniel Socek
20125 NE 25 Ave
Miami, FL 33180-1822

Kenneth A Welt
1776 Pine Island Rd #101
Plantation, FL 33322-5200

Sandirose Magder
20125 NE 25 Ave
Miami, FL 33180-1822

Thomas M. Messana Esq.
401 E Las Olas Blvd # 1400
Fort Lauderdale, FL 33301-2218

Wei Chen
c/o Jerry M. Markowitz
Markowitz, Ringel Trusty & Hartog
9130 S. Dadeland Blvd.
Suite 1800
Miami, FL 33156-7858

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)GHJ Construction Corporation

(u)Tangshan Ganglu Iron & Steel Company, Ltd.

(u)Name,Address1,Address2,Address3,City,State
8181 Associates, J.V.,4901 NW 17 Way, St
ADD, Inc.,311 Summer St,,,Boston,MA,0221
Ally Automotive Financing,P.O. Box 38090
American Express Credit Cards,P.O. Box 6
Berger Singerman, LLP,350 E. Las Olas Bl

(u)Name,Address1,Address2,Address3,City,State
Akerman Senterfitt & Eidson, PA,P.O. Box
Becker & Poliakoff, P.A.,P.O. Box 9057,,
Bonefish/South Florida -I, LP,c/o Christ
Business Valuation Systems,3756 Saratoga
Capital Credit, Inc.,P.O. Box 881774,,,S

(u)Name,Address1,Address2,Address3,City,State
Bank of America,P. O. Box 982238,,,El Pa
Big Profit Asia Limited,Rm. 1708 Fung Sh
Bo Rui Investment Pte. Ltd.,8 Wilkie Roa
Cheer Force Investments Limited Add,,,,,
Cherry Bekaert LLP,P O Box 25549,,,Richm

End of Label Matrix
Mailable recipients      77
Bypassed recipients       5
Total                    82

Label Matrix for local noticing
113C-0
Case 14-32822-JKO
Southern District of Florida
Fort Lauderdale
Mon Dec  8 11:06:23 EST 2014

BCEGI, LLC
Brinkley Morgan
Mark A. Levy
200 E Las Olas Blvd #1900
Ft. Lauderdale, FL 33301-2248

City of Plantation
Brinkley Morgan
Mark A. Levy
200 E Las Olas Blvd #1900
Ft. Lauderdale, FL 33301-2248

US Capital Holdings, LLC
375 North University Drive
Fort Lauderdale, FL 33324-1915

321 North Construction Management
375 N. University Drive
Plantation, FL 33324-1915

8181 Associates, J.V.
4901 NW 17 Way, Ste. 103
Fort Lauderdale, FL 33309-3770

ADD, Inc.
311 Summer St.
Boston, MA 02210-1723

ADD, Inc./Stantec
2 S. Biscayne Blvd.
#1670
Miami, FL 33131-1804

Aetna Life Insurance Company
P.O. Box 7247-0213
Philadelphia, PA 19170-0001

Ally Automotive Financing
P.O. Box 380901
Bloomington, MN 55438-0901

American Express Credit Cards
P. O. Box 650448
Dallas, TX 75265-0448

Avaya Financial Services
P.O. Box 93000
Chicago, IL 60673-0001

Berger Singerman, LLP
350 E. Las Olas Blvd., Ste 1000
Fort Lauderdale, FL 33301-4215

Biller Reinhart Structural Group
3434 Coldwell Ave.
Ste 100
Tampa, FL 33614-8390

Billerreinhart Structural Group, Inc.
4700 Sheridan St.
Ste J
Hollywood, FL 33021-3416

Boardroom Communications
1776 N. Pine Island Rd.
Ste 320
Plantation, FL 33322-5235

Bull Gator Engineering
9619 NW 16 Ct.
Pembroke Pines, FL 33024-4487

CL Peng Construction Management
5222 Andrus Avenue
Suite A
Orlando, FL 32810-5456

Canpartners Realty Holdings co.
c/o Denise D. Dell-Powell
Burr & Forman, LLP
200 S. Orange Ave., Ste 800
Orlando, FL 32801-6404

