UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                              Chapter 7

US Capital/Fashion Mall, LLC;
US Capital Holdings, LLC;                            Case No. 14-32819-JKO
Mapuche LLC,                                        Jointly Administered with
                                                    Case Nos. 14-32822-JKO and
                                                    14-32827-JKO

       Debtors.

_____/

**TANGSHAN GANGLU IRON & STEEL CO. LTD.'S MOTION FOR ENTRY OF AN
ORDER CONVERTING THE JOINTLY ADMINISTERED BANKRUPTCY CASES
TO CASES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

      Tangshan Ganglu Iron & Steel Co. Ltd. ("Ganglu"), pursuant to Section 706(b) of the

Bankruptcy Code, 11 U.S.C. § 706(b), hereby seeks entry of an order converting the Debtors'

Chapter 7 cases (the "Cases") to cases administered under Chapter 11 of Title 11 of the United

States Code (the "Motion"), and in support hereof respectfully represents and would show the

following:

      **A.**     **Preliminary Statement**

      1.     From 2004 to 2013, Ganglu – the majority member of Mapuche LLC – invested in

excess of $186,000,000.00 in the Debtors, either directly or through loan guarantees. Despite

Ganglu's investment in the Debtors and majority ownership of Mapuche LLC, the above-styled

Cases were unilaterally filed without authorization, by minority member, Wei Chen ("Mr. Chen"),

who caused the entities to seek relief under Chapter 7 of the Bankruptcy Code. Mr. Chen did not

consult Ganglu in the decision to seek bankruptcy protection nor did he consult Ganglu in the

decision to seek relief under Chapter 7 as opposed to seeking to reorganize under Chapter 11. The

Debtors are not, however, entities that should be liquidated: they should be reorganized under Chapter 11 of the Bankruptcy Code. Therefore, by this Motion, Ganglu respectfully requests that the Court enter an order converting the Cases to cases administered under Chapter 11 of the Bankruptcy Code.

2.    To help ensure the Debtors' successful reorganization, Ganglu proposes the following upon conversion of the case to Chapter 11:

     a.  Ganglu will fund a Chapter 11 Plan by infusing cash to pay all undisputed claims and administrative expenses of the three bankruptcy estates, an amount Ganglu currently estimates will be between $7.0 and $10.0 million;

     b.  Ganglu will create a reserve of an appropriate amount of cash to cover the disputed claim of GHJ Construction ("GHJ") in the event the Trustee's anticipated objection is unsuccessful;

     c.  Ganglu will seek the appointment of a Chapter 11 Trustee and advocate for the appointment of Kenneth A. Welt – who currently serves as the Chapter 7 trustee of the jointly administered Cases, which will, among other things, permit a fluid conversion and help reduce any additional administrative expenses.

**B.    Jurisdiction and Venue**

3.    The Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334.

4.    Venue is proper before this Court pursuant to 28 U.S.C. § 1408.

5.    The statutory and rule-based predicates for the relief requested herein are sections 105(a) and 706(b) of the Bankruptcy Code and Rule 9013 of the Federal Rules of Bankruptcy Procedure.

C.      **Background**

*i.      The Debtors and Ganglu*

6.      Ganglu is a foreign corporation with its principal address at Zhenhai Dong Jie, Zunhua City, Hebei Province, People's Republic of China.

7.      Ganglu is Mapuche LLC's majority member, owning at least eighty, if not, ninety nine percent of Mapuche LLC's membership interests.

8.      The Debtors are affiliated limited liability companies. Mapuche, LLC owns 100% of the equity interest in U.S. Capital Holdings, LLC and, U.S. Capital Holdings, LLC, in turn, owns 100% of the equity interest in U.S. Capital/Fashion Mall, LLC.

9.      U.S. Capital/Fashion Mall, LLC owns approximately 33.617 acre real property located in the City of Plantation (Broward County), Florida where formerly the Plantation Fashion Mall was located and operated (the "Property").

10.      Before commencement of the Cases, U.S. Capital Holding was engaged in the renovation of an office tower on a portion of the real property owned by U.S. Capital/Fashion Mall.

11.      Importantly, and as mentioned above, since November 2004 and through October 2013, Ganglu has invested in excess of $186,000,000.00 in the Debtors, either directly or through loan guarantees.

*ii.      Previous Chapter 11 Bankruptcies*

12.      Previously, on February 24, 2012, U.S. Capital Holdings, LLC and U.S. Capital/Fashion Mall, LLC filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

13.     The Chapter 11 cases were jointly administered under case number 12-14517-JKO, but were not substantively consolidated.

14.     The then-debtors' Chapter 11 plans were confirmed September 11, 2012, *see* ECF No. 390, Case No. 12-14517-JKO, in part due to the commitment of Mapuche, LLC – who was not a debtor in 2012 – to infuse the then-debtors with the cash necessary to pay the distributions provided for in the Plan.

### iii.     The State Court Action

15.     Following the reorganization of U.S. Capital Holdings, LLC and U.S. Capital/Fashion Mall, LLC, Ganglu discovered Mr. Chen was, among other serious infractions, mismanaging the Debtors.

16.     Accordingly, on or about May 20, 2014, Ganglu commenced a lawsuit in the 17th Judicial Circuit in and for Broward County, Florida styled *Tangshan Ganglu Iron & Steel Company, Ltd. v. Mapuche LLC and Wei Chen*, Case No. CACE-14-009677 (the "State Court Action").

17.     In the State Court Action, Ganglu sought a finding that the Third Amended and Restated Limited Liability Company Agreement of Mapuche LLC (the "Third Operating Agreement") was not the true, current and binding operating agreement of Mapuche LLC. In addition, Ganglu challenged the signature of Zeng Zeng Du ("Du"), the Chairman of Ganglu, on a Joint Unanimous Written Consent of Members and Managers dated as of April 2010 (the "Joint Unanimous Written Consent") which would have made the Third Operating Agreement the binding operating agreement for Mapuche LLC. In response, Mr. Chen argued that even if the Third Operating Agreement was not the operative agreement, Ganglu had "ratified" the Third

Operating Agreement and the actions of both Mapuche LLC and Mr. Chen taken in connection therewith.

18.     Following a three day evidentiary hearing from October 1-3, 2014, the state court found that "by any stretch of the burden of proof, whether it's the civil burden, the criminal burden or the punitive damages burden," Mr. Du did not execute the Joint Unanimous Written Consent and, as such, that Mr. Du's signature to the Joint Unanimous Written Consent was a forgery.

19.     Ganglu filed a motion with this Court for relief from the automatic stay to permit Ganglu to obtain an order from the state court consistent with the state's court findings and to proceed solely on whether Ganglu ratified the actions of Mr. Chen (the "Motion for Stay Relief"). *See* ECF No. 10, Case No. 14-32827-JKO.

