**ORDERED in the Southern District of Florida on** _____



John K. Olson, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

**US Capital/Fashion Mall, LLC,** *et al.*,

Debtor.
_____/

Case No. **14-32819-JKO**
(Jointly Administered)

Chapter 7

## ORDER DISCHARGING ORDER TO SHOW CAUSE [ECF 107] IN PART, DIRECTING DUANE MORRIS LLP TO FILE PAPERS, AND SANCTIONING LIDA RODRIGUEZ-TASEFF IN THE INTERIM

This case came before the Court on January 27, 2015, on the Court's order to show cause

why counsel for Tangshan Ganglu Iron & Steel Company LTD. ("Ganglu"), Lida Rodriguez-Taseff

and Kevin Vance, should not be sanctioned for improper conduct, Duane Morris LLP removed as

counsel for Ganglu, and certain *pro-hac vice* admissions removed [ECF 107].

For the reasons stated on the record, it is hereby **ORDERED:**

1.      The order to show cause [ECF 107] is **DISCHARGED** with respect to Rudolph J. DiMassa, Jr. and Lawrence J. Kotler.

2.      The order to show cause [ECF 107] with respect to Kevin Vance is hereby taken under advisement.  Duane Morris LLP is **DIRECTED** to file papers explaining: (a) why Kevin Vance's CM-ECF filing privileges should not be revoked,  (b) why Kevin Vance uploaded an amended agreed order, via E-orders, on November 3, 2014 at 14:56:40, directly contrary to the oral representation made at the hearing on January 27, 2015 that the amended agreed order was not submitted via E-orders, and (c) how the representations in [ECF 191] and [ECF 192] describing the filing of a stipulation for stay relief with an attached proposed agreed order, wherein the Court's transaction report [Exhibit 1 to this Order] shows that the amended agreed order [Exhibit 2 to this Order] was also uploaded as a stand alone document, are not willfully false and misleading.

3.      The order to show cause [ECF 107] is still before the court with respect to Lida Rodriguez-Taseff, pending the filings by Duane Morris LLP directed in this order.  As an interim sanction, Lida Rodriguez-Taseff is hereby suspended from the practice of law in the United States Bankruptcy Court for the Southern District of Florida.  She may reapply for admission to practice, or for the lifting of this suspension, anytime after April 30, 2015 upon a showing of rehabilitation which shall include proof that she has attended no less than 30 hours of continuing legal education ("CLE") in professional ethics and/or professional responsibility.  Such CLE

2

training hours are to be completed in person.

###

Copies furnished to:

All parties in interest

# EXHIBIT 1



| Vance,Kevin | 11-03 14:56:40 | 14-32819-JKO | 22857277 | Amended_Agreed_Order.pdf) !! and routed it to CRD-Inbox folder |
| Graster-Thomas,Tanesha | 2014-11-04 14:51:30 | 14-32819-JKO | 22868385 | Updated the status of the signed order 558951("Motion to Appear pro hac vice ") to Docketed. |
| Graster-Thomas,Tanesha | 2014-11-04 15:33:42 | 14-32819-JKO | 22869171 | Updated the status of the signed order 558952("Motion to Appear pro hac vice ") to Docketed. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Costanzo,Joseph | 2014-11-05 09:51:55 | 14-32819-JKO | 22873920 | Routed the order 560039(Document - Doc#38) from CRD-Inbox folder to LC-Inbox folder |
| Brownell,Aaron | 2014-11-05 10:00:41 | 14-32819-JKO | 22874198 | Edited notes of the order 560039(Document ) |

# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:

US CAPITAL/FASHION MALL, LLC, et al.,[1]

Case No.: 14-32819-JKO

Chapter 7

Debtors.

_____/    (Jointly Administered)

## AMENDED AGREED[2] ORDER GRANTING TANGSHAN GANGLU IRON & STEEL COMPANY, LTD.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001 FOR LIMITED PURPOSE

Tangshan Ganglu Iron & Steel Company, LTD. ("Ganglu") has filed with the Bankruptcy

Court a Motion for Relief from the Automatic Stay [ECF No. 10 filed in Mapuche, LLC, Case

No. 14-32827-JKO] (the "Stay Relief Motion") for the limited purposes of (i) permitting Ganglu

to submit a proposed form of order after evidentiary hearing to the State Court, consistent with

findings of fact promulgated by the State Court; (ii) permitting the State Court to enter/approve

the proposed form of order, consistent with the State Court's directive as set forth in the

Transcript of the Factual Findings; and (iii) permitting the State Court to address and decide the

---

[1] The jointly administered Debtors are: US Capital/Fashion Mall, LLC (14-32819-JKO); US Capital Holdings, LLC (14-32822-JKO); and Mapuche, LLC (14-32827-JKO).

