# EXHIBIT "D"

### Page 1

```
 1   UNITED STATES BANKRUPTCY COURT
       SOUTHERN DISTRICT OF FLORIDA
 2
 3  IN RE:         CASE NO. 14-32819-JKO
 4  US CAPITAL/FASHION MALL, LLC,
 5       Debtor.
                                         /
 6  IN RE:         CASE NO. 14-32822-JKO
 7  US CAPITAL HOLDINGS, LLC,
 8       Debtor.
                                         /
 9  IN RE:         CASE NO. 14-32827-JKO
10  MAPUCHE, LLC,
11       Debtor.
                                         /
12
            ECF #26, 28 (14-32819)
13          ECF #5, 25, 26, 27 (14-32822)
            ECF #4, 10, 18, 32, 36, 37(14-32827)
14
            October 30, 2014
15
        The above-entitled cause came on for hearing
16  before the Honorable JOHN K. OLSON, one of the Judges in
    the UNITED STATES BANKRUPTCY COURT, in and for the
17  SOUTHERN DISTRICT OF FLORIDA, at 299 E. Broward Blvd.,
    Fort Lauderdale, Broward County, Florida on October 30,
18  2014, commencing at or about 9:30 a.m., and the following
    proceedings were had.
19
20
21
        Transcribed from a digital recording by:
22       Cheryl L. Jenkins, RPR, RMR
23
24
25
```

### Page 2

```
 1
 2
 3           APPEARANCES:
 4
         KENNETH A. WELT, Trustee
 5
 6
         GENOVESE JOBLOVE & BATTISTA, by
 7          GLENN D. MOSES, Esquire
            MICHAEL SCHUSTER, Esquire
 8          On behalf of the Trustee
 9
10       MESSANA LAW FIRM, by
            BRETT LIEBERMAN, Esquire
11          On behalf of the debtors
12
13       BRINKLEY MORGAN, by
            MARK LEVY, Esquire
14          On behalf of the City of Plantation
15
16       DUANE MORRIS, LLP, by
            LIDA RODRIGUEZ-TASEFF, Esquire
17          On behalf of Tangshan Ganglu Iron & Steel
18
19       GRAY ROBINSON, by
            STEVEN SOLOMON, Esquire
20          On behalf of BCEGI, LLC and GHJ Construction
21
22       MARKOWITZ DAVIS RINGEL TRUSTY + HARTOG, by
            GRACE ROBSON, Esquire
23          On behalf of Chen Wei
24
25
```

### Page 3

```
 1
 2            Continued Appearances
 3
 4   DAMARIS D. ROSICH-SCHWARTZ, Staff Attorney
       Office of the U.S. Trustee
 5     Department of Justice
 6
              ALSO PRESENT
 7
 8   ECRO - Electronic Court Reporting Operator
 9          - - - - - - -
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

### Page 4

```
 1          THE COURT:  Okay.  US Fashion Mall and
 2  related companies, US Capital, Mapuche and so on.
 3          MR. WELT:  Good morning, your Honor.
 4          THE COURT:  Good morning, Mr. Welt.
 5          MR. WELT:  Kenneth A. Welt, Chapter 7
 6  trustee for the three debtor entities.
 7          THE COURT:  Thank you, Mr. Welt.
 8          MR. MOSES:  Good morning, your Honor.
 9  Glenn Moses, Genovese Joblove & Battista on behalf of
10  Mr. Welt.  I'm also joined with my colleague,
11  Mr. Michael Schuster.
12          THE COURT:  Good morning Mr. Moses and
13  Mr. Schuster.
14          MS. ROSICH-SCHWARTZ:  Good morning,
15  your Honor.  Damaris Rosich-Schwartz on behalf of the
16  United States Trustee.
17          THE COURT:  Thank you, Ms. Rosich-Schwartz.
18          How did you get the luck of the draw here?
19          MS. ROSICH-SCHWARTZ:  I wouldn't call it
20  luck necessarily.
