UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

US CAPITAL/FASHION MALL, LLC, et al.,

    Debtor.
_____/

Case No. 14-32819-JKO
(Jointly Administered)

Chapter 7

### THE CITY OF PLANTATION'S OPPOSITION TO TANGSHAN GANGLU IRON & STEEL CO. LTD'S MOTION FOR ENTRY OF AN ORDER CONVERTING THE JOINTLY ADMINISTERED BANKRUPTCY CASES <u>UNDER CHAPTER 11 OF THE BANKRUPTCY CODE (ECF NO. 177)</u>

The City of Plantation, by and through its undersigned counsel, files this Opposition to Tangshan Ganglu Iron & Steel Co., Ltd's ("Ganglu") Motion for Entry of an Order Converting the Jointly Administered Bankruptcy Cases under Chapter 11 of the Bankruptcy Code (ECF No. 177), and states as follows:

### <u>Preliminary Statement</u>

1.    The City of Plantation ("City") opposes the conversion of these consolidated bankruptcy cases to Chapter 11. Instead, the City believes that a sale of the Fashion Mall Property to an independent third party represents the best chance to put this important property back into productive economic use. Simply put, the City does not believe that the Debtors, or Ganglu, will ever complete the redevelopment of the Fashion Mall Property. Accordingly, the City opposes Ganglu's Motion to Convert, and supports the Trustee's Motion for an Order Authorizing Auction Sale of Fashion Mall Property. (ECF No. 207).

### <u>Background</u>

2.    Since September 30, 2004, the Debtor U.S. Capital/Fashion Mall, LLC has owned approximately 32 acres of real estate known as the former Plantation Fashion Mall, located at

321 North University Drive, in the City of Plantation ("Fashion Mall Property").  The Fashion Mall Property is located in the center of the City (on University Drive just to the north of Broward Boulevard), an area which is considered to be a premier business and commercial district of the City.  The Fashion Mall Property, which consisted of an upscale shopping mall ("Fashion Mall"), attached to an office building ("Executive Pavilion"), has been unoccupied since 2006 when the City ordered it to be vacated due to unresolved fire/safety issues that had been present since the time the Debtor purchased the Fashion Mall Property.  Now nearly ten years later, the property sits in a state of disrepair, and the issues remain unresolved.

3. The City has encountered problems with the Debtor, U.S. Capital/Fashion Mall, LLC, almost from the outset of their relationship.  Prior to the time it purchased the Fashion Mall Property in 2004, U.S. Capital/Fashion Mall, LLC was advised that there existed fire/safety issues that needed to be addressed.  On October 29, 2004, the parties entered into an Agreement for the Extension and Installation of Fire Services Facilities, which provided that the Debtor complete necessary improvements according to certain timetables.  The Debtor failed to meet those deadlines and in January 2006 the City provided a formal notice of default, which ultimately led to the City being required to force the evacuation of the Fashion Mall Property.  The Fashion Mall Property has remained empty and dormant since that time.

4. Since 2004, the Debtors have allowed the Fashion Mall Property to fall into disrepair and it generally has been described by citizens as an "eyesore."  When the Debtors filed their previous Chapter 11 bankruptcy case in 2012, the City was in the process of issuing code violations due to the poor appearance of the Fashion Mall Property.  The Debtors fought the City's request in the bankruptcy court that they improve the Property, arguing in part that it would be addressed when the Fashion Mall Property is redeveloped. At the present time, all

construction has stopped, the building has been abandoned by all contractors, all permits for work have expired for inactivity, the interior of the building is open and contains incomplete service infrastructure and incomplete life safety improvements. The building has not been in compliance with the Florida Building Code or incorporated building codes since 2004 through todays date – over a decade. Instead of being one of Plantation's signature commercial developments, it has become from owner neglect an influence for urban blight.

## Argument

5.      According to its Motion, Ganglu has been an investor in this project since 2004. (Motion at 1).  If Ganglu is correct that it has merely been a passive investor, then it has been asleep at the switch while this project has languished. If Ganglu's role is more active, then it bears direct responsibility for the status of the Fashion Mall Property.  It was Ganglu, through Mapuche, that provided the funds necessary to fund the Chapter 11 Plans of the Debtors in their 2012 cases.  Those Plans did not provide for the redevelopment of the Fashion Mall Property, only to pay off the existing creditors – which is precisely what Ganglu proposes to do in 2015. The City fears that if allowed to proceed on such a course, two years from now the Debtor and the project will be no further along.

