UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| US Capital/Fashion Mall, LLC; | |
| US Capital Holdings, LLC; | Case No. 14-32819-JKO |
| Mapuche LLC, | Jointly Administered with |
| | Case Nos. 14-32822-JKO and |
| | 14-32827-JKO |
| Debtors. | |
| _____/ | |

**TANGSHAN GANGLU IRON & STEEL CO. LTD.'S RESPONSE IN OPPOSITION TO THE TRUSTEE'S MOTION FOR THE ENTRY OF AN ORDER (1) AUTHORIZING THE TRUSTEE TO SCHEDULE AUCTION SALE OF FASHION MALL PROPERTY, (2) APPROVING BIDDING PROCEDURES AND BREAKUP FEE IN CONNECTION WITH SALE, (3) APPROVING THE FORM AND MANNER OF NOTICE OF SALE, (4) SCHEDULING A FINAL HEARING, AND (5) APPROVING THE SALE OF THE FASHION MALL PROPERTY, FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES [ECF NO. 207]**

Tangshan Ganglu Iron & Steel Co. Ltd. ("Ganglu"), files this Objection to the Trustee's Motion for the Entry of an Order (1) Authorizing the Trustee to Schedule Auction Sale of Fashion Mall Property, (2) Approving Bidding Procedures and Breakup Fee in Connection With Sale, (3) Approving the Form and Manner of Notice of Sale, (4) Scheduling a Final Hearing, and (5) Approving the Sale of the Fashion Mall Property, Free and Clear of Liens, Claims and Encumbrances [ECF No. 207] (the "Sale Motion"),[1] and in support states:

**Objection**

1.      Although bankruptcy estates can, in certain circumstances, realize the highest and best value when property is sold in competitive and open market conditions, that concept does not

---

[1] Ganglu adopts all terms as they are used in its Motion to Convert [ECF No. 177] and the Trustee's Sale Motion [EC No. 207].

apply where the profit from such a sale – after all creditors, administrative claims, and post-petition financing obligations are paid – will unquestionably flow back to equity.

2. Specifically, here, the Trustee asks this Court to permit him to schedule a bidding auction of the Debtors' Property with a stalking horse bid of $24 million.

3. But there is simply no point to such competitive sale procedures when the obligations of these consolidated bankruptcy estates, without any claims objections yet adjudicated, do not exceed that $24 million figure.

4. Indeed, any sale amount that is greater than the estates' obligations will simply flow to equity, which is primarily Ganglu.

5. There is thus no point in this case to permit competitive bidding, or, for that matter, a sale of the Property at this time, which in turn will deny Ganglu's sole opportunity to realize a greater return on its ten year investment.

6. Rather, and as discussed in more detail in Ganglu's Motion to Convert and the cases cited therein [ECF No. 177],[2] public policy strongly favors reorganization and rehabilitation of troubled companies, and this Court should thus favor reorganizing the Debtors over their liquidation.

7. The Debtors' Property is considerably valuable as a redeveloped project – as the Trustee himself recognizes – so Ganglu should have the opportunity to realize that greater value through a wholesale redevelopment of the Property, particularly where it is willing to fund the Chapter 11 Plan, has already invested significantly in the Debtors, and is in the process of negotiating a joint venture agreement with reputable and experienced U.S.-based real estate developers.

---

[2] Ganglu intends to file a Supplement to its Motion to Convert.

8. In contrast to an immediate sale of the Property through competitive bids, this favored reorganization approach will not only pay all Creditors holding allowed claims, all administrative claims, and all post-petition obligations, but will also preserve Ganglu's equity interest in the Debtors, and any future increased value following the redevelopment of the Property.

**WHEREFORE**, Tangshan Ganglu Iron & Steel Co. Ltd., requests entry of an Order denying the Trustee' Sale Motion [ECF No. 207], and for such further relief deemed appropriate under the circumstances.

Dated: February 10, 2015.                    Respectfully submitted,

HOLLAND & KNIGHT LLP
*Counsel for Tangshan*
*Ganglu Iron & Steel Co., Ltd.*
701 Brickell Avenue, 33rd Floor
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile:  (305) 789-7799
E-mail: jose.casal@hklaw.com
E-mail: joaquin.alemany@hklaw.com
E-mail: michael.rothenberg@hklaw.com

By:  /s Jose A. Casal
       Jose A. Casal, Esq.
       Florida Bar No. 767522
       Joaquin J. Alemany
       Florida Bar No. 662380
       Michael E. Rothenberg, Esq.
       Florida Bar No. 74411

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2015, a true and correct copy of the foregoing was served via CM/ECF upon all parties registered to receive electronic notices in the above-captioned bankruptcy case as reflected on the below Service List.

By: /s Michael E. Rothenberg
Michael E. Rothenberg, Esq.

