UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                Chapter 7

US Capital/Fashion Mall, LLC;
US Capital Holdings, LLC;                             Case No. 14-32819-JKO
Mapuche LLC,                                                Jointly Administered with
                                                                      Case Nos. 14-32822-JKO and
                                                                      14-32827-JKO

      Debtors.

_____/

### TANGSHAN GANGLU IRON & STEEL CO. LTD.'S NOTICE OF FILING SUPPLEMENTAL DOCUMENTS IN SUPPORT OF ITS MOTION FOR ENTRY OF AN ORDER CONVERTING THE JOINTLY ADMINISTERED BANKRUPTCY CASES TO CASES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

Tangshan Ganglu Iron & Steel Co. Ltd. ("Ganglu"), hereby gives notice of filing the following supplemental documents in support of its *Motion For Entry of an Order Converting the Jointly Administered Bankruptcy Cases to Cases Under Chapter 11 of the Bankruptcy Code* [ECF No. 177]:

    1.    Evidence of Ganglu Funding (attached hereto as Exhibit A);

    2.    Examiner's Report from the 2012 Bankruptcy (attached hereto as Exhibit B);

    3.    Debtor's General Ledger entries showing $48.65 million loaned/funded by Ganglu (attached hereto as Exhibit C);

    4.    Plan of Reorganization Term Sheet (attached hereto as Exhibit D);

    5.    Preliminary Claims Analysis (attached hereto as Exhibit E);

    6.    Initial Pre-Development Plan (attached hereto as Exhibit F);

    7.    Biographical information regarding Andy Hellinger (attached hereto as Exhibit G).

Dated: February 10, 2015.

Respectfully submitted,

HOLLAND & KNIGHT LLP
*Counsel for Tangshan*
*Ganglu Iron & Steel Co., Ltd.*
701 Brickell Avenue, 33rd Floor
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile:  (305) 789-7799
E-mail: jose.casal@hklaw.com
E-mail: joaquin.alemany@hklaw.com
E-mail: michael.rothenberg@hklaw.com

By:  /s Jose A. Casal
    Jose A. Casal, Esq.
    Florida Bar No. 767522
    Joaquin J. Alemany
    Florida Bar No. 662380
    Michael E. Rothenberg, Esq.
    Florida Bar No. 74411

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2015, a true and correct copy of the foregoing was served via CM/ECF upon all parties registered to receive electronic notices in the above-captioned bankruptcy case as reflected on the below Service List.

By: /s Joaquin J. Alemany
    Joaquin J. Alemany, Esq.

**SERVICE LIST**

14-32819-JKO Notice will be electronically mailed to:

Joaquin J Alemany on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Valerie Barton Barnhart on behalf of Creditor Lotspeich Co. of Florida, Inc.
vbarnhart@kelleykronenberg.com,
jgardella@kelleykronenberg.com;sosber@kelleykronenberg.com

Valerie Barton Barnhart on behalf of Creditor Right Way Plumbing Co.
vbarnhart@kelleykronenberg.com,
jgardella@kelleykronenberg.com;sosber@kelleykronenberg.com

Becket and Lee LLP, Esq on behalf of Creditor American Express Bank FSB
notices@becket-lee.com

Richard E Berman on behalf of Creditor Wei Chen
reb@bermankean.com, deannel@bermankean.com

Timothy R Bow on behalf of Creditor Wei Chen
tbow@mrthlaw.com,
jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com,ecfnotices@mrthlaw.com

Daniel DeSouza on behalf of Creditor DeSouza Law, P.A.
ddesouza@desouzalaw.com

Drew M Dillworth on behalf of Other Professional Duane Morris LLP
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworth
cdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Drew M Dillworth on behalf of Other Professional Kevin E Vance
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworth
cdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Drew M Dillworth on behalf of Other Professional Lawrence J. Kotler
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworth
cdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Drew M Dillworth on behalf of Other Professional Lida Rodriguez-Taseff

ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Drew M Dillworth on behalf of Other Professional Rudolph J. DiMassa, Jr.
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Jeffrey R Eisensmith on behalf of Creditor Electrical Supplies, Inc.,
je@eisensmithlaw.com

