# *GANGLU'S EQUITY IN THE DEBTORS*

| TAB NO.: | DATE(S) | TO | FROM | AMOUNT IN USD |
|---|---|---|---|---|
| 1. | 11-30-04 - 07-14-05 | Mapuche, LLC | Ganglu | $7,920,190.70 |
| 2. | 09-09-05 | Mapuche, LLC | Ganglu | $487,610.17 |
| 3. | 10-17-05 | Mapuche, LLC | Ganglu | $499,980.00 |
| 4. | 10-24-05 | Mapuche, LLC | Ganglu | $60,975.00 NOT INCLUDED IN TOTAL |
| 5. | 11-01-05 | Mapuche, LLC | Ganglu | $499,980.00 |
| 6. | 11-21-05 | Beijing Youerxin Economic & Technology Dev. Co., Ltd. (per Chen's instructions) | Ganglu (Name Incomplete) | $499,980.00 (4,100,000 RMB) |
| 7. | 12-12-05 | Beijing Jiarun Property Management (per Chen's instructions) | Xiaona Zhang (on behalf of Ganglu) | $199,980.00 (1,640,000 RMB) |
| 8. | 12-21-05 | Beijing Jiarun Property Management Co. Ltd. (per Chen's instructions) | Xiumin (surname illegible) (on behalf of Ganglu) | $799,980.00 (5,000,000 RMB) |

| 9. | 02-07-06 - 12-07-06 | Mapuche, LLC | Ganglu | $5,373,940.04 |
|---|---|---|---|---|
| 10. | 03-01-07 - 05-09-07 | Mapuche, LLC | Ganglu | $3,349,100.00 |
| 11. | 05-10-07 - 05-29-07 | Mapuche, LLC | Ganglu | $3,162,935.00 |
| 12. | 06-22-07 - 09-05-07 | Mapuche, LLC | Ganglu | $10,217,948.00 |
| 13. | 10-10-07 - 10-30-07 | Mapuche, LLC | From Ganglu on behalf of China Metallurgical International Engineering Co. ("MCC") | $19,984,950.00 |
| 14. | 02-01-08 | Wang Jin Xin (per Chen's instruction) | Nation Glory, Ltd.[1] | $2,400,000.00 |
| 15. | 02-01-08 | Mapuche | Ganglu paid on behalf of MCC | $30,000,000.00 |
| 16. | 02-21-08 | 321 North LLC (per Chen's instruction) | Ganglu paid on behalf of MCC | $10,000,000.00 |
| 17. | 04-03-08 | Mapuche, LLC | Nation Glory, Ltd.[1] | $200,000.00 |

---

[1] Nation Glory, Ltd. is Zhenzeng Du's company.

| | | | | |
|---|---|---|---|---|
| 18. | 03-27-08 - 05-16-08 | 321 North LLC (per Chen's instruction) | Ganglu paid on behalf of MCC | $5,600,000.00 |
| 19. | 06-16-08 | 321 North LLC (per Chen's instruction) | Nation Glory, Ltd.[1] | $2,600,000.00 |
| 20. | 09-02-08 | 321 North LLC (per Chen's instruction) | Sunny Team, Ltd.[2] | $500,000.00 |
| 21. | 09-02-08 | 321 North LLC (per Chen's instruction) | Sunny Team, Ltd.[2] | $200,0000.00 |
| 22. | 11-18-08 | Hong Linda Huang[3] (per Chen's instruction) | Sunny Team, Ltd.[2] | $300,000.00 |
| 23. | 02-27-09 | Hong Linda Huang[3] (per Chen's instruction) | Sunny Team, Ltd.[2] | $1,200,000.00 |
| 24. | 04-01-09 | Hong Linda Huang[3] (per Chen's instruction) | Sunny Team, Ltd.[2] | $300,000.00 |
| 25. | 04-17-09 | US Capital Holdings, LLC | Sunny Team, Ltd.[2] | $1,700,000.00 |
| 26. | 06-09-09 | US Capital Holdings, LLC | Nation Glory, Ltd.[1] | $500,000.00 |
| 27. | 05-27-11 - 10-12-11 | Mapuche, LLC | Ganglu | $2,377,000.00 |

---

[2] Sunny Team, Ltd. is owned by Mr. Du.

[3] Hong Linda Huang is Wei Chen's wife.

3

| | | | | |
|---|---|---|---|---|
| 28. | 03-27-12 | Mapuche, LLC | Market Energy, Ltd.[4] (on behalf of Ganglu) | $4,000,000.00 |
| 29. | 04/24/12 | Beijing Bangmao Consulting Co. Ltd. (per Chen's instructions via text message) | Ganglu (name illegible) | $2,325,000 (15,000,000 RMB) |
| | | Beijing Chengxin Consulting Co. Ltd. (per Chen's instructions via text message) | Ganglu (name illegible) | $2,325,000 (15,000,000 RMB)<br><br>Between 05/10/12 – 05/14/12 Chen transferred these monies to 5 companies:<br><br>- TransWagon Int'l (HK) Co., Ltd.<br>- Big Profit Asia Limited<br>- Max More Company Add. Shop 59<br>- Cheer Force Investments, Ltd.<br>- Grand Faith Trading, Ltd. |

---

[4] Market Energy, Ltd is owned by Mr. Du.

| 30. | 07-19-12 | Mapuche, LLC | Hao Yuan Investment PTE LTD[5] (on behalf of Ganglu) | $4,999,766.83 |

---

[5] Hao Yuan Investment PTE LTD is owned by Mr. Du.

| 31. | 08-02-12 | Mapuche, LLC | Market Energy, Ltd.[4] (on behalf of Ganglu) | $30,000,000.00 |
|---|---|---|---|---|
| 32. | 10-22-12 | Mapuche, LLC | Zhen Zeng Du (on behalf of Ganglu) | $5,000,000.00 |
| | | | **TOTAL:** | **$161,323,360.74** |