Mapuche LLC                                         Year-to-date Ledger - Accrual                                    4-01-2014   Page 18

|       |       |       |       |                   | Beginning |       |        | Ending |
| Date | Jrn | Ref 1 | Ref 2 | Transaction Desc | Balance | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| 10-00-240305 | Loans Payable - GL | | | | | | | |
| 3-27-2012 | CMDP | MABOA5425 | 2012-0327 | Loan from MEL | | | 4,000,000.00- | |
| 3-27-2012 | CMDP | MABOA5425 | 2012-0327 | (REV) Loan from MEL | | | 4,000,000.00 | |
| 3-27-2012 | CMDP | MABOA5425 | 2012-0327 | Loan from GL | | | 4,000,000.00- | |
| | | | | Total 3-31-12 | .00* | .00* | 4,000,000.00- | 4,000,000.00-* |
| 5-09-2012 | JGE | $50MLoan | $99979 | Wire In Fee By China Bank | | | 21.00- | |
| 5-09-2012 | CMDP | MABOA5425 | 2012-0509 | Loan from GL | | | 99,979.00- | |
| 5-10-2012 | JGE | $50MLoan | $999979 | Wire In Fee By China Bank | | | 21.00- | |
| 5-10-2012 | JGE | $50MLoan | $399979 | Wire In Fee By China Bank | | | 21.00- | |
| 5-10-2012 | CMDP | MABOA5425 | 2012-05101 | Loan from GL | | | 999,979.00- | |
| 5-10-2012 | CMDP | MABOA5425 | 2012-05102 | Loan from GL | | | 399,979.00- | |
| 5-10-2012 | CMDP | MABOA5425 | 2012-05103 | Loan from GL | | | 100,000.00- | |
| 5-11-2012 | JGE | $50MLoan | $1199979 | Wire In Fee By China Bank | | | 21.00- | |
| 5-11-2012 | JGE | $50MLoan | $399979 | Wire In Fee By China Bank | | | 21.00- | |
| 5-11-2012 | CMDP | MABOA5425 | 2012-05111 | Loan from GL | | | 1,199,979.00- | |
| 5-11-2012 | CMDP | MABOA5425 | 2012-05112 | Loan from GL | | | 399,979.00- | |
| 5-11-2012 | CMDP | MABOA5425 | 2012-05113 | Loan from GL | | | 100,000.00- | |
| 5-14-2012 | JGE | $50MLoan | $849979 | Wire In Fee By China Bank | | | 21.00- | |
| 5-14-2012 | JGE | $50MLoan | $499979 | Wire In Fee By China Bank | | | 21.00- | |
| 5-14-2012 | CMDP | MABOA5425 | 2012-05141 | Loan from GL | | | 849,979.00- | |
| 5-14-2012 | CMDP | MABOA5425 | 2012-05142 | Loan from GL | | | 499,979.00- | |
| | | | | Total 5-31-12 | 4,000,000.00-* | .00* | 4,650,000.00-* | 8,650,000.00-* |
| 7-19-2012 | JGE | $50MLoan | $4999766.8 | BankChargeByOCBCSingapore | | | 233.17- | |
| 7-19-2012 | CMDP | MABOA5425 | 2012-0719 | Loan from GL | | | 4,999,766.83- | |
| | | | | Total 7-31-12 | 8,650,000.00-* | .00* | 5,000,000.00-* | 13,650,000.00-* |
| 8-02-2012 | CMDP | MABOA5425 | 2012-0802 | Loan from GL | | | 30,000,000.00- | |
| | | | | Total 8-31-12 | 13,650,000.00-* | .00* | 30,000,000.00-* | 43,650,000.00-* |
| 10-22-2012 | CMDP | MABOA5425 | 2012-1022 | Loan from GL | | | 5,000,000.00- | |
| | | | | Total 10-31-12 | 43,650,000.00-* | .00* | 5,000,000.00-* | 48,650,000.00-* |
| | | | | Total Account 10-00-240305 - Loans Payable - GL | .00* | .00* | 48,650,000.00-* | 48,650,000.00-* |
| 10-00-250005 | Loan Payable - Related Party | | | | | | | |
| 1-17-2012 | JGE | AE#22006 | 2012-0102 | AE#22006;PmtByLindaPersonal | | | 18,999.82- | |
| 1-31-2012 | JGE | Reclass | CMBatch741 | Reclass Loan from Zheng Caixia | | | 300,000.00- | |
| 1-31-2012 | JGE | Reverse | | Rev GL 210 | | 300,000.00 | | |
| 1-31-2012 | JGE | Reverse | | Rev GL 221 | | | 300,000.00- | |
| | | | | Total 1-31-12 | 431,042.91-* | 300,000.00* | 618,999.82-* | 750,042.73-* |
| 2-01-2012 | CMDP | MABOA5425 | 2012-0201 | Loan from Z Z Du | | | 9,500.00- | |
| 2-05-2012 | INV | | ZHENZ 2011-1130- | Zhenzeng Du | | 9,435.00- | | |
| 2-15-2012 | INV | | ZHENZ 2012-0215 | Zhenzeng Du | | 9,500.00 | | |
| 2-15-2012 | CMDP | MABOA5425 | 2012-0215 | Loan Zhenzeng Du | | | 500,000.00- | |
