## MAPUCHE, LLC

| *MAPUCHE, LLC SECURED CLAIMS* | | | |
|---|---|---|---|
| ~~Bo Rui Investment PTE.Ltd.~~ | | $50,000,000.00 | This amount is a duplication of the equity investments made by or on behalf of Ganglu as referenced below. |
| | **TOTAL** | **$50,000,000.00** | |
| *MAPUCHE CREDITORS HOLDING UNSECURED PRIORITY CLAIMS* | | | |
| Hong Huang | 08/31/04-10/13/14 | $9,677.42 | Claim No. 5 |
| Wei Chen | 08/31/14-10/13/14 | $30,241.94 | |
| Xue Han | 05/2014-10/13/14 | $5,461.55 | Schedules list as disputed |
| Zhanjiang Chi | 05/2014-10/13/14 | $54,615.47 | Schedules list as disputed |
| Zhe Jiang | 08/31/04-10/13/14 | $5,649.19 | |
| Zhenzeng Du | | $54,615.47 | Schedules list as disputed |
| Internal Revenue Service | | $2,106.05 | Claim No. 3 |
| | **TOTAL** | **$162,367.09** | |
| *MAPUCHE CREDITORS HOLDING UNSECURED NON PRIORITY CLAIMS* | | | |
| American Education & Translation | 05/29/14 | $10,930.00 | |

#34705632_v2

| Bank of America | 10/10/14 | $9,862.72 | |
|---|---|---|---|
| Becker & Poliakoff PA | 08/06/14-10/06/14 | $42,418.21 | Schedules list as disputed |
| Berger Singerman | | $12,829.06 | Claim No. 4 |
| Cherry Bakaert LLP | 09/30/14-10/13/14 | $5,500.00 | Claim No. 1 |
| ~~Big Profit Asia Limited~~ | ~~05/10/2012~~ | ~~$100,000.00~~ | Not a valid claim. Amount is an equity investment made by or on behalf of Ganglu |
| ~~Cheer Force Investments limited Add~~ | ~~05/10/2012~~ | ~~$999,979.00~~ | Not a valid claim. Amount is an equity investment made by or on behalf of Ganglu |
| DeSouza Law, P.A. | | $25,425.70 | Claim No. 6 |
| ~~Du Zhenzeng or MDM Zheng Dongxia~~ | ~~10/22/2012~~ | ~~$5,000,000.0~~ | Amount is an equity investment made by or on behalf of Ganglu |
| GlassRatner Advisory & Capital | 10/08/14 | $5,191.00 | Claim No. 2 |
| Global Legal Discovery LLC | 08/25/14 | $7,234.26 | |
| ~~Grand Faith Trading Limited Add. Fla~~ | ~~05/11/12-05/14/12~~ | ~~$2,049,958.00~~ | Not a valid claim. Amount is an equity investment made by or on behalf of Ganglu |
| GrayRobinson PA | | $3,752.50 | |
| ~~Hao Yuan Investment Pte Ltd. Signapore~~ | ~~07/19/12~~ | ~~$4,999,766.83~~ | Amount is an equity investment made by or on behalf of Ganglu |

2

#34705632_v2

| | | | |
|---|---|---|---|
| Hong Huang | | $8,000.00 | Claim No. 5 |
| Internal Revenue Service | 10/16/14 | $1,951.28 | Claim No. 3. Schedules list as disputed |
| ~~Jin Zhi Star (US) Company~~ | | ~~$17,500,754.95~~ | Disputed |
| LNT Trucking Inc. | | $9,325.00 | |
| ~~Market Energy Limited~~ | ~~03/27/12 – 08/02/12~~ | ~~$34,000,000.00~~ | Amount is an equity investment made by or on behalf of Ganglu |
| ~~Max More Company Add. Shop 59 G/F Ha~~ | ~~05/11/12 – 05/14/12~~ | ~~$899,958.00~~ | Not a valid claim. Amount is an equity investment made by or on behalf of Ganglu |
| Mercedes Benz Financial Services | | $101,183.63 | |
| Milner, Inc. | 10/13/14 | $18.83 | |
| Nation Glory Limited | | $47,722.22 | Schedules list as disputed |
| Porsche Payment Center | | $59,376.29 | |
| ~~Tangshan Ganglu Iron & Steel Co. Ltd.~~ | | ~~$48,650,000.00~~ | |
| Tengshu Wang | 08/21/14 | $1,100.00 | |
| ~~Trans Wagon Int'l (HK) Co. Ltd.~~ | ~~05/09/12~~ | ~~$99,979.00~~ | Not a valid claim. Amount is an equity investment made by or on behalf of Ganglu |

