**Initial Draft Pre-Development Plan for Fashion Mall**

- Set a meeting with City officials including Council, Mayor and Staff to review a site plan and highest and best use and to create a vision that meets the needs of ownership and the City. Also discuss demolition of existing structures that are not otherwise in current use or would be part of the proposed development.

- Engage demolition company

- Create an asset management plan to secure the site such as security, landscape maintenance, fencing (if necessary); site visits by management to confirm condition of the site and any repair or maintenance required.

- Confirm unoccupied buildings are sealed and secured without access prior to demolition.

- Develop an asbestos and abatement plan and environmental plan if needed.

- Upon agreement with City and Ownership on demolition, demolish the structures and clear the site.

- Install temporary landscaping on the vacant land per agreement with the City.

- If necessary, install lighting to code.

- Retain necessary consultants and/or obtain the following reports including:

    - Architects
    - Engineers
    - Landscape Architects
    - Zoning and Land Use counsel if necessary to confirm all zoning, land use and plat needed for Site Plan and consistent with all municipals codes including City and County.
    - Surveyor
    - Confirm environmental condition
    - Confirm geotechnical condition – if no information retain consultant and obtain initial report
    - Confirm Title
    - Traffic Study
    - If required by the City or determined to be necessary, Feasibility Study/Market Study on office, retail and residential.
    - Confirmation of Utilities.

- In collaboration with consultants and ownership, finalize Site Plan and meet with City to obtain initial approval for submittal.

- Prepare design drawings and all packages required to submit to the City for formal approval and permitting from the City of Plantation.

- If necessary, conduct town hall meetings in collaboration with the City.

- Coordinate all consultants and professionals to achieve Site Plan approvals and initial permits from the City.

- Retain Preconstruction General Contractor to review the Site Plan and provide preliminary construction budget estimate.

- Work with General Contractor and the Architect to create a Design Schedule and a Construction Schedule

- Prepare Financial Proforma including the hard cost and soft costs and revenue projections.

- Work on securing the necessary equity for the Project via capital contributions from Ownership and/or through a new United States equity partner.

- Work on securing construction lender for the Project.

- To the extent necessary retain third party accountant to manage the Company's book and records