**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                    Case No.:  14-32819-JKO
                                                                          (Jointly Administered)

US CAPITAL/FASHION MALL, LLC, *et al.,*
                                                                          Chapter 7

              Debtors.

_____/

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**OF DUANE MORRIS LLP AS COUNSEL FOR**
**TANGSHAN GANGLU IRON & STEEL COMPANY, LTD.**

PLEASE TAKE NOTICE that pursuant to Local Rule 2091-1(A),[1] the law firm of Duane

Morris, LLP, together with its attorneys who have appeared in this case, Kevin E. Vance, Nicole

L. Levy, Lida Rodriguez-Taseff, Rudolph J. DiMassa, Jr., and Lawrence J. Kotler (collectively,

"Duane Morris"), by and through undersigned counsel, respectfully withdraw their appearance as

counsel of record for Tangshan Ganglu Iron & Steel Company, Ltd. ("Ganglu").

The law firm of Holland & Knight LLP, and its attorneys, Jose A. Casal, Joaquin J.

Alemany, and Michael E. Rothenberg (collectively, "Holland & Knight"), will continue to

represent Ganglu.  All future notices in this case should continue to be served upon Holland &

Knight, as counsel of record for Ganglu.

As represented by their signatures below, Ganglu and Holland & Knight consent to

Duane Morris's withdrawal as counsel.

---

[1] Local Rule 2091-1 provides in relevant part:

> An attorney seeking to withdraw from representing a client in a case or proceeding at a
> time when such client is represented by other counsel of record in such matter may
> withdraw his or her appearance by filing a notice of withdrawal that is approved and
> signed by the client and other counsel of record for the client, and serving copies of the
> notice on parties in interest entitled to notice.

Dated:  February 11, 2015

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
  ALHADEFF & SITTERSON, P.A.
*Counsel for Duane Morris, LLP*
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-3200
Facsimile:    (305) 789-3395

By:___/s/ *Drew M. Dillworth*_____
       DREW M. DILLWORTH
       Florida Bar No. 167835
       ddillworth@stearnsweaver.com


## CONSENT


Tangshan Ganglu Iron & Steel Company, Ltd., and its counsel, Holland & Knight, consent to the withdrawal of Duane Morris as counsel for Ganglu.

| | |
|---|---|
| TANGSHAN GANGLU IRON<br>& STEEL COMPANY, LTD.<br>21200 Point Place<br>Apt. 2503<br>Aventura, FL 33180-4060 | HOLLAND & KNIGHT LLP<br>701 Brickell Avenue<br>Suite 3300<br>Miami, FL 33131<br>Telephone:    (305) 374-8500<br>Facsimile:    (305) 789-7799 |
| By: _____ | By: _____<br>   JOSE A. CASAL<br>   Florida Bar No. 767522<br>   jose.casal@hklaw.com |

Dated:  February 10, 2015

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
   ALHADEFF & SITTERSON, P.A.
*Counsel for Duane Morris, LLP*
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-3200
Facsimile:    (305) 789-3395

By:    */s/ Drew M. Dillworth*
          DREW M. DILLWORTH
          Florida Bar No. 167835
          ddillworth@stearnsweaver.com

## CONSENT

Tangshan Ganglu Iron & Steel Company, Ltd., and its counsel, Holland & Knight, consent to the withdrawal of Duane Morris as counsel for Ganglu.

TANGSHAN GANGLU IRON
& STEEL COMPANY, LTD.
21200 Point Place
Apt. 2503
Aventura, FL 33180-4060

By: _____

*Jianan Du*
*As Attorney in Fact*
*for Tangshan Ganglu*
*Iron & Steel Company, Ltd.*

HOLLAND & KNIGHT LLP
701 Brickell Avenue
Suite 3300
Miami, FL 33131
Telephone:    (305) 374-8500
Facsimile:    (305) 789-7799

By: _____
          JOSE A. CASAL
          Florida Bar No. 767522
          jose.casal@hklaw.com

2

## CERTIFICATE OF SERVICE

I CERTIFY that, based on the Court's Notice of Electronic Filing ("NEF"), the foregoing was served on February 11, 2015, by (i) transmission of NEF generated by CM/ECF to those parties registered to receive electronic notices in this case, (ii) U.S. Mail, postage prepaid, to those parties not registered to receive NEF in this case, and (ii) courtesy e-mail and U.S. mail to Tangshan Ganglu Iron & Steel & Company, Ltd., as indicated on the attached Service List.

