

**ORDERED in the Southern District of Florida on February 19, 2015.**

*[signature]*

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:

US CAPITAL/FASHION MALL, LLC, et al.,[1]

    Case No.: 14-32819-JKO

    Chapter 7

    Debtors.
_____/    (Jointly Administered)

**ORDER DENYING TANGSHAN GANGLU IRON & STEEL CO. LTD.'S MOTION
FOR ENTRY OF AN ORDER CONVERTING THE JOINTLY ADMINISTERED
BANKRUPTCY CASES TO CASES UNDER CHAPTER 11 OF THE
<u>BANKRUPTCY CODE [ECF NO. 177]</u>**

**THIS MATTER** came before the Court for hearing on February 12, 2015 at 1:30 p.m. (the "Hearing") upon (i) Tangshan Ganglu Iron & Steel Co. Ltd.'s Motion for Entry of an Order Converting the Jointly Administered Bankruptcy Cases to Cases under Chapter 11 of the Bankruptcy Code [ECF No. 177] (the "Motion to Convert"); (ii) the Objection of Kenneth A.

---

[1] The jointly administered Debtors are: US Capital/Fashion Mall, LLC (14-32819-JKO); US Capital Holdings, LLC (14-32822-JKO); and Mapuche, LLC (14-32827-JKO).

Welt, Chapter 7 Trustee, to the Motion to Convert [ECF No. 234]; (iii) the Response in Opposition to the Motion to Convert filed by Wei Chen [ECF No. 235]; (iv) the City of Plantation's Opposition to the Motion to Convert [ECF No. 236]; the Joinder by Caddell Construction Co. (DE), LLC to the Trustee's Objection to the Motion to Convert [ECF No. 237]; (v) the Joinder of GHJ Construction, Inc. to the Trustee's Objection to the Motion to Convert [ECF No. 238]; and (vi) the Joinder of DeSouza Law, P.A. to the Trustee's Objection to the Motion to Convert [ECF No. 241]. The Court, having considered the Motion to Convert, the objections to the Motion to Convert, and the record in this case; having heard arguments of counsel at the Hearing; and for the reasons stated on the record at the Hearing, it is

**ORDERED** that the Motion to Convert is **DENIED.**

###

Submitted by:
Michael L. Schuster, Esq.
100 SE 2nd Street Suite 4400
Miami, FL 33131
Tel: 305-349-2300
Fax: 305-349-2310
Email: MSchuster@gjb-law.com
(Attorney Schuster shall serve a copy of this Order on all parties in interest and file a certificate of service)