UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:

US CAPITAL/FASHION MALL, LLC, et al.,[1]

         Case No.: 14-32819-JKO

         Chapter 7

    Debtors.
_____/    (Jointly Administered)

### CHAPTER 7 TRUSTEE'S *EXPEDITED* MOTION TO MODIFY BID PROCEDURES ORDER TO CONTROL ACCESS TO AUCTION

**[Hearing Requested Before March 12, 2015]**

**Statement of Exigent Circumstances**

This motion seeks an order controlling access to the auction of the Debtors' property, scheduled for March 19, 2015. The Trustee respectfully requests a hearing on this Motion as soon as possible, but not later than March 12, 2015, one week prior to the Auction.

**KENNETH A. WELT**, the Chapter 7 Trustee (the "Trustee") for the estates of US Capital/Fashion Mall, LLC, US Capital Holdings, LLC, and Mapuche, LLC (together, the "Debtors"), by and through its undersigned counsel, respectfully requests that the Court enter an order modifying this Court's Bid Procedures Order by controlling access to the Auction (as hereafter defined), and in support, states:

1. On October 14, 2014 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. Kenneth A. Welt was thereafter appointed as the Debtors' Chapter 7 Trustee.

---

[1] The jointly administered Debtors are: US Capital/Fashion Mall, LLC (14-32819-JKO); US Capital Holdings, LLC (14-32822-JKO); and Mapuche, LLC (14-32827-JKO). The Debtors' cases are being jointly administered pursuant to the Court's order dated November 9, 2014 [ECF No. 53].

[11361-001/2324921/1]

2.	The Debtor, US Capital/Fashion Mall, LLC is the owner of approximately 32.07 acres of real estate known as the former Plantation Fashion Mall located at 321 North University Drive in Plantation, Florida (the "Fashion Mall Property").

3.	On February 12, 2015, this Court entered an Order (1) Authorizing Trustee to Schedule Auction Sale of Fashion Mall Property (2) Approving Bidding Procedures and Breakup fee in Connection With the Sale, (3) Approving the Form and Manner of Notice of Sale, (4) Scheduling a Final Hearing to Approve Sale.  ECF No. 250 (the "Bid Procedures Order").

4.	Pursuant to the Bid Procedures Order, Qualified Bids are due on March 13, 2015 and an auction will be conducted on March 19, 2015 (the "Auction").  A final hearing to approve the sale is set for March 20, 2015 at 9:30 a.m.

5.	The Trustee anticipates substantial interest in the Auction.  The Trustee has reserved sufficient space at the Sheraton Suites Plantation to accommodate parties with a bona fide interest in attending the Auction.  *See* ECF Nos. 249 and 252.

6.	However, given the public interest in the Fashion Mall Property and the Auction, the Trustee is concerned that an excessive quantity of persons who might not have a bona fide interest in the Auction will seek to attend.  This could result in unnecessary distraction or otherwise impact the conduct of the Auction.

7.	Accordingly, by this Motion, the Trustee seeks an order modifying the Bid Procedures Order to limit attendance to the Auction to the following: (i) the Trustee and his counsel; (ii) Qualified Bidders (as such term is defined in the Bid Procedures Order) and their representatives; (iii) the Debtors and their counsel; (iv) the holders of equity interests in the Debtors, and their counsel; and (v) any creditor (including their counsel) that provides written notice to the Trustee's counsel at least 3 (three) days prior to the Auction.

[11361-001/2324921/1]

8. The Trustee further requests the authority to take all appropriate action, if deemed necessary in his sole business judgment, to maintain the integrity of the Auction, including by excluding all parties other than the Qualified Bidders and their representatives.

9. The Trustee respectfully submits that the relief requested herein is necessary to ensure the efficient conduct of the Auction. Further, the proceedings of the Auction will be transcribed by a court reporter, which will be accessible to the public.

WHEREFORE the Trustee respectfully requests that the Court enter an Order substantially in the form attached hereto as **Exhibit A** modifying this Court's Bid Procedures Order by controlling access to the Auction and granting such other and further relief as is proper.

