UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                          Case No.: 14-32819-JKO

                                                Chapter 7

US CAPITAL/FASHION MALL, LLC, et al.,[1]
                                                (Jointly Administered)

    Debtors.
_____/

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the following:

1. *Notice of Hearing* [ECF No. 268] and *Chapter 7 Trustee's Expedited Motion to Modify Bid Procedures Order to Control Access to Auction* [ECF No. 267]; and,

2. *Notice of Hearing* [ECF No. 271] and *Discovery Facilitator's Expedited Agreed Motion for Entry of Order Authorizing Engagement of RICOH USA to Process Disputed Documents and for Payment to RICOH USA by Estate* [ECF No. 270]was served via CM/ECF Notification to all parties on the attached service list on this 4th day of March, 2015.

**Dated this 4th day of March, 2015.**

                                    Respectfully Submitted,

                                    GENOVESE JOBLOVE & BATTISTA, P.A.
                                    Attorneys for Chapter 7 Trustee
                                    100 Southeast Second Street, Suite 4400
                                    Miami, Florida 33131
                                    Telephone: (305) 349-2300
                                    Facsimile : (305) 349-2310

---

[1] The jointly administered Debtors are: US Capital/Fashion Mall, LLC (14-32819-JKO); US Capital Holdings, LLC (14-32822-JKO); and Mapuche, LLC (14-32827-JKO).

By: /s/ Michael L. Schuster
Michael L. Schuster
Florida Bar No. 57119
mschuster@gjb-law.com

## SERVICE LIST

**VIA CM/ECF**
**14-32819-JKO Notice will be electronically mailed to:**

Joaquin J Alemany on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Valerie Barton Barnhart on behalf of Creditor Lotspeich Co. of Florida, Inc.
vbarnhart@kelleykronenberg.com,
jgardella@kelleykronenberg.com;sosber@kelleykronenberg.com

Valerie Barton Barnhart on behalf of Creditor Right Way Plumbing Co.
vbarnhart@kelleykronenberg.com,
jgardella@kelleykronenberg.com;sosber@kelleykronenberg.com

Richard E Berman on behalf of Creditor Wei Chen
reb@bermankean.com

Timothy R Bow on behalf of Creditor Wei Chen
tbow@mrthlaw.com,
jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com,ecfnotices@mrthlaw.com

Daniel DeSouza on behalf of Creditor DeSouza Law, P.A.
ddesouza@desouzalaw.com

Drew M Dillworth on behalf of Other Professional Duane Morris LLP
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Drew M Dillworth on behalf of Other Professional Kevin E Vance
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Drew M Dillworth on behalf of Other Professional Lawrence J. Kotler
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Drew M Dillworth on behalf of Other Professional Lida Rodriguez-Taseff
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Drew M Dillworth on behalf of Other Professional Rudolph J. DiMassa, Jr.
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Michael J Friedman on behalf of Creditor Southeast Mechanical Contractors, LLC
mfriedman@vlplaw.com

John C Hanson on behalf of Creditor Meisner Electric, Inc.
jhanson@barthet.com

Jason Z. Jones, Esq. on behalf of Creditor Caddell Construction Co. (DE), LLC
jjones@joneslawpa.com

Mark A Levy, Esq on behalf of Interested Party City of Plantation
mark.levy@brinkleymorgan.com,
sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com

Nicole L Levy on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
nllevy@duanemorris.com, LRTaseff@duanemorris.com,dperez@duanemorris.com,YArnavat-Parga@duanemorris.com,shmarder@duanemorris.com,DiMassa@duanemorris.com,LJKotler@duanemorris.com

Charles H Lichtman on behalf of Interested Party Berger Singerman LLP
clichtman@bergersingerman.com, lwebster@bergersingerman.com;efile@bergersingerman.com

Charles H Lichtman on behalf of Interested Party Mapuche LLC
clichtman@bergersingerman.com, lwebster@bergersingerman.com;efile@bergersingerman.com

Brett D Lieberman on behalf of Debtor Mapuche LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Debtor US Capital Holdings, LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-

law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Debtor US Capital/Fashion Mall, LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Interested Party Mapuche LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Brett D Lieberman on behalf of Interested Party US Capital Holdings, LLC
blieberman@messana-law.com, thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net

Jerry M Markowitz on behalf of Creditor Wei Chen
jmarkowitz@mrthlaw.com,
rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Thomas M. Messana, Esq. on behalf of Debtor Mapuche LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Debtor US Capital Holdings, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Debtor US Capital/Fashion Mall, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Interested Party Mapuche LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Thomas M. Messana, Esq. on behalf of Interested Party US Capital Holdings, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Glenn D Moses, Esq on behalf of Trustee Kenneth A Welt
gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Chad S Paiva on behalf of Interested Party RAM Realty Acquisitions, LLC
chad.paiva@gmlaw.com, katrina.bankert@gmlaw.com

Alan J. Perlman, Esq. on behalf of Interested Party New Wave Lenders (2014-B) LP
aperlman@ralaw.com, mhannau@ralaw.com

Grace E. Robson, Esq. on behalf of Creditor Wei Chen
grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com,sramirez@mrthlaw.com

Michael E Rothenberg on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
michael.rothenberg@hklaw.com, joaquin.alemany@hklaw.com

Michael L Schuster on behalf of Trustee Kenneth A Welt
mschuster@gjb-law.com, gjbecf@gjb-law.com;mchang@gjb-law.com;scomer@gjb-law.com

