UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                      Case No.: 14-32819-JKO

                                            Chapter 7

US CAPITAL/FASHION MALL, LLC, et al.,[1]

                                            (Jointly Administered)

        Debtors.
_____/

**AMENDED SUPPLEMENTAL CERTIFICATE OF SERVICE**

        **I HEREBY CERTIFY** that a true and correct copy of the following:

1.  Motion for the Entry of Order (1) Authorizing Trustee to Schedule Auction Sale of Fashion Mall Property, (2) Approving Bidding Procedures and Breakup Fee in Connection with Sale, (3) Approving the Form and Manner of Notice of Sale, (4) Scheduling a Final Hearing, and (5) Approving the Sale of the Fashion Mall Property Free and Clear of Liens, Claims and Encumbrances [ECF No. 207]

2.  Order (1) Authorizing Trustee to Schedule Auction Sale of Fashion Mall Property, (2) Approving Bidding Procedures and Breakup Fee in Connection with Sale, (3) Approving the Form and Manner of Notice of Sale and (4) Scheduling a Final Hearing to Approve Sale [ECF No. 250]

was served via U.S. Mail to all parties on the attached service list on this 5th day of March, 2015.

**Dated this  5th  day of March, 2015.**

---

[1] The jointly administered Debtors are: US Capital/Fashion Mall, LLC (14-32819-JKO); US Capital Holdings, LLC (14-32822-JKO); and Mapuche, LLC (14-32827-JKO).

Respectfully Submitted,

GENOVESE JOBLOVE & BATTISTA, P.A.
Attorneys for Chapter 7 Trustee
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

By: /s/ Michael L. Schuster
       Michael L. Schuster
       Florida Bar No. 57119
       mschuster@gjb-law.com

## **SERVICE LIST**

## **VIA U.S. MAIL**

World Electric Supply, Inc.
c/o Victor Rodriguez
7700 Congress Ave
Suite 3109
Boca Raton, FL 33487

High Reach Co, LLC
c/o Christine LItz
615 Hickman Circle
Sanford, FL 32771

High Reach Co, LLC
c/o Pete Ginn
1371 SW 32 Way
Deerfield Beach, FL 33442

R&L Painting, Inc.
c/o Lawrence C. Bennett
707 NE 45 Street
Ft. Lauderdale, FL 33334

HD Supply Waterworks, Ltd.
c/o Sonya Carter
Patrick Meier
501 W Church St.
4th Floor
Orlando, FL 32805

GHJ Construction, Inc.
c/o Tingting Han, Vice President
21700 Oxnard Street
Woodland Hills, CA 91367

Electrical Supplies, Inc.
c/o Jeffrey R. Eisensmith, Esq.
Jeffrey R. Eisensmith, P.A.
5661 N. University Drive, Ste 103
Coral Springs, FL 33067

Electrical Supplies, Inc.
c/o Jeffrey R. Eisensmith, Esq.
13995 NW 107th Avenue
Miami, FL 33018

Rosen Materials, LLC
c/o Wayne H. Miller
1371 Sawgrass Corporate Pkwy
Sunrise, FL 33323