UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                              Case No.: 14-32819-JKO

                                                    Chapter 7

US CAPITAL/FASHION MALL, LLC, et al.,[1]

                                                    (Jointly Administered)

    Debtors.
_____/

## SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the following:

1. Motion for the Entry of Order (1) Authorizing Trustee to Schedule Auction Sale of Fashion Mall Property, (2) Approving Bidding Procedures and Breakup Fee in Connection with Sale, (3) Approving the Form and Manner of Notice of Sale, (4) Scheduling a Final Hearing, and (5) Approving the Sale of the Fashion Mall Property Free and Clear of Liens, Claims and Encumbrances [ECF No. 207]

2. Order (1) Authorizing Trustee to Schedule Auction Sale of Fashion Mall Property, (2) Approving Bidding Procedures and Breakup Fee in Connection with Sale, (3) Approving the Form and Manner of Notice of Sale and (4) Scheduling a Final Hearing to Approve Sale [ECF No. 250]

was served via U.S. Mail to all parties on the attached service list on this 13th day of March, 2015.

**Dated this 13th day of March, 2015.**

---

[1] The jointly administered Debtors are: US Capital/Fashion Mall, LLC (14-32819-JKO); US Capital Holdings, LLC (14-32822-JKO); and Mapuche, LLC (14-32827-JKO).

Respectfully Submitted,

GENOVESE JOBLOVE & BATTISTA, P.A.
Attorneys for Chapter 7 Trustee
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

By: /s/ Michael L. Schuster
      Michael L. Schuster
      Florida Bar No. 57119
      mschuster@gjb-law.com

## SERVICE LIST

## VIA U.S. MAIL

AIR I AM, Inc.
9770 Lago Drive
Boynton Beach, FL 33472

Pavement Striping Corp
1400 West 41 Street, Apt C
Hialeah, FL 33012

Southern Fire Control, inc.
5999 Sawgrass Corporate Parkway
Sunrise, FL 33325

GFH Enterprises, Inc.
6609 Ridge Road, Suite 1
Port Richey, FL 34668

Sunbelt rentals, Inc.
2015 Directors Row
Orlando, FL 32809

Bradford Plumbing LLC
PO Box 660838
Miami Springs, FL 33266

Summers Fire Sprinklers, Inc.
751 Park of Commerce Dr., Suite 100
Boca Raton, FL 33487

Wolfer Landscape Services, Inc.
4455 SW 68th Ave.
Davie, FL 33314

John Rogers Inc.
3911 SW 47th Ave., Suite 910
Davie, FL 33314

Theodore Veskosky
12021 NW 18 Street
Plantation, FL 33323

Theodore Veskosky
c/o Hilda Piloto
Arnstein & Lehr LLP
200 South Biscayne Boulevard, Suite 3600
Miami, FL 33131