Capital Credit, Inc.
P.O. Box 881774
San Francisco, CA 94188-1774

Chengong Li
1110 NW 106 Ave.
Plantation, FL 33322-7816

Chun-Li Peng
1177 Oaks Blvd.
Winter Park, FL 32789-2428

City of Plantation Utilities D
PO Box 31132
Tampa, FL 33631-3132

Comcast
P O Box 530098
Atlanta, GA 30353-0098

Culligan
2180 S Congress Ave
Palm Springs, FL 33406-7604

David Cheung
112-01 Queens Blvd.
Apt. 20C
Forest Hills, NY 11375-5592

Doumar, Allsworth et al
1177 SE 3rd Ave.
Fort Lauderdale, FL 33316-1109

Florida Power & Light Company
General Mail Facility
Miami, FL 33188-0001

GFA International, Inc.
1215 Wallace Dr.
Delray Beach, FL 33444-4600

GHJ Construction Corporation
c/o Steven J. Solomon, Esq.
GrayRobinson, P.A.
1221 Brickell Ave.
Ste. 1600
Miami, FL 33131-3247

George J Coren
920 Jacaranda Court
Plantation, FL 33324-3016

Grace He
c/o US Capital Holdings, LLC
8181 W. Broward Blvd., Ste 380
Plantation, FL 33324-2033

Grace Kuo
13027 NW 14th St.
Pembroke Pines, FL 33028-2720

GrayRobinson PA
301 E Pine Street Ste 1400
PO Box 3068
Orlando, FL 32802-3068

GrayRobinson PA
401 E. Las Olas Blvd., Ste 1000
Fort Lauderdale, FL 33301-4210

Haifend Chi
c/o US Capital Holdings, LLC
8181 W. Broward Blvd., Ste 380
Plantation, FL 33324-2033

Haldong Chi
c/o US Capital Holdings, LLC
8181 W. Broward Blvd.
Ste. 380
Plantation, FL 33324-2033

Home Depot Credit Services
DEPT.32 - 2645010277
PO Box 9055
Des Moines, IA 50368-9055

Homeier & Law, P.C.
13400 Riverside Dr.
Ste. 120
Sherman Oaks, CA 91423-2513

Hong Huang
21200 NE 38 Ave.
Ste. 2805
Miami, FL 33180-3879

ID & Design International, Inc.
5100 N. Dixie Hwy.
Fort Lauderdale, FL 33334-4006

J&J Products Unlimited, Inc.
3071 NW 64 Ave.
Fort Lauderdale, FL 33313-1206

Jaime Garcia
4310 SW 10th St.
Plantation, FL 33317-4515

Jennifer Moran
3031 Venice Way
Miramar, FL 33025-4287

Joel Jarrett
2851 NW 13th Ct.
Fort Lauderdale, FL 33311-5233

Kimley Horn and Associates, Inc.
5200 NW 33rd Ave.
#109
Fort Lauderdale, FL 33309-6398

Konica Minolta
21146 Network Plance
Chicago, IL 60673-1211

LNT Trucking, Inc.
3521 Farrington St., #2R
Flushing, NY 11354-2803

Lan Zhang
9235 Lagoon Pl.
Apt. 217
Davie, FL 33324-6724

MIX2 Elevator Service & Repair
2150 Mears Pkwy.
Pompano Beach, FL 33063-3755

Mapuche LLC
375 N. University Drive
Plantation, FL 33324-1915

Marie Saintil Jerome
1300 SW 67th Way
Pembroke Pines, FL 33023-2063

McNamara/Salvia, Inc.
160 Federal St., 6th Flr.
Boston, MA 02110-1700

McNamara/Salvia, Inc.
2 S. Biscayne Blvd.
#3795
Miami, FL 33131-1803

Mercedes Benz Financial Services
P. O. Box 685
Roanoke, TX 76262-0685

Miami Exterminators, Inc.
P.O. Box 133129
Hialeah, FL 33013-0129

Mike Tang
13436 NW 5th Pl.
Plantation, FL 33325-6150

Milner Document Products
P O Box 41602
Philadelphia, PA 19101-1602

Milner, Inc.
700 S. Military Trail
Deerfield Beach, FL 33442-3025

Neighborhood Health
P.O. Box 580046
Charlotte, NC 28258-0046

Ngam Ki
c/o US Capital Holdings, LLC
8181 W. Broward Blvd.
Ste 380
Plantation, FL 33324-2033