20.     This Court granted in part the Motion for Stay Relief and authorized the Trustee to submit a proposed order in the State Court Action and to permit the state court to enter a written order memorializing its October 3, 2014 ruling, and no more. *See* ECF Nos. 124, 153.

### *iv.     Current Chapter 7 Bankruptcies*

21.     On October 14, 2014, Mr. Chen unilaterally caused three voluntary Chapter 7 liquidation bankruptcy cases to be filed on behalf US Capital/Fashion Mall, LLC, US Capital Holdings, LLC, and Mapuche LLC in the United States Bankruptcy Court for the Southern District of Florida (collectively, the "Cases").

22.     Ganglu was not consulted on and did not participate in Mr. Chen's unilateral decision to file the Cases.

23.     The Cases are currently being jointly administered. *See* ECF No. 48.

24.     Kenneth A. Welt was appointed to act as the Chapter 7 trustee (the "Trustee"). In addition, the Court authorized the Trustee to operate the Debtors' business on a limited basis for

the purpose of preserving, maintaining and securing the Debtors' property. *See* ECF Nos. 49, 122. And the Court has granted the Trustee authority to obtain post-petition financing to fund expenses, including insurance, security and related maintenance obligations. *See* ECF No. 62, 118, 140, 141, and 168.

### D.    Relief Requested

25.    By this Motion, Ganglu respectfully requests that the Court enter an order converting the Debtors' Chapter 7 Bankruptcy Cases to cases administered under Chapter 11 of the Bankruptcy Code.

### E.    Legal Argument

26.    Section 706(b) of the Bankruptcy Code provides that, upon request of an interested party[1] and after notice and a hearing, the court may convert a Chapter 7 case to a Chapter 11. *See* 11 U.S.C. § 706(b).[2]

27.    Unlike §§ 1112 and 1307, which delineate specific bases for "cause" to convert a case from Chapter 11 to Chapter 7 or from a Chapter 13 to Chapter 7, section 706(b) does not provide any specific requirements for conversion of a case to Chapter 11, nor does it provide any guidance regarding the factors a Court should consider when evaluating an interested party's

---

[1] Section 101 of the Bankruptcy Code does not contain a definition of "party in interest." The term is indirectly defined, however, in  section 1109. Section 1109(b) provides that: "(b) A party in interest, including the debtor, the trustee, a creditors' committee, and equity security holders' committee, a creditor, and equity security holder, or any indenture trustee, may raise and may appear and be heard on any issue in a case under this chapter." As the majority owner of Mapuche, LLC, Ganglu is a party in interest.

[2] Under section 706, there are only two restrictions to conversion of a Chapter 7 case on request of an interested party, neither of which is applicable here. *See* 11 U.S.C. § 706(c) ("The court may not convert a case under this chapter to a case under Chapter 12 or 13 of this title unless the debtor requests or consents to such conversion."); *see also* 11 U.S.C. § 706(d) ("Notwithstanding any other provision of this section, a case may not be converted to a case under another chapter of this title unless the debtor may be a debtor under such chapter.").

request for conversion. Rather, "[t]he decision whether to convert is left to the sound discretion of

the court, based on what will most inure to the benefit of all parties in interest." *See Proudfoot*

*Consulting Co. v. Gordon (In re Gordon),* 465 B.R. 683, 692 (Bankr. N.D. Ga. 2012) (quoting S.

Rep. No. 95–989, at 940 (1978), reprinted in U.S.C.C.A.N. 5787, 5880); *see also In re Carrow*,

315 B.R. 8, 16 (Bankr. N.D.N.Y. 2004) ("Section 706(b) speaks to what the court 'may' do by

exercising its discretion in cases of involuntary conversion . . . .").[3]

28.     And "[s]ince there are no specific grounds for conversion, a court 'should consider

anything relevant that would further the goals of the Bankruptcy Code.'" *In re Schlehuber*, 489

B.R. 570, 573 (B.A.P. 8th Cir. 2013) (*quoting In re Gordon,* 465 B.R. 683, 692 (Bankr. N.D. Ga.

2012)).

29.     Courts have thus relied on various factors in determining whether a section 706(b)

conversion would be appropriate, including: (1) the debtor's ability to repay debt; (2) the absence

of immediate grounds for reconversion; (3) the likelihood of confirmation of a Chapter 11 plan;

and (4) whether the parties in interest would benefit from conversion. *See In re Gordon*, 465 B.R.

683, 692–94 (Bankr. N.D. Ga. 2012); *In re Schlehuber*, 489 B.R. 570 (8th Cir. BAP 2013) (relying

on ability to pay and potential for confirmation). *See, e.g., In re Basil St. Partners, LLC*, 477 B.R.

856, 862 (Bankr. M.D. Fla. 2012) ("For purposes of denying a debtor's request to convert a case

to chapter 11, 'cause' can exist to deny such relief if the objecting party establishes by a

preponderance of the evidence that one of the factors expressly listed in § 1112(b)(4) is present, or

if the debtor has engaged in 'bad faith' conduct."). *See In re Home Network Builders, Inc.*, No. 06-

3355, 2006 WL 3419791 at *3 (D. N.J. Nov. 22, 2006) (noting that "[i]f cause exists to reconvert

---

[3] A motion to convert under § 706(b) is a contested matter to which Federal Rule of Bankruptcy
Procedure 9014 applies. *See In re Home Network Builders, Inc.*, No. 06-3355 RBK, 2006 WL
3419791, at *3 (D.N.J. Nov. 22, 2006) (citing Fed. R. Bankr.P. 1017(f)(1)).

from Chapter 11 under § 1112(b), conversion from Chapter 7 under § 706(b) would be a futile and wasted act.").

30.    In the instant case, conversion to Chapter 11 will both further the goals of the Bankruptcy Code and satisfy the factors courts generally look to when considering conversion under section 706(b).

31.    First, Ganglu is committed to funding a Chapter 11 plan, which will allow the Debtors' debts, including administrative expenses and post-petition financing costs, to be repaid. *See In re Gordon,* 465 B.R. at 692–93 ("[A]bility to pay is certainly a factor that may be used in evaluating the appropriate chapter in which a debtor should operate to obtain a discharge.") (emphasis omitted). Based on a preliminary analysis of the Debtors' creditors, Ganglu estimates the Debtors' undisputed collective debts and estimated administrative expenses to be in the range of $7.0 to $10.0 million. Ganglu thus agrees to fund between $7 and $10 million to ensure that these claims are paid through a Chapter 11 Plan. *See also In re Baker*, 503 B.R. 751, 757 (Bankr. M.D. Fla. 2013) (approving conversion under section 706(b) where debtor had sufficient income such that converting to Chapter 11 would "maximize the bankruptcy estate and enable creditors to receive a greater distribution than they would receive in a Chapter 7 case" and "provide a means to address the claims that have been asserted against [the Debtor]").