[2] The form of this Amended Agreed Order has been agreed to by the Trustee, but not by the Debtors or by Mr. Wei Chen.

ratification issue (the "Relief Requested"). The Court, having reviewed the Stay Relief Motion, having noted the Stipulation concerning the Stay Relief Motion which reflects (A) Ganglu has agreed that (i) this Court is the appropriate forum to preserve and to dispose of the Debtors' property and to address transfers of property of the estates, and (ii) the Trustee is an appropriate fiduciary for these purposes, and (B) the Trustee's consent to the entry of this Order, and good cause appearing, it is:

**ORDERED** as follows:

1.  The Stay Relief Motion is hereby GRANTED as set forth herein.

2.  The automatic stay is hereby lifted solely for the purpose of permitting: (i) Ganglu to submit a proposed form of order after evidentiary hearing to the State Court, consistent with findings of fact promulgated by the State Court; (ii) the State Court to enter/approve the proposed form of order, consistent with the State Court's directive as set forth in the Transcript of the Factual Findings; and (iii) the State Court to address and decide the ratification issue raised therein.

3.  Ganglu shall not seek to dismiss any of the Debtors' bankruptcy cases, including with respect to the Relief Sought in the Stay Relief Motion.

###

Submitted by:
Kevin E. Vance, Esquire
**DUANE MORRIS LLP**
200 South Biscayne Boulevard, Suite 3400
Miami, Florida 33131
Telephone: 305.960.2311 / Facsimile: 305.397.2264
*kevance@duanemorris.com*
*Attorneys for Tangshan Ganglu*
*Iron & Steel Company, Ltd.*

***The party submitting this Amended Agreed Order shall serve a conformed copy of the signed Amended Agreed Order on all parties of interest.***

# E-Orders Transaction Report
### Report Period: (no start date) - (no end date)
### Generated: Wed Jan 28 11:10:02 2015



| User | Date | Case Number | Transaction ID | Description |
|---|---|---|---|---|
| Vance,Kevin | 2014-10-29 09:50:39 | 14-32819-JKO | 22807603 | Added Main Document to order 558951(Motion to Appear pro hac vice - Doc#30 Filename - Proposed_Order_MOTION_TO_APPEAR_PRO_HAC_VICE-DI_MASSA.pdf) !! and routed it to CRD-Inbox folder |
| Vance,Kevin | 2014-10-29 09:51:21 | 14-32819-JKO | 22807624 | Added Main Document to order 558952(Motion to Appear pro hac vice - Doc#31 Filename - Proposed_Order_MOTION_TO_APPEAR_PRO_HAC_VICE-Kotler.pdf) !! and routed it to CRD-Inbox folder |
| Costanzo,Joseph | 2014-10-29 09:59:30 | 14-32819-JKO | 22807784 | Routed the order 558951(Motion to Appear pro hac vice - Doc#30) from CRD-Inbox folder to LC-Inbox folder |
| Costanzo,Joseph | 2014-10-29 09:59:30 | 14-32819-JKO | 22807784 | Routed the order 558952(Motion to Appear pro hac vice - Doc#31) from CRD-Inbox folder to LC-Inbox folder |
| Brownell,Aaron | 2014-11-03 14:00:18 | 14-32819-JKO | 22856310 | Stamped the order 558951(Motion to Appear pro hac vice - Doc#30) in LC-Inbox folder with Sign_Orders action |
| Brownell,Aaron | 2014-11-03 14:00:18 | 14-32819-JKO | 22856310 | Stamped the order 558952(Motion to Appear pro hac vice - Doc#31) in LC-Inbox folder with Sign_Orders action |
|  | 2014- |  |  | Added Main Document to order 560039(Document - Doc#38 Filename - |