21          THE COURT:  You got to be the catcher on the
22  U.S.T.'s traveling team.
23          MR. LIEBERMAN:  Good morning, your Honor.
24  Brett Lieberman on behalf of the debtors, US
25  Capital/Fashion Mall, US Capital Holdings and Mapuche.
```

Page 17

1  THE COURT: Thank you. Okay. I'll grant
2 those motions in each of the three cases.
3  MR. LIEBERMAN: Thank you, your Honor.
4  THE COURT: And the lead case will be
5 Mapuche, or the lead case will be US Capital?
6  MR. LIEBERMAN: The first filed case was US
7 Capital Fashion Mall, your Honor. It's the ---
8  THE COURT: It's the third ---
9  MR. LIEBERMAN: It's the sub of a sub, yes,
10 your Honor.
11  THE COURT: Okay. Well, I suppose if
12 Eastern Airlines can be known as Ionosphere Clubs for
13 history, Mapuche can be known as US Fashion Mall.
14  Okay. We'll put them all into US Fashion
15 Mall.
16  Now, anything else left?
17  MR. MOSES: That's it for today, your Honor.
18  THE COURT: Okay. I saw that the -- do we
19 have a continued date on the motion for stay relief by
20 Ganglu, is that ---
21  MR. MOSES: That's the 25th, your Honor.
22  THE COURT: It's on the 25th?
23  MR. MOSES: Yes. I believe it's 9:30. I
24 have to check.
25  THE COURT: Okay.

Page 18

1  MR. MOSES: I believe it's at 9:30.
2  THE COURT: Well, I'll see you all ---
3  MR. LIEBERMAN: And, Judge, as a matter of
4 housekeeping, with respect to that continuance, first of
5 all, Mr. Massana appreciates this Court's willingness to
6 continue it. He is in Africa right now on a safari, but I
7 would request that the Court modify its order on the
8 continuance to include a -- the contemplation of 362(e),
9 since there the continued hearing is after the 30 days
10 from the filing of the motion, we'd ask that the stay just
11 stay in place until the hearing be had on that.
12  THE COURT: Any objection, Ms. Rodriguez?
13  MS. RODRIGUEZ: Yes, your Honor. We are
14 very, very concerned.
15  Ganglu absolutely needs the stay lifted for
16 the very limited purpose of getting judges --
17 Judge Tutor's very clear rulings on October 3rd
18 memorialized on paper. That is our request, is simply to
19 get Judge Tuter to enter his order, which is very
20 important to Ganglu, because Ganglu is in the process of
21 trying to secure investors, and without a clear
22 indication from a court that it has prevailed on the
23 very central issue in litigation that was tried
24 before Judge Tuter, Ganglu is going to have its hands
25 tied.

Page 19

1  So for us, that is just a non-starter,
2 your Honor.
3  THE COURT: Okay.
4  MR. LIEBERMAN: Your Honor, I could ---
5  THE COURT: Does anyone object to the
6 granting of stay relief solely for that purpose?
7  MR. LIEBERMAN: Yes, your Honor. I mean,
8 we'd like to have an opportunity to object to stay relief.
9 We think that it is not efficient. We don't know why
10 equity would need to go back to state court if the relief
11 sought in the complaint for liquidation, and if the
12 appointment of professional fiduciary is essentially being
13 granted by the commencement of these cases, and to the
14 extent that, your Honor, this stay motion has been
15 continued until November 25th by agreement, we would
16 just ask that the stay be imposed until that hearing be
17 had.
18  THE COURT: Okay.
19  MS. RODRIGUEZ: Your Honor, if I may respond
20 to that?
21  It is believing to Ganglu that Mapuche, or
22 whatever we want to call this, these entities would be
23 opposing, would be taking a position on whether or not
24 Judge Tutor's order, which relates to the actions of
25 members, not the company itself, why would they be taking

Page 20

1 a position? The ruling by Judge Tuter did not implicate
2 the actions of Mapuche. It implicated the actions of one
3 of the two members.
4  THE COURT: Wei Chen.
5  MS. RODRIGUEZ: Correct, your Honor, and as
6 a result of that, in light of the fact that the ruling of
7 Judge Tuter only implicated the actions of Mr. Chen, it
8 would be -- Mapuche should just govern itself by whatever
9 determination the judge made.