6.      With this project remaining unfinished, the City and its citizens no doubt experience a decrease in property values.  Indeed, the taxes for the property have not been paid in three years.  Furthermore, the completion of a mixed use project would be a boost to the economy as it would create numerous employment opportunities in the short and long term.  The Examiner appointed in the Debtors' 2012 bankruptcy cases found that "[t]he Debtors' management team does not have the necessary skill set or experience to develop a project of this magnitude." (Case No. 12-14517-JKO, ECF No. 211 at 4).    There is little reason to believe that

the Debtors can bring this project to completion anytime in the future. Further, in the absence of the completion of the construction effort and installation of life/safety improvements required under the Florida Building Code, the City will have little choice but to institute and complete unsafe structure proceedings against this site at considerable public expense. The status quo is not acceptable to the City or its citizens.

WHEREFORE, City of Plantation respectfully requests that this Court deny Tangshan Ganglu Iron & Steel's Motion for Entry of an Order Converting the Jointly Administered Bankruptcy Cases to Cases Under Chapter 11 of the Bankruptcy Code, and to grant the Trustee's Motion for an Order Authorizing Auction Sale of Fashion Mall Property.

### Certification

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing Objection was served on this 10th day of February, 2015 via CM/ECF as set forth on the attached Service List.

> BRINKLEY MORGAN
> Attorneys City of Plantation
> 200 East Las Olas Boulevard, Suite 1900
> Fort Lauderdale, Florida 33301
> Telephone: (954) 522-2200
> Facsimile: (954) 522-9123
> E-Mail: mark.levy@brinkleymorgan.com
>
> By: /s/ Mark A. Levy
>     MARK A. LEVY
>     Florida Bar No. 121320

## SERVICE LIST

### SERVED VIA CM/ECF ON FEBRUARY 10, 2015:

Thomas M. Messana and Brett Lieberman
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Email: tmessana@messana-law.com; emair@messana-law.com; blieberman@messana-law.com; thurley@messana-law.com; tmessana@bellsouth.net; nbarrus@messana-law.com; ekates@bakerlaw.com; jmooremaley@messana-law.com; tzeichman@messana-law.com
Attorney for Debtor

Kenneth A. Welt
1776 Pine Island Road, Suite 101
Plantation, FL 33322
Email: fl10@ecfcbis.com; pacerfilings@gmail.com; kaw@trustesolutions.net; court@trusteeservices.biz
Trustee

Glenn D. Moses and Michael L. Schuster
100 SE 2 Street, Suite 4400
Miami, FL 33131
Email: gmoses@gjb-law.com; gjbecf@gjb-law.com; mschuster@gjb-law.com; chopkins@gjb-law.com;vlambdin@gjb-law.com; mchang@gjb-law.com;scomer@gjb-law.com
Attorney for Trustee, Kenneth A. Welt

Office of the US Trustee
51 SW 1st Avenue, Suite 1204
Miami, FL 33130
Email: USTPRegion21.MM.ECF@usdoj.gov
United States Trustee

Joaquin J. Alemany
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Email: joaquin.alemany@hklaw.com; jose.casal@hklaw.com
Attorney for Creditor Tangshan Ganglu Iron & Steel Company, Ltd.

Valerie Barton Barnhart
Kelley Kronenberg PA
8201 Peters Road, #4000
Fort Lauderdale, FL 33324
Email:  vbarnhart@kelleykronenberg.com, jgardella@kelleykronenberg.com, sosber@kelleykronenberg.com
Attorney for Creditors Lotspeich Co. of Florida, Inc. and Right Way Plumbing Co.