## SERVICE LIST

14-32819-JKO Notice will be electronically mailed to:

Joaquin J Alemany on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Valerie Barton Barnhart on behalf of Creditor Lotspeich Co. of Florida, Inc.
vbarnhart@kelleykronenberg.com,
jgardella@kelleykronenberg.com;sosber@kelleykronenberg.com

Valerie Barton Barnhart on behalf of Creditor Right Way Plumbing Co.
vbarnhart@kelleykronenberg.com,
jgardella@kelleykronenberg.com;sosber@kelleykronenberg.com

Becket and Lee LLP, Esq on behalf of Creditor American Express Bank FSB
notices@becket-lee.com

Richard E Berman on behalf of Creditor Wei Chen
reb@bermankean.com, deannel@bermankean.com

Timothy R Bow on behalf of Creditor Wei Chen
tbow@mrthlaw.com,
jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com,ecfnotices@mrthlaw.com

Daniel DeSouza on behalf of Creditor DeSouza Law, P.A.
ddesouza@desouzalaw.com

Drew M Dillworth on behalf of Other Professional Duane Morris LLP
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworth
cdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Drew M Dillworth on behalf of Other Professional Kevin E Vance
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworth
cdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Drew M Dillworth on behalf of Other Professional Lawrence J. Kotler
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworth
cdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Drew M Dillworth on behalf of Other Professional Lida Rodriguez-Taseff
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworth
cdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Drew M Dillworth on behalf of Other Professional Rudolph J. DiMassa, Jr.
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworth
cdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Jeffrey R Eisensmith on behalf of Creditor Electrical Supplies, Inc.,
je@eisensmithlaw.com

Michael J Friedman on behalf of Creditor Southeast Mechanical Contractors, LLC
mfriedman@vlplaw.com

John C Hanson on behalf of Creditor Meisner Electric, Inc.
jhanson@barthet.com

Jason Z. Jones, Esq. on behalf of Creditor Caddell Construction Co. (DE), LLC
jjones@joneslawpa.com

Mark A Levy, Esq on behalf of Interested Party City of Plantation
mark.levy@brinkleymorgan.com,
sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com

Nicole L Levy on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
nllevy@duanemorris.com, LRTaseff@duanemorris.com,dperez@duanemorris.com,YArnavat-
Parga@duanemorris.com,shmarder@duanemorris.com,DiMassa@duanemorris.com,LJKotler@d
uanemorris.com

Charles H Lichtman on behalf of Interested Party Berger Singerman LLP
clichtman@bergersingerman.com, lwebster@bergersingerman.com;efile@bergersingerman.com

Charles H Lichtman on behalf of Interested Party Mapuche LLC

5

clichtman@bergersingerman.com, lwebster@bergersingerman.com;efile@bergersingerman.com

Brett D Lieberman on behalf of Debtor Mapuche LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Debtor US Capital Holdings, LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Debtor US Capital/Fashion Mall, LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Interested Party Mapuche LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Interested Party US Capital Holdings, LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Jerry M Markowitz on behalf of Creditor Wei Chen
jmarkowitz@mrthlaw.com, rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Thomas M. Messana, Esq. on behalf of Debtor Mapuche LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Debtor US Capital Holdings, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Debtor US Capital/Fashion Mall, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Interested Party Mapuche LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Interested Party US Capital Holdings, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Glenn D Moses, Esq on behalf of Trustee Kenneth A Welt
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Chad S Paiva on behalf of Interested Party RAM Realty Acquisitions, LLC
chad.paiva@gmlaw.com, katrina.bankert@gmlaw.com

Alan J. Perlman, Esq. on behalf of Interested Party New Wave Lenders (2014-B) LP
aperlman@ralaw.com, mhannau@ralaw.com

Grace E. Robson, Esq. on behalf of Creditor Wei Chen
grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com,sramirez@mrthlaw.com

Michael E Rothenberg on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
michael.rothenberg@hklaw.com, joaquin.alemany@hklaw.com

Michael L Schuster on behalf of Trustee Kenneth A Welt
mschuster@gjb-law.com, gjbecf@gjb-law.com;mchang@gjb-law.com;scomer@gjb-law.com

Steven J. Solomon, Esq. on behalf of Creditor BCEGI, LLC
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Creditor GHJ Construction Corporation
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Kevin E. Vance on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
kevance@duanemorris.com, cmackey@duanemorris.com;pnmendoza@duanemorris.com

Kevin E. Vance on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
kevance@duanemorris.com, cmackey@duanemorris.com;pnmendoza@duanemorris.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

14-32819-JKO Notice will not be electronically mailed to:

Scott N. Brown

1 SE 3rd Ave, #1440
Miami, FL 33131

Rudolph J. Di Massa, Jr. on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
30 S 17 St
Philadelphia, PA 19103

Rudolph J. Di Massa, Jr. on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
30 S 17 St
Philadelphia, PA 19103

James S. Feltman
600 Brickell Ave #2520
Miami, FL 33131

Michael Goldberg
Akerman, LLP
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301

Lawrence J. Kotler on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
30 S 17 St
Philadelphia, PA 19103

Lawrence J. Kotler on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
30 S 17 St
Philadelphia, PA 19103

Kenneth M Krasnow
200 E. Las Olas Blvd, #1620
Ft. Lauderdale, FL 33301

Sandirose Magder
20125 NE 25 Ave
Miami, FL 33180

Daniel Socek
20125 NE 25 Ave
Miami, FL 33180

John J. Yanoviak
10211 W Sample Rd #207
Coral Springs, FL 33065