Michael J Friedman on behalf of Creditor Southeast Mechanical Contractors, LLC
mfriedman@vlplaw.com

John C Hanson on behalf of Creditor Meisner Electric, Inc.
jhanson@barthet.com

Jason Z. Jones, Esq. on behalf of Creditor Caddell Construction Co. (DE), LLC
jjones@joneslawpa.com

Mark A Levy, Esq on behalf of Interested Party City of Plantation
mark.levy@brinkleymorgan.com,
sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com

Nicole L Levy on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
nllevy@duanemorris.com, LRTaseff@duanemorris.com,dperez@duanemorris.com,YArnavat-Parga@duanemorris.com,shmarder@duanemorris.com,DiMassa@duanemorris.com,LJKotler@duanemorris.com

Charles H Lichtman on behalf of Interested Party Berger Singerman LLP
clichtman@bergersingerman.com, lwebster@bergersingerman.com;efile@bergersingerman.com

Charles H Lichtman on behalf of Interested Party Mapuche LLC
clichtman@bergersingerman.com, lwebster@bergersingerman.com;efile@bergersingerman.com

Brett D Lieberman on behalf of Debtor Mapuche LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Debtor US Capital Holdings, LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Debtor US Capital/Fashion Mall, LLC

4

blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Interested Party Mapuche LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Interested Party US Capital Holdings, LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Jerry M Markowitz on behalf of Creditor Wei Chen
jmarkowitz@mrthlaw.com, rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Thomas M. Messana, Esq. on behalf of Debtor Mapuche LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Debtor US Capital Holdings, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Debtor US Capital/Fashion Mall, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Interested Party Mapuche LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Interested Party US Capital Holdings, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Glenn D Moses, Esq on behalf of Trustee Kenneth A Welt
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Chad S Paiva on behalf of Interested Party RAM Realty Acquisitions, LLC
chad.paiva@gmlaw.com, katrina.bankert@gmlaw.com

Alan J. Perlman, Esq. on behalf of Interested Party New Wave Lenders (2014-B) LP
aperlman@ralaw.com, mhannau@ralaw.com

Grace E. Robson, Esq. on behalf of Creditor Wei Chen
grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com,sramirez@mrthlaw.com

Michael E Rothenberg on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
michael.rothenberg@hklaw.com, joaquin.alemany@hklaw.com

Michael L Schuster on behalf of Trustee Kenneth A Welt
mschuster@gjb-law.com, gjbecf@gjb-law.com;mchang@gjb-law.com;scomer@gjb-law.com

Steven J. Solomon, Esq. on behalf of Creditor BCEGI, LLC
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Creditor GHJ Construction Corporation
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Kevin E. Vance on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
kevance@duanemorris.com, cmackey@duanemorris.com;pnmendoza@duanemorris.com

Kevin E. Vance on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
kevance@duanemorris.com, cmackey@duanemorris.com;pnmendoza@duanemorris.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

14-32819-JKO Notice will not be electronically mailed to:

Scott N. Brown
1 SE 3rd Ave, #1440
Miami, FL 33131

Rudolph J. Di Massa, Jr. on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
30 S 17 St
Philadelphia, PA 19103

Rudolph J. Di Massa, Jr. on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
30 S 17 St
Philadelphia, PA 19103

James S. Feltman
600 Brickell Ave #2520
Miami, FL 33131

Michael Goldberg
Akerman, LLP
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301

Lawrence J. Kotler on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
30 S 17 St
Philadelphia, PA 19103

Lawrence J. Kotler on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
30 S 17 St
Philadelphia, PA 19103

Kenneth M Krasnow
200 E. Las Olas Blvd, #1620
Ft. Lauderdale, FL 33301

Sandirose Magder
20125 NE 25 Ave
Miami, FL 33180

Daniel Socek
20125 NE 25 Ave
Miami, FL 33180

John J. Yanoviak
10211 W Sample Rd #207
Coral Springs, FL 33065