| | | | | Total 2-29-12 | 750,042.73-* | 65.00* | 509,500.00-* | 1,259,477.73-* |
| 3-07-2012 | INV | | LAWRENCE 2012-0307- | Lawrence P. Lataif, LLC | | 30,000.00- | | |
| 3-30-2012 | INV | | WEI 2012-0329 | Wei Chen | | 123,413.13 | | |
| 3-30-2012 | INV | | ZHENZ 2012-0330 | Zhenzeng Du | | 9,435.00- | | |
| 3-30-2012 | INV | | ZHENZ 2012-0330 | Zhenzeng Du | | 9,435.00- | | |
| 3-30-2012 | INV | | ZHENZ 2012-0330 | Zhenzeng Du | | 9,435.00- | | |
| | | | | Total 3-31-12 | 1,259,477.73-* | 65,108.13* | .00* | 1,194,369.60-* |
| 4-30-2012 | INV | | ZHENZ 2012-0331- | Zhenzeng Du | | 9,435.00- | | |
| 4-30-2012 | INV | | ZHENZ 2012-0430- | Zhenzeng Du | | 9,435.00- | | |
| | | | | Total 4-30-12 | 1,194,369.60-* | 18,870.00-* | .00* | 1,213,239.60-* |
| 5-29-2012 | INV | | WEI 2012-0529 | Wei Chen | | 21,074.10 | | |
| 5-29-2012 | JGE | Correction | GL191 | PayableToChen-AE81007;20111114 | | | 21,074.10- | |
| 5-31-2012 | INV | | ZHENZ 2012-0531- | Zhenzeng Du | | 9,435.00- | | |
| 5-31-2012 | JGE | Net | | Net w/ Loan Rec from Du | | 21,074.10 | | |
| | | | | Total 5-31-12 | 1,213,239.60-* | 32,713.20* | 21,074.10-* | 1,201,600.50-* |
| 6-22-2012 | INV | | ZHENZ 2012-0622 | Zhenzeng Du | | 20,000.00 | | |
| 6-30-2012 | JGE | Net | | Net w/ Loan Zhenzeng Du | | 114,000.00 | | |
| | | | | Total 6-30-12 | 1,201,600.50-* | 134,000.00* | .00* | 1,067,600.50-* |
| 7-06-2012 | INV | | ZHENZ 2012-0706 | Zhenzeng Du | | 10,000.00 | | |
| 7-30-2012 | INV | | ZHENZ 2012-0730 | Zhenzeng Du | | 30,000.00 | | |
| | | | | Total 7-31-12 | 1,067,600.50-* | 40,000.00* | .00* | 1,027,600.50-* |
| 10-22-2012 | INV | | ZHENZ 2012-1022 | Zhenzeng Du | | 20,000.00 | | |
| | | | | Total 10-31-12 | 1,027,600.50-* | 20,000.00* | .00* | 1,007,600.50-* |
| 11-09-2012 | INV | | ZHENZ 2012-1109 | Zhenzeng Du | | 40,000.00 | | |
| | | | | Total 11-30-12 | 1,007,600.50-* | 40,000.00* | .00* | 967,600.50-* |
| 12-06-2012 | INV | | ZHENZ 2012-1206 | Zhenzeng Du | | 20,000.00 | | |
| | | | | Total 12-31-12 | 967,600.50-* | 20,000.00* | .00* | 947,600.50-* |
| | | | | Total Account 10-00-250005 - Loan Payable - Related Party | 431,042.91-* | 633,016.33* | 1,149,573.92-* | 947,600.50-* |
| 10-00-250020 | Loan Payable - US Cap.Holdings | | | | | | | |
| 2-17-2012 | CMDP | MABOA5425 | 2012-02171 | Loan from USCH | | | 210,000.00- | |
| 2-17-2012 | CMDP | MABOA5425 | 2012-02172 | Loan from USCH | | | 35,000.00- | |
| 2-17-2012 | CMDP | MABOA5425 | 2012-02171 | (REV) Loan from USCH | | | 210,000.00 | |
| 2-17-2012 | CMDP | MABOA5425 | 2012-02172 | (REV) Loan from USCH | | | 35,000.00 | |
| 2-17-2012 | CMDP | MABOA5425 | 2012-02171 | Loan Paidback from USCH | | | 210,000.00- | |
| 2-17-2012 | CMDP | MABOA5425 | 2012-02172 | Loan Paidback from USCH | | | 35,000.00- | |
| 2-17-2012 | CMDP | MABOA5425 | 2012-02171 | (REV) Loan Paidback from USCH | | | 210,000.00 | |
| 2-17-2012 | CMDP | MABOA5425 | 2012-02172 | (REV) Loan Paidback from USCH | | | 35,000.00 | |
| | | | | Total Account 10-00-250020 - Loan Payable - US Cap.Holdings | .00* | .00* | .00* | .00* |
| 10-00-250030 | Loan Payable - USC/FM(PreP) | | | | | | | |
| 2-23-2012 | JGE | Net | | Net w/Due From FM | | 11,050.00 | | |
| 2-23-2012 | JGE | Reverse | Partial | Rev GL 226 Partial | | | 4,550.00- | |
| | | | | Total Account 10-00-250030 - Loan Payable - USC/FM(PreP) | 21,359.99-* | 11,050.00* | 4,550.00-* | 14,859.99-* |
| 10-00-301200 | Members Equity | | | | | | | |
| | | | | Total Account 10-00-301200 - Members Equity | 106,453,235.86-* | .00* | .00* | 106,453,235.86-* |
| 10-00-320000 | Retained Earnings | | | | | | | |