3

#34705632_v2

| Trump National Golf Club | 08/31/14 | $415.05 | |
| Wei Chen | | $84,214.43 | |
| Z J | | $4,670.00 | |
| ~~Zheng Cai Xia~~ | ~~01/18/12~~ | ~~$300,000.00~~ | Disputed, not a valid claim |
| Zhenzeng Du | | $9,759.55 | |
| | **TOTAL** | **$450,879.73** | This amount is with the following deductions: $48,650,000.00 – Ganglu $48,650,000.00 – Big Profit, Cheer Force, Du Zhenzeng Investments, Grand Faith Trading, Hao Yuan Investments, Market Energy, Max More Company, Trans Wagon Int'l $17,500,754.95 – Jin Zhi Star |

4

#34705632_v2

## *US CAPITAL HOLDINGS, LLC*

| *CREDITORS HOLDING SECURED CLAIMS* | | | |
|---|---|---|---|
| Add, Inc. | | $22,267.59 | Schedules list as disputed / Retainer |
| Doumar, Allsworth *et al* | | $5,466.00 | Schedules list as Retainer |
| Florida Power & Light Co. | | $0.00 | |
| | **TOTAL** | **$27,733.59** | |
| *CREDITORS UNSECURED PRIORITY CLAIMS* | | | |
| Chengong Li | 10/01/14-10/13/14 | $1,383.87 | |
| Coren, George | 10/01/14-10/13/14 | $5,800.00 | Amended Claim No. 1 lists amount as $5,800 |
| Grace Kuo | 10/01/14-10/13/14 | $2,921.50 | Claim No. 9 |
| Jamie Garcia | 10/01/14-10/13/14 | $734.85 | |
| Jennifer Moran | 10/01/14-10/13/14 | $2,149.61 | Claim No. 18 |
| Joel Jarret | 10/01/14-10/13/14 | $614.65 | |
| Lan Zhang | 10/01/14-10/13/14 | $1,383.87 | |
| Marie Saintel Jerome | 10/01/14-10/13/14 | $1,453.76 | Filed claim in US Capital/Fashion Mall on 12/17/14 (Claim No. 7) |

#34705632_v2

| Mike Tang | 10/01/14-10/13/14 | $2,502.15 | |
|---|---|---|---|
| Peng Xu | 10/01/14-10/13/14 | $1,383.87 | |
| Qianfei He | 10/01/14-10/13/14 | $6,416.13 | |
| Ricardo Abanto | 10/01/14-10/13/14 | $1,698.39 | |
| Ricardo Dias | 10/01/14-10/13/14 | $886.86 | |
| Saintil Max | 10/01/14-10/13/14 | $764.26 | |
| Silvatte Simeon | 10/01/14-10/13/14 | $360.00 | |
| Steven Kelton | 10/01/14-10/13/14 | $3,620.75 | Filed claim on 12/17/14 in US Capital/Fashion Mall case (Claim No. 8) |
| Weihua Mao | 10/01/14-10/13/14 | $2,572.04 | Filed claim on 11/23/14 in US Capital/Fashion Mall case for $2,850.00 (Claim No. 3) |
| Xiaoxiao Dong | 10/01/14-10/13/14 | $1,912.85 | Claim No. 4 in amount of $3,834.80, listing $1,912.85 as a priority claim |
| Yue Yu | 10/01/14-10/13/14 | $1,100.00 | Claim No. 11 |
| Zhe Jiang | 10/01/14-10/13/14 | $2,641.94 | |
| | **TOTAL** | **$42,301.35** | |

| CREDITORS UNSECURED NON PRIORITY CLAIMS | | | |
|---|---|---|---|
| 321 North Construction Management | | $12,494.56 | |
| ADD, Inc. | | $22,267.59 | Schedules list as disputed |
| American Express Bank FSB | | $919.57 | |
| Avaya Financial Services | | $418.57 | |
| Biller Reinhart Structural Group | | $4,313.32 | Filed claim on 11/20/14 in US Capital/Fashion Mall case (Claim No. 2) |
| C L | | $3,715.33 | |
| Culligan | | $54.70 | |
| D C | | $43,000.00 | Claim No. 2 |
| DeSouza Law, PA | | $1,830.00 | Claim No. 10 |
| Doumar Allsworth, *et al* | | $5,466.00 | |
| Florida Power & Light | | $5,569.29 | |
| GrayRobinson PA | | $4,999.43 | Schedules list as disputed |
| H H | | $2,641.94 | |
| Home Depot Credit Services | | $1,102.06 | |
| Homeier & Law, P.C. | | $5,882.50 | |

7

| | | | |
|---|---|---|---|
| ~~Hong Huang~~ | | ~~$255,747.07~~ | Disputed, not a valid claim; Claim No. 7 |
| ID & Design International, Inc. | | $17,640.00 | |
| J M | | $152.71 | |
| J&J Products Unlimited, Inc. | | $484.79 | |
| LNT Trucking, Inc. | | $15,325.00 | |
| ~~Mapuche, LLC~~ | | ~~$34,588,322.50~~ | |
| McNamara/Salvia, Inc. | | $2,500.00 | |
| Miami Exterminators, Inc. | | $196.10 | |
| MIX2 Elevator Service & Repair | 09/29/14 | $300.00 | |
| Oasis Outsourcing, Inc. | | $15,379.60 | Claim No. 5 |
| Pavement Striping Corp. | | $8,105.03 | |
| Prestige Property Management | | $5,242.72 | |
| Satz Michelson Architects, Inc. | 10/02/14 | $2,800.00 | |
| Shenandoah Construction | 08/18/14 | $1,870.00 | |
| Steven Feller P.E. Inc. | 10/09/14 | $4,050.00 | |
| Sunshine Hoist & Steel Erectors | 08/25/14 | $21,560.00 | Claim No. 3 |