By:    */s/ Drew M. Dillworth*
       DREW M. DILLWORTH

3

## SERVICE LIST

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case, and should have been served by Notice of Electronic Filing generated by the Court's CM/ECF system:


- Joaquin J Alemany
  joaquin.alemany@hklaw.com
  jose.casal@hklaw.com

- Valerie Barton Barnhart
  vbarnhart@kelleykronenberg.com
  jgardella@kelleykronenberg.com
  sosber@kelleykronenberg.com

- Becket and Lee LLP
  notices@becket-lee.com

- Richard E Berman
  reb@bermankean.com
  deannel@bermankean.com

- Timothy R Bow
  tbow@mrthlaw.com
  jgarey@mrthlaw.com
  ycandia@mrthlaw.com
  mrthbkc@gmail.com
  ecfnotices@mrthlaw.com

- Daniel DeSouza
  ddesouza@desouzalaw.com

- Drew M Dillworth
  ddillworth@stearnsweaver.com
  mfernandez@stearnsweaver.com
  bank@stearnsweaver.com
  rross@stearnsweaver.com
  dillworthcdp@ecf.epiqsystems.com
  cgraver@stearnsweaver.com

4

- Jeffrey R Eisensmith
  je@eisensmithlaw.com

- Michael J Friedman
  mfriedman@vlplaw.com

- John C Hanson
  jhanson@barthet.com

- Jason Z. Jones
  jjones@joneslawpa.com

- Mark A Levy
  mark.levy@brinkleymorgan.com
  sandra.gonzalez@brinkleymorgan.com
  brinkleymorganecf@gmail.com

- Nicole L Levy
  nllevy@duanemorris.com
  LRTaseff@duanemorris.com
  dperez@duanemorris.com
  YArnavatParga@duanemorris.com
  shmarder@duanemorris.com
  DiMassa@duanemorris.com
  LJKotler@duanemorris.com

- Charles H Lichtman
  clichtman@bergersingerman.com
  lwebster@bergersingerman.com
  efile@bergersingerman.com

- Brett D Lieberman
  blieberman@messana-law.com
  thurley@messana-law.com
  emair@messana-law.com
  nbarrus@messana-law.com
  tmessana@messana-law.com
  tmessana@bellsouth.net

- Jerry M Markowitz
  jmarkowitz@mrthlaw.com
  rrubio@mrthlaw.com
  mrthbkc@gmail.com
  gruiz@mrthlaw.com
  ycandia@mrthlaw.com

- Thomas M. Messana
  tmessana@messana-law.com
  emair@messana-law.com
  blieberman@messana-law.com
  thurley@messana-law.com
  tmessana@bellsouth.net
  nbarrus@messana-law.com
  ekates@bakerlaw.com
  jmooremaley@messana-law.com
  tzeichman@messana-law.com

- Glenn D Moses
  gmoses@gjb-law.com
  gjbecf@gjb-law.com
  chopkins@gjb-law.com
  vlambdin@gjb-law.com

- Office of the US Trustee
  USTPRegion21.MM.ECF@usdoj.gov

- Chad S Paiva
  chad.paiva@gmlaw.com
  katrina.bankert@gmlaw.com

- Alan J. Perlman
  aperlman@ralaw.com
  mhannau@ralaw.com

- Grace E. Robson
  grobson@mrthlaw.com
  jgarey@mrthlaw.com
  mrthbkc@gmail.com
  sramirez@mrthlaw.com

- Michael E Rothenberg
  michael.rothenberg@hklaw.com
  joaquin.alemany@hklaw.com

- Michael L Schuster
  mschuster@gjb-law.com
  gjbecf@gjb-law.com
  mchang@gjb-law.com
  scomer@gjb-law.com

6

- Steven J. Solomon
  steven.solomon@gray-robinson.com
  lnegron@gray-robinson.com
  lauren.rome@gray-robinson.com
  Amador.Ruiz-Baliu@gray-robinson.com

- Kevin E. Vance
  kevance@duanemorris.com
   cmackey@duanemorris.com
  pnmendoza@duanemorris.com

- Kenneth A Welt
   fl10@ecfcbis.com
  pacerfilings@gmail.com
  kaw@trustesolutions.net
  court@trusteeservices.biz

## Manual Notice List

The following parties are not registered to receive NEF and were served by U.S. Mail, postage prepaid:

US Capital/Fashion Mall, LLC
375 North University Drive
Fort Lauderdale, FL 33324

Scott N. Brown
1 SE 3rd Ave, #1440
Miami, FL 33131

Rudolph J. Di Massa, Jr.
30 S 17 St
Philadelphia, PA 19103

James S. Feltman
600 Brickell Ave #2520
Miami, FL 33131

Michael Goldberg
Akerman, LLP
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301

Lawrence J. Kotler
30 S 17 St
Philadelphia, PA 19103

Kenneth M Krasnow
200 E. Las Olas Blvd, #1620
Ft. Lauderdale, FL 33301

Sandirose Magder
20125 NE 25 Ave
Miami, FL 33180

Daniel Socek
20125 NE 25 Ave
Miami, FL 33180

John J. Yanoviak
10211 W Sample Rd #207
Coral Springs, FL 33065

#4033108 v1