Respectfully submitted this 3rd day of March, 2015.

>GENOVESE JOBLOVE & BATTISTA, P.A.
>Attorneys for Chapter 7 Trustee
>100 Southeast Second Street, Suite 4400
>Miami, Florida 33131
>Telephone: (305) 349-2300
>Facsimile : (305) 349-2310
>
>By: /s/ Michael L. Schuster
>    Glenn D. Moses
>    Florida Bar No. 174556
>    gmoses@gjb-law.com
>    Michael L. Schuster
>    Florida Bar No. 57119
>    mschuster@gjb-law.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 3rd day of March, 2015, via CM/ECF as set forth below.

>By: /s/ Michael L. Schuster
>    Michael L. Schuster

[11361-001/2324921/1]

## SERVICE LIST

### VIA CM/ECF

Joaquin J Alemany on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Valerie Barton Barnhart on behalf of Creditor Lotspeich Co. of Florida, Inc.
vbarnhart@kelleykronenberg.com,
jgardella@kelleykronenberg.com;sosber@kelleykronenberg.com

Valerie Barton Barnhart on behalf of Creditor Right Way Plumbing Co.
vbarnhart@kelleykronenberg.com,
jgardella@kelleykronenberg.com;sosber@kelleykronenberg.com

Becket and Lee LLP, Esq on behalf of Creditor American Express Bank FSB
notices@becket-lee.com

Richard E Berman on behalf of Creditor Wei Chen
reb@bermankean.com, deannel@bermankean.com

Timothy R Bow on behalf of Creditor Wei Chen
tbow@mrthlaw.com,
jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com,ecfnotices@mrthlaw.com

Michele A Cavallaro on behalf of Creditor Chicago Title Insurance Co.
michele.cavallaro@fnf.com, pleadingsFL@fnf.com

Daniel DeSouza on behalf of Creditor DeSouza Law, P.A.
ddesouza@desouzalaw.com

Drew M Dillworth on behalf of Other Professional Duane Morris LLP
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworth
cdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Drew M Dillworth on behalf of Other Professional Kevin E Vance
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworth
cdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Drew M Dillworth on behalf of Other Professional Lawrence J. Kotler
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworth
cdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

[11361-001/2324921/1]

Drew M Dillworth on behalf of Other Professional Lida Rodriguez-Taseff
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworth
cdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Drew M Dillworth on behalf of Other Professional Rudolph J. DiMassa, Jr.
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworth
cdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Jeffrey R Eisensmith on behalf of Creditor Electrical Supplies, Inc.,
je@eisensmithlaw.com

Michael J Friedman on behalf of Creditor Southeast Mechanical Contractors, LLC
mfriedman@vlplaw.com, kcuebas@vlplaw.com;rfrye@vlplaw.com;balvarez@vlplaw.com

John C Hanson on behalf of Creditor Meisner Electric, Inc.
jhanson@barthet.com

Jason Z. Jones, Esq. on behalf of Creditor Caddell Construction Co. (DE), LLC
jjones@joneslawpa.com

Mark A Levy, Esq on behalf of Interested Party City of Plantation
mark.levy@brinkleymorgan.com,
sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com

Nicole L Levy on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
nllevy@duanemorris.com, LRTaseff@duanemorris.com,dperez@duanemorris.com,YArnavat-
Parga@duanemorris.com,shmarder@duanemorris.com,DiMassa@duanemorris.com,LJKotler@d
uanemorris.com

Charles H Lichtman on behalf of Interested Party Berger Singerman LLP
clichtman@bergersingerman.com, lwebster@bergersingerman.com;efile@bergersingerman.com

Charles H Lichtman on behalf of Interested Party Mapuche LLC
clichtman@bergersingerman.com, lwebster@bergersingerman.com;efile@bergersingerman.com

Brett D Lieberman on behalf of Debtor Mapuche LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-
law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Debtor US Capital Holdings, LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-
law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net
[11361-001/2324921/1]