Steven J. Solomon, Esq. on behalf of Creditor BCEGI, LLC
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Creditor GHJ Construction Corporation
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Kevin E. Vance on behalf of Creditor Tangshan Ganglu Iron & Steel Company, Ltd.
kevance@duanemorris.com, cmackey@duanemorris.com;pnmendoza@duanemorris.com

Kevin E. Vance on behalf of Interested Party Tangshan Ganglu Iron & Steel Company, Ltd.
kevance@duanemorris.com, cmackey@duanemorris.com;pnmendoza@duanemorris.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

```
Label Matrix for local noticing        American Express Bank FSB              BCEGI, LLC
113C-0                                 c/o Becket and Lee LLP
Case 14-32819-JKO                      POB 3001
Southern District of Florida           Malvern, PA 19355-0701
Fort Lauderdale
Wed Mar  4 12:35:16 EST 2015

Caddell Construction Co. (DE), LLC     Chicago Title Insurance Co.            City of Plantation
P.O. Box 210099                        c/o Fidelity National Law Group        Brinkley Morgan
Montgomery, AL 36121-0099              200 W Cypress Creek Rd                 Mark A. Levy
                                       Ste 210                                200 E Las Olas Blvd #1900
                                       Ft Lauderdale, FL 33309-2175           Ft. Lauderdale, FL 33301-2248


DeSouza Law, P.A.                      Electrical Supplies, Inc.,             Lotspeich Co. of Florida, Inc.
1515 N. University Drive               c/o Jeffrey R Eisensmith               Kelley Kronenberg, P.A.
Suite 209                              1 Financial Plaza #1610                c/o Valerie B.Barnhart
Coral Springs, FL 33071-6058           Ft. Lauderdale, FL 33394-0063          8210 Peters Road
                                                                              Suite 4000
                                                                              Ft. Lauderdale, FL 33324-3201


Mapuche LLC                            New Wave Lenders (2014-B) LP           RAM Realty Acquisitions, LLC
375 North University Drive             Roetzel & Andress                      c/o Chad S. Paiva, Esq.
Plantation, FL 33324-1915              350 East Las Olas Boulevard            250 S. Australian Ave.
                                       Suite 1150                             Suite 700
                                       Fort Lauderdale, FL 33301-4254         West Palm Beach, FL 33401-5007


Right Way Plumbing Co.                 Southeast Mechanical Contractors, LLC  US Capital Holdings, LLC
1329 Shotgun Road                      300 SW 1st Avenue, Suite 150           375 North University Drive
Sunrise, FL 33326-1935                 Fort Lauderdale, FL 33301-1880         Fort Lauderdale, FL 33324-1915


US Capital/Fashion Mall, LLC           ADD Inc                                AT&T
375 North University Drive             311 Summer Street                      PO Box 105262
Fort Lauderdale, FL 33324-1915         Boston, MA 02210-1700                  Atlanta, GA 30348-5262


Akerman Senterfitt & Eidson, PA        BCEGLI, LLC                            Becker & Poliakoff, P.A.
P.O. Box 4906                          1221 Brickell Ave #1600                P.O. Box 9057
Orlando, FL 32802-4906                 Miami, FL 33131-3247                   Fort Lauderdale, FL 33310-9057


Biller Reinhart Structural Group       Biller Reinhart Structural Group, Inc. Bonefish/South Florida -I, LP
3434 Coldwell Ave.                     3434 Colwell Avenue                    c/o Christian C. Burden
Suite 100                              Suite 100                              Quarles & Brady LLP
Tampa, FL 33614-8390                   Tampa, FL 33614-8390                   101 E. Kennedy Blvd., Ste 3400
                                                                              Tampa, FL 33602-5195


Broward County Records, Taxes & Treasury  Broward County Tax Collector         Business Valuation Systems
Attn:  Bankruptcy Section              115 S. Andrews Ave                     3756 Saratoga Lane
115 S Andrews Ave A-100                Room #A100                             Davie, FL 33328-1308
Ft Lauderdale, FL 33301-1888           Fort Lauderdale, FL 33301-1888


CBRE, Inc.                             CIT FINANCE, LLC. DBA AVAYA FINANCIAL SERVIC  CL Peng Construction Management
200 E. Las Olas Blvd.                  c/o Weltman, Weinberg & Reis           5222 Andrus Avenue
Fort Lauderdale, FL 33301-2487         3705 Marlane Drive                     Suite A
                                       Grove City, OH 43123-8895              Orlando, FL 32810-5456
```