Oasis
2054 Vista Parkway, Suite 300
West Palm Beach, FL 33411-6759

Oasis
4511 Woodland Corporate Blvd.
Tampa, FL 33614-2413


Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Ombu Securities Corporation
156 W. 56th St., 20th Flr.
New York, NY 10019-3800

P.O. Box 93000
Chicago, IL 60673-0001
Coren George
920 Jacaranda Ct.
Plantation, FL 33324-3016


PTE Systems, LLC
1950 W. 8th Ave.
Hialeah, FL 33010-2328

Panzarella Waste & Recycling
4581 Weston Rd #314
Weston, FL 33331-3141

Pavement Striping Corp.
140 W. 41st St.
Hialeah, FL 33012-4436


Peng Xu
641 Oleander Dr.
Plantation, FL 33317-1821

Philip Xiaopeng Guo
P.O. Box 2472
Ewa Beach, HI 96706-0472

Prestige Property Management
3300 SW 46th Ave.
Davie, FL 33314-2215


Qianfei He
4727 SW 195th Ter.
Miramar, FL 33029-6209

Ricardo Abanto
2500 W 56th St.
Apt. #1308
Hialeah, FL 33016-4769

Ricardo Dias
7998 NW 20th Ct.
Sunrise, FL 33322-3908


S K
**Deleted Per DE 64 in main case**

SLS Consulting, Inc.
1825 Ponce de Leon Blvd.
#565
Coral Gables, FL 33134-4418

Saintil Max
830 NW 210 St., Apt. #101
Miami, FL 33169-7000


Saltz Michelson Architects
3501 Griffin Rd.
Fort Lauderdale, FL 33312-5444

Shenandoah Construction
1888 NW 22nd St.
Pompano Beach, FL 33069-1318

Silvatte Simeon
5025 NW 36th St.
Apt. J 113
Lauderdale Lakes, FL 33319-6573


Spencer Campbell
P.O. Box 59
Bentonia, MS 39040-0059

Staples Advantage
Dept ATL
PO Box 405386
Atlanta, GA 30384-5386

Steven Feller P.E. Inc.
500 NE 3rd Ave.
Fort Lauderdale, FL 33301-3236


Steven Kelton
7420 Dover Ct.
Parkland, FL 33067-1690

Sunshine Hoist & Steel Erectors
6201 SW 121 St.
Miami, FL 33156-5546

TLC Engineering
5757 Blue Lagoon Dr.
#400
Miami, FL 33126-2078


TLC Engineering for Architect
255 S. Orange Ave.
Ste. 1600
Orlando, FL 32801-3463

Tewes Design Group
200 S. Biscayne Blvd.
Ste. 1730
Miami, FL 33131-2333

Tile & Marble by Brastile
110 NE 179th St.
Miami, FL 33162-1017

```
US Alliance Management Corp.        United HealthCare Insurance Co     VTX Telecom
dba US Security                     Dept. CH 10151                     P. O. Box 526027
c/o Michael William Skop            Palatine, IL 60055-0151            Sacramento, CA 95852-6027
12865 W Dixie Hwy.
Fl 2
Miami, FL 33161-4800

Wei Chen                            Weihua Mai                         Worldwide Protective Inc.
21200 NE 38th Ave.                  471 N. Pine Island Rd.             3890 W. Commercial Blvd.
Ste. 2805                           #D402                              Ste. 208
Aventura, FL 33180-3879             Plantation, FL 33324-1838          Tamarac, FL 33309-3346

Xiaoxiao Dong                       Xue Han                            Yue Yu
9712 63rd Dr.                       c/o US Capital Holdings, LLC       10904 SW 2nd St.
Apt. 11D                            8181 W. Broward Blvd.              Apt. 1
Queens, NY 11374-2247               Ste 380                            Miami, FL 33174-1287
                                    Plantation, FL 33324-2033

Zhe Jiang                           Brett D Lieberman                  Kenneth A Welt
1852 Aspen Ln.                      401 E Las Olas Blvd # 1400         1776 Pine Island Rd #101
Weston, FL 33327-2356               Ft Lauderdale, FL 33301-2218       Plantation, FL 33322-5200


Thomas M. Messana Esq.
401 E Las Olas Blvd # 1400
Fort Lauderdale, FL 33301-2218
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)GHJ Construction Corporation     (u)Tangshan Ganglu Iron & Steel Company, Ltd.   (u)C G
                                                                        **Deleted Per DE 64 in main case**


(u)C L                              (u)CBRE, Inc.                      (u)CIT Finance, LLC
**Deleted Per DE 64 in main case**  Brokerage & Mgmt                   Avaya Financial Services
                                    200 E. Las Olas Blvd.


(u)D C                              (u)G K                             (u)H H
**Deleted Per DE 64 in main case**  **Deleted Per DE 64 in main case**  **Deleted Per DE 64 in main case**


(u)J G                              (u)J J                             (u)J M
**Deleted Per DE 64 in main case**  **Deleted Per DE 64 in main case**  **Deleted Per DE 64 in main case**
```