32.    Although the GHJ claim is not included in Ganglu's undisputed claims estimation, Ganglu would create a reserve in an appropriate amount of cash to cover GHJ's disputed claim in the event the Trustee's anticipated objection is unsuccessful.

33.    Second, because Ganglu will fund the Chapter 11 Plan and create a reserve for GHJ's disputed claim, confirmation of a Chapter 11 plan, like in the previous bankruptcy proceedings, is likely. *See In re Schlehuber*, 489 B.R. 570, 574 (B.A.P. 8th Cir. 2013) (affirming

conversion of individual debtor's bankruptcy case and noting that, "[t]he Debtor's ability to fund a Chapter 11 plan if he chooses to do so was certainly an important and relevant consideration.").

34. Third, there are no immediate grounds for reconversion or dismissal under 1112(b). "Among the reasons to convert from Chapter 11 to Chapter 7 to be considered under § 1112(b) are a substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation, denial of confirmation, inability to consummate a confirmed plan, material default with respect to a plan, and nonpayment of required fees. Additionally, courts have considered whether the debtor has a business to reorganize as well as the debtor's assets, business operations, and whether a separate business infrastructure exists." *In re Home Network Builders, Inc.*, No. 06-3355 RBK, 2006 WL 3419791, at *3 (D.N.J. Nov. 22, 2006) (citations omitted). The value of the Property in south Florida's rising real estate market will most assuredly continue to increase over the course of the next four months and thus, to the extent reorganization is not successful, there will be no diminution of the estate.

35. Fourth, all parties in interest will benefit from conversion. Creditors holding undisputed claims will be paid in full, as will all administrative claims. And Ganglu will repay all post-petition obligations incurred by the Debtors. Under these circumstances, then, there can be no dispute that Ganglu should at the very least have the opportunity to try to reorganize the entities into which it has already invested nearly $200 million, particularly where it had no involvement in the Debtors' decision to seek relief under Chapter 7 as opposed to Chapter 11 of the Bankruptcy Code.

36. Lastly, this Court should favor reorganizing the Debtors: public policy strongly favors reorganization and rehabilitation of troubled companies. *See In re Chateaugay Corp.*, 201 B.R. 48, 72 (Bankr. S.D.N.Y. 1996) ("Public policy, as evidenced by chapter 11 of the Bankruptcy

Code, strongly favors the reorganization and rehabilitation of troubled companies and the concomitant preservation of jobs and going concern values."). Indeed, "[i]t is axiomatic that the courts should be reorganization-minded and public policy clearly prefers rehabilitation to liquidation." *In re Lykes Bros. S.S. Co., Inc.*, 196 B.R. 586, 595 (Bankr. M.D. Fla. 1996) (denying motion to convert or dismiss pursuant to section 1112(b)); *see also In re Holley Garden Apartments, Ltd.*, 238 B.R. 488, 495 (Bankr. M.D. Fla. 1999) (stating that "[a] reorganization plan is usually preferable to a liquidation plan" and noting that the "Debtor's plan will maximize payments to creditors, while rehabilitating Debtor, rather than extinguishing Debtor's existence."); 7 Collier on Bankruptcy ¶ 1100.01 (Alan N. Resnick & Henry J. Sommer eds., 15th ed. rev.) ("Chapter 11 embodies a policy that it is generally preferable to enable a debtor to continue to operate and to reorganize its business rather than simply to liquidate a troubled business.").

37.    The Debtors currently own considerably valuable property and should have the opportunity to try to consummate plans to create a functioning retail operation, particularly where the majority equity holder is willing to fund the Chapter 11 Plan and has already invested significantly in the Debtors. This favored approach will not only pay all Creditors holding undisputed claims, all administrative claims, and all post-petition obligations, but reorganization will also preserve Ganglu's equity interests in the Debtors and ensure that the money it has already invested will not be for naught.

38.    Counsel for Ganglu has conferred with counsel for the Chapter 7 Trustee and the Office of the United States Trustee, but a resolution has not been reached.

**WHEREFORE**, Tangshan Ganglu Iron & Steel Co. Ltd., pursuant to Section 706(b) of the Bankruptcy Code, 11 U.S.C. § 706(b), hereby seeks entry of an order converting the Debtors' Chapter 7 cases  to cases administered under Chapter 11 of Title 11 of the United States Code, and for such further relief deemed appropriate under the circumstances.

Dated: January 15, 2015.                    Respectfully submitted,

HOLLAND & KNIGHT LLP
*Counsel for Tangshan*
*Ganglu Iron & Steel Co., Ltd.*
701 Brickell Avenue, 33rd Floor
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile:  (305) 789-7799
E-mail: jose.casal@hklaw.com
E-mail: joaquin.alemany@hklaw.com
E-mail: michael.rothenberg@hklaw.com

By:  /s Jose A. Casal
        Jose A. Casal, Esq.
        Florida Bar No. 767522
        Joaquin J. Alemany
        Florida Bar No. 662380
        Michael E. Rothenberg, Esq.
        Florida Bar No. 74411

11

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 15, 2015, a true and correct copy of the foregoing was (i) served via CM/ECF upon all parties registered to receive electronic notices in the above-captioned bankruptcy case; and/or (ii) was served via Electronic Mail and/or U.S. Mail on the below Service List.

By: /s Michael E. Rothenberg
Michael E. Rothenberg, Esq.

## SERVICE LIST

**VIA CM/ECF**
**14-32819-JKO Notice will be electronically mailed to:**

Joaquin J Alemany on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Valerie Barton Barnhart on behalf of Creditor Lotspeich Co. of Florida, Inc.
vbarnhart@kelleykronenberg.com,
jgardella@kelleykronenberg.com;sosber@kelleykronenberg.com

Timothy R Bow on behalf of Creditor Wei Chen
tbow@mrthlaw.com,
jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com,ecfnotices@mrthlaw.com

Daniel DeSouza on behalf of Creditor DeSouza Law, P.A.
ddesouza@desouzalaw.com

Jason Z. Jones, Esq. on behalf of Creditor Caddell Construction Co. (DE), LLC
jjones@joneslawpa.com

Mark A Levy, Esq on behalf of Interested Party City of Plantation
mark.levy@brinkleymorgan.com,
sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com

Nicole L Levy on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
nllevy@duanemorris.com;LRTaseff@duanemorris.com,dperez@duanemorris.comYArnavatParg
a@duanemorris.com,shmarder@duanemorris.com,DiMassa@duanemorris.com,LJKotler@duan
emorris.com