10  So it's -- the debtor should not be
11 taking a position as to -- as to whether or not one of
12 the members forged documents, and whether or not an order
13 that was entered -- that should be entered after a full
14 trial should be entered on that particular issue.
15  THE COURT: Thank you.
16  MR. LIEBERMAN: Your Honor, there is a
17 motion for stay pending. It has been continued until
18 November 25th. I didn't believe that we were going to
19 argue it today, and ---
20  THE COURT: I hadn't intended to, but I see,
21 Ms. Rob -- Ms. Robson, what's your -- Ms. Robson what's
22 your position?
23  MS. ROBSON: Good morning, your Honor.
24 Grace Robson, Markowitz Ringel Trusty + Hartog. We
25 represent Wei Chen, and I did not also think that the

5 (Pages 17 to 20)

Page 21

1 issues discussed regarding the basis for the stay relief
2 were going to be argued today. I was simply here to
3 observe but, your Honor, I would say that we would
4 obviously dispute the allegations and the argument made by
5 counsel for Ganglu today, and request that your Honor just
6 have the hearing when it's set. I have no objection to
7 the request by Mr. Lieberman on 362(e).
8         THE COURT: Okay. I'm going to give the
9 trustee an opportunity to do some thinking about this as
10 well, and I don't know what the trustee's position on
11 any of it is, and since there was an agreement to
12 continue this, I will stick the parties with that
13 agreement.
14         The hearing on the motion for stay relief in
15 Mapuche is continued to November 25th, and the automatic
16 stay is continued through the conclusion of that hearing,
17 and a ruling on that motion.
18         MR. LIEBERMAN: Thank you, your Honor. I'll
19 upload an amended order.
20         THE COURT: That's fine. Run it past
21 Ms. Rodriguez and Mr. Moses, if you would.
22         MR. LIEBERMAN: Of course.
23         THE COURT: And Ms. Rob -- Robson, Robson,
24 Robson. Sorry, I have a friend in Tampa whose name is
25 spelled exactly the same way, and it's pronounced Robson,

Page 22

1 and I will probably never get it right, Ms. Robson.
2         MS. ROBSON: Either way is fine, your Honor.
3         THE COURT: All right. Mr. Lieberman, give
4 me that order.
5         MR. LIEBERMAN: Thank you, your Honor.
6         THE COURT: Anything else in --
7         MR. MOSES: That's it for today,
8 your Honor.
9         THE COURT: -- the Fashion Mall saga?
10         (No verbal response.)
11         THE COURT: Mr. Levy, how is the city's
12 temperature this week?
13         MR. LEVY: Your Honor, as you know the city
14 is very concerned that this project ultimately be
15 successful. We've had some conversations with Mr. Moses
16 and Mr. Welt, and there are scheduled meetings so that
17 we can try to make that happen as best we can, but the
18 city will closely monitor these proceedings so we can
19 try to get a responsible developer in place for the
20 project.
21         THE COURT: Okay. Thank you. I think
22 that's it then --
23         MR. MOSES: Thank you, your Honor.
24         THE COURT: -- for the Fashion police.
25         MR. LIEBERMAN: Thank you, your Honor.

Page 23

1         MS. ROERIGUEZ-TASEFF: Thank you, your
2 Honor.
3         THE COURT: Thank you all.
4
5
6
7         (Thereupon, the hearing was concluded.)

Page 24

CERTIFICATION

STATE OF FLORIDA    :
COUNTY OF MIAMI-DADE :

    I, Cheryl L. Jenkins, RPR, RMR, Shorthand
Reporter and Notary Public in and for the State of Florida
at Large, do hereby certify that the foregoing proceedings
were transcribed by me from an audio recording held on the
date and from the place as stated in the caption hereto on
Page 1 to the best of my ability.
    WITNESS my hand this 4th day of November,
2014.

_____
CHERYL L. JENKINS, RPR, RMR
Court Reporter and Notary Public
in and for the State of Florida at Large
Commission #FF064003
December 27, 2017