Richard E. Berman
2101 W. Commercial Blvd., #2800
Fort Lauderdale, FL 33309
reb@bermankean.com, deannel@bermankean.com
Attorney for Creditor Wei Chen

Timothy R. Bow
9130 S. Dadeland Blvd., #1800
Miami, FL 33156
tbow@mrthlaw.com, jgarey@mrthlaw.com, ycandia@mrthlaw.com, mrthbkc@gmail.com, ecfnotices@mrthlaw.com
Attorney for Creditor Wei Chen

Daniel DeSouza
1515 N. University Drive, #209
Coral Springs, FL 33071
ddesouza@desouzalaw.com
Attorney for Creditor DeSouza Law, P.A.

Drew M. Dillworth
ddillworth@stearnsweaver.com, mfernandez@stearnsweaver.com; bank@stearnsweaver.com; rross@stearnsweaver.com; dillworthcdp@ecf.epiqsystems.com; cgraver@stearnsweaver.com
Attorney for Other Professionals Duane Morris LLP, Kevin E. Vance, Lawrence J. Kotler, Lida Rodriguez-Taseff, Rudolph J. DiMassa, Jr.

Jeffrey R. Eisensmith
5561 N. University Drive, #103
Coral Springs, FL 33067
je@eisensmithlaw.com
Attorney for Creditor Electrical Supplies, Inc.

Michael J. Friedman
300 SW 1 Avenue, #150
Fort Lauderdale, FL 33301
mfriedman@vlplaw.com
Attorney for Southeast Mechanical Contractors, LLC

John C. Hanson
The Barthet Firm
200 S. Biscayne Blvd., #1800
Miami, FL 33131
jhanson@barthet.com
Attorney for Creditor Meisner Electric, Inc.

Jason Z. Jones
9100 S. Dadeland Blvd., Suite 1500
Miami, FL 33156
jjones@joneslawpa.com
Attorney for Creditor Caddell Construction Co. (DE), LLC

Nicole L. Levy
nllevy@duanemorris.com, LRTaseff@duanemorris.com, dperez@duanemorris.com, YArnavat-Parga@duanemorris.com, shmarder@duanemorris.com, DiMassa@duanemorris.com, LJKotler@duanemorris.com
Attorney for Creditor Tangshan Ganglu Iron & Steel Company, Ltd.

Charles H. Lichtman
350 E. Las Olas Blvd., #1000
Fort Lauderdale, FL 33301
clichtman@bergersingerman.com, lwebster@bergersingerman.com; efile@bergersingerman.com
Attorney for Interested Parties Berger Singerman LLP and Mapuche LLC

Jerry M. Markowitz
9130 S. Dadeland Blvd., Suite 1800
Miami, FL 33156
jmarkowitz@mrthlaw.com, rrubio@mrthlaw.com, mrthbkc@gmail.com, gruiz@mrthlaw.com, ycandia@mrthlaw.com
Attorney for Creditor Wei Chen

Chad S. Paiva
250 S. Australian Avenue, Suite 700
West Palm Beach, FL 33401
chad.paiva@gmlaw.com, katrina.bankert@gmlaw.com
Attorney for Interested Party RAM Realty Acquisitions, LLC

Alan J. Perlman
350 E. Las Olas Blvd., #1150
Fort Lauderdale, FL 33301
aperlman@ralaw.com, mhannau@ralaw.com
Attorney for Interested Party New Wave Lenders (2014-B) LP

Grace E. Robson
101 NE 3 Avenue, #1210
Fort Lauderdale, FL 33301
grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com,sramirez@mrthlaw.com
Attorney for Creditor Wei Chen

Michael E. Rothenberg
701 Brickell Avenue, #3000
Miami, FL 33131
michael.rothenberg@hklaw.com, joaquin.alemany@hklaw.com
Attorney for Creditor Tangshan Ganglu Iron & Steel Company, Ltd.

Steven J. Solomon
333 SW 2 Avenue, Suite 3200
Miami, FL 33131
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
Attorney for Creditors BCEGI, LLC and GHJ Construction Corporation

Kevin E. Vance
kevance@duanemorris.com, cmackey@duanemorris.com;pnmendoza@duanemorris.com
Attorney for Creditor Tangshan Ganglu Iron & Steel Company, Ltd.

Gilbert Weisman
Becket & Lee
P.O. Box 3001
Malvern, PA 19355-0701
notices@becket-lee.com
Attorney for Creditor American Express Bank, FSB

[322] 9017-14009