#34705632_v2

| TLC Engineering for Architect | | $13,680.00 | |
| --- | --- | --- | --- |
| Tewes Design Group | 07/08/14 | $21,558.05 | Claim No. 19 |
| Wei Chen | | $101,239.54 | |
| Worldwide Protective, Inc. | | $5,546.83 | |
| Xiaoxiao Dong | | $1,921.95 | Claim No 4 (non-priority portion) |
| XXD | 08/29/14 | $154.57 | |
| Zurich American Insurance Company | | Unliquidated | Claim No. 6 |
| | **TOTAL** | **$610,128.82** | Mapuche claim in the amount of $34,588,322.50 not included in this total |

## US CAPITAL/FASHION MALL, LLC

| *CREDITORS HOLDING SECURED CLAIMS* | | | |
|---|---|---|---|
| GHJ Construction, Inc. | 09/29/14 | $12,143,365.52 | Disputed; schedules list as contingent and disputed |
| | **TOTAL** | **$12,143,365.52** | |
| *CREDITORS HOLDING UNSECURED PRIORITY CLAIMS*<br>*(Broward County Tax Collector filed claim on 11/05/14 in the total amount of $2,966,625.85 which appears to include 2014 taxes)* | | | |
| Broward County Tax Collector | 2011, 2012, 2013 | $43,834.03 | *See* Claim No. 1; Schedules list as disputed |
| Broward County Tax Collector | 2011, 2012, 2013 | $200,837.78 | *See* Claim No. 1; Schedules list as disputed |
| Broward County Tax Collector | 2011, 2012, 2013 | $172,702.95 | *See* Claim No. 1; Schedules list as disputed |
| Broward County Tax Collector | 2011, 2012, 2013 | $13,712.21 | *See* Claim No. 1; Schedules list as disputed |
| Broward County Tax Collector | 2011, 2012, 2013 | $13,329.41 | *See* Claim No. 1; Schedules list as disputed |
| Broward County Tax Collector | 2011, 2012, 2013 | $24,477.03 | *See* Claim No. 1; Schedules list as disputed |
| Broward County Tax Collector | 2011, 2012, 2013 | $25,552.24 | *See* Claim No. 1; Schedules list as disputed |
| Broward County Tax Collector | 2011, 2012, 2013 | $779,533.54 | *See* Claim No. 1; Schedules list |

#34705632_v2

| | | | as disputed |
|---|---|---|---|
| Broward County Tax Collector | 2011, 2012, 2013 | $383,707.95 | *See* Claim No. 1; Schedules list as disputed |
| Broward County Tax Collector | 2014 | | *See* Claim No. 1; Schedules list as disputed |
| | **TOTAL** | **$2,966,625.85** | This amount includes taxes through 2014 |
| *CREDITORS UNSECURED NON PRIORITY CLAIMS* | | | |
| Chicago Title | 09/29/14 | $750.00 | |
| CIT Finance, LLC dba Avaya Financial Service | | $20,436.87 | Claim No. 6 |
| City of Plantation | 10/01/14 | $717.75 | |
| CL Peng Construction Management | | $6,000.00 | Claim No. 15 |
| Electrical Supplies, Inc. | | $172,464.14 | Claim No. 16 |
| Fire Alarm Systems & Security | | $590.61 | |
| Florida Detroit Diesel-Allison | 10/10/14 | $2,098.05 | |
| GFA International | | $1,127.00 | |
| ~~Qianfei Grace He~~ | | ~~$308,181.01~~ | Disputed, not a valid claim. Claim No. 10 (and Claim 11 in US Capital Holdings case) |

11

#34705632_v2

| | | | |
|---|---|---|---|
| Hill Ward Henderson | | $3,676.47 | |
| Landscape Architect Consultant | | $90,028.74 | Claim No. 17 |
| Lotspeich Co. of Florida, Inc. | | $46,668.00 | Claim No. 9 |
| Peng, Chun-Li | | $240.00 | Claim No. 14 |
| Republic Services | | $3,024.03 | |
| Right Way Plumbing | | $31,373.83 | Claim No. 12 |
| Tang, Mike | | $3,896.83 | Claim No. 5 |
| Tile and Marble by Brastile | | $86,263.98 | Claim No. 4 |
| Shenandoah General Construction | | $1,870.00 | Claim No. 13 |
| ~~US Capital Holdings~~ | | ~~$26,064,632.99~~ | |
| | **TOTAL** | **$471,226.30** | US Capital Holdings claim in the amount of $26,166,645.64 is not included in this total |

#34705632_v2