Brett D Lieberman on behalf of Debtor US Capital/Fashion Mall, LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Interested Party Mapuche LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Interested Party US Capital Holdings, LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Jerry M Markowitz on behalf of Creditor Wei Chen
jmarkowitz@mrthlaw.com, rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Thomas M. Messana, Esq. on behalf of Debtor Mapuche LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Debtor US Capital Holdings, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Debtor US Capital/Fashion Mall, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Interested Party Mapuche LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Interested Party US Capital Holdings, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Glenn D Moses, Esq on behalf of Trustee Kenneth A Welt
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com

[11361-001/2324921/1]

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Chad S Paiva on behalf of Interested Party RAM Realty Acquisitions, LLC
chad.paiva@gmlaw.com, katrina.bankert@gmlaw.com

Alan J. Perlman, Esq. on behalf of Interested Party New Wave Lenders (2014-B) LP
aperlman@ralaw.com, mhannau@ralaw.com

Grace E. Robson, Esq. on behalf of Creditor Wei Chen
grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com

Michael E Rothenberg on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
michael.rothenberg@hklaw.com, joaquin.alemany@hklaw.com

Michael L Schuster on behalf of Trustee Kenneth A Welt
mschuster@gjb-law.com, gjbecf@gjb-law.com;mchang@gjb-law.com;scomer@gjb-law.com

Steven J. Solomon, Esq. on behalf of Creditor BCEGI, LLC
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Creditor GHJ Construction Corporation
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Kevin E. Vance on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
kevance@duanemorris.com, cmackey@duanemorris.com;pnmendoza@duanemorris.com

Kevin E. Vance on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
kevance@duanemorris.com, cmackey@duanemorris.com;pnmendoza@duanemorris.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

[11361-001/2324921/1]

# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

In re:

US CAPITAL/FASHION MALL, LLC, et al.,[1]

                          Case No.: 14-32819-JKO

                          Chapter 7

    Debtors.

_____/    (Jointly Administered)

**ORDER GRANTING CHAPTER 7 TRUSTEE'S *EXPEDITED* MOTION TO MODIFY BID PROCEDURES ORDER TO CONTROL ACCESS TO AUCTION**

      **THIS MATTER** is before the Court upon the Motion of Kenneth. A. Welt, the Chapter 7 Trustee (the "Trustee") for the estates of US Capital/Fashion Mall, LLC, US Capital Holdings, LLC, and Mapuche, LLC (together, the "Debtors"), for an order modifying this Court's Bid Procedures Order[2] by limiting access to the Auction [ECF No. ___] (the "Motion"). The Court,

---

[1] The jointly administered Debtors are: US Capital/Fashion Mall, LLC (14-32819-JKO); US Capital Holdings, LLC (14-32822-JKO); and Mapuche, LLC (14-32827-JKO).

[2] Unless otherwise defined, all capitalized terms used herein shall have the meanings ascribed to them in the Motion.
[11361-001/2325422/1]

having reviewed the Motion and the record in this Case; having found that good and sufficient cause exists in support of the relief requested in the Motion; and having found that the entry of this Order is necessary and in the best interests of the Debtors' estates, it is

ORDERED as follows:

1. The Motion is GRANTED.

2. Only the following persons shall be permitted access to the Auction: (i) the Trustee and his counsel; (ii) Qualified Bidders (as such term is defined in the Bid Procedures Order) and their representatives; (iii) the Debtors and their counsel; (iv) the holders of equity interests in the Debtors, and their counsel; and (v) any creditor (including their counsel) that provides written notice to the Trustee's counsel at least 3 (three) days prior to the Auction.

3. Notwithstanding the foregoing, the Trustee is authorized to take all appropriate action, if deemed necessary in his sole business judgment, to maintain the integrity of the Auction, including by excluding all parties other than the Qualified Bidders and their representatives.

###

Submitted by:
Michael L. Schuster, Esq.
100 SE 2nd Street Suite 4400
Miami, FL 33131
Tel: 305-349-2300
Fax: 305-349-2310
Email: MSchuster@gjb-law.com
(Attorney Schuster shall serve a copy of this Order on all parties in interest and file a certificate of service)

[11361-001/2325422/1]