| | | |
|---|---|---|
| CT Corporation<br>1200 S. Pine Island Rd.<br>Plantation, FL 33324-4459 | Caddell Construction Co. (DE) LLC<br>c/o Jason Z. Jones, Esq.<br>Jones Law Office, P.A.<br>9100 S. Dadeland Blvd., Suite 1500<br>Miami,FL 33156-7816 | Capital Credit, Inc.<br>P.O. Box 881774<br>San Francisco, CA 94188-1774 |
| Cheeseburger-South Florida, LP<br>c/o Philip Martino and Christian Burden<br>Quarles & Brady LLP<br>101 E. Kennedy Blvd., Ste 3400<br>Tampa, FL 33602-5195 | Chengong li<br>1110 nw 106th ave<br>plantation, FL 33322-7816 | Chicago Title Insurance Co.<br>15951 SW 41st St.<br>Ste. 800<br>Weston, FL 33331-1521 |
| Chun-Li Peng<br>1177 Oaks Blvd.<br>Winter Park, FL 32789-2428 | Circle Generator Services, Inc.<br>P.O. Box 21002<br>Fort Lauderdale, FL 33335-1002 | City National Bank<br>400 N. Roxbury Dr.<br>Beverly Hills, CA 90210-5000 |
| Doumar Allsworth et al<br>1177 SE 3rd Ave.<br>Fort Lauderdale, FL 33316-1109 | Electrical Supplies, Inc.<br>c/o Jeffrey R. Eisensmith, P.A.<br>5561 N. University Drive, #103<br>Coral Springs, FL 33067-4652 | Farris Waste Services<br>P.O. Box 1732<br>Akron, OH 44309-1732 |
| Fashion Mall Managing Member Corp.<br>c/o Gregory R. Beck<br>Gregory R. Beck, P.A.<br>707 SE 3rd Ave.<br>6th Flr.<br>Fort Lauderdale, FL 33316-1140 | Fire Alarm Systems & Security<br>3901 S.W. 47th Ave.<br>Suite 408<br>Davie, FL 33314-2815 | Florida Detroit Diesel-Allison<br>2277 NW 14 St.<br>Miami, FL 33125-2101 |
| GFA International<br>1215 Wallace Drive<br>Delray Beach, FL 33444-4600 | GHJ Construction<br>c/o Steven J Solomom Esq<br>1221 Brickell Ave #1600<br>Miami, FL 33131-3247 | GHJ Construction, Inc.<br>c/o Steven J. Solomon, Esq.<br>GrayRobinson, P.A.<br>1221 Brickell Ave.<br>Ste. 1600<br>Miami, FL 33131-3247 |
| Gary Appel<br>4770 Biscayne Blvd.<br>Ste 1100<br>Miami, FL 33137-3247 | Hartford Insurance Co.<br>P.O. Box 731178<br>Dallas, TX 75373-1178 | Hill Ward Henderson<br>101 E. Kennedy Blvd.<br>Ste. 3700<br>Tampa, FL 33602-5195 |
| Hill, Ward & Henderson, P.A.<br>c/o Robert E.V. Kelley, Jr., Esq.<br>P. O. Box 2231<br>Tampa, Florida 33601-2231 | Home Depot Credit Services<br>DEPT.32 - 2645010277<br>PO Box 9055<br>Des Moines, IA 50368-9055 | ID & Design International Inc<br>5100 North Dixie Highway #117<br>Fort Lauderdale, FL 33334-4006 |
| J & J Products Unlimited Inc<br>3071 NW 64th Avenue<br>Sunrise, FL 33313-1206 | Jeffrey Golant<br>1000 W. McNab Rd.<br>Ste. 150<br>Pompano Beach, FL 33069-4719 | Jennifer Moran<br>3031 Venice Way<br>Miramar, FL 33025-4287 |
| John C. Hanson, II<br>The Barthet Firm<br>200 S. Biscayne Blvd Suite 1800<br>Miami,, FL 33131-5333 | Jones Lang LaSalle<br>1221 Brickell Ave #200<br>Miami, FL 33131-3124 | Keith & Schnars, P.A.<br>6500 N. Andrews Ave.<br>Fort Lauderdale, FL 33309-2126 |

| | | |
|---|---|---|
| Kimley-Horn and Associates Inc<br>P.O. Box 932520<br>Atlanta, GA 31193-2520 | Lan Zhang<br>823 N. Adams St<br>Glendale, CA 91206-2508 | Landscape Architect Consultant<br>5215 West Broward Boulevard<br>Plantation, FL 33317-2635 |
| Legacy Protection Group<br>2991 W. Commercial Blvd.<br>Fort Lauderdale, FL 33309-3502 | Lotspeich Co. of Florida, Inc.<br>c/o Valerie B. Barnhart, Esq.<br>Kelley Kronenberg, P.A.<br>8201 Peters Road, Suite 4000<br>Ft. Lauderdale, FL 33324-3267 | MJX2 Elevator Service & Repair<br>2150 Mears Parkway<br>Margate, FL 33063-3755 |
| Mainguy Environmental Care, Inc.<br>dba Mainguy Landscape Services<br>1855 S. Flamingo Rd.<br>Davie, FL 33325-5804 | Marie G Jerome Saintil<br>1300 SW 67th Way<br>Pembroke Pines, FL 33023-2063 | Meisner Electric, Inc. of Florida<br>c/o The Barthet Firm<br>200 S. Biscayne Blvd<br>Suite 1800<br>Miami, FL 33131-5336 |
| Miami Exterminators Inc<br>P.O. box 133129<br>Hialeah, FL 33013-0129 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | PHF Plantation, LP<br>311 N. University Dr.<br>Plantation, FL 33324-1915 |
| PHF Plantation, LP<br>c/o Seyfarth Shaw LLP<br>Attn: Shuman Sohrn<br>1075 Peachtree Street NE, Suite 2500<br>Suite 2500<br>Atlanta, Georgia 30309-3958 | PTE Systems, LLC<br>1950 W. 8th Ave.<br>Hialeah, FL 33010-2328 | Pavement Striping Corp<br>140 West 41 Street<br>Hialeah, FL 33012-4436 |
| Peng Xu<br>641 Oleander Dr.<br>Plantation, FL 33317-1821 | Premium Assignment Corporation<br>PO Box 8000<br>Tallahassee, FL 32314-8000 | Prestige Property Maintenance<br>3300 SW 46th Avenue<br>Davie, FL 33314-2215 |
| Property Tax Adjusters, Inc.<br>4770 Biscayne Blvd.<br>Ste. 1100<br>Miami, FL 33137-3247 | Qianfei 'Grace' He<br>4727 SW 195th Ter<br>Miramar, FL 33029-6209 | Republic Services<br>751 NW 31st Ave.<br>Fort Lauderdale, FL 33311-6627 |
| Right Way Plumbing Co.<br>c/o Valerie Barnhart,Esq.<br>Kelley Kronenberg,P.A.<br>8201 Peters Road, Ste 4000<br>Ft. Lauderdale, FL 33324-3267 | Seiler, Sautter, Zaden, Rimes & Weihe<br>2850 N. Andrews Ave.<br>Wilton Manors, FL 33311-2514 | Shenandoah Construction<br>1888 NW 22nd Street<br>Pompano Beach, FL 33069-1318 |
| Shenandoah General Construction Company<br>1888 NW 22 Street<br>Pompano Beach, FL 33069-1318 | Southeast Mechanical Contractors, LLC<br>c/o Vezina, Lawrence & Piscitelli, P.A.<br>300 SW First Avenue, Suite 150<br>Fort Lauderdale, FL 33301-1880 | State of Florida Department of Revenue<br>5050 West Tennessee St<br>Tallahassee, FL 32399-6586 |
| Steven Feller PE Inc<br>500 NE 3rd Avenue<br>Fort Lauderdale, FL 33301-3236 | Steven M. Kelton<br>7420 Dover Ct.<br>Parkland, FL 33067-1690 | Sunshine Hoist & Steel Erectors<br>6201 SW 121 St<br>Miami, FL 33156-5546 |