(u)L Z
**Deleted Per DE 64 in main case**

(u)M S J
**Deleted Per DE 64 in main case**

(u)M T
**Deleted Per DE 64 in main case**

(u)P X
**Deleted Per DE 64 in main case**3

(u)Q F H
**Deleted Per DE 64 in main case**

(u)R A
**Deleted Per DE 64 in main case**

(u)R D
**Deleted Per DE 64 in main case**

(u)S M
**Deleted Per DE 64 in main case**

(u)S S
**Deleted Per DE 64 in main case**

(u)Ste. 1620
Fort Lauderdale, FL 33301

(d)Sunshine Hoist & Steel Erectors, Inc.
6201 SW 121 St
Miami, FL 33156-5546

(u)Tangshan Ganglu Iron & Steel Company, Ltd.
c/o Lida Rodriguez-Taseff, Esq.
Scott H. Marder, Esq.
Nicole L. Levy, Esq.
200 S. Biscayne Blvd.
Ste 3400

(u)W C
**Deleted Per DE 64 in main case**

(u)W H M
**Deleted Per DE 64 in main case**

(u)X X D
**Deleted Per DE 64 in main case**

(u)Y Y
**Deleted Per DE 64 in main case**

(u)Z J
**Deleted Per DE 64 in main case**

End of Label Matrix
Mailable recipients    102
Bypassed recipients     29
Total                  131

Label Matrix for local noticing
113C-0
Case 14-32827-JKO
Southern District of Florida
Fort Lauderdale
Mon Dec  8 11:06:42 EST 2014

BCEGI, LLC

City of Plantation
Brinkley Morgan
Mark A. Levy
200 E Las Olas Blvd #1900
Ft. Lauderdale, FL 33301-2248

Mapuche LLC
375 North University Drive
Plantation, FL 33324-1915

American Education & Translation
8250 SW 116 Street
Miami, FL 33156-4341

BCEGI, LLC
c/o Steven J. Solomon, Esq.
GrayRobinson, P.A.
1221 Brickell Ave.
Ste. 1600
Miami, FL 33131-3247

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Becker & Poliakoff PA
1 East Broward Blvd
Ste 1800
Fort Lauderdale, FL 33301-1876

Bo Rui Investment Pte. ltd.
8 Wilkie Road
#03-01
Wilkie Edge Singapore 228095

Cherry Bekaert LLP
P.O. Box 25549
Richmond, VA 23260-5500

Du Zhenzeng or MDM Zheng Dongxia
21200 NE 38 Ave.
Ste 2503
Aventura, FL 33180-3862

GHJ Construction Corporation
c/o Steven J. Solomon, Esq.
GrayRobinson, P.A.
1221 Brickell Ave.
Ste. 1600
Miami, FL 33131-3247

GlassRatner Advisory & Capital
3424 Peachtree Rd., NE
Ste 2150
Atlanta, GA 30326-2869

Global Legal Discovery LLC
1330 Spring Street
Ste 100
Atlanta, GA 30309-2810

Grand Faith Trading Limited Add. Fla
Room 504, Unit 2 Bldg 17
Feng Qi Yuan, Hangzhou City
Zhejiang Providence China 310000