Charles H Lichtman on behalf of Interested Party Mapuche LLC
clichtman@bergersingerman.com, lwebster@bergersingerman.com;efile@bergersingerman.com

Brett D Lieberman on behalf of Debtor Mapuche LLC
blieberman@messana-law.com,
thurley@messanalaw.com;emair@messanalaw.com;nbarrus@messana-
law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Debtor US Capital Holdings, LLC
blieberman@messana-law.com, thurley@messana-
law.com;emair@messanalaw.com;nbarrus@messana-law.com;tmessana@messana-
law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Debtor US Capital/Fashion Mall, LLC
blieberman@messana-law.com, thurley@messana-
law.com;emair@messanalaw.com;nbarrus@messana-law.com;tmessana@messana-
law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Interested Party Mapuche LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana
law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Interested Party US Capital Holdings, LLC
blieberman@messana-law.com, thurley@messana-
law.com;emair@messanalaw.com;nbarrus@messana-law.com;tmessana@messana-
law.com;tmessana@bellsouth.net

Jerry M Markowitz on behalf of Creditor Wei Chen
jmarkowitz@mrthlaw.com,
rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Thomas M. Messana, Esq. on behalf of Debtor Mapuche LLC
tmessana@messana-law.com, emair@messana-
law.com;blieberman@messanalaw.com;thurley@messana-
law.com;tmessana@bellsouth.net;nbarrus@messanalaw.com;ekates@bakerlaw.com;jmooremale
y@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Debtor US Capital Holdings, LLC
tmessana@messana-law.com, emair@messana-
law.com;blieberman@messanalaw.com;thurley@messana-
law.com;tmessana@bellsouth.net;nbarrus@messanalaw.com;ekates@bakerlaw.com;jmooremale
y@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Debtor US Capital/Fashion Mall, LLC
tmessana@messana-law.com, emair@messana-
law.com;blieberman@messanalaw.com;thurley@messana-
law.com;tmessana@bellsouth.net;nbarrus@messanalaw.com;ekates@bakerlaw.com;jmooremale
y@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Interested Party Mapuche LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messanalaw.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messanalaw.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Interested Party US Capital Holdings, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messanalaw.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messanalaw.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Glenn D Moses, Esq on behalf of Trustee Kenneth A Welt
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Alan J. Perlman, Esq. on behalf of Interested Party New Wave Lenders (2014-B) LP
aperlman@ralaw.com, mhannau@ralaw.com

Grace E. Robson, Esq. on behalf of Creditor Wei Chen
grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com,sramirez@mrthlaw.com

Michael L Schuster on behalf of Trustee Kenneth A Welt
mschuster@gjb-law.com, gjbecf@gjb-law.com;mchang@gjb-law.com

Steven J. Solomon, Esq. on behalf of Creditor BCEGI, LLC
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@grayrobinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Creditor GHJ Construction Corporation
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@grayrobinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Kevin E. Vance on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
kevance@duanemorris.com, cmackey@duanemorris.com;pnmendoza@duanemorris.com

Kevin E. Vance on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
kevance@duanemorris.com, cmackey@duanemorris.com;pnmendoza@duanemorris.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

The following is the list of parties who are not on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select

and copy this list into your word processing program in order to create notices or labels for these recipients.

**VIA US. MAIL**

Rudolph J. Di Massa, Jr.
30 S 17 St
Philadelphia, PA 19103

James S. Feltman
600 Brickell Ave #2520
Miami, FL 33131

Michael Goldberg
Akerman, LLP
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301

Lawrence J. Kotler
30 S 17 St
Philadelphia, PA 19103

Kenneth M Krasnow
200 E. Las Olas Blvd, #1620
Ft. Lauderdale, FL 33301

Sandirose Magder
20125 NE 25 Ave
Miami, FL 33180

Daniel Socek
20125 NE 25 Ave
Miami, FL 33180

John J. Yanoviak
10211 W Sample Rd #207
Coral Springs, FL 33065

**AND VIA U.S. MAIL TO ALL PARTIES ON THE BELOW CREDITOR MATRIX**

Label Matrix for local noticing
113C-0
Case 14-32819-JKO
Southern District of Florida
Fort Lauderdale
Thu Jan 15 11:37:07 EST 2015

BCEGLI, LLC

Caddell Construction Co. (DE), LLC
P.O. Box 210099
Montgomery, AL 36121-0099

City of Plantation
Brinkley Morgan
Mark A. Levy
200 E Las Olas Blvd #1900
Ft. Lauderdale, FL 33301-2248

DeSouza Law, P.A.
1515 N. University Drive
Suite 209
Coral Springs, FL 33071-6058

Lotspeich Co. of Florida, Inc.
Kelley Kronenberg, P.A.
c/o Valerie B.Barnhart
8210 Peters Road
Suite 4000
Ft. Lauderdale, FL 33324-3201

Mapuche LLC
375 North University Drive
Plantation, FL 33324-1915

New Wave Lenders (2014-B) LP
Roetzel & Andress
350 East Las Olas Boulevard
Suite 1150
Fort Lauderdale, FL 33301-4254

US Capital Holdings, LLC
375 North University Drive
Fort Lauderdale, FL 33324-1915

US Capital/Fashion Mall, LLC
375 North University Drive
Fort Lauderdale, FL 33324-1915

ADD Inc
311 Summer Street
Boston, MA 02210-1700

AT&T
PO Box 105262
Atlanta, GA 30348-5262

Akerman Senterfitt & Eidson, PA
P.O. Box 4906
Orlando, FL 32802-4906

BCEGLI, LLC
1221 Brickell Ave #1600
Miami, FL 33131-3247

Becker & Poliakoff, P.A.
P.O. Box 9057
Fort Lauderdale, FL 33310-9057

Biller Reinhart Structural Group
3434 Coldwell Ave.
Suite 100
Tampa, FL 33614-8390

Biller Reinhart Structural Group, Inc.
3434 Colwell Avenue
Suite 100
Tampa, FL 33614-8390

Bonefish/South Florida -I, LP
c/o Christian C. Burden
Quarles & Brady LLP
101 E. Kennedy Blvd., Ste 3400
Tampa, FL 33602-5195

Broward County Records, Taxes & Treasury
Attn: Bankruptcy Section
115 S Andrews Ave A-100
Ft Lauderdale, FL 33301-1888

Broward County Tax Collector
115 S. Andrews Ave
Room #A100
Fort Lauderdale, FL 33301-1888

Business Valuation Systems
3756 Saratoga Lane
Davie, FL 33328-1308

CBRE, Inc.
200 E. Las Olas Blvd.
Fort Lauderdale, FL 33301-2487

CIT FINANCE, LLC. DBA AVAYA FINANCIAL SERVIC
c/o Weltman, Weinberg & Reis
3705 Marlane Drive
Grove City, OH 43123-8895