| | | |
|---|---|---|
| TLC Engineering for Architect<br>255 South Orange Avenue<br>Suite 1600<br>Orlando, FL 32801-3463 | Tewes Design Group<br>200 South Biscayne Blvd<br>Ste 1730<br>Miami, FL 33131-2333 | Tewes Design Group, LLC<br>c/o Ralf Rodriguez, Esq.<br>Peckar & Abramson<br>1 SE 3rd Avenue, Ste. 3100<br>Miami, FL 33131-1719 |
| Tile And Marble By Brastile<br>110 NE 179 St<br>Miami, FL 33162-1017 | U.S. Legal Support, Inc.<br>P.O. Box 864407<br>Orlando, FL 32886-4407 | US Alliance Management<br>dba US Security<br>c/o Michael Skor<br>12865 W. Dixie Hwy.<br>Miami, FL 33161-4800 |
| US Capital Holdings<br>375 N. University Dr.<br>Plantation, FL 33324-1915 | US CapitalFashion Mall, LLC<br>375 North University Drive<br>Plantation, FL 33324-1915 | Weihua Mao<br>471 N Pine Island Rd, #D402<br>Plantation, FL 33324-1838 |
| Westchester Surplus Lines Insurance Company<br>436 Walnut Street<br>Routing Code WA04K<br>Philadelphia, PA 19106-3703 | Wilbend Nelson<br>c/o Tiffany Eisenberg<br>8151 Peters Rd #3200<br>Plantation, FL 33324-4013 | WorldWide Protective Inc<br>3890 W. Commercial Blvd<br>Ste. 208<br>Tamarac, FL 33309-3346 |
| Wright National Flood Insurance<br>P.O. Box 33003<br>Saint Petersburg, FL 33733-8003 | mike tang<br>13436 nw 5th pl<br>plantation, FL 33325-6150 | yue yu<br>10904 SW 2nd St APT 1R<br>miami, FL 33174-1233 |
| Brett D Lieberman<br>401 E Las Olas Blvd # 1400<br>Ft Lauderdale, FL 33301-2218 | Daniel Socek<br>20125 NE 25 Ave<br>Miami, FL 33180-1822 | James S. Feltman<br>600 Brickell Ave #2520<br>Miami, FL 33131-3071 |
| John J. Yanoviak<br>10211 W Sample Rd #207<br>Coral Springs, FL 33065-3988 | Kenneth A Welt<br>1776 Pine Island Rd #101<br>Plantation, FL 33322-5200 | Kenneth M Krasnow<br>200 E. Las Olas Blvd, #1620<br>Ft. Lauderdale, FL 33301-2476 |
| Michael Goldberg<br>Akerman, LLP<br>350 East Las Olas Blvd.<br>Suite 1600<br>Fort Lauderdale, FL 33301-4247 | Sandirose Magder<br>20125 NE 25 Ave<br>Miami, FL 33180-1822 | Scott N. Brown<br>1 SE 3rd Ave, #1440<br>Miami, FL 33131-1714 |
| Thomas M. Messana Esq.<br>401 E Las Olas Blvd # 1400<br>Fort Lauderdale, FL 33301-2218 | Wei Chen<br>c/o Jerry M. Markowitz<br>Markowitz, Ringel Trusty & Hartog<br>9130 S. Dadeland Blvd.<br>Suite 1800<br>Miami, FL 33156-7858 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Berger Singerman LLP | (u)Duane Morris LLP | (u)GHJ Construction Corporation |
| (u)Meisner Electric, Inc. | (u)Tangshan Ganglu Iron & Steel Company, Ltd. | (d)American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 |
| (d)Qianfei Grace He<br>4727 SW 195th Ter<br>Miramar, FL 33029-6209 | (u)Kevin E Vance | (u)Lawrence J. Kotler |
| (u)Lida Rodriguez-Taseff | (u)Rudolph J. DiMassa, Jr. | End of Label Matrix<br>Mailable recipients   115<br>Bypassed recipients    11<br>Total                 126 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 14-32822-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Wed Mar  4 12:35:52 EST 2015 | BCEGI, LLC | City of Plantation<br>Brinkley Morgan<br>Mark A. Levy<br>200 E Las Olas Blvd #1900<br>Ft. Lauderdale, FL 33301-2248 |
| US Capital Holdings, LLC<br>375 North University Drive<br>Fort Lauderdale, FL 33324-1915 | 321 North Construction Management<br>c/o Becker & Poliakoff PA<br>One East Broward Blvd #1800<br>Fort Lauderdale, FL 33301-1876 | 8181 Associates, J.V.<br>4901 NW 17 Way, Ste. 103<br>Fort Lauderdale, FL 33309-3770 |
| ADD, Inc.<br>311 Summer St.<br>Boston, MA 02210-1700 | ADD, Inc./Stantec<br>2 S. Biscayne Blvd.<br>#1670<br>Miami, FL 33131-1804 | Aetna Life Insurance Company<br>P.O. Box 7247-0213<br>Philadelphia, PA 19170-0001 |
| Ally Automotive Financing<br>P.O. Box 380901<br>Bloomington, MN 55438-0901 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | American Express Credit Cards<br>P. O. Box 650448<br>Dallas, TX 75265-0448 |
| Avaya Financial Services<br>P.O. Box 93000<br>Chicago, IL 60673-0001 | Berger Singerman, LLP<br>350 E. Las Olas Blvd., Ste 1000<br>Fort Lauderdale, FL 33301-4215 | Biller Reinhart Structural Group<br>3434 Coldwell Ave.<br>Ste 100<br>Tampa, FL 33614-8390 |
| Billerreinhart Structural Group, Inc.<br>4700 Sheridan St.<br>Ste J<br>Hollywood, FL 33021-3416 | Boardroom Communications<br>1776 N. Pine Island Rd.<br>Ste 320<br>Plantation, FL 33322-5235 | Bull Gator Engineering<br>9619 NW 16 Ct.<br>Pembroke Pines, FL 33024-4487 |
| CL Peng Construction Management<br>5222 Andrus Avenue<br>Suite A<br>Orlando, FL 32810-5456 | Canpartners Realty Holdings co.<br>c/o Denise D. Dell-Powell<br>Burr & Forman, LLP<br>200 S. Orange Ave., Ste 800<br>Orlando, FL 32801-6404 | Capital Credit, Inc.<br>P.O. Box 881774<br>San Francisco, CA 94188-1774 |
| Chengong Li<br>1110 NW 106 Ave.<br>Plantation, FL 33322-7816 | Chun-Li Peng<br>1177 Oaks Blvd.<br>Winter Park, FL 32789-2428 | City of Plantation Utilities D<br>PO Box 31132<br>Tampa, FL 33631-3132 |
| Comcast<br>P O Box 530098<br>Atlanta, GA 30353-0098 | Culligan<br>2180 S Congress Ave<br>Palm Springs, FL 33406-7604 | David Cheung<br>112-01 Queens Blvd.<br>Apt. 20C<br>Forest Hills, NY 11375-5592 |
| DeSouza Law, PA<br>1515 N. University Drive<br>Suite 209<br>Coral Springs, FL 33071-6058 | Doumar, Allsworth et al<br>1177 SE 3rd Ave.<br>Fort Lauderdale, FL 33316-1109 | Florida Power & Light Company<br>General Mail Facility<br>Miami, FL 33188-0001 |