GrayRobinson PA
301 E Pine Street
Suite 1400
PO Box 3068
Orlando, FL 32802-3068

Hao Yuan Investment Pte Ltd.
65 Chulia St #43-04
Singapore 049513

Hong Huang
21200 NE 38 Ave
Ste 2805
Aventura, FL 33180-3879

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Jin Zhi Star (US) Company
c/o its Registered Agent
Becker and Poliakoff
3111 Stirling Rd.
Fort Lauderdale, FL 33312-6566

LNT Trucking Inc
3521 Farrington Street
#2R
Flushing, NY 11354-2803

Mercedes Benz Financial Service
P O Box 5209
Carol Stream, IL 60197-5209

Milner, Inc.
P. O. Box 923197
Norcross, GA 30010-3197

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Porsche Payment Center
75 Remittance Drive
Suite 1738
Chicago, IL 60675-1738

Tangshan Ganglu Iron&steel Co Ltd
c/o Lida Rodriguez-Taseff, Esq.
Scott H. Marder, Esq.
Nicole L. Levy, Esq.
200 S. Biscayne Blvd., Ste 3400
Miami, FL 33131-5323

Tengshu Wang
5125 N Rosemead Blvd. #1
San Gabriel, CA 91776-6219

Trans Wagon Int'l (HK) Co. Limited
Room 1005-1006, 10th Floor Nathan Centre
580G - 580K Nathan Road
Mongkok, Kowloon, Hong Kong

Trump National Golf Club
100 Shadow Tree Lane
Briarcliff Manor, NY 10510-2259

Wei Chen
21200 NE 38 Ave., Ste 2805
Aventura, FL 33180-3879

Xue Han
21200 NE 38 Ave., Ste 2503
Aventura, FL 33180-3862

Zhanjiang Chi
21200 NE 38 Ave., Ste 2503
Aventura, FL 33180-3862

Zhe Jiang
1852 Aspen Lane
Weston, FL 33327-2356

Zhenzeng Du
21200 NE 38 Ave
Ste 2503
Aventura, FL 33180-3862

Brett D Lieberman
401 E Las Olas Blvd # 1400
Ft Lauderdale, FL 33301-2218

Kenneth A Welt
1776 Pine Island Rd #101
Plantation, FL 33322-5200

Thomas M. Messana Esq.
401 E Las Olas Blvd # 1400
Fort Lauderdale, FL 33301-2218


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

International Revenue Service
Ogden, UT 84201-0039



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)GHJ Construction Corporation

(u)Tangshan Ganglu Iron & Steel Company, Ltd.

(u)Big Profit Asia Limited
Rm. 1708
Fung Shing Industries
Bld. No. 32
Shan Mei S.
Fotan Shatin, H.K.

(u)Cheer Force Investments Limited Add

(u)Market Energy Limited

(u)Max Moore Company Add. Shop 59 G/F HA


(u)Nation Glory Limited
**No Address Provided**

(u)W C
**Deleted PER DE 61**

(u)Z J
**Deleted PER DE 61**


(u)Zheng Cai Xia
**No Address Provided**

End of Label Matrix
Mailable recipients    36
Bypassed recipients    10
Total                  46

**Relationships With Creditor and Other Interested Parties**
CBRE, INC.
In Connection with **US Capital/Fashion Mall LLC** Bankruptcy