CT Corporation
1200 S. Pine Island Rd.
Plantation, FL 33324-4459

Capital Credit, Inc.
P.O. Box 881774
San Francisco, CA 94188-1774

Cheeseburger-South Florida, LP
c/o Philip Martino and Christian Burden
Quarles & Brady LLP
101 E. Kennedy Blvd., Ste 3400
Tampa, FL 33602-5195

Chicago Title Insurance Co.
15951 SW 41st St.
Ste. 800
Weston, FL 33331-1521

Circle Generator Services, Inc.
P.O. Box 21002
Fort Lauderdale, FL 33335-1002

City National Bank
400 N. Roxbury Dr.
Beverly Hills, CA 90210-5000

Doumar Allsworth et al
1177 SE 3rd Ave.
Fort Lauderdale, FL 33316-1109

Farris Waste Services
P.O. Box 1732
Akron, OH 44309-1732

Fashion Mall Managing Member Corp.
c/o Gregory R. Beck
Gregory R. Beck, P.A.
707 SE 3rd Ave.
6th Flr.
Fort Lauderdale, FL 33316-1140

Fire Alarm Systems & Security
3901 S.W. 47th Ave.
Suite 408
Davie, FL 33314-2815

Florida Detroit Diesel-Allison
2277 NW 14 St.
Miami, FL 33125-2101

GFA International
1215 Wallace Drive
Delray Beach, FL 33444-4600

GHJ Construction
c/o Steven J Solomom Esq
1221 Brickell Ave #1600
Miami, FL 33131-3247

GHJ Construction, Inc.
c/o Steven J. Solomon, Esq.
GrayRobinson, P.A.
1221 Brickell Ave.
Ste. 1600
Miami, FL 33131-3247

Gary Appel
4770 Biscayne Blvd.
Ste 1100
Miami, FL 33137-3247

Hartford Insurance Co.
P.O. Box 731178
Dallas, TX 75373-1178

Hill Ward Henderson
101 E. Kennedy Blvd.
Ste. 3700
Tampa, FL 33602-5195

Home Depot Credit Services
DEPT.32 - 2645010277
PO Box 9055
Des Moines, IA 50368-9055

ID & Design International Inc
5100 North Dixie Highway #117
Fort Lauderdale, FL 33334-4006

J & J Products Unlimited Inc
3071 NW 64th Avenue
Sunrise, FL 33313-1206

Jeffrey Golant
1000 W. McNab Rd.
Ste. 150
Pompano Beach, FL 33069-4719

Jones Lang LaSalle
1221 Brickell Ave #200
Miami, FL 33131-3124

Keith & Schnars, P.A.
6500 N. Andrews Ave.
Fort Lauderdale, FL 33309-2126

Kimley-Horn and Associates Inc
P.O. Box 932520
Atlanta, GA 31193-2520

Landscape Architect Consultant
5215 West Broward Boulevard
Plantation, FL 33317-2635

Legacy Protection Group
2991 W. Commercial Blvd.
Fort Lauderdale, FL 33309-3502

Lotspeich Co. of Florida, Inc.
c/o Valerie B. Barnhart, Esq.
Kelley Kronenberg, P.A.
8201 Peters Road, Suite 4000
Ft. Lauderdale, FL 33324-3267

MJX2 Elevator Service & Repair
2150 Mears Parkway
Margate, FL 33063-3755

Mainguy Environmental Care, Inc.
dba Mainguy Landscape Services
1855 S. Flamingo Rd.
Davie, FL 33325-5804

Marie G Jerome Saintil
1300 SW 67th Way
Pembroke Pines, FL 33023-2063

Miami Exterminators Inc
P.O. box 133129
Hialeah, FL 33013-0129

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

PHF Plantation, LP
311 N. University Dr.
Plantation, FL 33324-1915

PTE Systems, LLC
1950 W. 8th Ave.
Hialeah, FL 33010-2328

Pavement Striping Corp
140 West 41 Street
Hialeah, FL 33012-4436

Premium Assignment Corporation
PO Box 8000
Tallahassee, FL 32314-8000

Prestige Property Maintenance
3300 SW 46th Avenue
Davie, FL 33314-2215

Property Tax Adjusters, Inc.
4770 Biscayne Blvd.
Ste. 1100
Miami, FL 33137-3247

Qianfei 'Grace' He
4727 SW 195th Ter
Miramar, FL 33029-6209

Republic Services
751 NW 31st Ave.
Fort Lauderdale, FL 33311-6627

Seiler, Sautter, Zaden, Rimes & Weihe
2850 N. Andrews Ave.
Wilton Manors, FL 33311-2514

Shenandoah Construction
1888 NW 22nd Street
Pompano Beach, FL 33069-1318

State of Florida Department of Revenue
5050 West Tennessee St
Tallahassee, FL 32399-6586

Steven Feller PE Inc
500 NE 3rd Avenue
Fort Lauderdale, FL 33301-3236

Steven M. Kelton
7420 Dover Ct.
Parkland, FL 33067-1690

Sunshine Hoist & Steel Erectors
6201 SW 121 St
Miami, FL 33156-5546

TLC Engineering for Architect
255 South Orange Avenue
Suite 1600
Orlando, FL 32801-3463

Tewes Design Group
200 South Biscayne Blvd
Ste 1730
Miami, FL 33131-2333

Tile And Marble By Brastile
110 NE 179 St
Miami, FL 33162-1017

U.S. Legal Support, Inc.
P.O. Box 864407
Orlando, FL 32886-4407

US Alliance Management
dba US Security
c/o Michael Skor
12865 W. Dixie Hwy.
Miami, FL 33161-4800

US Capital Holdings
375 N. University Dr.
Plantation, FL 33324-1915

Weihua Mao
471 N Pine Island Rd, #D402
Plantation, FL 33324-1838

Wilbend Nelson
c/o Tiffany Eisenberg
8151 Peters Rd #3200
Plantation, FL 33324-4013

WorldWide Protective Inc
3890 W. Commercial Blvd
Ste. 208
Tamarac, FL 33309-3346

Wright National Flood Insurance
P.O. Box 33003
Saint Petersburg, FL 33733-8003

mike tang
13436 nw 5th pl
plantation, FL 33325-6150

Brett D Lieberman
401 E Las Olas Blvd # 1400
Ft Lauderdale, FL 33301-2218

Daniel Socek
20125 NE 25 Ave
Miami, FL 33180-1822

James S. Feltman
600 Brickell Ave #2520
Miami, FL 33131-3071

John J. Yanoviak
10211 W Sample Rd #207
Coral Springs, FL 33065-3988

Kenneth A Welt
1776 Pine Island Rd #101
Plantation, FL 33322-5200

Kenneth M Krasnow
200 E. Las Olas Blvd, #1620
Ft. Lauderdale, FL 33301-2476

Michael Goldberg
Akerman, LLP
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301-4247

Sandirose Magder
20125 NE 25 Ave
Miami, FL 33180-1822

Thomas M. Messana Esq.
401 E Las Olas Blvd # 1400
Fort Lauderdale, FL 33301-2218

Wei Chen
c/o Jerry M. Markowitz
Markowitz, Ringel Trusty & Hartog
9130 S. Dadeland Blvd.
Suite 1800
Miami, FL 33156-7858

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)GHJ Construction Corporation

(u)Tangshan Ganglu Iron & Steel Company, Ltd.