| | | |
|---|---|---|
| GFA International, Inc.<br>1215 Wallace Dr.<br>Delray Beach, FL 33444-4600 | GHJ Construction Corporation<br>c/o Steven J. Solomon, Esq.<br>GrayRobinson, P.A.<br>1221 Brickell Ave.<br>Ste. 1600<br>Miami, FL 33131-3247 | George J Coren<br>920 Jacaranda Court<br>Plantation, FL 33324-3016 |
| Grace He<br>c/o US Capital Holdings, LLC<br>8181 W. Broward Blvd., Ste 380<br>Plantation, FL 33324-2033 | Grace Kuo<br>13027 NW 14th St.<br>Pembroke Pines, FL 33028-2720 | GrayRobinson PA<br>301 E Pine Street Ste 1400<br>PO Box 3068<br>Orlando, FL 32802-3068 |
| GrayRobinson PA<br>401 E. Las Olas Blvd., Ste 1000<br>Fort Lauderdale, FL 33301-4210 | Haifend Chi<br>c/o US Capital Holdings, LLC<br>8181 W. Broward Blvd., Ste 380<br>Plantation, FL 33324-2033 | Haldong Chi<br>c/o US Capital Holdings, LLC<br>8181 W. Broward Blvd.<br>Ste. 380<br>Plantation, FL 33324-2033 |
| Home Depot Credit Services<br>DEPT.32 - 2645010277<br>PO Box 9055<br>Des Moines, IA 50368-9055 | Homeier & Law, P.C.<br>13400 Riverside Dr.<br>Ste. 120<br>Sherman Oaks, CA 91423-2513 | Hong Huang<br>21200 NE 38 Ave.<br>Ste. 2805<br>Miami, FL 33180-3879 |
| ID & Design International, Inc.<br>5100 N. Dixie Hwy.<br>Fort Lauderdale, FL 33334-4006 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | J&J Products Unlimited, Inc.<br>3071 NW 64 Ave.<br>Fort Lauderdale, FL 33313-1206 |
| Jaime Garcia<br>4310 SW 10th St.<br>Plantation, FL 33317-4515 | Jennifer Moran<br>3031 Venice Way<br>Miramar, FL 33025-4287 | Joel Jarrett<br>2851 NW 13th Ct.<br>Fort Lauderdale, FL 33311-5233 |
| Kimley Horn and Associates, Inc.<br>600 N Pine Island RD #450<br>Plantation, FL 33324-1302 | Konica Minolta<br>21146 Network Plance<br>Chicago, IL 60673-1211 | LNT Trucking, Inc.<br>3521 Farrington St., #2R<br>Flushing, NY 11354-2803 |
| Lan Zhang<br>9235 Lagoon Pl.<br>Apt. 217<br>Davie, FL 33324-6724 | MIX2 Elevator Service & Repair<br>2150 Mears Pkwy.<br>Pompano Beach, FL 33063-3755 | Mapuche LLC<br>375 N. University Drive<br>Plantation, FL 33324-1915 |
| Marie Saintil Jerome<br>1300 SW 67th Way<br>Pembroke Pines, FL 33023-2063 | McNamara/Salvia, Inc.<br>160 Federal St., 6th Flr.<br>Boston, MA 02110-1700 | McNamara/Salvia, Inc.<br>2 S. Biscayne Blvd.<br>#3795<br>Miami, FL 33131-1803 |
| Mercedes Benz Financial Services<br>P. O. Box 685<br>Roanoke, TX 76262-0685 | Miami Exterminators, Inc.<br>P.O. Box 133129<br>Hialeah, FL 33013-0129 | Mike Tang<br>13436 NW 5th Pl.<br>Plantation, FL 33325-6150 |