| Entity | Line of Business | Service Provided by CBRE |
|---|---|---|
| American Express Company | Global Corporate Services | SPOC - Facilities Mgmt; Portfolio Mgmt Global |
| AT&T | Global Corporate Services | SPOC - Consulting; Transaction Mgmt National Americas |
| Akerman Senterfitt | Asset Services | Project: |
| AT&T Labor | Global Corporate Services | SPOC - Facilities Mgmt National Americas |
| AT&T Mobility | Global Corporate Services | SPOC - Consulting; Transaction Mgmt National Americas |
| AT&T Network | Global Corporate Services | SPOC - Facilities Mgmt Global |
| AT&T Towers Rooftop Program | Global Corporate Services | SPOC - Project Mgmt; Transaction Mgmt Global |
| Bank of America | Global Corporate Services | SPOC - Consulting; Facilities Mgmt; Project Mgmt; Transaction Mgmt National Americas |
| City National Bank | Occupier Brokerage | SPOC - Transaction Mgmt National Americas |
| Comcast | Occupier Brokerage | SPOC - Transaction Mgmt National Americas |
| Culligan International | Occupier Brokerage | SPOC - Transaction Mgmt Regional Americas |
| Florida Power & Light Company | Global Corporate Services | SPOC - Facilities Mgmt; Project Mgmt National Americas |
| Home Depot | Occupier Brokerage | SPOC - Transaction Mgmt Global |
| Mercedes-Benz U.S.A. | Occupier Brokerage | SPOC - Transaction Mgmt National Americas |
| General Services Administration | Global Corporate Services | SPOC - Consulting; Facilities Mgmt; Project Mgmt; Transaction Mgmt National Americas |
| Staples Advantage | Occupier Brokerage | SPOC - Transaction Mgmt National Americas |
| State of Florida | Global Corporate Services | SPOC - Consulting; Transaction Mgmt National Americas |
| Toys R Us | Tri-State | Tri-State SPOC:  Exclusives to Acquire Space |
| AETNA LIFE INSURANCE COMPANY | Asset Services | Contract: |
| BCEGI, LLC | BKGE | Lease - |
| BECKER & POLIAKOFF LLP | BKGE | Lease - |
| CANPARTNERS REALTY HOLDING COMPANY | IP | Lease - |
| Hartford | Asset Services | Project: |

**Relationships With**
**CBRE, INC.**
In Connection with **US Capital/Fashion Mall LLC**

| Entity | Line of Business | Service Provided by CBRE |
|---|---|---|
| US Capital Holdings, LLC | Brokerage | Leasing - 300 NW 82nd Ave Plantation, FL 33324 |
| N/A | Capital Markets | No conflicts for Debt & Structured Finance. |
| US Capital Holdings, LLC | Valuation & Advisory | One appraisal of 321 N. University Drive in 2014 and two appraisals of 300 NW 82nd Ave for US Capital Holding Group in 2012. |

**<u>EXHIBIT "C"</u>**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

In re:

US CAPITAL/FASHION MALL, LLC, et al.,[1]

                                         Case No.: 14-32819-JKO

                                         Chapter 7

        Debtors.

_____/     (Jointly Administered)

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO RETAIN**
**CBRE, INC. AS EXCLUSIVE REAL ESTATE SALES BROKER**
***NUNC PRO TUNC*  TO DECEMBER 10, 2014**

      **THIS MATTER** came before the Court on the Chapter 7 Trustee's Motion to Retain

CBRE, Inc. ("CBRE") as the exclusive real estate sales broker, pursuant to an Exclusive Sales

Listing Agreement (the "Listing Agreement") [ECF No. __] (the "Application").  The Court

having considered the Application; having heard arguments of counsel; and finding that good

and sufficient cause exists in support of the entry of this Order, it is,

      **ORDERED,** as follows:

---

[1] The Debtors in these cases are: US Capital/Fashion Mall, LLC (14-32819-JKO); US Capital Holdings, LLC (14-32822-JKO); and Mapuche, LLC (14-32827-JKO).  The Debtors' cases are being jointly administered pursuant to the Court's order dated November 9, 2014 [ECF No. 53].

1.      The Application is GRANTED.

2.       Kenneth A. Welt, the Chapter 7 Trustee, is authorized to employ CBRE as Exclusive Real Estate Sales Broker in these cases in accordance with the terms of the Application and the Listing Agreement attached to the Application as Exhibit A.

3.      CBRE is hereby authorized to market the Debtors' real property and be compensated on the terms set forth in the Application, subject in all respects to the application and notice requirement of 11 U.S.C. §§ 330 and 331 and Fed. R. Bank. P. 2014 and 2016.


###

Submitted by:

Michael L. Schuster, Esq.
Genovese Joblove & Battista, P.A.
Counsel to Chapter 7 Trustee
100 Southeast Second Street, Suite 4400
Miami, FL 33131
Telephone:  (305) 349-2300
Facsimile:   (305) 349-2310
mschuster@gjb-law.com


Copy to: Michael L. Schuster, Esq.
(Attorney Schuster is directed to serve a conformed copy of this Order on all parties in interest)