(u)Name,Address1,Address2,Address3,City,State
8181 Associates, J.V.,4901 NW 17 Way, St
ADD, Inc.,311 Summer St,,,Boston,MA,0221
Ally Automotive Financing,P.O. Box 38090
American Express Credit Cards,P.O. Box 6
Berger Singerman, LLP,350 E. Las Olas Bl

(u)Name,Address1,Address2,Address3,City,State
Akerman Senterfitt & Eidson, PA,P.O. Box
Becker & Poliakoff, P.A.,P.O. Box 9057,,
Bonefish/South Florida -I, LP,c/o Christ
Business Valuation Systems,3756 Saratoga
Capital Credit, Inc.,P.O. Box 881774,,,S

(u)Name,Address1,Address2,Address3,City,State
Bank of America,P. O. Box 982238,,,El Pa
Big Profit Asia Limited,Rm. 1708 Fung Sh
Bo Rui Investment Pte. Ltd.,8 Wilkie Roa
Cheer Force Investments Limited Add,,,,,
Cherry Bekaert LLP,P O Box 25549,,,Richm

(d)Qianfei Grace He
4727 SW 195th Ter
Miramar, FL 33029-6209

End of Label Matrix
Mailable recipients    89
Bypassed recipients     6
Total                  95

Label Matrix for local noticing
113C-0
Case 14-32822-JKO
Southern District of Florida
Fort Lauderdale
Thu Jan 15 11:56:49 EST 2015

BCEGI, LLC

City of Plantation
Brinkley Morgan
Mark A. Levy
200 E Las Olas Blvd #1900
Ft. Lauderdale, FL 33301-2248

US Capital Holdings, LLC
375 North University Drive
Fort Lauderdale, FL 33324-1915

321 North Construction Management
c/o Becker & Poliakoff PA
One East Broward Blvd #1800
Fort Lauderdale, FL 33301-1876

8181 Associates, J.V.
4901 NW 17 Way, Ste. 103
Fort Lauderdale, FL 33309-3770

ADD, Inc.
311 Summer St.
Boston, MA 02210-1700

ADD, Inc./Stantec
2 S. Biscayne Blvd.
#1670
Miami, FL 33131-1804

Aetna Life Insurance Company
P.O. Box 7247-0213
Philadelphia, PA 19170-0001

Ally Automotive Financing
P.O. Box 380901
Bloomington, MN 55438-0901

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

American Express Credit Cards
P. O. Box 650448
Dallas, TX 75265-0448

Avaya Financial Services
P.O. Box 93000
Chicago, IL 60673-0001

Berger Singerman, LLP
350 E. Las Olas Blvd., Ste 1000
Fort Lauderdale, FL 33301-4215

Biller Reinhart Structural Group
3434 Coldwell Ave.
Ste 100
Tampa, FL 33614-8390

Billerreinhart Structural Group, Inc.
4700 Sheridan St.
Ste J
Hollywood, FL 33021-3416

Boardroom Communications
1776 N. Pine Island Rd.
Ste 320
Plantation, FL 33322-5235

Bull Gator Engineering
9619 NW 16 Ct.
Pembroke Pines, FL 33024-4487

CL Peng Construction Management
5222 Andrus Avenue
Suite A
Orlando, FL 32810-5456

Canpartners Realty Holdings co.
c/o Denise D. Dell-Powell
Burr & Forman, LLP
200 S. Orange Ave., Ste 800
Orlando, FL 32801-6404

Capital Credit, Inc.
P.O. Box 881774
San Francisco, CA 94188-1774

Chengong Li
1110 NW 106 Ave.
Plantation, FL 33322-7816

Chun-Li Peng
1177 Oaks Blvd.
Winter Park, FL 32789-2428

City of Plantation Utilities D
PO Box 31132
Tampa, FL 33631-3132

Comcast
P O Box 530098
Atlanta, GA 30353-0098

Culligan
2180 S Congress Ave
Palm Springs, FL 33406-7604

David Cheung
112-01 Queens Blvd.
Apt. 20C
Forest Hills, NY 11375-5592

Doumar, Allsworth et al
1177 SE 3rd Ave.
Fort Lauderdale, FL 33316-1109

Florida Power & Light Company
General Mail Facility
Miami, FL 33188-0001

GFA International, Inc.
1215 Wallace Dr.
Delray Beach, FL 33444-4600

GHJ Construction Corporation
c/o Steven J. Solomon, Esq.
GrayRobinson, P.A.
1221 Brickell Ave.
Ste. 1600
Miami, FL 33131-3247

George J Coren
920 Jacaranda Court
Plantation, FL 33324-3016

Grace He
c/o US Capital Holdings, LLC
8181 W. Broward Blvd., Ste 380
Plantation, FL 33324-2033

Grace Kuo
13027 NW 14th St.
Pembroke Pines, FL 33028-2720

GrayRobinson PA
301 E Pine Street Ste 1400
PO Box 3068
Orlando, FL 32802-3068

GrayRobinson PA
401 E. Las Olas Blvd., Ste 1000
Fort Lauderdale, FL 33301-4210

Haifend Chi
c/o US Capital Holdings, LLC
8181 W. Broward Blvd., Ste 380
Plantation, FL 33324-2033

Haldong Chi
c/o US Capital Holdings, LLC
8181 W. Broward Blvd.
Ste. 380
Plantation, FL 33324-2033

Home Depot Credit Services
DEPT.32 - 2645010277
PO Box 9055
Des Moines, IA 50368-9055

Homeier & Law, P.C.
13400 Riverside Dr.
Ste. 120
Sherman Oaks, CA 91423-2513

Hong Huang
21200 NE 38 Ave.
Ste. 2805
Miami, FL 33180-3879

ID & Design International, Inc.
5100 N. Dixie Hwy.
Fort Lauderdale, FL 33334-4006