| | | |
|---|---|---|
| Milner Document Products<br>P O Box 41602<br>Philadelphia, PA 19101-1602 | Milner, Inc.<br>700 S. Military Trail<br>Deerfield Beach, FL 33442-3025 | Neighborhood Health<br>P.O. Box 580046<br>Charlotte, NC 28258-0046 |
| Ngam Ki<br>c/o US Capital Holdings, LLC<br>8181 W. Broward Blvd.<br>Ste 380<br>Plantation, FL 33324-2033 | Oasis<br>2054 Vista Parkway, Suite 300<br>West Palm Beach, FL 33411-6759 | Oasis<br>4511 Woodland Corporate Blvd.<br>Tampa, FL 33614-2439 |
| Oasis Outsourcing, Inc.<br>110 SE 6th Street<br>Floor 15<br>Attn:  Ian Lis, Esq.<br>fort lauderdale, FL 33301-5004 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Ombu Securities Corporation<br>372-5th Ave #6F<br>New York, NY 10018-8109 |
| P.O. Box 93000<br>Chicago, IL 60673-0001<br>Coren George<br>920 Jacaranda Ct.<br>Plantation, FL 33324-3016 | PTE Systems, LLC<br>1950 W. 8th Ave.<br>Hialeah, FL 33010-2328 | Panzarella Waste & Recycling<br>4581 Weston Rd #314<br>Weston, FL 33331-3141 |
| Pavement Striping Corp.<br>140 W. 41st St.<br>Hialeah, FL 33012-4436 | Peng Xu<br>641 Oleander Dr.<br>Plantation, FL 33317-1821 | Philip Xiaopeng Guo<br>P.O. Box 2472<br>Ewa Beach, HI 96706-0472 |
| Premium Assignment Corporation<br>Attn: Kelton M Farris<br>3522 Thomasville RD #400<br>Tallahassee FL 32309-3488 | Prestige Property Management<br>3300 SW 46th Ave.<br>Davie, FL 33314-2215 | Qianfei Grace He<br>4727 SW 195th Ter<br>Miramar, FL 33029-6209 |
| Qianfei He<br>4727 SW 195th Ter.<br>Miramar, FL 33029-6209 | Ricardo Abanto<br>2500 W 56th St.<br>Apt. #1308<br>Hialeah, FL 33016-4769 | Ricardo Dias<br>7998 NW 20th Ct.<br>Sunrise, FL 33322-3908 |
| S K<br>**Deleted Per DE 64 in main case** | SLS Consulting, Inc.<br>1825 Ponce de Leon Blvd.<br>#565<br>Coral Gables, FL 33134-4418 | Saintil Max<br>830 NW 210 St., Apt. #101<br>Miami, FL 33169-7000 |
| Saltz Michelson Architects<br>3501 Griffin Rd.<br>Fort Lauderdale, FL 33312-5444 | Shenandoah Construction<br>1888 NW 22nd St.<br>Pompano Beach, FL 33069-1318 | Silvatte Simeon<br>5025 NW 36th St.<br>Apt. J 113<br>Lauderdale Lakes, FL 33319-6573 |
| Spencer Campbell<br>P.O. Box 59<br>Bentonia, MS 39040-0059 | Staples Advantage<br>Dept ATL<br>PO Box 405386<br>Atlanta, GA 30384-5386 | Steven Feller P.E. Inc.<br>500 NE 3rd Ave.<br>Fort Lauderdale, FL 33301-3236 |