J&J Products Unlimited, Inc.
3071 NW 64 Ave.
Fort Lauderdale, FL 33313-1206

Jaime Garcia
4310 SW 10th St.
Plantation, FL 33317-4515

Jennifer Moran
3031 Venice Way
Miramar, FL 33025-4287

Joel Jarrett
2851 NW 13th Ct.
Fort Lauderdale, FL 33311-5233

Kimley Horn and Associates, Inc.
600 N Pine Island RD #450
Plantation, FL 33324-1302

Konica Minolta
21146 Network Plance
Chicago, IL 60673-1211

LNT Trucking, Inc.
3521 Farrington St., #2R
Flushing, NY 11354-2803

Lan Zhang
9235 Lagoon Pl.
Apt. 217
Davie, FL 33324-6724

MIX2 Elevator Service & Repair
2150 Mears Pkwy.
Pompano Beach, FL 33063-3755

Mapuche LLC
375 N. University Drive
Plantation, FL 33324-1915

Marie Saintil Jerome
1300 SW 67th Way
Pembroke Pines, FL 33023-2063

McNamara/Salvia, Inc.
160 Federal St., 6th Flr.
Boston, MA 02110-1700

McNamara/Salvia, Inc.
2 S. Biscayne Blvd.
#3795
Miami, FL 33131-1803

Mercedes Benz Financial Services
P. O. Box 685
Roanoke, TX 76262-0685

Miami Exterminators, Inc.
P.O. Box 133129
Hialeah, FL 33013-0129

Mike Tang
13436 NW 5th Pl.
Plantation, FL 33325-6150

Milner Document Products
P O Box 41602
Philadelphia, PA 19101-1602

Milner, Inc.
700 S. Military Trail
Deerfield Beach, FL 33442-3025

Neighborhood Health
P.O. Box 580046
Charlotte, NC 28258-0046

Ngan Ki
c/o US Capital Holdings, LLC
8181 W. Broward Blvd.
Ste 380
Plantation, FL 33324-2033

Oasis
2054 Vista Parkway, Suite 300
West Palm Beach, FL 33411-6759

Oasis
4511 Woodland Corporate Blvd.
Tampa, FL 33614-2439

Oasis Outsourcing, Inc.
110 SE 6th Street
Floor 15
Attn:  Ian Lis, Esq.
fort lauderdale, FL 33301-5004

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Ombu Securities Corporation
372-5th Ave #6F
New York, NY 10018-8109

P.O. Box 93000
Chicago, IL 60673-0001
Coren George
920 Jacaranda Ct.
Plantation, FL 33324-3016

PTE Systems, LLC
1950 W. 8th Ave.
Hialeah, FL 33010-2328

Panzarella Waste & Recycling
4581 Weston Rd #314
Weston, FL 33331-3141

Pavement Striping Corp.
140 W. 41st St.
Hialeah, FL 33012-4436

Peng Xu
641 Oleander Dr.
Plantation, FL 33317-1821

Philip Xiaopeng Guo
P.O. Box 2472
Ewa Beach, HI 96706-0472

Prestige Property Management
3300 SW 46th Ave.
Davie, FL 33314-2215

Qianfei He
4727 SW 195th Ter.
Miramar, FL 33029-6209

Ricardo Abanto
2500 W 56th St.
Apt. #1308
Hialeah, FL 33016-4769

Ricardo Dias
7998 NW 20th Ct.
Sunrise, FL 33322-3908

S K
**Deleted Per DE 64 in main case**

SLS Consulting, Inc.
1825 Ponce de Leon Blvd.
#565
Coral Gables, FL 33134-4418

Saintil Max
830 NW 210 St., Apt. #101
Miami, FL 33169-7000

Saltz Michelson Architects
3501 Griffin Rd.
Fort Lauderdale, FL 33312-5444

Shenandoah Construction
1888 NW 22nd St.
Pompano Beach, FL 33069-1318

Silvatte Simeon
5025 NW 36th St.
Apt. J 113
Lauderdale Lakes, FL 33319-6573

Spencer Campbell
P.O. Box 59
Bentonia, MS 39040-0059

Staples Advantage
Dept ATL
PO Box 405386
Atlanta, GA 30384-5386

Steven Feller P.E. Inc.
500 NE 3rd Ave.
Fort Lauderdale, FL 33301-3236

Steven Kelton
7420 Dover Ct.
Parkland, FL 33067-1690

Sunshine Hoist & Steel Erectors
6201 SW 121 St.
Miami, FL 33156-5546

TLC Engineering
5757 Blue Lagoon Dr.
#400
Miami, FL 33126-2078

TLC Engineering for Architect
255 S. Orange Ave.
Ste. 1600
Orlando, FL 32801-3463

Tewes Design Group
200 S. Biscayne Blvd.
Ste. 1730
Miami, FL 33131-2333

Tile & Marble by Brastile
110 NE 179th St.
Miami, FL 33162-1017

US Alliance Management Corp.
dba US Security
c/o Michael William Skop
12865 W Dixie Hwy.
Fl 2
Miami, FL 33161-4800

United HealthCare Insurance Co
Dept. CH 10151
Palatine, IL 60055-0151

VTX Telecom
P. O. Box 526027
Sacramento, CA 95852-6027

Wei Chen
21200 NE 38th Ave.
Ste. 2805
Aventura, FL 33180-3879

Weihua Mai
471 N. Pine Island Rd.
#D402
Plantation, FL 33324-1838

Worldwide Protective Inc.
3890 W. Commercial Blvd.
Ste. 208
Tamarac, FL 33309-3346

Xiaoxiao Dong
9712 63rd Dr.
Apt. 11D
Queens, NY 11374-2247

Xue Han
c/o US Capital Holdings, LLC
8181 W. Broward Blvd.
Ste 380
Plantation, FL 33324-2033

Yue Yu
10904 SW 2nd St.
Apt. 1
Miami, FL 33174-1287

Zhe Jiang
1852 Aspen Ln.
Weston, FL 33327-2356

Brett D Lieberman
401 E Las Olas Blvd # 1400
Ft Lauderdale, FL 33301-2218

Kenneth A Welt
1776 Pine Island Rd #101
Plantation, FL 33322-5200

Thomas M. Messana Esq.
401 E Las Olas Blvd # 1400
Fort Lauderdale, FL 33301-2218

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)GHJ Construction Corporation

(u)Tangshan Ganglu Iron & Steel Company, Ltd.

(u)C G
**Deleted Per DE 64 in main case**

(u)C L
**Deleted Per DE 64 in main case**

(u)CBRE, Inc.
Brokerage & Mgmt
200 E. Las Olas Blvd.