| | | |
|---|---|---|
| Steven Kelton<br>7420 Dover Ct.<br>Parkland, FL 33067-1690 | Sunshine Hoist & Steel Erectors<br>6201 SW 121 St.<br>Miami, FL 33156-5546 | TLC Engineering<br>5757 Blue Lagoon Dr.<br>#400<br>Miami, FL 33126-2078 |
| TLC Engineering for Architect<br>255 S. Orange Ave.<br>Ste. 1600<br>Orlando, FL 32801-3463 | Tewes Design Group<br>200 S. Biscayne Blvd.<br>Ste. 1730<br>Miami, FL 33131-2333 | Tile & Marble by Brastile<br>110 NE 179th St.<br>Miami, FL 33162-1017 |
| US Alliance Management Corp.<br>dba US Security<br>c/o Michael William Skop<br>12865 W Dixie Hwy.<br>Fl 2<br>Miami, FL 33161-4800 | United HealthCare Insurance Co<br>Dept. CH 10151<br>Palatine, IL 60055-0151 | VTX Telecom<br>P. O. Box 526027<br>Sacramento, CA 95852-6027 |
| Wei Chen<br>21200 NE 38th Ave.<br>Ste. 2805<br>Aventura, FL 33180-3879 | Weihua Mai<br>471 N. Pine Island Rd.<br>#D402<br>Plantation, FL 33324-1838 | Worldwide Protective Inc.<br>3890 W. Commercial Blvd.<br>Ste. 208<br>Tamarac, FL 33309-3346 |
| Xiaoxiao Dong<br>9712 63rd Dr.<br>Apt. 11D<br>Queens, NY 11374-2247 | Xue Han<br>c/o US Capital Holdings, LLC<br>8181 W. Broward Blvd.<br>Ste 380<br>Plantation, FL 33324-2033 | Yue Yu<br>10904 SW 2nd St.<br>Apt. 1<br>Miami, FL 33174-1287 |
| Zhe Jiang<br>1852 Aspen Ln.<br>Weston, FL 33327-2356 | Zurich American Insurance Company<br>Attn: Annette Peat<br>PO Box 68549<br>Schaumburg, IL 60168-0549 | Brett D Lieberman<br>401 E Las Olas Blvd # 1400<br>Ft Lauderdale, FL 33301-2218 |
| Kenneth A Welt<br>1776 Pine Island Rd #101<br>Plantation, FL 33322-5200 | Thomas M. Messana Esq.<br>401 E Las Olas Blvd # 1400<br>Fort Lauderdale, FL 33301-2218 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)GHJ Construction Corporation | (u)Tangshan Ganglu Iron & Steel Company, Ltd. | (u)C G<br>**Deleted Per DE 64 in main case** |
| (u)C L<br>**Deleted Per DE 64 in main case** | (u)CBRE, Inc.<br>Brokerage & Mgmt<br>200 E. Las Olas Blvd. | (u)CIT Finance, LLC<br>Avaya Financial Services |

| | | |
|---|---|---|
| (u)D C<br>**Deleted Per DE 64 in main case** | (u)G K<br>**Deleted Per DE 64 in main case** | (u)H H<br>**Deleted Per DE 64 in main case** |
| (u)J G<br>**Deleted Per DE 64 in main case** | (u)J J<br>**Deleted Per DE 64 in main case** | (u)J M<br>**Deleted Per DE 64 in main case** |
| (u)L Z<br>**Deleted Per DE 64 in main case** | (u)M S J<br>**Deleted Per DE 64 in main case** | (u)M T<br>**Deleted Per DE 64 in main case** |
| (u)P X<br>**Deleted Per DE 64 in main case**3 | (u)Q F H<br>**Deleted Per DE 64 in main case** | (u)R A<br>**Deleted Per DE 64 in main case** |
| (u)R D<br>**Deleted Per DE 64 in main case** | (u)S M<br>**Deleted Per DE 64 in main case** | (u)S S<br>**Deleted Per DE 64 in main case** |
| (u)Ste. 1620<br>Fort Lauderdale, FL 33301 | (d)Sunshine Hoist & Steel Erectors, Inc.<br>6201 SW 121 St<br>Miami, FL 33156-5546 | (u)Tangshan Ganglu Iron & Steel Company, Ltd.<br>c/o Lida Rodriguez-Taseff, Esq.<br>Scott H. Marder, Esq.<br>Nicole L. Levy, Esq.<br>200 S. Biscayne Blvd.<br>Ste 3400 |
| (u)W C<br>**Deleted Per DE 64 in main case** | (u)W H M<br>**Deleted Per DE 64 in main case** | (u)X X D<br>**Deleted Per DE 64 in main case** |
| (u)Y Y<br>**Deleted Per DE 64 in main case** | (u)Z J<br>**Deleted Per DE 64 in main case** | End of Label Matrix<br>Mailable recipients   109<br>Bypassed recipients    29<br>Total                 138 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 14-32827-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Wed Mar  4 12:36:25 EST 2015 | BCEGI, LLC | City of Plantation<br>Brinkley Morgan<br>Mark A. Levy<br>200 E Las Olas Blvd #1900<br>Ft. Lauderdale, FL 33301-2248 |
| Mapuche LLC<br>375 North University Drive<br>Plantation, FL 33324-1915 | A. Frank Hicks<br>17011 Beach Blvd #565<br>Huntington Beach, CA 92647-7492 | American Education & Translation<br>8250 SW 116 Street<br>Miami, FL 33156-4341 |
| BCEGI, LLC<br>c/o Steven J. Solomon, Esq.<br>GrayRobinson, P.A.<br>1221 Brickell Ave.<br>Ste. 1600<br>Miami, FL 33131-3247 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Becker & Poliakoff PA<br>1 East Broward Blvd<br>Ste 1800<br>Fort Lauderdale, FL 33301-1876 |
| Becker & Poliakoff, P.A.<br>c/o Allen Levine<br>One East Broward Blvd.<br>Suite 1800<br>Ft. Lauderdale, FL 33301-1876 | Berger Singerman LLP<br>c/o Charles H. Lichtman, Esq.<br>350 East Las Olas Blvd., Ste. 1000<br>Fort Lauderdale, FL 33301-4215 | Bo Rui Investment Pte. ltd.<br>8 Wilkie Road<br>#03-01<br>Wilkie Edge Singapore 228095 |
| Cherry Bekaert LLP<br>P.O. Box 25549<br>Richmond, VA 23260-5500 | De Lage Landen Financial Services<br>1111 Old Eagle School Rd<br>Wayne, PA 19087-1453 | DeSouza Law, PA<br>1515 N. University Drive<br>Suite 209<br>Coral Springs, FL 33071-6058 |
| Document Technologies<br>2 Rivinia Dr<br>Atlanta, GA 30346-2104 | Du Zhenzeng or MDM Zheng Dongxia<br>21200 NE 38 Ave.<br>Ste 2503<br>Aventura, FL 33180-3862 | GHJ Construction Corporation<br>c/o Steven J. Solomon, Esq.<br>GrayRobinson, P.A.<br>1221 Brickell Ave.<br>Ste. 1600<br>Miami, FL 33131-3247 |
| GlassRatner Advisory & Capital<br>3424 Peachtree Rd., NE<br>Ste 2150<br>Atlanta, GA 30326-2869 | GlassRatner Advisory & Capital Group LL<br>attn:  Susan M Smith<br>142 W Platt St Suite 118<br>Tampa, FL 33606-2315 | Global Legal Discovery LLC<br>1330 Spring Street<br>Ste 100<br>Atlanta, GA 30309-2810 |
| Grand Faith Trading Limited Add. Fla<br>Room 504, Unit 2 Bldg 17<br>Feng Qi Yuan, Hangzhou City<br>Zhejiang Providence China 310000 | GrayRobinson PA<br>301 E Pine Street<br>Suite 1400<br>PO Box 3068<br>Orlando, FL 32802-3068 | Hao Yuan Investment Pte Ltd.<br>65 Chulia St #43-04<br>Singapore 049513 |
| Hong Huang<br>21200 NE 38 Ave<br>Ste 2805<br>Aventura, FL 33180-3879 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jin Zhi Star (US) Company<br>c/o its Registered Agent<br>Becker and Poliakoff<br>3111 Stirling Rd.<br>Fort Lauderdale, FL 33312-6566 |
| LNT TRUCKING INC.<br>3521 FARRINGTON STREET  APT.2R<br>FLUSHING, NY 11354-2803 | LNT Trucking Inc<br>3521 Farrington Street<br>#2R<br>Flushing, NY 11354-2803 | Mercedes Benz Financial Service<br>P O Box 5209<br>Carol Stream, IL 60197-5209 |