(u)CIT Finance, LLC
Avaya Financial Services

(u)D C
**Deleted Per DE 64 in main case**

(u)G K
**Deleted Per DE 64 in main case**

(u)H H
**Deleted Per DE 64 in main case**

(u)J G
**Deleted Per DE 64 in main case**

(u)J J
**Deleted Per DE 64 in main case**

(u)J M
**Deleted Per DE 64 in main case**

(u)L Z
**Deleted Per DE 64 in main case**

(u)M S J
**Deleted Per DE 64 in main case**

(u)M T
**Deleted Per DE 64 in main case**

(u)P X
**Deleted Per DE 64 in main case**3

(u)Q F H
**Deleted Per DE 64 in main case**

(u)R A
**Deleted Per DE 64 in main case**

(u)R D
**Deleted Per DE 64 in main case**

(u)S M
**Deleted Per DE 64 in main case**

(u)S S
**Deleted Per DE 64 in main case**

(u)Ste. 1620
Fort Lauderdale, FL 33301

(d)Sunshine Hoist & Steel Erectors, Inc.
6201 SW 121 St
Miami, FL 33156-5546

(u)Tangshan Ganglu Iron & Steel Company, Ltd.
c/o Lida Rodriguez-Taseff, Esq.
Scott H. Marder, Esq.
Nicole L. Levy, Esq.
200 S. Biscayne Blvd.
Ste 3400

(u)W C
**Deleted Per DE 64 in main case**

(u)W H M
**Deleted Per DE 64 in main case**

(u)X X D
**Deleted Per DE 64 in main case**

(u)Y Y
**Deleted Per DE 64 in main case**

(u)Z J
**Deleted Per DE 64 in main case**

End of Label Matrix
Mailable recipients    104
Bypassed recipients     29
Total                  133

Label Matrix for local noticing
113C-0
Case 14-32827-JKO
Southern District of Florida
Fort Lauderdale
Thu Jan 15 11:57:19 EST 2015

BCEGI, LLC

City of Plantation
Brinkley Morgan
Mark A. Levy
200 E Las Olas Blvd #1900
Ft. Lauderdale, FL 33301-2248

Mapuche LLC
375 North University Drive
Plantation, FL 33324-1915

American Education & Translation
8250 SW 116 Street
Miami, FL 33156-4341

BCEGI, LLC
c/o Steven J. Solomon, Esq.
GrayRobinson, P.A.
1221 Brickell Ave.
Ste. 1600
Miami, FL 33131-3247

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Becker & Poliakoff PA
1 East Broward Blvd
Ste 1800
Fort Lauderdale, FL 33301-1876

Bo Rui Investment Pte. ltd.
8 Wilkie Road
#03-01
Wilkie Edge Singapore 228095

Cherry Bekaert LLP
P.O. Box 25549
Richmond, VA 23260-5500

Du Zhenzeng or MDM Zheng Dongxia
21200 NE 38 Ave.
Ste 2503
Aventura, FL 33180-3862

GHJ Construction Corporation
c/o Steven J. Solomon, Esq.
GrayRobinson, P.A.
1221 Brickell Ave.
Ste. 1600
Miami, FL 33131-3247

GlassRatner Advisory & Capital
3424 Peachtree Rd., NE
Ste 2150
Atlanta, GA 30326-2869

GlassRatner Advisory & Capital Group LL
attn:  Susan M Smith
142 W Platt St Suite 118
Tampa, FL 33606-2315

Global Legal Discovery LLC
1330 Spring Street
Ste 100
Atlanta, GA 30309-2810

Grand Faith Trading Limited Add. Fla
Room 504, Unit 2 Bldg 17
Feng Qi Yuan, Hangzhou City
Zhejiang Providence China 310000

GrayRobinson PA
301 E Pine Street
Suite 1400
PO Box 3068
Orlando, FL 32802-3068

Hao Yuan Investment Pte Ltd.
65 Chulia St #43-04
Singapore 049513

Hong Huang
21200 NE 38 Ave
Ste 2805
Aventura, FL 33180-3879

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Jin Zhi Star (US) Company
c/o its Registered Agent
Becker and Poliakoff
3111 Stirling Rd.
Fort Lauderdale, FL 33312-6566

LNT Trucking Inc
3521 Farrington Street
#2R
Flushing, NY 11354-2803

Mercedes Benz Financial Service
P O Box 5209
Carol Stream, IL 60197-5209

Milner, Inc.
P. O. Box 923197
Norcross, GA 30010-3197

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Porsche Payment Center
75 Remittance Drive
Suite 1738
Chicago, IL 60675-1738

Tangshan Ganglu Iron&steel Co Ltd
c/o Lida Rodriguez-Taseff, Esq.
Scott H. Marder, Esq.
Nicole L. Levy, Esq.
200 S. Biscayne Blvd., Ste 3400
Miami, FL 33131-5323

Tengshu Wang
5125 N Rosemead Blvd. #1
San Gabriel, CA 91776-6219

Trans Wagon Int'l (HK) Co. Limited
Room 1005-1006, 10th Floor Nathan Centre
580G - 580X Nathan Road
Mongkok, Kowloon, Hong Kong

Trump National Golf Club
100 Shadow Tree Lane
Briarcliff Manor, NY 10510-2259

Wei Chen
21200 NE 38 Ave., Ste 2805
Aventura, FL 33180-3879

Xue Han
21200 NE 38 Ave., Ste 2503
Aventura, FL 33180-3862

Zhanjiang Chi
21200 NE 38 Ave., Ste 2503
Aventura, FL 33180-3862

Zhe Jiang
1852 Aspen Lane
Weston, FL 33327-2356

Zhenzeng Du
21200 NE 38 Ave
Ste 2503
Aventura, FL 33180-3862

Brett D Lieberman
401 E Las Olas Blvd # 1400
Ft Lauderdale, FL 33301-2218

Kenneth A Welt
1776 Pine Island Rd #101
Plantation, FL 33322-5200

Thomas M. Messana Esq.
401 E Las Olas Blvd # 1400
Fort Lauderdale, FL 33301-2218

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

International Revenue Service
Ogden, UT 84201-0039

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)GHJ Construction Corporation

(u)Tangshan Ganglu Iron & Steel Company, Ltd.

(u)Big Profit Asia Limited
Rm. 1708
Fung Shing Industries
Bld. No. 32
Shan Mei S.
Fotan Shatin, H.K.

(u)Cheer Force Investments Limited Add

(u)Market Energy Limited

(u)Max Moore Company Add. Shop 59 G/F HA

(u)Nation Glory Limited
**No Address Provided**

(u)W C
**Deleted PER DE 61**

(u)Z J
**Deleted PER DE 61**

(u)Zheng Cai Xia
**No Address Provided**

End of Label Matrix
Mailable recipients      37
Bypassed recipients      10
Total                    47