| | | |
|---|---|---|
| Milner, Inc.<br>P. O. Box 923197<br>Norcross, GA 30010-3197 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Porsche Payment Center<br>75 Remittance Drive<br>Suite 1738<br>Chicago, IL 60675-1738 |
| Tangshan Ganglu Iron & Steel Company Ltd.<br>c/o Jose A. Casal, Esq.<br>Holland & Knight LLP<br>701 Brickell Ave., Suite 3300<br>Miami, Florida 33131-2898 | Tangshan Ganglu Iron&steel Co Ltd<br>c/o Lida Rodriguez-Taseff, Esq.<br>Scott H. Marder, Esq.<br>Nicole L. Levy, Esq.<br>200 S. Biscayne Blvd., Ste 3400<br>Miami, FL 33131-5323 | Tengshu Wang<br>5125 N Rosemead Blvd. #1<br>San Gabriel, CA 91776-6219 |
| Trans Wagon Int'l (HK) Co. Limited<br>Room 1005-1006, 10th Floor Nathan Centre<br>580G - 580K Nathan Road<br>Mongkok, Kowloon, Hong Kong | Trump National Golf Club<br>100 Shadow Tree Lane<br>Briarcliff Manor, NY 10510-2259 | Wei Chen<br>21200 NE 38 Ave., Ste 2805<br>Aventura, FL 33180-3879 |
| Xue Han<br>21200 NE 38 Ave., Ste 2503<br>Aventura, FL 33180-3862 | Zhanjiang Chi<br>21200 NE 38 Ave., Ste 2503<br>Aventura, FL 33180-3862 | Zhe Jiang<br>1852 Aspen Lane<br>Weston, FL 33327-2356 |
| Zhenzeng Du<br>21200 NE 38 Ave<br>Ste 2503<br>Aventura, FL 33180-3862 | Brett D Lieberman<br>401 E Las Olas Blvd # 1400<br>Ft Lauderdale, FL 33301-2218 | Kenneth A Welt<br>1776 Pine Island Rd #101<br>Plantation, FL 33322-5200 |
| Thomas M. Messana Esq.<br>401 E Las Olas Blvd # 1400<br>Fort Lauderdale, FL 33301-2218 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998-2238 | International Revenue Service<br>Ogden, UT 84201-0039 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)GHJ Construction Corporation | (u)Tangshan Ganglu Iron & Steel Company, Ltd. | (u)Big Profit Asia Limited<br>Rm. 1708<br>Fung Shing Industries<br>Bld. No. 32<br>Shan Mei S.<br>Fotan Shatin, H.K. |

| | | |
|---|---|---|
| (u)Cheer Force Investments Limited Add | (u)Market Energy Limited | (u)Max Moore Company Add. Shop 59 G/F HA |
| (u)Nation Glory Limited<br>**No Address Provided** | (u)W C<br>**Deleted PER DE 61** | (u)Z J<br>**Deleted PER DE 61** |
| (u)Zheng Cai Xia<br>**No Address Provided** | End of Label Matrix<br>Mailable recipients    45<br>Bypassed recipients    10<br>Total                  55 | |